DEFENDANT:          Alan Alonzo Williams

YOB:                1962

ADDRESS:            Aurora, Colorado

COMPLAINT FILED?  _____ YES   __✓__ NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __✓___ NO

OFFENSES:   COUNTS 1-4: 18 U.S.C. §§ 1344 and 2(b) (Bank Fraud)

LOCATION OF OFFENSE:   Adams, Colorado
(COUNTY/CITY/STATE)

PENALTIES:  NMT 30 years and/or NMT $1,000,000 per count, or the greater of twice the
            gross gain or twice the gross loss plus a $100 victim assessment fee per count

AGENT:       Special Agent Holly Anderson (FBI), Special Agent Tim Chase (IRS)

AUTHORIZED BY:  Linda Kaufman
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__✓___ five days or less      _____ over five days      _____ other

THE GOVERNMENT

__✓___ **will** seek detention in this case      _____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:       _____ Yes      __✓___ No