AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| ALAN ALONZO WILLIAMS | ) Case No. 15-cr-00395-REB |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALAN ALONZO WILLIAMS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  4 counts of Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2(b)

Date: 10/07/2015                                                                  s/M. Lacey, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, CO                                                Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
*Arresting officer's signature*

*Printed name and title*