**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  1.   ALAN ALONZO WILLIAMS

    Defendant.

---

**PLAINTIFF'S MOTION TO DISCLOSE MATTERS OCCURING BEFORE GRAND JURY TO DEFENDANT**

---

Plaintiff UNITED STATES OF AMERICA, by Assistant United States Attorney Linda Kaufman, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6 (e) (3) (E) (i), for an order authorizing the plaintiff to disclose testimony of witnesses before the grand and exhibits presented to the grand jury to the defendant and his counsel, as part of discovery in this case, on the terms and conditions outlined below.

AS GROUNDS FOR THIS MOTION, Plaintiff states as follows:

1. Fed. R. Crim. P. 6 (e), with various exceptions, prohibits the disclosure of a matter occurring before the grand jury.

2. Grand jury transcripts of testimony and grand jury exhibits reveal matters occurring before the grand jury.

3. Fed. R. Crim. P. 6 (e) (3) (E) (i) allows for court-authorized disclosure of matters occurring before a grand jury, when such disclosure is preliminary to or in connection with a judicial proceeding.

4. The pending case against the defendant is a judicial proceeding which will be set for trial or pretrial disposition, also judicial proceedings.   The requested disclosure is in connection with such proceedings. The plaintiff wishes to provide this discovery, but only do so with the Court's approval.

5. Since matters occurring before the grand jury must, pursuant to Fed. R. Crim, P. 6(e), remain secret, the plaintiff moves that disclosure be allowed only for purposes of defending this case, and that such disclosure be made only to the defendant and his attorney; that if copies of any transcripts of testimony or exhibits are made for the defense, that they shall be maintained in the custody of the defense attorney; that such material shall not be reproduced or disseminated; and that such materials shall be returned to the plaintiff at the completion of this case.

WHEREFORE, the plaintiff respectfully requests that the Court authorize the disclosure of grand jury testimony and exhibits to the defendant and his counsel, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted this 24th day of March, 2016.

JOHN F. WALSH
United States Attorney

s/ Linda Kaufman
LINDA KAUFMAN
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: linda.kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of March, 2015, I electronically filed the foregoing **PLAINTIFF'S MOTION TO DISCLOSE MATTERS OCCURING BEFORE GRAND JURY TO DEFENDANT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Matthew Golla
Matt_Golla@fd.org

                        s/*Mariah Tracy*
                        Mariah Tracy
                        Legal Assistant
                        United States Attorney's Office
                        1225 17th Street, Suite 700
                        Denver, CO 80202
                        303 454-0100
                        Fax: 303 454-0402
                        Email: mariah.tracy@usdoj.gov