IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   15-cr-00395-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALAN ALONZO WILLIAMS,

       Defendant.

_____

**AMENDED NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA GRADY
        Federal Public Defender


        <u>s/ Matthew Golla</u>
        Matthew C. Golla
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Matt_Golla@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2016, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman, Assistant United States Attorney
      Linda.Kaufman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Alan Williams      *via U.S. mail*

      s/ Matthew Golla
      Matthew C. Golla
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Matt_Golla@fd.org
      Attorney for Defendant