### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

### ORDER GRANTING PLAINTIFF'S MOTION TO DISCLOSE MATTERS OCCURING [sic] BEFORE GRAND JURY TO DEFENDANT

**Blackburn, J.**

This matter is before me on **Plaintiff's Motion To Disclose Matters Occuring** [sic] **Before Grand Jury to Defendant** [#14][1] filed March 24, 2016.  Having reviewed the motion and being otherwise advised in the premises, I find that good and sufficient cause supports the same.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Plaintiff's Motion To Disclose Matters Occuring** [sic] **Before Grand Jury to Defendant** is granted;

2.  That the testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the defendant and his counsel in the course of

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

discovery in this case;

      3.  That such materials shall be used only in defending this case;

      4.  That such materials may be disclosed only to the defendant and his attorney;

      5.  That if copies are made, the defendant's attorney shall maintain custody of such copies, and shall not reproduce or disseminate them; and

      6.  That any material provided pursuant to this Order shall be returned to the plaintiff at the completion of the case.

      Dated March 25, 2016, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge