IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     15-cr-00395-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALAN ALONZO WILLIAMS,

        Defendant.

_____

**UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE**
_____

        Defendant, Alan Alonzo Williams ("Mr. Williams"), by and through counsel, Matthew C. Golla, Assistant Federal Public Defender, respectfully moves this Court to extend the deadlines for filing pretrial motions until April 17, 2016. In support of this motion Mr. Williams states as follows:

        1.     Mr. Williams is charged with four counts of bank fraud in violation of 18 U.S.C. § 1344.

        2.     Pretrial motions are currently due in this case on April 7, 2016. A trial is scheduled for May 23, 2016 at 8:30 a.m.

        3.     Counsel needs an additional ten days to become better acquainted with the voluminous discovery and determine the appropriate motions in this case.

4.	Counsel has contacted Assistant U.S. Attorney, Linda Kauffman, and she does not oppose this motion.

WHEREFORE, Mr. Williams respectfully moves this Court to extend the deadlines for filing pretrial motions until April 17, 2016.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Matthew C. Golla
MATTHEW C. GOLLA
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado    80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2016, I electronically filed the foregoing

**UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman, Assistant United States Attorney
  Linda.Kaufman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Alan Williams *via U.S. mail*

    s/Matthew C. Golla
    MATTHEW C. GOLLA
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    matt.golla@fd.org
    Attorney for Defendant