**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

    Defendant.

**MINUTE ORDER**[1]

The matter is before the court on the **Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act** [#20][2] filed April 15, 2016. This order is entered to set a date and time at which the court will hear the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That on **May 6, 2016**, commencing at 2:00 p.m. (MDT), the court shall hear the **Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act**; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

Dated: April 25, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#20]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.