# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter is before the court *sua sponte*.  Due to a conflict in the court's calendar, the time of the hearing on the **Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act** [#20][2] filed April 15, 2016, must be changed.  After conferring with counsel, and with their agreement,

    **IT IS ORDERED** as follows:

    1.  That the time of the hearing on the **Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act** is reset from May 6, 2016, at 2:00 p.m. to the same date at 10:30 a.m. (MDT); and

    2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

    Dated:  May 2, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#20]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.