IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             May 6, 2016

Deputy Clerk:     Kathleen Finney
Court Reporter:   Gwen Daniel

**Criminal Action No.  15-cr-00395-REB**

*Parties:*                                   *Counsel:*

UNITED STATES OF AMERICA,                    Linda Kaufman

    Plaintiff,

v.

ALAN ALONZO WILLIAMS,                        Matthew Golla

    Defendant.

## COURTROOM MINUTES

**Motion Hearing on #20**

**10:44 a.m.     Court in session.**

Appearances of counsel.

Defendant is present in custody.

Opening statements by the court.  The matter is before the court for hearing and consideration on the **Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act** [#20] filed April 15, 2015.

Argument by Mr. Golla.

Argument by Ms. Kaufman.

Court's findings of fact, conclusions of law, and order.

**IT IS ORDERED** as follows:

1. That the **Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act** [#20] is **GRANTED**; insofar as consistent with the foregoing findings, conclusions, and the following orders;

2. That the time from and including today through and including October 3, 2016 is **excluded** from the time for a speedy trial under the Speedy Trial Act of 1974;

3. That any non-CJA pretrial motions shall be filed by **August 8, 2016**, and any corresponding responses shall be filed by **August 26, 2016**;

4. That a further Status Conference is set **September 22, 2016**, commencing at **1:15 p.m.** (MDT), at which counsel and the defendant shall appear before the court without further notice or order; provided further, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

5. That the Trial Preparation Conference now set May 20, 2016, is **vacated** and **continued** pending further order of court;

6. That the trial by jury now set to commence May 23, 2016, is **vacated** and **continued** pending further order of court; and

7. That the defendant is remanded to the United States Marshal for continued detention.

**11:01 a.m.   Court in recess.**

Total time in court:00:17

Hearing concluded.