IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    15-cr-00395-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALAN ALONZO WILLIAMS,

        Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO
APPOINT NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**

---

      The Office of the Federal Public Defender, by and through undersigned counsel, moves to withdraw as counsel for the above named Defendant, Alan Williams.  An irreconcilable concurrent conflict of interest has been discovered to exist within the Office of the Federal Public Defender to the extent that continued representation of Mr. Williams could violate Rules 1.7(a)(2) and 1.16(a)(1) of the Colorado Rules of Professional Conduct, which have been adopted by the Court in D.C.Colo. L.Cr.R. 57.6.

      Rule 1.7(a)(2) of the Colorado Rules of Professional Conduct states that " a lawyer shall not represent a client if the representation involves a concurrent conflict of interest.  A concurrent conflict of interest exists if there is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, former client or a third person or by a personal interest of the lawyer."

      Rule 1.16(a)(1) of the Colorado Rules of Professional Conduct further states that, "a lawyer shall not represent a client or, where representation has commenced, shall withdraw from

the representation of a client if the representation will result in violation of the rules of professional conduct or other law."

After reviewing the facts and circumstances surrounding the allegations against Mr. Williams, undersigned counsel believes that there is a significant risk that the continued representation of Mr. Williams will be materially limited by the responsibilities to another current client of the Federal Public Defender's Office.  Based on this conflict, the Office of the Federal Public Defender moves to withdraw as counsel and would further request that the Court appoint an attorney from the CJA panel to represent Mr. Williams in the above-referenced case.

                Respectfully submitted,

                VIRGINIA GRADY
                Federal Public Defender

                s/ Matthew Golla
                Matthew C. Golla
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                Matt_Golla@fd.org
                Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman, Assistant United States Attorney
      Linda.Kaufman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Alan Williams      *via U.S. mail*

      s/Matthew C. Golla
      MATTHEW C. GOLLA
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      matt.golla@fd.org
      Attorney for Defendant