IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-CR-00395-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALAN ALONZO WILLIAMS.

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Assistant Federal Public Defender Matthew Golla's Motion to Withdraw as Counsel of Record and to Appoint Counsel from the Criminal Justice Act Panel (docket no. 24) is GRANTED finding good cause shown.  Assistant Federal Public Defender Matthew Golla is WITHDRAWN as counsel of record for Defendant Alan Alonzo Williams.

It is FURTHER ORDERED that substitute counsel from the CJA Panel is appointed to represent Defendant Alan Alonzo Williams.

Date: July 19, 2016