**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

## ENTRY OF APPEARANCE

Michael J. Gallagher, of the law firm of Davis Graham & Stubbs, LLP, hereby enters his appearance on behalf of Defendant Alan Alonzo Williams in this matter.

Respectfully submitted this 26th day of July, 2016.

    */s/ Michael J. Gallagher*
    MICHAEL J. GALLAGHER
    DAVIS GRAHAM & STUBBS LLP
    1550 Seventeenth Street, Suite 500
    Denver, CO  80202
    Telephone:  (303) 892-9400
    Mike.Gallagher@dgslaw.com

    Attorney for Defendant Alan Alonzo Williams

4196998.1

## Certificate of Service

I certify that on July 26, 2016, I electronically filed the foregoing *ENTRY OF APPEARANCE* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

          */s/ Patricia Henson*
          Patricia Henson