**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND PRE-TRIAL MOTIONS
DEADLINES AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

---

Defendant Alan Alonzo Williams ("Defendant"), by his undersigned counsel, requests a three-week extension of his deadline to file pre-trial motions and related deadlines ("Motion"), and that this additional time be excluded from calculations under the Speedy Trial Act. In support of this Motion, Defendant states as follows:

1.    Defendant has been in federal custody since his arrest in this case on March 18, 2016. That same day, the Federal Public Defender was appointed to represent Defendant.

2.    On April 15, 2016, Defendant filed a motion to exclude 120 days under the Speedy Trial Act, and on May 6, 2016, the Court heard argument on Defendant's motion. The Court granted Defendant's motion, setting a revised pre-trial motions deadline of Monday, August 8, 2016, with responses due by Friday, August 26, 2016.

4201437.2

3.     In granting Defendant's motion, the Court excluded the time period from May 6, 2016 through October 3, 2016, a period of approximately 153 days.

4.     This Motion incorporates and adopts Defendant's earlier motion to exclude time under the Speedy Trial Act, as well as the Court's subsequent order.  The reasoning cited by the Federal Public Defender is equally valid today for Defendant's newly appointed attorney. *See United States v. West*, 828 F.2d 1468 (10th Cir. 1987), and *United States v. Toombs*, 475 F.3d 1262 (10th Cir. 2009).

5.     On July 15, 2016, the Federal Public Defender filed a motion to withdraw as counsel for Defendant.  On July 19, 2016, the Court granted the motion to withdraw.

6.     On July 27, 2016, undersigned counsel filed his Entry of Appearance in this case.

7.     Since that time, undersigned counsel has received from the Federal Public Defender and Assistant U.S. Attorney Linda Kaufman extensive discovery in this matter, including over a thousand pages of bank records.  (The Indictment in this case alleges multiple violations of 18 U.S.C. § 1344 – bank fraud.)  Defense counsel has diligently begun the review of these materials, but additional time is needed to evaluate these materials and otherwise investigate the underlying facts.

8.     Defendant makes this request so that his new appointed attorney may have "the reasonable time necessary for effective preparation taking into account the exercise of due diligence" prior to the pre-trial motions deadline and status conference in this case.  *See* 18 U.S.C. §3161(h)(7)(B)(iv).  Defendant makes this Motion not for purposes of delay, but so that his newly-appointed counsel may perform due diligence in reviewing discovery to determine what, if any, pre-trial motions should be filed.  Defendant believes such an extension will be

sufficient to accomplish this purpose, and that the Government will not be inconvenienced by this request. Pursuant to 18 U.S.C. § 3161(h)(7)(A), Defendant asks that this extension of time be excluded from the Speedy Trial Act because the ends of justice served by this delay outweigh the best interest of the public and Defendant in a speedy trial.

9. Undersigned counsel has discussed this Motion with Defendant, who agrees that an extension of the pre-trial motions deadline and exclusion of this additional time period under the Speedy Trial Act are in his best interests.

10. Undersigned counsel has discussed this Motion with counsel for the Government, Assistant U.S. Attorney Linda Kaufman. Ms. Kaufman is not opposed to the Motion.

11. This Motion is undersigned counsel's first request for continuance in this matter, and Defendant's second such filing. (Prior counsel requested a previous extension on April 7, 2016.)

Defendant respectfully requests a three-week extension of his pre-trial motions filing deadline until on or about August 29, 2016, with responses thereby due by Friday, September 16, 2016. Defendant additionally asks that the status conference scheduled in this matter also be continued three weeks from September 22, 2016 until October 13, 2016, and that the time period from May 6, 2016, through October 13, 2016, be excluded from the calculation under the Speedy Trial Act.

Respectfully submitted this 8th day of August, 2016.

                                                */s/ Michael J. Gallagher*
                                               MICHAEL J. GALLAGHER

DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, CO  80202
Telephone:  (303) 892-9400
Mike.Gallagher@dgslaw.com

Attorney for Defendant Alan Alonzo Williams

**Certificate of Service**

I certify that on August 8, 2016, I electronically filed the foregoing *DEFENDANT'S UNOPPOSED MOTION TO EXTEND PRE-TRIAL MOTIONS DEADLINES AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 /s/ Lyn Buchele
Lyn Buchele