**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ALAN ALONZO WILLIAMS,

      Defendant.

---

## [PROPOSED] ORDER

---

Having considered Defendant's Unopposed Motion to Extend Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act ("Motion"), the Court finds that the Motion should be GRANTED. As such, pre-trial motions in this case are now due no later than August 29, 2016, with corresponding responses due no later than September 16, 2016, and the Status Conference in this matter is reset to October 13, 2016, at _____. Additionally, the time period from May 6, 2016, and October 13, 2016, is excluded from the Speedy Trial Act.

So ORDERED this _____ day of August, 2016.

 

                                  _____
                                  HON. ROBERT E. BLACKBURN
                                  Senior United States District Judge for the
                                  District of Colorado