**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

      Defendant.

---

### MINUTE ORDER[1]

---

The matter is before the court on the **Defendant's Unopposed Motion To Extend Pre-Trial Motions Deadlines and Exclude Time under the Speedy Trial Act** [#28][2] filed August 8, 2016.  This order is entered to schedule and coordinate a date and time at which the court will hear the motion.

**THEREFORE, IT IS ORDERED** as follows:

1.  That on **August 23, 2016**, at 9:30 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to set the motion for hearing; and

2.  That counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

Dated:  August 19, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#28]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.