# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

      Defendant.

## MINUTE ORDER[1]

On August 23, 2016, the court conducted a telephonic setting conference to set the **Defendant's Unopposed Motion To Extend Pre-Trial Motions Deadlines and Exclude Time under the Speedy Trial Act** [#28][2] filed August 8, 2016, for hearing. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1.  That on **August 24, 2016**, commencing at 11:00 a.m. (MDT), the court shall hear the **Defendant's Unopposed Motion To Extend Pre-Trial Motions Deadlines and Exclude Time under the Speedy Trial Act**; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

Dated:  August 23, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#28]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.