IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              August 24, 2016

Deputy Clerk:      Kathleen Finney
Court Reporter:    Julie Thomas

**Criminal Action No.  15-cr-00395-REB**

*Parties:*                              *Counsel:*

UNITED STATES OF AMERICA,               Linda Kaufman

    Plaintiff,
v.

ALAN ALONZO WILLIAMS,                   Michael Gallagher

    Defendant.

## COURTROOM MINUTES

**Motion Hearing on #28.**

**11:07 a.m.   Court in session.**

Appearances of counsel.

Defendant is present in custody.

Opening statements by the court.  The matter is before the court for hearing and consideration on the **Defendant's Unopposed Motion to Extend Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act** [#28] filed August 8, 2016.

Statement by Ms. Kaufman.

Argument by Mr. Gallagher.

Court's findings of fact, conclusions of law, and order.

**IT IS ORDERED** as follows:

1. That the **Defendant's Unopposed Motion to Extend Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act** [#28] is **GRANTED**;

2. That the time from and including **October 3, 2016** through and including **October 13, 2016** is **excluded** from the time for a speedy trial under the Speedy Trial Act of 1974;

3. That any non-CJA pretrial motions shall be filed by **August 29, 2016**, and any corresponding responses shall be filed by **September 16, 2016**;

4. That the Status Conference now set September 22, 2016 is **vacated** and **continued** to **October 13, 2016**, commencing at **1:30 p.m.** (MDT), at which counsel and the defendant shall appear before the court without further notice or order; provided further, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant; and

5. That the defendant is remanded to the United States Marshal for continued detention.

**11:22 a.m.    Court in recess.**

Total time in court:00:17

Hearing concluded.