**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

---

Defendant Alan Alonzo Williams ("Defendant"), by his undersigned counsel, requests an additional thirty day continuance of the status conference currently set in this matter for 1:30 P.M. on Thursday, October 13, 2016 ("Motion"), and that this additional time be excluded from calculations under the Speedy Trial Act. In support of this Motion, Defendant states as follows:

    1.    Defendant has been in federal custody since his arrest in this case on March 18, 2016. That same day, the Federal Public Defender was appointed to represent Defendant.

    2.    On April 15, 2016, Defendant filed a motion to exclude 120 days under the Speedy Trial Act, and on May 6, 2016, the Court heard argument on Defendant's motion. The Court granted Defendant's motion, setting a revised pre-trial motions deadline of Monday, August 8, 2016, with responses due by Friday, August 26, 2016.

3. In granting Defendant's motion, the Court excluded the time period from May 6, 2016 through October 3, 2016, a period of approximately 153 days.

4. On July 15, 2016, the Federal Public Defender filed a motion to withdraw as counsel for Defendant. On July 19, 2016, the Court granted the motion to withdraw.

5. On July 27, 2016, undersigned counsel filed his Entry of Appearance in this case.

6. On August 8, 2016, Defendant, via undersigned counsel, filed a motion to extend pre-trial deadlines and exclude time under the Speedy Trial Act. This motion sought additional time for newly appointed counsel to review the extensive discovery in this case and evaluate the need for filing of motions.

7. After a hearing on August 24, 2016, the Court granted Defendant's motion, and excluded the time from October 3, 2016, to October 13, 2016, from calculations under the speedy trial act. During the additional time provided, undersigned counsel conferred with the government on a number of issues and resolved them without the necessity of filing motions. During this additional time, undersigned counsel also began to investigate the status of three state felony cases pending against Mr. Williams.

8. This Motion incorporates and adopts Defendant's earlier motions to exclude time under the Speedy Trial Act, as well as the Court's subsequent orders. The reasoning cited therein is equally valid today. *See United States v. West*, 828 F.2d 1468 (10th Cir. 1987), and *United States v. Toombs*, 475 F.3d 1262 (10th Cir. 2009).

9. Since the Court granted the Defendant's last motion for additional time, undersigned counsel has vigorously pursued a "global resolution" of Defendant's four pending criminal cases. In addition to this pending matter, the Defendant has unresolved criminal cases

2

pending in the City and County of Denver, Arapahoe County, and Broomfield County. Undersigned counsel's efforts have involved multiple discussions with prosecutors from each of the three separate jurisdictions, discussions with multiple Public Defenders, and researching the pending charges and possible sentences that the Defendant may face in those cases. Undersigned counsel has kept the government advised of these discussions.

10.     Proper representation of the Defendant necessarily must take into account the impact of all of the charges pending against him. Though substantial progress has been made towards a "global resolution," of Defendant's four pending cases, Defendant requests additional time so that undersigned counsel may have "the reasonable time necessary for effective preparation taking into account the exercise of due diligence" prior to the status conference in this case. *See* 18 U.S.C. §3161(h)(7)(B)(iv). Defendant makes this Motion not for purposes of delay, but so undersigned counsel may finish performing due diligence in attempting to reach a global resolution that includes discussions with state authorities. This extension should be sufficient to accomplish this purpose, and the Government will not be inconvenienced by this request. Pursuant to 18 U.S.C. § 3161(h)(7)(A), Defendant asks that this extension of time be excluded from the Speedy Trial Act because the ends of justice served by this delay outweigh the best interest of the public and Defendant in a speedy trial.

11.     Defendant also makes this request so as to avoid any potential "miscarriage of justice" resulting from the premature termination of Defendant's efforts at achieving a "global resolution" of his four pending cases. *See* 18 U.S.C. § 3161(h)(7)(B)(i). Undersigned counsel has invested substantial efforts investigating Defendant's pending cases, and believes that "global resolution" can be achieved within this additional 30 day period.

3

12. Undersigned counsel has discussed this Motion with Defendant, who agrees that a continuance of the status conference and exclusion of this additional time period under the Speedy Trial Act are in his best interests.

13. Undersigned counsel has discussed this Motion with counsel for the Government, Assistant U.S. Attorney Linda Kaufman. Ms. Kaufman is not opposed to the Motion.

14. This Motion is undersigned counsel's second request for continuance in this matter, and Defendant's third such filing. (Prior counsel requested a previous extension on April 7, 2016.)

Defendant respectfully requests a thirty-day extension of the status conference scheduled in this matter for October 13, 2016, until on or about Monday, November 14, 2016, and that the time period from October 13, 2016 through November 14, 2016 be excluded from the calculation under the Speedy Trial Act.

Respectfully submitted this 12th day of October, 2016.

*/s/ Michael J. Gallagher*
MICHAEL J. GALLAGHER
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado  80202
Telephone:  (303) 892-9400
Mike.Gallagher@dgslaw.com

Attorney for Defendant Alan Alonzo Williams

4

**Certificate of Service**

I certify that on October 12, 2016, I electronically filed the foregoing *DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    *s/ Kathrine M. Aragon*
    Kathrine Aragon