**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

      Defendant.

## MINUTE ORDER[1]

      The matter is before the court on the **Defendant's Unopposed Motion To Continue Status Conference and Exclude Time under the Speedy Trial Act** [#32],[2] filed October 12, 2016.  After careful review of the motion and the file, the court concludes that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the status conference set October 13, 2016, is vacated and continued pending further order;

      2.  That on **October 18, 2016**, at 10:00 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the status conference;

      3.  That counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference; and

      4.  That the court will issue a separate order addressing excludable time under the Speedy Trial Act.

      Dated:  October 12, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#32]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.