**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On October 18, 2016, the court conducted a telephonic setting conference to reset the status conference in this matter. After conferring with counsel, and by agreement of all,

      **IT IS ORDERED** as follows:

      1. That on **November 10, 2016**, commencing at 9:00 a.m. (MST), the court shall conduct a status conference; and

      2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

      Dated:  October 19, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.