**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

## [PROPOSED] ORDER

---

Having considered Defendant's Unopposed Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act ("Motion"), the Court finds that the Motion should be GRANTED. The Court finds that the representations made in said Motion support the following findings, here made: the requested continuance is necessary to avoid a miscarriage of justice to Defendant Williams under 18 U.S.C. § 3161(h)(7)(B)(iv) and to provide Defense counsel the reasonable time necessary for effective preparation under 18 U.S.C. § 3161(h)(7)(B)(i), and that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

As such, the Status Conference in this matter is reset to _____ at _____, and the time period from November 14, 2016, until the date of the Status Conference, _____, is excluded from the Speedy Trial Act.

So ORDERED this _____ day of November, 2016.

_____
HON. ROBERT E. BLACKBURN
Senior United States District Judge for the
District of Colorado
