**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

      Defendant.

---

**MINUTE ORDER**[1]

---

The matter before the court is **Defendant's Unopposed Motion To Continue Status Conference and Exclude Time Under the Speedy Trial Act** [#36],[2] filed November 8, 2016. Having reviewed the motion and the file, and being advised of the premises, the court finds the motion is well-taken to the extent it seeks to vacate the currently scheduled status conference, and the motion therefore is granted in part to that extent.

The court defers consideration of defendant's further request to exclude additional time from the time for speedy trial, and will set a telephonic setting conference to reschedule the status conference, at which it will hear and consider the remainder of the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Unopposed Motion To Continue Status Conference and Exclude Time Under the Speedy Trial Act** [#36], filed November 8, 2016, is granted in part to the extent it seeks to vacate the currently scheduled status conference;

2. That the status conference scheduled for Thursday, November 10, 2016, at

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

9:00 a.m., is vacated and continued without date pending further order of court;

      3.  That on November 15, 2016, at 11:00 p.m. (MST), the court shall conduct a telephonic (non-appearance) setting conference to reset the sentencing hearing; and

      4.  That counsel for defendant shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference.

      Dated: November 9, 2016