**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

      Defendant.

**MINUTE ORDER**[1]

      On November 15, 2016, the court conducted a telephonic setting conference to set this matter for status conference/motion hearing on **Defendant's Unopposed Motion To Continue Status Conference and Exclude Time under the Speedy Trial Act** [#36],[2] filed November 8, 2016, as to the portion of the motion requesting excludable time under the Speedy Trial Act.  After conferring with counsel, and by agreement of all,

      **IT IS ORDERED** as follows:

      1.  That on **November 17, 2016**, at 11:00 a.m. (MST), the court shall conduct a status conference/motion hearing on **Defendant's Unopposed Motion To Continue Status Conference and Exclude Time under the Speedy Trial Act** [#36], filed November 8, 2016, as to the portion of the motion requesting excludable time under the Speedy Trial Act; and

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

      Dated:  November 15, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#36]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.