IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            November 17, 2016

Deputy Clerk:    Kathleen Finney
Court Reporter:  Tracy Weir

**Criminal Action No.  15-cr-00395-REB**

*Parties:*                                  *Counsel:*

UNITED STATES OF AMERICA,                   Linda Kaufman

     Plaintiff,

v.

ALAN ALONZO WILLIAMS,                       Michael Gallagher

     Defendant.

## COURTROOM MINUTES

**Motion/Status Hearing**

**11:01 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

The matter is before the court for hearing and consideration on the **Defendant's Unopposed Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act** [#36] filed November 8, 2016.

Argument by Mr. Gallagher.

Response by Ms. Kaufman.

Court's conclusions.

**IT IS ORDERED** as follows:

1. That the **Defendant's Unopposed Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act** [#36] is **GRANTED**;

2. That the time from and including **November 14, 2016** through and including **January 12, 2017** is **excluded** from the time for a speedy trial under the Speedy Trial Act of 1974;

3. That a further status conference is set **January 12, 2017**, commencing at **9:00 a.m.**, at which counsel and the defendant shall appear before the court without further notice or order; provided further, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant; and

4. That the defendant is remanded to the United States Marshal for continued detention.

**11:13 a.m.   Court in recess.**

Total time in court:00:12

Hearing concluded.