**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **ALAN ALONZO WILLIAMS**,

        Defendant.

**NOTICE OF DISPOSITION
AND REQUEST TO VACATE STATUS HEARING
AND SCHEDULE CHANGE OF PLEA HEARING**

    The Defendant Alan Alonzo Williams, by and through counsel, Michael J. Gallagher of Davis Graham & Stubbs LLP, notifies the Court that the Government and Alan Alonzo Williams have reached a disposition.

    Mr. Williams requests that the status conference scheduled at 9:00 a.m., on January 12, 2017, be vacated and that a change of plea hearing be scheduled.

Dated this 10th day of January, 2017.

                                                        */s/ Michael J. Gallagher*
                                                        Michael J. Gallagher
                                                        DAVIS GRAHAM & STUBBS LLP
                                                        1550 17th Street, Suite 500
                                                        Denver, CO  80202-1500
                                                        Telephone: 303.892.9400
                                                        Facsimile:   303.893.1379
                                                        Email: mike.gallagher@dgslaw.com

                                                        *Attorneys for Defendant
                                                       Alan Alonzo Williams*

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, the foregoing NOTICE OF DISPOSITION AND REQUEST TO VACATE STATUS HEARING AND SCHEDULE CHANGE OF PLEA HEARING was electronically filed with the USDC Clerk of the Court and served via the CM/ECF system on the following:

    Linda Kaufman
    linda.kaufman@usdoj.gov


    /s/ Lynell E. Buchele