**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

    Defendant.

---

**MINUTE ORDER**[1]

---

    A **Notice of Disposition** [#41],[2] was filed January 10, 2017. A status conference is currently set for January 12, 2017, which the court finds should be converted to a change of plea hearing.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the status conference set **January 12, 2017**, at 9:00 a.m. (MST), is vacated and converted to a change of plea hearing; and

    2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

    Dated:  January 10, 2017

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#41]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.