**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

---

Defendant Alan Alonzo Williams ("Defendant"), by his undersigned counsel, requests that sentencing in this matter, currently scheduled for April 6, 2017 at 10:00 A.M., be continued until July 6, 2017 or the Court's next available setting thereafter. In support of this Motion to Continue Sentencing Hearing ("Motion"), Defendant states as follows:

    1.    Defendant has been in federal custody since his arrest in this case on March 18, 2016.

    2.    On January 12, 2017, Defendant pled guilty pursuant to a plea agreement with the United States. On that date, the Court set Defendant's sentencing hearing for April 6, 2017 at 10:00 A.M.

    3.    In order to address a long-standing health issue, undersigned counsel believes that the Defendant is tentatively scheduled for hernia surgery on or about March 22, 2017. This

procedure will only take place, however, if it can be assured that Mr. Williams will remain in the custody of the Federal Detention Center in Englewood, Colorado for 90 days following surgery. Given that Mr. Williams' sentencing hearing is currently set within this 90 day period, he will be unable to have the surgery unless his sentencing hearing is continued until after June 21, 2017.

4. On February 27, 2017, Assistant U.S. Attorney Linda Kaufman was contacted regarding Defendant's proposed Motion, and informed of Mr. Williams' tentatively scheduled surgery. Ms. Kaufman stated that she was not opposed to Defendant's Motion.

5. Also on February 27, 2017, the Court's chambers were contacted regarding available dates for Mr. Williams' sentencing hearing should the Court grant this Motion. The Clerk stated that the Court's next available setting is July 6, 2017 at 10:00 A.M. AUSA Kaufman was subsequently consulted regarding her availability that day, and stated that such a setting would work for her.

6. This Motion is being filed at the request of the Defendant, who asks that the Court continue his sentencing hearing so that he may receive necessary surgical care as soon as possible.

7. This Motion is the Defendant's first request to continue the sentencing hearing in this matter.

Defendant respectfully requests that his sentencing hearing be continued until July 6, 2017 at 10:00 A.M. or thereafter as necessary.

Respectfully submitted this 6th day of March, 2017.

    */s/ Michael J. Gallagher*
MICHAEL J. GALLAGHER
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado  80202
Telephone:  (303) 892-9400
Mike.Gallagher@dgslaw.com

Attorney for Defendant Alan Alonzo Williams

**Certificate of Service**

I certify that on March 6, 2017, I electronically filed the foregoing *DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    *s/ Kathrine M. Aragon*
    Kathrine Aragon