# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

## [PROPOSED] ORDER

Having considered Defendant's Unopposed Motion to Continue Sentencing Hearing ("Motion"), the Court finds that the Motion should be GRANTED. As such, the Sentencing Hearing in this matter is hereby reset to _____ at _____.

So ORDERED this _____ day of March, 2017.

    HON. ROBERT E. BLACKBURN
    Senior United States District Judge for the
    District of Colorado