**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Defendant's Unopposed Motion To Continue Sentencing Hearing** [#49],[2] filed March 6, 2017.  After careful review of the motion and the file, the court concludes that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Defendant's Unopposed Motion To Continue Sentencing Hearing** is granted;

    2.  That the sentencing hearing set April 6, 2017, is vacated and continued to **July 6, 2017**, commencing at 10:00 a.m. (MDT); and

    3.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

    Dated:  March 6, 2017

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#49]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.