IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

1.   ALAN ALONZO WILLIAMS,

    Defendant.

---

## GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT [DOC. #48]

---

    The United States of America, by and through Linda Kaufman, Assistant United States Attorney, hereby responds to the Presentence Investigation Report, "PSR", (Doc. #48) as follows:

    1.   At the time of the Plea Agreement, based on the information then available to it, the government estimated that the defendant's criminal history category would be Category V.  Doc. #44 at 15.

    2.   The Probation Department has concluded that the defendant's criminal history category is VI.  Doc. #48 at Para. 85.

    3.   Upon review, the government has concluded that the probation department's calculation is correct, for the following reasons:

        a.   The government's initial calculation was that the total criminal history points was 10, based upon the same facts set forth in the PSR at Paragraph 77 (3 points for Arapahoe County Case #1996-cr-2283); Paragraph 79 (2 points for

Denver County Case #1998-cr-3933); Paragraph 80 (3 points for Denver County Case #2009-cr-4046); and Paragraph 84 (the instant offense of conviction was committed while the defendant was under a criminal justice sentence, having been on parole from August 3, 2005 through June 7, 2009).

    b. The probation department included 6 additional criminal history points based on the following:

        i. <u>PSR Paragraph 74</u>: 3 points for an attempted three-degree burglary conviction in Denver County Case # 1994-cr-1329. Upon review, the government concludes that the probation department is correct. The defendant was initially sentenced to community corrections for 18 months. The judgement was later amended, and he was sentenced to prison for 18 months and given credit for time served in county jail and community corrections. U.S.S.G. §4A1.1(a) provides that 3 points be assessed for each sentence of imprisonment exceeding 1 year and one month. U.S.S.G. §4A1.2(b)(1) defines "sentence of imprisonment" as a sentence of incarceration, which refers to the maximum sentence imposed. Application Note 2 to U.S.S.G. §4A1.2 states, "For the purpose of applying §4A1.1(a), (b), or (c), the length of a sentence imposed is the stated maximum… That is, the criminal history points are based on the sentence pronounced, not the length of time actually served." Thus, even if community corrections is not deemed to be "incarceration", the 3 points should be assessed, based on the Court's revised sentence to 18 months' incarceration.

        ii. <u>PSR Paragraph 81</u>: 2 points for 9an harassment conviction in Aurora Municipal Court Case # J108979. The government was previously not

aware of this conviction and sentence, and upon review, concludes that it does warrant the addition of 2 criminal history points, pursuant to U.S.S.G. §4A1.1(b).

      iii. <u>PSR Paragraph 82</u>: 1 point for an identity theft conviction in Arapahoe County Case # 2011-cr-2326. The government was previously aware that the defendant had pled guilty in this case but had failed to appear for sentencing, but did not add any criminal history points for that in its initial calculation. Upon review, the government concludes that the probation department is correct, pursuant to U.S.S.G. §4A1.2(a)(4), which states that where the guilt of a defendant has been established by a guilty plea, such conviction is to be counted as if it constituted a prior sentence under U.S.S.G. §4A1.1(c), if a sentence resulting from that conviction would otherwise be countable.

4. In sum, the government has no objections to the PSR, and now agrees with the probation department that the defendant's criminal history category is VI.

      Respectfully submitted,

      By: <u>s/Linda Kaufman</u>
      LINDA KAUFMAN
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, CO 80202
      Telephone: 303-454-0100
      Fax: 303-454-0401
      Email: Linda.Kaufman@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of April 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Mr. Michael Gallagher
Mike.gallagher@dsglaw.com

Kyla Hamilton (US Probation)
Kyla_Hamilton@cod.uscourts.gov

                                              s/*Mariah Hill*
                                              Mariah Hill
                                              Legal Assistant
                                              United States Attorney's Office
                                              1801 California Street, Suite 1600
                                              Denver, CO 80202
                                              Telephone: 303 454-0100
                                              Fax: 303 454-0402
                                              Email: mariah.hill@usdoj.gov