IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

**1.   ALAN ALONZO WILLIAMS,**

    Defendant.

## GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

    The United States of America hereby respectfully moves this Court to decrease the defendant's offense level by one additional level pursuant to U.S.S.G. §3E1.1(b) if the Court finds that §3E1.1(a) applies. As grounds therefor, the government states as follows:

    1.   The defendant assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

    Respectfully submitted,

    ROBERT C. TROYER
    Acting United States Attorney

    By: *s/Linda Kaufman*
    LINDA KAUFMAN
    Assistant United States Attorney
    1801 California Street, Suite 1600

        Denver, CO 80202  
        Telephone: 303-454-0100  
        Fax: 303-454-0401  
        Email: Linda.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Michael Gallagher  
Mike.gallagher@dsglaw.com

Kyla Hamilton (US Probation)  
Kyla_Hamilton@cod.uscourts.gov

        s/*Mariah Hill*  
        Mariah Hill  
        Legal Assistant  
        United States Attorney's Office  
        1801 California Street, Suite 1600  
        Denver, CO 80202  
        Telephone: 303 454-0100  
        Fax: 303 454-0402  
        Email: mariah.hill@usdoj.gov