IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

  Plaintiff,

   v.

1.  ALAN ALONZO WILLIAMS,

  Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS

The United States of America hereby moves this Court to dismiss Counts 2, 3, and 4 at the time of the sentencing on Count I, and as grounds therefor, states as follows:

1. The government agreed to move to dismiss all remaining counts if the defendant pled guilty to Count I. (Doc. #44 at 1).

2. The defendant has pled guilty to Count I.

Respectfully submitted,

By: *s/Linda Kaufman*
LINDA KAUFMAN
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
Email: Linda.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Michael Gallagher
Mike.gallagher@dsglaw.com

Kyla Hamilton (US Probation)
Kyla_Hamilton@cod.uscourts.gov

                                                 s/*Mariah Hill*
                                                 Mariah Hill
                                                 Legal Assistant
                                                 United States Attorney's Office
                                                 1801 California Street, Suite 1600
                                                 Denver, CO 80202
                                                 Telephone: 303 454-0100
                                                 Fax: 303 454-0402
                                                 Email: mariah.hill@usdoj.gov