IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00395-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. ALAN ALONZO WILLIAMS**

    Defendant.

**ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS**

THIS MATTER comes before the Court upon the Government's motion to dismiss Counts 2, 3, and 4 of the Indictment. The Court, having considered this motion, and having imposed sentence upon the defendant, hereby

ORDERS that the Government's Motion to Dismiss Counts is GRANTED, and further

ORDERS that Counts 2, 3, and 4 of the Indictment in this case are dismissed with prejudice.

DATED this _____ day of _____, 2017.

BY THE COURT:

_____
ROBERT E. BLACKBURN
United States District Judge
District of Colorado

1