IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00395-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 1st day of June, 2017.

    ROBERT C. TROYER
    Acting United States Attorney

    By: *s/ Julia Martinez*
    JULIA MARTINEZ
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0401
    Email: Julia.Martinez@usdoj.gov

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of June, 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      By: *s/ Lisa Tibbetts*
LISA TIBBETTS
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0401
E-mail: Lisa.Tibbetts@usdoj.gov

2