**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

**DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING**

---

    Defendant Alan Alonzo Williams ("Defendant"), by his undersigned counsel, requests that sentencing in this matter, currently scheduled for July 6, 2017 at 10:00 A.M., be continued approximately 50 days until on or about Thursday, August 17, 2017 or the Court's next available setting thereafter. In support of this Motion ("Motion"), Defendant states as follows:

    1.    Defendant has been in federal custody since his arrest in this case on March 18, 2016.

    2.    On January 12, 2017, Defendant pled guilty pursuant to a plea agreement with the United States. On that date, the Court set Defendant's sentencing hearing for April 6, 2017 at 10:00 A.M.

    3.    On March 6, 2017, the Court granted Defendant's Unopposed Motion to Continue Sentencing Hearing, resetting sentencing in this matter until July 6, 2017, at 10:00 AM.

Defendant had requested this continuance in order to address a long-standing health issue for which he believed he was to receive surgical care.

4. Through no fault of his own, the Defendant's surgery has not yet occurred. It is anticipated, however, that surgery will occur prior to July 6, 2017.

5. Mr. Williams will also use the additional requested time to seek financial records relevant to the Court's determination of the appropriate guideline sentencing range in this matter. As noted in his comments to the Presentence Report, Defendant believes that additional records may exist showing his use of loan proceeds to further his family's business, Williams Vending Company.

6. The assigned Assistant U.S. Attorney, AUSA Julia Martinez, is on vacation and unavailable for conference regarding her position on this Motion. On June 15, 2017, however, Ms. Judith Smith, Ms. Martinez's supervisor, consented to the relief sought in this Motion.

7. On June 15, 2017, the Court's chambers were contacted by the undersigned and AUSA Judith Smith regarding available dates for Mr. Williams' sentencing hearing should the Court grant this Motion. The Clerk stated that the Court has an available setting on August 17, 2017 at 10:00 A.M.

8. This Motion is filed at the request of the Defendant, who asks that the Court continue his sentencing hearing both so that he may receive necessary surgical care as soon as possible, and so that he may seek additional financial records relevant to sentencing.

9. This Motion is the Defendant's second request to continue the sentencing hearing in this matter.

Defendant respectfully requests that his sentencing hearing be continued for approximately 50 days until on or about August 17, 2017, or thereafter as necessary.

Respectfully submitted this 15th day of June, 2017.

                                    */s/ Michael J. Gallagher*
MICHAEL J. GALLAGHER
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone  (303) 892-9400
Mike.Gallagher@dgslaw.com

Attorney for Defendant Alan Alonzo Williams

3

## Certificate of Service

I certify that on June 15, 2017, I electronically filed the foregoing **Defendant's Second Unopposed Motion to Continue Sentencing Hearing** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Kathrine M. Aragon*
Kathrine M. Aragon