**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

## [PROPOSED] ORDER

Having considered Defendant's Second Unopposed Motion to Continue Sentencing Hearing ("Motion"), the Court finds that the Motion should be GRANTED. As such, the Sentencing Hearing in this matter is hereby reset to Thursday, August 17, 2017 at 10:00 A.M.

So ORDERED this _____ day of June, 2017.

    HON. ROBERT E. BLACKBURN
    Senior United States District Judge for the
    District of Colorado