# EXHIBIT A

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city, state, and ZIP code<br>First Bank Richmond DBA:<br>First Federal Leasing<br>31 N. 9th Street<br>Richmond, IN 47374 | | OMB No. 1545-1424<br>20**08**<br>Form **1099-C** | **Cancellation of Debt** |
|---|---|---|---|
| CREDITOR'S federal identification number<br>35 0309830 | DEBTOR'S identification number<br>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 | 1 Date canceled<br>02-08 | 2 Amount of debt canceled<br>$ 3967.80 | Copy B<br>For Debtor |
| DEBTOR'S name<br>Alan Williams | | 3 Interest if included in box 2<br>$ | 4 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>384 South Ironton Street #404 | | 5 Debt description | | |
| City, state, and ZIP code<br>Aurora,, CO 80012 | | | | |
| Account number (see instructions)<br>81848 | | 6 Bankruptcy (if checked)<br>☐ | 7 Fair market value of property<br>$ | |

Form **1099-C**         (keep for your records)         Department of the Treasury - Internal Revenue Service

---

Williams Vending Co Inc
(303) 360-7898
2200 Chambers Rd
Aurora, CO 80011

6751
82-0214/1070

Date: 2/7/08

Pay to the Order of: First Federal Leasing         $ 30,000.00

Thirty Thousand and 00/100 Dollars

BANK of the WEST
Denver-South Office
2050 S DOWNING ST
DENVER, CO 80210-4127
1-800-488-2265

For: (F. LRSP #81848-1)         Carin E Vecchiarelli

⑈107002147⑈ 486004161⑈ 06751