**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

**DEFENDANT'S THIRD UNOPPOSED MOTION TO CONTINUE**
**SENTENCING HEARING**

---

Defendant Alan Alonzo Williams ("Defendant") requests that sentencing in this matter, currently scheduled for August 17, 2017, at 10:00 A.M., be continued approximately 90 days until on or after November 17, 2017. In support of this Motion ("Motion"), Defendant states as follows:

1.    Defendant has been in federal custody since his arrest in this case on March 18, 2016.

2.    On January 12, 2017, Defendant pled guilty pursuant to a plea agreement with the United States. On that date, the Court set Defendant's sentencing hearing for April 6, 2017, at 10:00 A.M.

3.    On March 6, 2017, the Court granted Defendant's Unopposed Motion to Continue Sentencing Hearing, resetting sentencing in this matter until July 6, 2017, at 10:00 AM. Defendant requested this continuance principally to address a long-standing health issue for which he

understood he was to receive surgical care. On June 16, 2017, the Court granted Defendant's Second Motion to Continue Sentencing, setting the current date of August 17, 2017, at 10:00 am. This Motion is Defendant's third request to continue his sentencing hearing.

### Medical Treatment Issues

4.     The prior continuances were sought because Mr. Williams advises that a sentencing date within approximately 90 days would interfere with the scheduling of hernia surgery and other medical treatment he expects to soon obtain. For reasons unknown to Mr. Williams, his hernia surgery has not yet occurred. He has been advised that abnormal liver test results during his pre-operation work up may explain the delay. Mr. Williams advises that, apparently for security reasons, he is not advised in advance of when he will be taken for surgery and other treatment. The principal reason for this request for a ninety-day continuance is to assure that a scheduled sentencing does not interfere with his medical treatment for which he has been waiting for months.

### Cognitive Training Therapy

5.     Mr. Williams advises that, approximately one week ago, he began a Cognitive Behavior Modification Program that will last for six weeks. He desires to complete that class and report on his progress before sentencing.

### Sentencing Information and Records

6.     Mr. Williams requested a continuance of sentencing until August 17, 2017, in part to seek records in further support of his sentencing position. Promptly after that continuance was granted, counsel prepared releases to be signed by Mr. Williams and notarized to obtain additional supporting records. After attempting to have a notary present during a meeting with Mr. Williams on June 23, 2017, the Federal Detention Center ("FDC") required a written request to permit a

notary to meet with Mr. Williams, and counsel subsequently submitted that request. The request has not yet been granted by the FDC. Last week, counsel identified a lawyer who was also a notary, took this additional lawyer to meet with Mr. Williams, and obtained these releases. These releases were promptly provided to Wells Fargo Bank and a prior creditor of Williams Vending Company, the borrower involved in this case. As noted in both the comments to the Presentence Investigation Report ("PSR") and Sentencing Memorandum, Mr. Williams believes that additional records may exist showing his use of loan proceeds to further his family's business, Williams Vending Company. As of the submission of this request, these requested documents have not been provided under these releases, despite prompting by counsel.

7.      Counsel for Mr. Williams has already submitted comments on the PSR and his Sentencing Memorandum. A continuance is necessary so that the additional information sought with these releases is available at sentencing.

**Position of Government**

8.      On August 4, 2017, counsel for Mr. Williams conferred with AUSA Julia Martinez about this request. The government does not oppose this request on the condition that no further continuances of sentencing be permitted.

**Conclusion and Further Statement of Grounds**

Defendant recognizes that he has requested a significant delay of his sentencing. However, this delay will not prejudice the government, and is necessary to ensure that his medical treatment will not be delayed by a sentencing date in the near term. At a minimum, a continuance of approximately thirty (30) days is requested to permit the Defendant to obtain the

3

additional sentencing information not now available because of the FDC's delay in permitting a notary to meet with MR. Williams.

Mr. Williams requests a continuance of ninety days, or such other time as the Court deems appropriate. As noted, the government does not oppose this request so long as it is the final continuance of sentencing.

Respectfully submitted this 4th day of August, 2017.

                                */s/ Michael J. Gallagher*
                                MICHAEL J. GALLAGHER
                                DAVIS GRAHAM & STUBBS LLP
                                1550 Seventeenth Street, Suite 500
                                Denver, Colorado 80202
                                Telephone: 303-892-9400
                                Email: Mike.Gallagher@dgslaw.com

                                Attorney for Defendant Alan Alonzo Williams

## Certificate of Service

I certify that on August 4, 2017, I electronically filed the foregoing **Defendant's Third Unopposed Motion to Continue Sentencing Hearing** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Kathrine M. Aragon*
Kathrine M. Aragon
