# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

## [PROPOSED] ORDER

---

Having considered Defendant's Third Unopposed Motion to Continue Sentencing Hearing ("Motion") and the government's restricted consent conditioned on this being the final continuance of sentencing, the Court finds that the Motion should be GRANTED. As such, the Sentencing Hearing in this matter is continued for the final time and hereby reset to _____.

So ORDERED this _____ day of August, 2017.

 

HON. ROBERT E. BLACKBURN
Senior United States District Judge for the
District of Colorado