IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  Alan Alonzo Williams,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    the Government

DATED at Denver, Colorado this 26th day of October, 2017.

    Rebecca S. Weber
    Name of Attorney

    United States Attorney's Office
    Firm Name

    1801 California Street, Suite 1600
    Office Address

    Denver, CO, 80202
    City, State, ZIP Code

    303-454-0100
    Telephone Number

    Rebecca.Weber@usdoj.gov
    Primary CM/ECF E-mail Address

Respectfully submitted this 26th day of October, 2017.

        ROBERT C. TROYER
        Acting United States Attorney

        By:  *s/ Rebecca S. Weber*
        REBECCA S. WEBER
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California Street
        Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0401
        E-mail: Rebecca.Weber@usdoj.gov