EXHIBIT A



| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20081104 |
| Sequence Number | 000008842241008 | Amount | 0001171666 |
| Account Number | 3214258109 | Serial Number | 000000000009539 |

5/6/10   6:21:56 PM   Page 71 of 82   BRMN3271278:Diana Adams - 12645750-3214258

WF_00000792



| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080521 |
| Sequence Number | 000007030371720 | Amount | 0000950000 |
| Account Number | 3214258109 | Serial Number | 000000000009525 |

5/6/10   6:21:56 PM   Page 58 of 82         BRMN3271278:Diana Adams - 12645750-3214258

WF_00000779



| | |
|---|---|
| R/T Number | 010200007 |
| Sequence Number | 000006677875775 |
| Account Number | 3214258109 |

| | |
|---|---|
| Processing Date | 20080513 |
| Amount | 0000464805 |
| Serial Number | 000000000009553 |

5/6/10     6:21:48 PM     Page 43 of 82         BRMN3271278:Diana Adams - 12645750-3214258

WF_00000763



| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080530 |
| Sequence Number | 000008864372281 | Amount | 0000170000 |
| Account Number | 3214258109 | Serial Number | 000000000009558 |



| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080609 |
| Sequence Number | 000008868317768 | Amount | 0000080000 |
| Account Number | 3214258109 | Serial Number | 000000000009559 |

5/6/10   6:21:56 PM   Page 79 of 82            BRMN3271278:Diana Adams - 12645750-3214258

WF_00000800



```
2610090720  8/4/2008   >107001232<
```

| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080806 |
| Sequence Number | 000008842492735 | Amount | 0000151512 |
| Account Number | 3214258109 | Serial Number | 0000000000009562 |

5/6/10    6:21:56 PM    Page 72 of 82              BRMN3271278:Diana Adams - 12645750-3214258

WF_00000793





| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080630 |
| Sequence Number | 000000477124549 | Amount | 0000144215 |
| Account Number | 3214258109 | Serial Number | 000000000009576 |

5/6/10          6:21:48 PM          Page 5 of 82          BRMN3271278:Diana Adams - 12645750-3214258

WF_00000725



| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080701 |
| Sequence Number | 000008832308840 | Amount | 0000160000 |
| Account Number | 3214258109 | Serial Number | 000000000009526 |

5/6/10     6:21:56 PM     Page 68 of 82          BRMN3271278:Diana Adams - 12645750-3214258

WF_00000789





*101000048*
08/08/2008
6316263860

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

C101000019] 08/07/2008
760000214

WILLIAMS VENDING CO INC
OPERATING ACCOUNT
AURORA, CO

9584

DATE 8/6/08

PAY TO THE ORDER OF Nedra Art

$1347.85

One thousand three hundred forty seven dollars & 85/100 DOLLARS

FOR (Cald)

⑈000009584⑈ ⑆102000076⑆ 3214258109⑈

⑈9584⑈ ⑆102000076⑆ 3214258109⑈ ⑈0000134785⑈

0574998499

8100300330 001 08-07-08 09 >101000019< COMMERCE BANK

>101000019< 08/07/2008
760000214

PAY TO THE ORDER OF
COMMERCE BANK AURORA
METRO PRINTING COMPANY
FOR DEPOSIT ONLY
055-730

*101000048* 08/08/2008
6316263860

↓Do not endorse or write below this line.↓

| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080808 |
| Sequence Number | 000000574998499 | Amount | 0000134785 |
| Account Number | 3214258109 | Serial Number | 000000000009584 |