# EXHIBIT B

# DAVIS GRAHAM & STUBBS

Michael J. Gallagher
303 892 7355
mike.gallagher@dgslaw.com

October 23, 2017

<u>Via United States Mail</u>

Counselor Waird
Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO 80123

Re:   Alan Alonzo Williams

Dear Counselor Waird:

I am writing about some health issues with my client Alan Alonzo Williams, who I understand is your client at the Englewood Detention Center. I have left you voice mails about this issue, but I always missed you and my messages have not been returned.

Mr. Williams has some significant medical issues concerning (i) a seriously injured knee and (ii) a hernia in need of surgical repair. In part to facilitate prompt local treatment of these problems, we have asked the court to delay his sentencing. Mr. Williams is now scheduled to be sentenced on November 15, 2017, and the court will not entertain an extension of that date.

It would be best if Mr. Williams' medical issues are addressed before that time. If this does not occur, it would be helpful for Mr. Williams and me to know when these medical issues will be addressed so that we can advise the court and take steps to assure that Mr. Williams remains available for treatment locally.

Mr. Williams advised me that his health condition is being addressed, in part, by a "Dr. Dryer" who works at the detention center. I could not locate contact information for this physician. Please provide this information to her.

Thanks for your attention to this important matter. It would be best to address these medical issues soon. In any event, I would appreciate a telephone call or e-mail providing me with whatever information you can.

Sincerely,

Michael J. Gallagher
*Attorney for Alan A. Williams*