IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

## DEFENDANT'S SUPPLEMENTAL SENTENCING INFORMATION REGARDING HEALTH ISSUES

Defendant Williams submits the following supplemental sentencing information regarding health issues referenced at page 6 of his Supplemental Sentencing Memorandum.

1.    Exhibit A shows that Mr. Williams requested treatment for a "swollen hernia" in September of 2016.

2.    The documents collected at Exhibit B show that Dr. Tillerson recommended a surgical repair of that hernia in April of 2017, and that recommendation was provided to Bureau of Prisons ("BOP") medical personnel.

3.    The documents gathered at Exhibit C show that although local BOP personnel were aware of Dr. Tillerson's recommendation of a surgical repair, BOP did not authorize repair of Mr. Williams' hernia. According to these records, and despite Mr. Williams request that this

issue be addressed while he was awaiting sentencing, repair of this hernia was "deferred' by BOP indefinitely.

4. Exhibit D shows Mr. Williams' request, through counsel, that BOP commit to surgical repair of Mr. Williams hernia prior to sentencing so that the court could be advised. BOP has determined that repairing Mr. Williams' hernia has not risen to the level of "medical necessity" and will not commit to arrange this surgery.

Respectfully submitted this 13th day of November, 2017.

                                              */s/ Michael J. Gallagher*
                                              MICHAEL J. GALLAGHER
                                              DAVIS GRAHAM & STUBBS LLP
                                              1550 Seventeenth Street, Suite 500
                                              Denver, Colorado 80202
                                              Telephone: (303) 892-9400
                                              Mike.Gallagher@dgslaw.com

                                              *Attorney for Defendant Alan Alonzo Williams*

## CERTIFICATE OF SERVICE

I certify that on November 13, 2017, I electronically filed the foregoing DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                       /s/ Patricia Henson
                                       Patricia Henson