# EXHIBIT A

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

---

TO: (Name and Title of Staff Member) Medical Department

DATE: 9/26/2016

FROM: Alan A. Williams

REGISTER NO.: 43473-013    Englewood

WORK ASSIGNMENT: N/A

UNIT: B-22L

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Hello; Due to the medical issues I have concerning my swollen hernia and my severe damaged knee; I'm requesting the use of one plastic chair in order to sit; when I'm experiencing pain. I'm still doing the stretches that the physician stated I should; but I still experience pain when I stand to long. Thank you for your time!

(Do not write below this line)

---

DISPOSITION:

Please sign up for sick call for evaluation of medical issues and possible remedies.

Signature Staff Member

Date: 9/28/16

Record Copy - File; Copy - Inmate

PDF                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6