# EXHIBIT B

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, ALAN ALONZO | | Reg #: | 43473-013 |
| Date of Birth: | 10/05/1962 | Sex: M   Race: BLACK | Facility: | ENG |
| Note Date: | 04/20/2017 11:41 | Provider: Santini, G. MD/CD | Unit: | J06 |

Review Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**     **Provider:** Santini, G. MD/CD
     RIH, seen on 4/18/17 and recommends repair by General Surgeon.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 08/25/2017 | 08/25/2017 | Routine | No | |

   **Subtype:**
     Dr. Tillquest
   **Reason for Request:**
     Surgery-54 y/o male seen on 4/18/17 and recommends repair.
   **Provisional Diagnosis:**
     RIH

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Santini, G. MD/CD on 04/20/2017 11:46

Patient: 239267 - Alan Williams
DOB: 10/05/1962

Date: 04/18/2017 13:00
Provider: Tillquist, Richard L. MD
Encounter: New Patient 30

FCI #43473 013 Englewood

## HISTORY OF PRESENT ILLNESS

Mr. Williams is a 54-year-old gentleman who is an inmate. He has progressive enlargement of a right inguinal hernia. It is getting more uncomfortable. He wears a hernia belt all the time. It usually goes back in at night but is getting harder and harder to reduce. It is causing him discomfort. He has no history of incarceration or bowel obstruction.

Patient:     239267 - Alan Williams
DOB:         10/05/1962

Date:        04/18/2017 13:00
Provider:    Tillquist, Richard L. MD
Encounter:   New Patient 30

FCI #34473 013
Englewood

Abdomen: Soft, nontender. Bowel sounds are present. No umbilical hernia. Left inguinal hernia is not appreciated. The patient had a left inguinal hernia repaired as an infant. Large partially reducible right inguinal hernia. It is uncomfortable with reduction.

ASSESSMENT
Large right inguinal hernia.

PLAN
We will plan for laparoscopic repair when arrangements made.

REASON FOR VISIT
    Referred by G. Thomas Kraus, MD.

COUNSELING/EDUCATION
    • Education and instructions

CARE TEAM
G Thomas Kraus, M.D.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, ALAN ALONZO | | | Reg #: | 43473-013 |
| Date of Birth: | 10/05/1962 | Sex: | M | Race: | BLACK |
| Scanned Date: | 04/20/2017 08:28 EST | | | Facility: | ENG |

**Reviewed with New Encounter Note by Santini, G. MD/CD on 04/20/2017 11:41.**