# EXHIBIT C

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WILLIAMS, ALAN ALONZO | Sex: M   Race: BLACK | Reg #: 43473-013 |
| Date of Birth: 10/05/1962 | Provider: Dyer, Birgit FNP | Facility: ENG |
| Encounter Date: 10/24/2017 15:44 | | Unit: J06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**        Provider: Dyer, Birgit FNP

**Chief Complaint:** Abdominal Pain
**Subjective:** 48 y/o male was seen in response to his sick call request to be seen for c/o stomach pains that he thinks might be related to his hernia
**Pain:** Yes
**Pain Assessment**
  **Date:** 10/24/2017 15:44
  **Location:** Abdomen - Suprapubic
  **Quality of Pain:** Aching
  **Pain Scale:** 6
  **Intervention:** surgical consult, hernia belt, activity restrictions
  **Trauma Date/Year:**
  **Injury:**
  **Mechanism:**
  **Onset:** 1-5 Years
  **Duration:** 1-5 Hours
  **Exacerbating Factors:** any activity
  **Relieving Factors:** laying down
  **Comments:** right inguinal hernia

## OBJECTIVE:

### ROS Comments
Patient denies problems or changes with bowel movements or voiding.
Patient requests new hernia belt size XL stating that the Velcro strip is worn out

### Exam Comments
Deferred - patient was seen by surgeon in April and hernia repair was recommended. Two previous consultations requests were denied at the local level. Will resubmit again to be sent for Regional UR.
Hernia belt in size XL are currently not in stock. Will request to be ordered and provide to patient once it has been received

## ASSESSMENT:

Inguinal hernia, K4090 - Current

## PLAN:

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: WILLIAMS, ALAN ALONZO | | | | Reg #: 43473-013 | |
| Date of Birth: 10/05/1962 | | Sex: M | Race: BLACK | Facility: ENG | |
| Encounter Date: 10/24/2017 15:44 | | Provider: Dyer, Birgit FNP | | Unit: J06 | |

| | | | | |
|---|---|---|---|---|
| General Surgery | 11/28/2017 | 11/28/2017 | Routine | No |

**Subtype:**
  Dr. Tillquest
**Reason for Request:**
  55 y/o male was evaluated for right inguinal hernia on 04/18/2017 by Dr. Tillquist, who recommended surgical repair. Patient wears hernia belt all the time, but pain gets progressively worse.

  InterQual:
  200 It is diagnosed by physical exam.
  201 His pain is 6-8/10
  222 It interferes with ADLs, exercise and lifting objects. During both activities it herniates and causes pain.
  223 It has been monitored
**Provisional Diagnosis:**
  Original consultation was approved through regional review.

  **Do not deny during local UR and submit request for surgery approval for regional review again**

**Disposition:**
  Return Immediately if Condition Worsens
  Follow-up at Sick Call as Needed
  Follow-up at Chronic Care Clinic as Needed

**Other:**
  1. Resubmit consult for hernia repair
  2. Continue with activities in accordance with pain level
  3. RTC prn

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/24/2017 | Counseling | Plan of Care | Dyer, Birgit | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Dyer, Birgit FNP on 10/24/2017 20:12
Requested to be cosigned by Santini, G. MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WILLIAMS, ALAN ALONZO | Sex: M   Race: BLACK | Reg #: 43473-013 |
| Date of Birth: 10/05/1962 | Provider: Dyer, Birgit FNP | Facility: ENG |
| Encounter Date: 09/18/2017 08:21 | | Unit: J06 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   Provider: Dyer, Birgit FNP

**Chief Complaint:** Pain
**Subjective:** 54 y/o male was seen in response to his request to get another injection in his knee.
**Pain:** Yes
**Pain Assessment**
  **Date:** 09/18/2017 08:22
  **Location:** Knee-Right
  **Quality of Pain:** Sharp
  **Pain Scale:** 10
  **Intervention:** refer to ortho
  **Trauma Date/Year:**
  **Injury:**
  **Mechanism:**
  **Onset:** 1 Month
  **Duration:** 1 Month
  **Exacerbating Factors:** walking, moving
  **Relieving Factors:** knee injection, wearing brace
  **Comments:**

**OBJECTIVE:**

**ROS Comments**
  Patient also inquired about another consultation request for hernia repair. Prior consults submitted in April and August of this year have been declined stating to defer final approval after patient is designated. Patient claims his next court date is not until November and requests another attempt to request the surgery. Patient was informed that his legal status has not changed and that another consultation request would be futile.

**Exam Comments**
  Well nourished, well developed, pleasant, cooperative, alert and oriented male in NAD

  Musculoskeletal: Patient able to ambulate with crutches; right knee with moderate deformity, but without swelling or effusion at this time; tender to palpation and with movement; decreased ROM due to pain; no crepitus or locking; neurovascular is intact
  Peripheral Vascular: Strong equal pulses bilateral; no pitting edema; no lesions, changes in skin color or texture to the lower extremities

**Comments**
  X-rays from 09/11/2017 show stable radiographic appearance of the right knee compared to prior exam on 05/26/16.

  Report findings:
  no fracture or malalignment. No joint effusion or radiopaque bodies.
  Severe medical compartment joint space narrowing with mild subchondral sclerosis and moderate marginal osteophyte formation. Mild patellofemoral compartment joint space narrowing and moderate marginal osteophyte formation. Lateral compartment joint space is maintained, but there is moderate marginal osteophyte formation of the lateral compartment.