# EXHIBIT D

**From:** Gallagher, Mike
**Sent:** Wednesday, November 08, 2017 9:12 AM
**To:** 'Megan Marlow' <mmarlow@bop.gov>
**Subject:** RE: Alan Williams

Megan,

I left you a voice mail yesterday afternoon on this general subject. I'll take this opportunity to describe our concerns in more detail for your consideration and, we hope, action. I appreciate your courtesy in getting information for me, and I trust we can resolve this problem fairly.

I have reviewed the BOP medical records. They show that Mr. Williams complained about a hernia a year ago, that a consulting surgeon determined that a surgical repair was needed no later than April of this year and that BOP has failed to approve that surgery, apparently to wait until he is "designated," which I assume means sent to another facility. This delay in treating a serious medical issue is not acceptable. This is particularly so because Mr. Williams has pending state court cases that will keep him in local custody for some time, likely many months.

On his behalf, I request a firm commitment from BOP that he will be scheduled promptly (no more than weeks) for his hernia surgery, and that his serious knee injury also be addressed while he is still at FDC. I would like to resolve this problem by reporting BOP's commitment to the court at sentencing. If I cannot, I'll ask the court to review this history of delay and enter appropriate orders.

I look forward to working with you to resolve these issues.

Regards.  MJG

**From:** Gallagher, Mike
**Sent:** Tuesday, November 07, 2017 8:54 AM
**To:** 'Megan Marlow' <mmarlow@bop.gov>
**Subject:** RE: Alan Williams

Great. Thanks for your help.  MJG

**From:** Megan Marlow [mailto:mmarlow@bop.gov]
**Sent:** Tuesday, November 07, 2017 8:47 AM
**To:** Gallagher, Mike <Mike.Gallagher@dgslaw.com>
**Subject:** Re: Alan Williams

Mike:

It looks like I was able to get in touch with the right folks over there - you should be able to pick up the records when you are there today.

Best,

Megan

Megan G. Marlow, Senior Attorney
Colorado Consolidated Legal Center
United States Penitentiary, Administrative Maximum
5880 Highway 67 South
P.O. Box 8500
Florence, CO 81226
(719) 784-5215
(719) 784-5285 (fax)


>>> "Gallagher, Mike" <Mike.Gallagher@dgslaw.com> 11/7/2017 8:28 AM >>>
Megan,

Thanks for talking with me this morning. I look forward to receiving Mr. Williams records when that can be arranged. You can reach me at this e-mail address.

Best.  MJG

**MICHAEL J. GALLAGHER** ▪ **Partner**

P: 303.892.7355 ▪ C: 303.667.4928 ▪ vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500 ▪ Denver, CO 80202

**A LexMundi Member**

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.