IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

        Defendant.

## MOTION TO WITHDRAW

Michael J. Gallagher, of the law firm of Davis Graham & Stubbs LLP, respectfully moves to withdraw as counsel for Defendant Alan Alonzo Williams.

The undersigned called Rebecca Weber, the assigned AUSA, to inquire about the Government's position on this motion. Ms. Weber stated that, based on the limited information available to her as of this time, the Government takes no position on this motion. This motion is submitted at the request of Mr. Williams.

### STANDARD OF REVIEW

D.C.COLO.LAttyR 5(b) allows for withdrawal of counsel "on motion showing good cause." "To warrant a substitution of counsel, the defendant must show good cause, such as a conflict of interest, a complete breakdown of communication or an irreconcilable conflict which leads to an apparently unjust verdict." *United States v. Padilla*, 819 F.2d 952, 955 (10th Cir.1987) (internal quotation marks omitted). "Good cause for substitution of counsel consists of more than a mere strategic disagreement

4409660.1

between a defendant and his attorney, rather, there must be a total breakdown in communications." *United States v. Lott*, 310 F.3d 1231, 1249 (10th Cir. 2002) (quotation omitted). In considering such a motion, courts look at "(i) whether the request was timely; (ii) whether the defendant-attorney conflict was so great that it led to a total lack of communication and prevented the preparation of an adequate defense; and (iii) whether the defendant was at fault for the conflict." *See Romero v. Furlong*, 215 F.3d 1107, 1113 (10th Cir. 2000).

## ARGUMENT

Defense counsel seeks to withdraw as counsel for Mr. Williams due to the complete breakdown of communication between counsel and Mr. Williams. *See United States v. Lott*, 310 F.3d 1231, 1249 (10th Cir. 2002). This breakdown is due to more than mere strategic disagreements, but an irreconcilable conflict that has rendered meaningful communication with Mr. Williams impossible. Communications have been very strained between counsel and Mr. Williams for many months, and yesterday Mr. Williams (i) asked counsel to withdraw; (ii) ceased communications with counsel regarding sentencing; and (iii) stated a desire to withdraw his plea. This situation presents an irreconcilable conflict between counsel and Mr. Williams, and constitutes good cause for counsel to withdraw. *See, e.g., United States v. Shelton*, No. 14-10198-EFM, 2015 WL 7078931, at *2 (D. Kan. Nov. 13, 2015) (noting that previous counsel had been permitted to withdraw due to client's expression of "dissatisfaction with [counsel's] position on [defendant's] desire to withdraw his guilty plea").

Due to this inability to communicate, counsel is unable to effectively represent Mr. Williams at sentencing. It has "become impossible for [counsel] to continue to

provide [Mr. Williams] with effective assistance of counsel in this case." *See United States v. Ali*, 375 F. Supp. 2d 1289, 1290 (D.N.M. 2005) (granting motion to withdraw).

Defense counsel recognizes that this request to withdraw comes one day before Mr. Williams' sentencing hearing. However, this total breakdown in communications between defense counsel and Mr. Williams nonetheless merits counsel's withdrawal. *See United States v. Hammons*, No. CR 07-1164 JB, 2010 WL 4928923, at *3 (D.N.M. Oct. 28, 2010) (granting motion to withdraw two days before sentencing where there was a "total breakdown in communication" between attorney and client).

## CONCLUSION

Counsel respectfully requests that he be permitted to withdraw as counsel for Mr. Williams, and that substitute counsel be appointed.

Dated this 14th day of November, 2017.

      /s/ Michael J. Gallagher
Michael J. Gallagher
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO  80202-1500
Telephone: 303.892.9400
Facsimile:   303.893.1379
Email: mike.gallagher@dgslaw.com

*Attorneys for Defendant
Alan Alonzo Williams*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2017, the foregoing MOTION TO WITHDRAW was electronically filed with the USDC Clerk of the Court and served via the CM/ECF system on the following:

      Counsel of Record

      */s/ Lynell E. Buchele*