IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              November 15, 2017

Deputy Clerk:        Emily Buchanan
Court Reporter:      Tracy Weir
Probation Officer:   Kyla Hamilton

**Criminal Action No. 15-cr-00395-REB**

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Rebecca Weber |
| Plaintiff, | |
| v. | |
| 1. ALAN ALONZO WILLIAMS, | Michael Gallagher |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**11:07 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Before the Court is Mr. Gallagher's Motion to Withdraw [ECF 70], filed November 14, 2017.  Mr. Gallagher requests to be heard in an ex parte setting.

11:10 a.m.    Ms. Weber, Ms. Hamilton, and the individuals seated in the gallery are asked to exit the courtroom.

Statement by Mr. Gallagher.

Statement by Mr. Williams.

Response by Mr. Gallagher.

Statement by the Court.

11:44 a.m.   Ms. Weber, Ms. Hamilton, and the individuals seated in the gallery return to the courtroom.

**ORDERED**:   Mr. Gallagher's Motion to Withdraw [ECF 70], filed November 14, 2017 is **GRANTED**.  Mr. Gallagher is relieved of further duty or responsibility to represent Mr. Williams in these criminal proceedings.

**ORDERED**:   Within 60 days, Mr. Williams shall file his written position to request appointment of conflict-free counsel from the court's CJA panel or the retention of private counsel.

**ORDERED**:   A Status Conference is set for **Wednesday, January 17, 2018 at 9:00 a.m.** in Courtroom A-1001.  Ms. Hamilton may attend the conference, but her presence is not required by the Court.

**ORDERED**:   The defendant is remanded to the custody of the United States Marshal.

**11:49 a.m.   Court in recess.**

Total time in court: 00:42

Hearing concluded.