IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-CR-00395-REB

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,
Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 12 2018

JEFFREY P. COLWELL
CLERK

DEFENDANTS UNOPPOSED MOTION TO VACATE STATUS CONFERENCE AND CONTINUE

Defendant Alan Alonzo Williams ("Defendant"), request that the status date, currently scheduled for January 17th, 2018 at 9:00 AM, be vacated and continued for an additional 60 days, approximately on or after March 16th, 2018. In support of this Motion ("Motion"), Defendant states as follows:

1. On November 15th, 2017, Defendant was granted 60 days to file his written position to request appointment of conflict-free counsel from the courts CJA panel or the retention of private counsel.

Cont;

2. Defendant's relatives have stated that the funding which will be provided for private counsel will come from property and a retirement account.

3. Defendant's relatives have also stated that the property appraisal and account evaluation have not been completed as of January 8th, 2018. It is expected to be completed by no later than 45 days; on or before February 22nd, 2018.

This defendant respectfully request that his status hearing be vacated and continued for approximately 60 days until on or about March 16th, 2018, or thereafter as necessary.

Respectfully submitted this 9th day of January, 2018.

Alan Alonzo Williams ("Defendant")
#43473-013
Federal Detention Center - Englewood
9595 West Quincy Avenue
Littleton, Co 80123