

Alan Alonzo Williams
#43473-013
Englewood
Federal Detention Center
9595 West Quincy Avenue
Littleton, Co.
80123

United States District Court
Honorable Judge:
Robert E. Blackburn
Alfred A. Arraj Courthouse
901 - 19th Street, Courtroom A1001
Denver, CO 80294-3589

LEGAL MAIL

7010 3090 0002 7266 6218
CERTIFIED MAIL

