**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

   **1. ALAN ALONZO WILLIAMS**

    Defendant.

---

**NOTICE OF GOVERNMENT'S POSITION ON DEFENDANT'S MOTION TO CONTINUE (#73)**

---

The government has received the "Defendant's Unopposed Motion to Vacate Status Conference and Continue" (ECF No. 73). In fact, the government has had no contact with the defendant regarding the government's position on this motion. The government does not necessarily oppose a further continuance in this matter, but would prefer that the Court maintain the status conference as set in order to discuss these issues.

Respectfully submitted this 12th day of January, 2018.

                                               ROBERT C. TROYER
                                               United States Attorney

                                               s/ Rebecca S. Weber
                                               REBECCA S. WEBER
                                               Assistant U.S. Attorney
                                               1801 California Street, Suite 1600
                                               Denver, CO 80202
                                               Telephone 303-454-0100
                                               Facsimile 303-454-0402
                                               Email: rebecca.weber@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I have sent the foregoing to the following address via mail:

Alan Alonzo Williams
#43473-013
ENGLEWOOD FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

          s/ Rebecca S. Weber
          REBECCA S. WEBER
          Assistant U.S. Attorney
          1801 California Street, Suite 1600
          Denver, CO 80202
          Telephone 303-454-0100
          Facsimile 303-454-0402
          Email: rebecca.weber@usdoj.gov