IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             January 17, 2018

Deputy Clerk:        Leigh Roberson
Court Reporter:      Tracy Weir
Probation Officer:   Kyla Hamilton

**Criminal Action No.  15-cr-00395-REB**

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Rebecca Weber |
| Plaintiff, | |
| v. | |
| 1. ALAN ALONZO WILLIAMS, | Pro Se |
| Defendant. | |

## COURTROOM MINUTES

**Status Conference**

**9:20 a.m.     Court in session.**

Appearances of counsel. Defendant is present in custody.

Opening statements by the Court.

Discussion regarding Defendant's Motion to Continue [ECF 73], filed January 12, 2018.

Court's findings of fact, conclusions of law, and orders.

   **IT IS ORDERED** as follows:

   1.   That [ECF 73] is granted;

2. That this matter is continued for Status Conference to March 22, 2018, at 10:00 a.m., at which time the defendant shall appear without further notice or order from the Court;

3. That the United States Marshal for the District of Colorado shall assist the Court in securing the appearance of the defendant;

4. That Probation Officer Kyla Hamilton or her designee may appear in person or by telephone, or not, as Ms. Hamilton or her designee may determine; and

5. That pending further proceedings, the Defendant is remanded to the custody of the United States Marshal.

**9:28 a.m.     Court in recess.**

Total time in court: 0:08

Hearing concluded. Defendant remanded.