Case 1:15-cr-00395-REB   1 of 3   03/12/18   USDC Colorado

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA

Plaintiff,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2018

JEFFREY P. COLWELL
CLERK

v.

1.   Alan Alonzo Williams
     Defendant.

# Motion TO APPOINT COUNSEL AND VACATE STATUS HEARING

Alan Alonzo Williams, ("Defendant") respectfully moves for the court to appoint counsel. In support of this Motion ("Motion"), Defendant states as follows:

1. On Wednesday, January 17th, 2018, the courts continued the status hearing until March 22nd, 2018, Thursday, due to the defendants relatives obtaining appraisals for property and retirement accounts in order for the defendant to obtain private counsel.

2. As of Friday, March 9th, 2018, the

Case 1:15-cr-00395-REB   2of3   03/12/18   USDC Colorado

Motion
Counsel

defendant hasn't been told anything from his relatives as to if the funding for private counsel was approved or denied, or whether his relatives were still pondering the situation, or maybe his relatives just changed their minds?

3. At this time I'm requesting that the current date of Thursday, March 22nd, 2018 be vacated and another date be set; either Friday, June 29th, 2018, or sometime on or around Thursday, July 12th, 2018 through Friday July 20th, 2018, whichever is available, in order for new counsel to obtain all the necessary documents to review, along with being able to address any issues as needed. New counsel will need to be brought up to speed on all issues in progress with Mr. Williams.

4. As far as newly appointed counsel by the courts, I'm requesting, if possible, that an attorney that's on the CJA panel by the name of Kate Stimson be appointed.

Case 1:15-cr-00395-REB 3of3 03/12/18   USDC Colorado

Motion
Counsel

Respectfully submitted this 12th day
of March, 2018

Alan Alonzo Williams
#43573-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, Colorado 86123-1159