

ALAN A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, Co.
80123-1159

United States District Court
Honorable Judge:
Robert E. Blackburn
ALFRED A. ARRAJ Courthouse
Courtroom A1001
901 - 19th Street
Denver, Co. 80294-3589

LEGAL
MAIL

