# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

 Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR ALAN ALONZO WILLIAMS**

---

 **COMES NOW** Steven K. Jacobson, a member of the bar of this Court, and hereby enters an appearance as counsel for the above-named Defendant.

 Dated:  March 21, 2018

 Respectfully submitted,

      *s/ Steven K. Jacobson*
      Steven K. Jacobson
      Collins, Rafik and Jacobson LLC
      1881 9th St., Suite 315
      Boulder, Colorado  80302
      Telephone: 303-444-9292
      Fax:  303-447-0200
      e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

 I hereby certify that on March 21, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

      *s/ Steven K. Jacobson*
      Steven K. Jacobson