# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ALAN ALONZO WILLIAMS,

    Defendant.

## MOTION TO BE EXCUSED FROM STATUS CONFERENCE

Defendant, Alan Alonzo WIlliams, respectfully requests to be excused from the Status Conference set for April 5, 2018 and that an order issue directing that he not be transported to court. The parties have conferred and the government does not oppose this request. As grounds therefore, Mr. Williams states:

1. Under Federal Rule of Criminal Procedure 43(b)(3), this Defendant's presence can be waived for a status conference court appearance.

2. Defendant is in custody. Mr. Williams recently had hernia repair surgery. The surgery resulted in complications for which he needs to obtain additional medical treatment. He believes the treatment will be provided at approximately the same time as the date set for the status conference. He does not want to miss the treatment because he was transported to or held for court.

3. The matters to be discussed during the Status Conference do not necessitate the appearance of defendant and counsel will fully advise defendant of the matters discussed during the Status Conference.

Dated:  March 29, 2018

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200
e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 29, 2018, I electronically filed the foregoing **MOTION TO BE EXCUSED FROM STATUS CONFERENCE** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson