# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:              April 5, 2018

Deputy Clerk:         Leigh Roberson
Court Reporter:       Tracy Weir
Probation Officer:    Kyla Hamilton

**Criminal Action No.  15-cr-00395-REB**

Parties:                                    Counsel:

UNITED STATES OF AMERICA,                   Rebecca Weber

    Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,                    Steven Jacobson

    Defendant.

## COURTROOM MINUTES

**Status Conference**

**11:06 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

Court's opening remarks and inquiries.

Statement by Mr. Jacobson for the defendant.

Statement by Ms. Weber for the government.

**IT IS ORDERED** as follows:

    1. That by April 13, 2018, the defendant shall file any motion or request for subpoenas or subpoenas duces tecum;

2. That by April 20, 2018, the defendant may file a motion to withdraw his plea of guilty entered on January 12, 2017, failing which, he shall waive the right and opportunity to file such motion;

3. That the defendant may file additional objections to the presentence investigation report and may revise or amend his existing motions – sentencing statement, motion for departure, and motion for variance – by June 15, 2018;

4. That any response by the government or the probation department to additional objections or revisions of the sentencing statement and motions shall be filed by June 25, 2018;

5. That the Court shall convene this matter for further proceedings on June 27, 2018, at 2:00 p.m. to conduct, in the alternative, a status conference, a sentencing hearing, or a hearing on any timely filed motion to withdraw the extant plea of guilty;

6. That the Court reserves the balance of the afternoon, if necessary, for those proceedings, at which the defendant shall appear without further notice, order, or subpoena;

7. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the Court in securing the appearance of the defendant;

8. That the defendant is remanded to the custody of the United States Marshal.

**11:35 a.m.     Court in recess.**

Total time in court: 0:29

Hearing concluded.