SWEDISH MEDICAL CENTER
501 EAST HAMPDEN AVENUE
ENGLEWOOD CO  80113

SOUTHWEST ER
6196 S. AMMONS WAY
LITTLETON, CO 80123

PATIENT NAME:    WILLIAMS,ALAN A
ACCOUNT#: ███████
MED REC#: ███████
LOCATION: AQ.OR

ATTENDING PHY:  Tillquist,Richard Leonard  MD

OPERATIVE REPORT
REPORT#:0124-0092    REPORT STATUS: Signed

Patient Name:  WILLIAMS, ALAN A

Date of Surgery:  01/24/2018

SURGEON:  Richard L Tillquist, MD

REFERRING PHYSICIAN:
Richard L Tillquist, MD

PREOPERATIVE DIAGNOSIS:
Large incarcerated direct right inguinal hernia.

POSTOPERATIVE DIAGNOSIS:
Large incarcerated direct right inguinal hernia.

PROCEDURE:
Laparoscopic right inguinal hernia repair with mesh.

ASSISTANTS:
1. Kara Hudson, DO, PGY4.
2. Allan Nguyen, DO, PGY2.

ANESTHESIA:
General endotracheal.

ESTIMATED BLOOD LOSS:
Minimal.

DRAINS:
None.

COMPLICATIONS:
None.

CONDITION:
The patient was stable to recovery room.

PREOPERATIVE INDICATIONS:
This is a 55-year-old gentleman, who is currently incarcerated in prison.  He has had a right inguinal hernia that is causing him a lot of discomfort, who was evaluated, possibly undergoing a laparoscopic repair.  Risks and benefits

PATIENT NAME: WILLIAMS,ALAN A                      ACCOUNT #: ███████

of the procedure were discussed with the patient. The patient was wished to proceed with the operative procedure.

TECHNIQUE AND FINDINGS:
The patient was taken to the operative room in stable condition and placed in supine position. After adequate general endotracheal anesthesia, he was prepped and draped in the usual sterile fashion. Incision was made in the supraumbilical position. Umbilicus elevated with towel clamp and Veress needle was passed in the abdomen. The abdomen was insufflated to 15 mmHg with carbon dioxide. A 12-mm trocar was passed in the abdomen. Camera was passed and the abdomen was briefly explored. The patient has a bowel extending into his direct hernia on the right. He has a small direct inguinal hernia on the left that we did not feel at this point needs any repair. Under direct vision, 5 mm trocars were passed through separate stab wounds to the right and left flank. The patient was placed in Trendelenburg position. The contents of the hernia were reduced out of the hernia sac and back down into the abdomen. Using the electrocautery unit and the Endo Shears, the peritoneal flap was developed on the right. It was dissected posteriorly and inferiorly down to the iliopubic tract and Cooper's ligament, both were widely exposed. Care was taken not to injure the inferior epigastric vessels. We then completely dissected the direct hernia out of the subcutaneous tissue and back into the abdomen. A piece of mesh was fashioned with the keyhole deformity, it was passed into the defect, first tacked to Cooper's ligament, then along the superior edge. The cord structures were passed through the keyhole deformity. The area was re-peritonealized using the tacking device. There was excellent coverage of all potential hernia areas. The fascia of the supraumbilical port site was closed with 0 Vicryl suture. All skin incisions were closed using running subcuticular sutures of 4-0 Monocryl. Dermabond was used as dressing. The patient tolerated the procedure well, was taken to recovery room in stable condition.

RLT/MEDQ/JOB#█████████
D: 01/24/2018 08:51:54   T: 01/24/2018 10:10:17
Authenticated by Richard L Tillquist, MD On 02/05/2018 01:43:12 PM

DD:01/24/18 0851          DT:01/24/18 1010

_____
Richard Leonard Tillquist, MD


Electronically Signed by Richard Leonard Tillquist, MD on 02/05/18 at 1243

PATIENT NAME: WILLIAMS,ALAN A                ACCOUNT #: █████████