

COLORADO
ORTHOPEDIC
CONSULTANTS

1411 South Potomac Street, Suite 400  Aurora, CO  80012    (303) 695-6060    Fax (303) 369-7776
401 West Hampden Place, Suite 220  Englewood, CO  80110    (303) 695-6060  Fax (303) 369-7776

## RE:  ALAN WILLIAMS FCI
**Date of visit: 11/02/2017 1:59 PM**

Date Of Birth:
Insurance Co:
Date of Injury:

Follow up note on ALAN WILLIAMS FCI

Problem:         Degenerative Joint Disease of Right Knee
Assessed:       11/02/2017

Patient presents today for evaluation of right knee pain. He has been seen previously years ago by my partner who is now semi retired. He was seen in possibly 2008 for his knee. At that time he was possibly a candidate for a partial knee replacement. He had seen another orthopedist Dr. Yang he believes recommended a partial at that time. He has been using a brace that is been very helpful. He would like to get a new one of those today as his is wearing out. He has done well with injections. Would like to see if he is a candidate for that as well. He denies numbness or tingling in the leg. Has been taking ibuprofen.

Physical exam: positive varus deformity 15°, crepitus with range of motion, moderate effusion, tender palpation globally patellofemoral joint to medial joint line, positive medial McMurray's, nerves intact grossly, antalgic gait, range of motion -5°-120°, stable to stress test, no erythema, no ecchymosis,

x-rays: AP/lateral/sunrise view shows moderate to severe DJD patellofemoral joint, severe DJD medial compartment, bone on bone changes, joint space narrowing, osteophytes, subchondral sclerosis, subchondral cyst

assessment and plan: patient is a pleasant male who presents today for evaluation of right knee pain and DJD. Based on his x-rays and previous treatments do feel ultimately he will need a knee replacement. At this time will give him a new brace. After getting consent we injected his right knee with cortisone. Tolerated this well. Continue anti-inflammatory/ice/activity modification. Follow up as needed. All questions answered. This dictation was performed using Dragon software. Even though reviewed there still may be typos or incomplete phrases.

Under sterile conditions, and after gettting the patient's oral consent, the knee joint was injected with 3cc of 1% plain Marcaine and 1cc (80mg) of Depomedrol.
right

## PATIENT INSTRUCTIONS

Please don't hesitate to call if you have any questions.

With warmest regards,

Jeffrey A Arthur
**Colorado Orthopedic Consultants**
*Please note:  This dictation is subject to minor errors due to voice recognition software*



1411 South Potomac Street, Suite 400   Aurora, CO  80012     (303) 695-6060    Fax (303) 369-7776
401 West Hampden Place, Suite 220   Englewood, CO  80110     (303) 695-6060   Fax (303) 369-7776

Office Visit                                                                                    Page 4

**ALAN WILLIAMS FCI**
Male  DOB: ███████                            98408                      Home: (720) 309-6549
                                                                    Ins: League Medical Concepts


Electronically signed by Jeffrey A Arthur on 11/08/2017 at 4:50 PM