## MODIFICATION TO PROMISSORY NOTE

**BORROWER:**
Williams Vending Company, Inc.
2200 Chambers Road, Unit F
Aurora, CO 80011

**LENDER:**
WebBank
6440 South Wasatch Blvd., #300
Salt Lake City, UT 84121

This MODIFICATION TO PROMISSORY NOTE (this "**Agreement**") dated as of June 10, 2008 by and between Williams Vending Company, Inc. ("**Borrower**") and WebBank ("**Lender**") is as follows:

### RECITALS

A. All capitalized terms used and not defined herein have the meanings given to them in the Agreement.

B. Borrower and Lender, are parties to that certain Loan Agreement dated as of May 9, 2008 (the "Loan Agreement"), pursuant to which Lender agreed to make a loan to the Borrower in the original principal amount of $300,000.00 (the "Loan") upon the terms and conditions set forth therein.

C. In connection with and pursuant to the Loan, Borrower executed and delivered to Lender certain documents and instruments, including without limitation a Promissory Note dated May 9, 2008 in the amount of $300,000.00 (The "Note").

D. The Loan is secured with a first security interest in all equipment, inventory and leasehold improvements, as described in the Security Agreement dated May 9, 2008 (the "Security Agreement").

E. The obligations and liabilities of Borrower to Lender in connection with the Loan and under the Agreement, the Note and the other Loan Documents, were guaranteed by the following:

**Carin E. Vecchiarelli**

Said guarantees for each of the aforementioned are evidenced by the certain respective Guaranty Agreements dated May 9, 2008 (The "Guaranties") each individual and business listed above are referred to, collectively, as the "Guarantors".

F. The Loan was also guaranteed in part by the U.S. SMALL BUSINESS ADMINISTRATION (the "SBA").

### AGREEMENT

In consideration of the premises, mutual covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Borrower and Lender hereby agree as follows:

**1. Incorporation of Recitals.** The parties acknowledge the truth and accuracy of the statements, facts, and events set forth in the above Recitals, and incorporate the same herein by this reference.

**2. Modification.**

2.1. Section 1 of the Note (Promise to Pay) will be modified to read as follows: In return for the Loan, Borrower promises to pay to the order of Lender the amount of Three Hundred Sixty Thousand and and no/100's dollars ($360,000.00).

2.2. Section 3 of the Note (Payment Terms), paragraph 3, will be modified in regard to the monthly amount of the principal and interest payment; the new payment amount will be $4,344.46 each month, beginning July 5, 2008.

2.3 All other terms and conditions of the Note and Loan Agreement will remain in full force and effect.

3. **Security.** Borrower hereby reaffirms its prior grant to Lender of security interests in the Collateral as security for the full and prompt payment in cash and performance of the Obligations.

4. **Conditions Precedent.** This Agreement shall not take effect until all of the following conditions have been met to the satisfaction of the Lender, unless any such condition has been waived in writing by Lender.

4.1 As of the date hereof, no default or event of default has occurred and is continuing under the Loan Documents and no condition exists or event has occurred which, with the giving of notice or the lapse of time or both, would constitute an event of default thereunder.

4.2 This Agreement has been duly executed and delivered by Borrower and has been executed by Lender.

4.3 Borrower has obtained the consent of the Guarantors to this Agreement and such Guarantors have executed and delivered to Lender the "Acknowledgment and Consent" appearing at the end hereof.

4.4 Borrower has paid to Lender or has reimbursed Lender for, all third party costs and expenses incurred by Lender in connection with this Agreement, including without limitation reasonable attorney's fees and expenses incurred in negotiating, preparing or reviewing the same.

**Borrowers Representations and Warranties.** In addition to the representations and warranties of Borrower contained in the Loan Documents, each of which is hereby reaffirmed by Borrower on and as of the date of this Agreement, Borrower represents and warrants to the Lender that:

5.1 Borrower has all requisite power under its Articles of Incorporation, and authority to execute deliver and carry out this Agreement. Borrower has taken all action necessary as a corporation to authorize the execution, delivery and performance of this Agreement and has duly executed and delivered this Agreement. This Agreement constitutes the valid and legally binding obligation of Borrower enforceable against it in accordance with its terms.

5.2 Lender holds a valid, perfected, security interest in the Collateral, with lien priorities as defined in the Loan Documents.

5.3 No oral or written statement by Lender, other than within this Agreement, or of any of its partners or representatives shall constitute a representation, covenant, warranty or agreement on the part of the Lender to extend any further credit to Borrower, to extend the term of financial accommodations to Borrower or to restructure in any way any of the Obligations or otherwise bind Lender with respect to its future relationship with Borrower under the Loan Documents. The practices and methods of dealing between Lender and Borrower in connection with this Agreement shall not constitute, evidence, or create any expectation or reliance on the part of the Borrower applicable to any future transaction between Lender and Borrower.

5.4. The contents of this Agreement including the Recitals are true and accurate.

6. **Remaining terms unchanged.** Except as expressly modified hereby, all of the remaining terms and conditions contained in the Loan Agreement, the Modification, the Note, the Trust Deeds, the Security Agreement, the Guaranties and the other Loan Documents shall remain in full force and effect. Without limiting the foregoing, the Loan and the Loan Documents shall continue to be secured by the Trust Deeds and the Security Agreement, and the obligations thereunder shall continue to be guarantied by the Guarantors pursuant to their respective Guaranties.

7. **Entire Agreement.** This Agreement constitutes the entire understanding and agreement of the parties with respect to the general subject matter hereof, supersedes all prior negotiations, discussions and agreements with respect thereto, and may not be contradicted by any evidence of any oral agreement. This Agreement may not be modified, amended, or rescinded in any manner except by written agreement signed by the parties thereto.

IN WITNESS WHEREOF, the parties hereto have caused this MODIFICATION OF PROMISSORY NOTE to be executed this 10th day of June, 2008.

BORROWER:

Williams Vending Company, Inc.

By: *Carin E Vecchiarelli*
Carin E. Vecchiarelli, President of
Williams Vending Company, Inc.

LENDER:

WebBank

By: _____
Richard Lambert, Vice President

## ACKNOWLEDGEMENT AND CONSENT OF GUARANTORS

Each of the undersigned Guarantors hereby acknowledges receipt of the foregoing Agreement and consents to the terms and conditions thereof. All of the definitions set forth in this Agreement are incorporated herein by this reference. Each of the undersigned Guarantors hereby acknowledges, ratifies and reaffirms the Guarantee given by him or it, as set forth in the Definitions of the Loan Agreement; that such Guarantee was given for good and valuable consideration at or prior to the making of the Loan and represents the valid, legal, and binding obligation of such Guarantor; and acknowledges that its or his obligations and liabilities under such instrument of guaranty will continue to absolutely and unconditionally guarantee the obligations, liabilities and indebtedness of Borrower to Lender with respect to the Loan and the Loan Documents as modified by this Agreement. Each of the undersigned Guarantors acknowledges that Lender is relying on the execution of this Acknowledgement and Consent as a condition to entering into this Agreement, and waives any notice of acceptance by Lender.

Executed this 10th day of June, 2008.

GUARANTORS:

*Carin E. Vecchiarelli*
Carin E. Vecchiarelli, Individually

WB_00002456