

| | | |
|---|---|---|
| R/T Number | 010200007 | |
| Sequence Number | 000000670843754 | |
| Account Number | 3214258109 | |

| | |
|---|---|
| Processing Date | 20080102 |
| Amount | 0003920000 |
| Serial Number | 000000000000000 |

WF_00000734

*Date: May 10, 2010*          *Wells Fargo PhotoCopy*          *Page 1 of 6*
                                      *Request*

Reference: 1000055506275:1000055506275:1000055497275

---

| 03484 | 11-24 | **CASHIER'S CHECK** | 0548403588 |

Office AU 8     1210(8)

Purchaser:        WILLIAMS VENDING CO INC                    **Credit Copy**
Purchaser Account: 1443071129
Operator I.D.:    uden0235        uden2178                **January 03, 2008**

PAY TO THE ORDER OF   ***7UP BOTTLING***
                      ***RE: WILLIAMS VENDING***

***Eighteen thousand dollars and no cents***          **$18,000.00**

### PROCESS SAME DAY AS ISSUED

WELLS FARGO BANK, N.A.                                    VOID IF OVER US $ 18,000 00
1369 S HAVANA ST               14  05484  0110024
AURORA, CO 80012               01/03/2008      9:34:01AM   **NON-NEGOTIABLE**
FOR INQUIRIES CALL (480) 394-3122

⑊0548403588⑊ ⑈518200392⑈4861 505758⑊

---

| **R/T Number** | 10700543 | **Processing Date** | 20080103 |
| **Sequence Number** | 3670700675 | **Amount** | 18000.00 |
| **Account Number** | 4861505758 | **Check Number** | 548403588 |

WF_00000530

*Date: May 10, 2010*                    *Wells Fargo PhotoCopy*                    *Page 2 of 6*
*Request*

*Reference: 1000055506275:1000055506275:1000055497275*

| | |
|---|---|
| 05484    11-24 | **CASHIER'S CHECK**      0548403587 |
| Office AU 9    1310(A) | |

Purchaser:    WILLIAMS VENDING CO INC
Purchaser Account:    4448071129
Operator I.D.:    udan0255      uden2179

**Credit Copy**

**January 03, 2008**

PAY TO THE ORDER OF    \*\*\*MICHAEL BLOOM REALTY\*\*\*
                    \*\*\*RE: WILLIAMS VENDING\*\*\*

\*\*\*Twenty-three thousand dollars and no cents\*\*\*      \*\*$23,000.00\*\*

**PROCESS SAME DAY AS ISSUED**

WELLS FARGO BANK, N.A.
1360 S HAVANA ST
AURORA, CO 80012
FOR INQUIRES CALL (480) 304-3122

14  05484  0110024
01/03/2008      9:34:01AM

VOID IF OVER US $  23,000.00

**NON-NEGOTIABLE**

⑈"0548403587"⑈ ⑆518200392⑈4861 505758⑈

| | | | |
|---|---|---|---|
| **R/T Number** | 10700543 | **Processing Date** | 20080103 |
| **Sequence Number** | 3670700676 | **Amount** | 23000.00 |
| **Account Number** | 4861505758 | **Check Number** | 548403587 |

WF_00000531

*Date: May 10, 2010*         *Wells Fargo PhotoCopy*         *Page 3 of 6*
                                    *Request*

Reference: 1000055506275:1000055506275:1000055497275

| | | |
|---|---|---|
| 05484    11-24<br>Office AU #    121(0)(I) | **OFFICIAL CHECK** | 0548413800 |
| Purchaser   WILLIAMS VENDING CO INC<br>Purchaser Account: 1445071129<br>Operator I.D.:   uden2235    uden2179 | | **Credit Copy** |
| PAY TO THE ORDER OF   ***MEDVED HUMMER***<br>***RE: WILLIAMS VENDING*** | | **January 03, 2008** |
| ***Three thousand one hundred dollars and no cents*** | | **\*\*$3,100.00\*\*** |

**PROCESS SAME DAY AS ISSUED**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRES CALL (480) 394-3122

14  05484  0110024
01/03/2008      9:34:01AM

VOID IF OVER US $  3,100.00

**NON-NEGOTIABLE**

⑆0548413800⑆ ⑆518200392⑈4861 505774⑈

**R/T Number**    10700543
**Sequence Number** 3670700677
**Account Number**   4861505774

**Processing Date**   20080103
**Amount**    3100.00
**Check Number**   548413800

WF_00000532

*Date: May 10, 2010*   *Wells Fargo PhotoCopy Request*   *Page 4 of 6*

Reference: 1000055506275:1000055506275:1000055497275

---

05484         11-24
Office AU 8    121(03)

**OFFICIAL CHECK**          0548413801

Purchaser:    WILLIAMS VENDING CO INC          **Credit Copy**
Purchaser Account:  5445071129
Operator I.D.:   udem0255        udem2179        January 03, 2008

PAY TO THE ORDER OF   ***PENSKE***
                      ***RE: WILLIAMS VENDING***

***Five thousand eight hundred forty-two dollars and 46 cents***      **$5,842.46**

**PROCESS SAME DAY AS ISSUED**

WELLS FARGO & COMPANY ISSUER                           VOID IF OVER US $  5,842.46
439 MONTGOMERY STREET              14  05484  0110024
SAN FRANCISCO, CA 94163            01/03/2008     9:34:01AM     **NON-NEGOTIABLE**
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRES CALL (480) 394-3122

⑆0548413801⑆ ⑈518200392⑈4861 505774⑈

---

**R/T Number**          10700543
**Sequence Number** 3670700678
**Account Number**   4861505774

**Processing Date**   20080103
**Amount**            5842.46
**Check Number**      548413801

WF_00000533

*Date: July 30, 2013*     **Wells Fargo PhotoCopy Request**     *Page 2 of 4*

*Reference: 1000513936213:1000513936213:1000513920212*

| | | |
|---|---|---|
| 05494   11-24 | **CASHIER'S CHECK** | 0548403589 |
| Office AU 6   1210(0) | | **Credit Copy** |
| Purchaser:   ALONZO WILLIAMS | | |
| Purchaser Account: 1440295334 | | **January 03, 2008** |
| Operator I.D.:   udem9255   udem3338 | | |

PAY TO THE ORDER OF   \*\*\*SOFT DELIVERY\*\*\*
\*\*\*RE: WILLIAMS VENDING\*\*\*

\*\*\*Ten thousand one hundred twenty-three dollars and 20 cents\*\*\*     \*\*$10,123.20\*\*

**PROCESS SAME DAY AS ISSUED**     VOID IF OVER US $ 10,123.20

WELLS FARGO BANK, N.A.
1309 S HAVANA ST
AURORA, CO 80012     16 05494 0140027
FOR INQUIRIES CALL (480) 304-3122     01/03/2008     9:48:34AM     **NON-NEGOTIABLE**

⑆0548403589⑆ ⑈518200392⑇4861 505758⑆

**R/T Number** 10700543     **Processing Date** 20080103
**Sequence Number** 3670700672     **Amount** 10123.20
**Account Number** 4861505758     **Check Number** 548403589

```
WELLS FARGO BANK, N.A.              PAGE 1 of 2
GLENDALE                           I-2
P.O. BOX 5247                      Account Number:           321-4258109
DENVER, CO 80274                   Statement End Date:        01/31/08
```

```
        WILLIAMS VENDING CO INC
        OPERATING ACCOUNT
        2200 CHAMBERS RD STE F
        AURORA CO 80011-3209
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| EXPANDED BUSINESS SERVICES PACKAGE 321-4258109 | 86,930.48 |

--------------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

--------------------------------------------------------------------------------

**EXPANDED BUSINESS SERVICES PACKAGE 321-4258109**

WILLIAMS VENDING CO INC
OPERATING ACCOUNT

| | |
|---|---|
| DEC 31 BEGINNING BALANCE | 337,032.80 |
| TOTAL DEPOSITS/CREDITS | 101,443.43 |
| TOTAL WITHDRAWALS/DEBITS | - 351,545.75 |
| JAN 31 ENDING BALANCE | 86,930.48 |

**DEPOSITS AND CREDITS** ----------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JAN 02 | DEPOSIT | 67,695.83 |
| JAN 16 | DEPOSIT | 3,100.00 |
| JAN 23 | DEPOSIT | 30,647.60 |

**WITHDRAWALS AND DEBITS** ----------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JAN 02 | NSF RETURN ITEM FEE | - 34.00 |
| JAN 02 | AMERICAN EXPRESS ELEC REMIT 071226 071221053515978 ALAN WILLIAMS | - 842.23 |
| JAN 03 | WITHDRAWAL MADE IN A BRANCH/STORE | - 25,000.00 |
| JAN 04 | NSF RETURN ITEM FEE | - 34.00 |
| JAN 04 | AMERICAN EXPRESS ELEC REMIT 080103 071231052762615 ALAN WILLIAMS | - 2,405.52 |
| JAN 10 | WIRE TRANS SVC CHARGE - SEQUENCE: 080110079781 SRF# FW05484010063210 TRN#080110079781 RFB# | - 30.00 |
| JAN 10 | WITHDRAWAL MADE IN A BRANCH/STORE | - 117,500.00 |

--------------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF_00000570

Date: May 10, 2010      *Wells Fargo PhotoCopy*      *Page 1 of 2*
*Request*

*Reference: 1000055506605:1000055506605:1000055497605*

| | |
|---|---|
| 05484    11-24 | |
| Office AU 8    12(003) | |

**OFFICIAL CHECK**      0548413794

Purchaser:   WILLIAMS VENDING CO INC
Purchaser Account: 1449071179
Operator I.D.:      uden2335

**Credit Copy**

**January 02, 2008**

PAY TO THE ORDER OF    ***DENVER COCA COLA***
***WILLIAMS VENDING***

***Five thousand dollars and no cents***      **\*\*$5,000.00\*\***

**PROCESS SAME DAY AS ISSUED**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRES CALL (480) 394-3122

14   05484   0660093
01/02/2008    11:18:10AM

VOID IF OVER US $   5,000.00

**NON-NEGOTIABLE**

⑈0548413794⑈ ⑆518200392⑆4861 505774⑈

R/T Number      10700543
Sequence Number 3970347423
Account Number   4861505774

Processing Date    20080102
Amount           5000.00
Check Number      548413794

WF_00000535

Date: *July 30, 2013*          ***Wells Fargo PhotoCopy***
                                        ***Request***                          *Page 4 of 5*

*Reference: 1000513911062:1000513911062:1000513895061*

| | | OFFICIAL CHECK | 0548413832 |
|---|---|---|---|
| 83484 | 11-24 | | **Credit Copy** |
| Office AU 6 | 121(63) | | |

Purchaser: ALONZO WILLIAMS
Purchaser Account: 1440293624
Operator I.D.: uden0236    uden1913

PAY TO THE ORDER OF    ***SOFT DELIVERY***          *January 10, 2008*
                       ***RE: WILLIAMS VENDING***

***Seven thousand five hundred dollars and no cents***          **\*\*$7,500.00\*\***

                       PROCESS SAME DAY AS ISSUED          VOID IF OVER US $ 7,500.00

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET                    14  05484  0780100
SAN FRANCISCO, CA 94163                   01/10/2008     1:23:47PM          NON-NEGOTIABLE
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

⑈0548413832⑈ ⑆518200392⑆4861 505774⑈

---

| R/T Number | 10700543 | Processing Date | 20080110 |
|---|---|---|---|
| Sequence Number | 3870417148 | Amount | 7500.00 |
| Account Number | 4861505774 | Check Number | 548413832 |





| R/T Number | 010200007 | Processing Date | 20080117 |
| Sequence Number | 000006776471604 | Amount | 0003000000 |
| Account Number | 3214258109 | Serial Number | 000000000000000 |

WF_00000765



This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

WILLIAMS VENDING CO INC
OPERATING ACCOUNT

9500

$ 8,334.24

*Carin E Veahiarelli*

R/T Number            010200007
Sequence Number       000000675870676
Account Number        3214258109

Processing Date       20080208
Amount                0000833424
Serial Number         000000000009500

5/6/10        6:21:48 PM        Page 16 of 82           BRMN3271278:Diana Adams - 12645750-3214258

WF_00000736



WILLIAMS VENDING CO INC
OPERATING ACCOUNT

8514

Orin E Vecchiarelli

⑆00000009514⑆ ⑈10 2000076⑈   3214258109⑉   ⑆0000877050⑆

↓Do not endorse or write below this line.↓

| R/T Number | 010200007 | Processing Date | 20080307 |
|---|---|---|---|
| Sequence Number | 000000678256246 | Amount | 0000877050 |
| Account Number | 3214258109 | Serial Number | 000000000009514 |

5/6/10        6:21:48 PM        Page 17 of 82        BRMN3271278:Diana Adams - 12645750-3214258

WF_00000737



R/T Number        010200007
Sequence Number   000008830944618
Account Number    3214258109

Processing Date   20080306
Amount            0000122188
Serial Number     000000000009513

BRMN3271278:Diana Adams - 12645750-3214258

WF_00000787

*124000054*
02/19/2008
00005110189906μ
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.



WILLIAMS VENDING CO INC
OPERATING ACCOUNT
9503

74963485



⑈000000950 3⑈  ⑈⑆⑈ 10 2000 076⑈⑆3 214 258 109⑈  ⑈0000 140000⑈

0660280449

R/T Number            010200007
Sequence Number       000008853815793
Account Number        3214258109

Processing Date       20080220
Amount                0000140000
Serial Number         000000000009503

*BRMN3271278:Diana Adams - 12645750-3214258*

WF_00000796

```
WELLS FARGO BANK, N.A.                    PAGE 1 of 2
GLENDALE
P.O. BOX 5247                             Account Number:           321-4258109
DENVER, CO 80274                          Statement End Date:        02/29/08
```

```
        WILLIAMS VENDING CO INC
        OPERATING ACCOUNT
        2200 CHAMBERS RD STE F
        AURORA CO 80011-3209
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| EXPANDED BUSINESS SERVICES PACKAGE 321-4258109 | 20,490.59 |

--------------------------------------------------------------------------------
NEWS FROM WELLS FARGO
--------------------------------------------------------------------------------
EXPANDED BUSINESS SERVICES PACKAGE 321-4258109

WILLIAMS VENDING CO INC
OPERATING ACCOUNT

| | |
|---|---|
| JAN 31 BEGINNING BALANCE | 86,930.48 |
| TOTAL DEPOSITS/CREDITS | 43,100.00 |
| TOTAL WITHDRAWALS/DEBITS | - 109,539.89 |
| FEB 29 ENDING BALANCE | 20,490.59 |

DEPOSITS AND CREDITS --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| FEB 04 | DEPOSIT | 43,100.00 |

WITHDRAWALS AND DEBITS ----------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| FEB 01 | AURORA LOAN ALS SPEEDP 080131 0045419900-5583 williams vending co | - 21,130.77 |
| FEB 04 | WITHDRAWAL MADE IN A BRANCH/STORE | - 16,000.00 |
| FEB 12 | HARLAND CHECKS CHECK/ACC. 021108 00048217540250 WILLIAMS VENDING CO IN | - 78.97 |
| FEB 20 | AMERICAN EXPRESS ELEC REMIT 080220051995375 ALAN WILLIAMS | - 2,000.00 |

CHECKS PAID -----------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 9500 | FEB 08 | 8,334.24 | 9503 | FEB 20 | 1,400.00 |
| 9502* | FEB 11 | 7,500.00 | 9504 | FEB 19 | 8,000.00 |

* GAP IN CHECK SEQUENCE

--------------------------------------------------------------------------------
CONTINUED ON NEXT PAGE
--------------------------------------------------------------------------------

WF_00000572





| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080221 |
| Sequence Number | 000000473262634 | Amount | 0000500000 |
| Account Number | 3214258109 | Serial Number | 000000000009505 |

WF_00000722

WILLIAMS VENDING CO INC
OPERATING ACCOUNT
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

ID:
ISSUE:
DEPOSIT:
TOKEN:
HISTORY:

ACCT OPEN: 05-18-07
AV. BAL:
SIGN:
H P STOPS:
MEMO:

9507
23-7/1020 1021
3214258109

DATE 2/21/08

PAY TO THE ORDER OF Alan S. Williams $ 28,000.00

Twenty Eight Thousand and 00/100 DOLLARS

Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR (Equipment Repair) Carin E Occhiarelli

⑈0000009507⑈ ⑆102000076⑆ 3214258109⑈

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
1440293607

| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080221 |
| Sequence Number | 000003670898130 | Amount | 0002800000 |
| Account Number | 3214258109 | Serial Number | 000000000009507 |

**WILLIAMS VENDING CO INC**
**OPERATING ACCOUNT**
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

9506

22-7/1020 1021
3214258109

DATE 2/20/08

PAY
TO THE
ORDER OF Maaliki Mateen                    $ 2,000 00

Two Thousand al 00/100                    DOLLARS

WELLS
FARGO   Wells Fargo Bank N.A.
        Colorado
        wellsfargo.com

FOR (Employee #8 Don Byrd)        Carin E. Vecchiarelli

⑈0000009506⑈ ⑆102000076⑈ 3214258109⑈        ⑈0000 200000⑈

R/T Number          010200007
Sequence Number     000008864497601
Account Number      3214258109

Processing Date     20080222
Amount              0000200000
Serial Number       000000000009506

WF_00000799



R/T Number            010200007
Sequence Number       000008817886264
Account Number        3214258109

Processing Date       20080226
Amount                0000150000
Serial Number         000000000009510

BRMN3271278:Diana Adams - 12645750-3214258

WF_00000783



R/T Number          010200007          Processing Date     20080226
Sequence Number     000008817886263    Amount              0000020000
Account Number      3214258109         Serial Number       000000000009509

WF_00000782

WILLIAMS VENDING CO INC
OPERATING ACCOUNT
2200 CHAMBERS RD STE F
AURORA, CO 83011-3209

9511

23-7/1020 1021
3214258109

#611

DATE 2/25/08

PAY TO THE ORDER OF  Elevation                    $ 1685.91

One Thousand Six LLD Neg Five      af 91/100      DOLLARS

Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR  Acct Pay # 201756-01              Carin E. Vecchiarelli

⑈0000009511⑈ ⑈102000076⑈ 3214258109⑈     ⑈0000169591⑈

---

4000209950   10   307087399 006
02/26/2008         SUNCORP CREDIT UNION

FEB 26 08

Sooper Credit Union
AURORA BRANCH 4 1 1 6 0
AURORA, CO
02/25/2008 15:25:20
Teller# 611 Seq# 498874
Credit to the A/C of Within Named
Payee
Acct# 201756011
Elevations CU
Y.S. R&T 307074890

FOR DEPOSIT ONLY TO ACCOUNT OF THE
WITHIN NAMED PAYEE

---

R/T Number          010200007
Sequence Number     000008832968672
Account Number      3214258109

Processing Date     20080227
Amount              0000169591
Serial Number       000000000009511

```
WELLS FARGO BANK, N.A.                    PAGE 1 of 2
GLENDALE                                  I-4
P.O. BOX 5247                             Account Number:        321-4258109
DENVER, CO 80274                          Statement End Date:      04/30/08
```

```
          WILLIAMS VENDING CO INC
          OPERATING ACCOUNT
          2200 CHAMBERS RD STE F
          AURORA CO 80011-3209
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------------
**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| EXPANDED BUSINESS SERVICES PACKAGE 321-4258109 | 5,495.45 |

--------------------------------------------------------------------------------
**NEWS FROM WELLS FARGO**

New Agreements for Online Banking
We've updated our Online Access Agreement and E-Sign Consent. To see what has
changed, please visit www.wellsfargo.com/onlineupdates
--------------------------------------------------------------------------------
**EXPANDED BUSINESS SERVICES PACKAGE 321-4258109**

WILLIAMS VENDING CO INC
OPERATING ACCOUNT

```
MAR 31 BEGINNING BALANCE                          8,957.45
       TOTAL DEPOSITS/CREDITS                          0.00
       TOTAL WITHDRAWALS/DEBITS                  - 3,462.00
APR 30 ENDING BALANCE                             5,495.45
```

**WITHDRAWALS AND DEBITS** --------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| APR 08 | Wells Fargo Bank LOAN PMT APR 07 9693269466-26 WILLIAMS VENDING CO IN | - 1,554.00 |
| APR 08 | Wells Fargo Bank LOAN PMT APR 07 9693269466-42 WILLIAMS VENDING CO IN | - 1,058.00 |
| APR 29 | HSBC CARD SRVCS PHONE PMNT 080429 000000321492030 CARIN VECCHIARELLI | - 250.00 |

**CHECKS PAID** -----------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 9517 | APR 15 | 450.00 | 9518 | APR 22 | 150.00 |

**DAILY BALANCE SUMMARY** ----------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| MAR 31 | 8,957.45 | APR 22 | 5,745.45 |
| APR 08 | 6,345.45 | APR 29 | 5,495.45 |
| APR 15 | 5,895.45 | | |

--------------------------------------------------------------------------------
CONTINUED ON NEXT PAGE

WF_00000576



For Return Items
▶ 2719-7001-1 ◀
HSBC Bank USA
1301 E. Tower Rd.
Schaumburg, IL
▶ 2719-7001-1 ◀

For Deposit Only
HFC/Beneficial
Branch # 22-2107

R/T Number           010200007
Sequence Number      000008814793041
Account Number       3214258109

Processing Date      20080415
Amount               0000045000
Serial Number        000000000009517

BRMN3271278:Diana Adams - 12645750-3214258

WF_00000781



R/T Number         010200007
Sequence Number    000006677569702
Account Number     3214258109

Processing Date    20080422
Amount             0000015000
Serial Number      000000000009518

WF_00000760