REDACTED DUE TO *PAGE 1 of 2*
INFORMATION FALLS
OUTSIDE OF THE SCOPE
OF THE ORDER

WELLS FARGO BANK, N.A.
ILIFF & BUCKLEY
P.O. BOX 5247
DENVER, CO 80274

Account Number:          144-5071129
Statement End Date:         12/11/07
Number of Enclosures:              5

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER
850 S GENEVA ST
DENVER CO 80247-1932

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

---

## YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 275.59 |

---

**NEWS FROM WELLS FARGO**

*Introducing Security Questions*

*In the coming months, we'll ask all online customers to make their accounts even safer by selecting and answering three security questions. If we ever need to confirm your identity, your correct answers to these questions will help us verify it's you. To learn more, visit our Security Questions Overview at www.wellsfargo.com/securityquestions*

*Quick and easy to set up, security questions help protect your account and keep your identity safe.*

---

**BASIC BUSINESS CHECKING 144-5071129**

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER



DEC 11 ENDING BALANCE                                     275.59

**DEPOSITS AND CREDITS** -----------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|

| DEC 03 | DEPOSIT | 639.35 |
| DEC 03 | DEPOSIT | 504.10 |
| DEC 04 | PREAUTHORIZED DEBIT REVERSAL | 1,418.00 |
| DEC 05 | DEPOSIT | 360.00 |

---

*CONTINUED ON NEXT PAGE*

WF_00000605

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

PAGE 2 of 2
Account Number: 144-5071129
Statement End Date: 12/11/07

WITHDRAWALS AND DEBITS --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| DEC 03 | WITHDRAWAL MADE IN A BRANCH/STORE | - 639.35 |
| DEC 03 | 379081034546 LEASE PMT 54 WILLIAMS VENDING COMPA | - 1,418.00 |
| DEC 04 | NSF RETURN ITEM FEE | - 34.00 |
| DEC 11 | MONTHLY SERVICE FEE | - 7.00 |

CHECKS PAID ------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| | | | 3597 | DEC 10 | 102.86 |
| | | | 3599* | DEC 07 | 502.75 |

* GAP IN CHECK SEQUENCE

DAILY BALANCE SUMMARY --------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| | | DEC 04 | 528.20 |
| | | DEC 05 | 888.20 |
| | | DEC 07 | 385.45 |
| | | DEC 10 | 282.59 |
| | | DEC 11 | 275.59 |
| DEC 03 | - 855.80 | | |

RETURNED ITEMS---------------------------------------------------------------

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| DEC 4 | NON-MONETARY NOTATION TRANSACTION REFERENCE # 041001033433832 | - 1,418.00 |

--------------------------------------------------------------------------------

FOR YOUR INTEREST

--------------------------------------------------------------------------------

THANK YOU FOR BANKING WITH WELLS FARGO.

WF_00000606

```
WELLS FARGO BANK, N.A.                PAGE 1 of 2
ILIFF & BUCKLEY                       I-2
P.O. BOX 5247                         Account Number:        144-5071129
DENVER, CO 80274                      Statement End Date:      01/10/08
                                      Number of Enclosures:           5
```

```
        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 8,835.88 |

------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

------------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

```
DEC 11 BEGINNING BALANCE                           275.59
        TOTAL DEPOSITS/CREDITS                  101,432.83
        TOTAL WITHDRAWALS/DEBITS              - 92,872.54
JAN 10 ENDING BALANCE                            8,835.88
```

DEPOSITS AND CREDITS -----------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| DEC 17 | DEPOSIT | 900.00 |
| DEC 31 | DEPOSIT | 32,279.76 |
| JAN 02 | DEPOSIT MADE IN A BRANCH/STORE | 68,253.07 |

WITHDRAWALS AND DEBITS ---------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| DEC 17 | TWX*AOL SERVICE 1207 071216 1991750 ALAN *WILLIAMS | - 31.95 |
| DEC 28 | STOP PAYMENT FEE | - 25.00 |
| DEC 31 | WITHDRAWAL MADE IN A BRANCH/STORE | - 9,000.00 |
| DEC 31 | WITHDRAWAL MADE IN A BRANCH/STORE | - 5,000.00 |
| DEC 31 | WF Bus Credit AUTO PAY 071228 90225222630884 VECCHIARELLI,CARIN | - 180.00 |
| JAN 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 17,500.00 |
| JAN 03 | WITHDRAWAL MADE IN A BRANCH/STORE | - 50,000.00 |
| JAN 04 | WITHDRAWAL MADE IN A BRANCH/STORE | - 10,000.00 |
| JAN 10 | UNCOLLECTED FUNDS CHARGE | - 8.41 |

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF_00000607

```
                                    PAGE 2 of 2
                                    Account Number:          144-5071129
     WILLIAMS VENDING CO INC        Statement End Date:       01/10/08
     ALAN A WILLIAMS OWNER

CHECKS PAID -----------------------------------------------------------

     CHECK #   DATE          AMOUNT   CHECK #   DATE          AMOUNT
     ---------------------------------   ---------------------------------
        3598   DEC 19         20.00      3604   JAN 08        217.33
        3602*  DEC 17        270.45      3605   JAN 08        502.75
        3603   DEC 18        116.65
     * GAP IN CHECK SEQUENCE
DAILY BALANCE SUMMARY -------------------------------------------------

     DATE            BALANCE   DATE            BALANCE
     -------------------------   -------------------------
     DEC 11           275.59   JAN 02        69,564.37
     DEC 17           873.19   JAN 03        19,564.37
     DEC 18           756.54   JAN 04         9,564.37
     DEC 19           736.54   JAN 08         8,844.29
     DEC 28           711.54   JAN 10         8,835.88
     DEC 31        18,811.30

RETURNED ITEMS--------------------------------------------------------

     DATE    DESCRIPTION                                   AMOUNT

     JAN 3   379081034546 LEASE PMT 54 WILLIAMS
             VENDING COMPA                              - 1,418.00
             REFERENCE # 041001035424150
-----------------------------------------------------------------------
FOR YOUR INTEREST
```

```
WELLS FARGO BANK, N.A.                PAGE 1 of 2
ILIFF & BUCKLEY
P.O. BOX 5247                         Account Number:        144-5071129
DENVER, CO 80274                      Statement End Date:    02/11/08
                                      Number of Enclosures:         11


          WILLIAMS VENDING CO INC
          ALAN A WILLIAMS OWNER
          850 S GENEVA ST
          DENVER CO 80247-1932



     IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
     CALL: 800-225-5935 (1-800-CALL-WELLS).
```

----------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 5,454.51 |

----------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

----------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

```
     WILLIAMS VENDING CO INC
     ALAN A WILLIAMS OWNER

     JAN 10 BEGINNING BALANCE                    8,835.88
            TOTAL DEPOSITS/CREDITS                   0.00
            TOTAL WITHDRAWALS/DEBITS           - 3,381.37
     FEB 11 ENDING BALANCE                       5,454.51
```

**WITHDRAWALS AND DEBITS** ------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JAN 17 | TWX*AOL SERVICE 0108 080116 3368265 ALAN *WILLIAMS | - 31.95 |
| JAN 28 | WF Bus Credit AUTO PAY 080125 90398803163429 VECCHIARELLI,CARIN E | - 356.00 |

**CHECKS PAID** -------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3600 | JAN 15 | 670.00 | 3611 | JAN 17 | 20.31 |
| 3606* | JAN 11 | 270.45 | 3612 | JAN 29 | 725.00 |
| 3607 | JAN 14 | 116.63 | 3613 | FEB 04 | 171.13 |
| 3608 | JAN 17 | 178.70 | 3615* | FEB 08 | 502.75 |
| 3609 | JAN 22 | 56.00 | 3616 | FEB 11 | 270.45 |
| 3610 | JAN 17 | 12.00 | | | |

\* GAP IN CHECK SEQUENCE

**DAILY BALANCE SUMMARY** -----------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| JAN 10 | 8,835.88 | JAN 15 | 7,778.80 |
| JAN 11 | 8,565.43 | JAN 17 | 7,535.84 |
| JAN 14 | 8,448.80 | JAN 22 | 7,479.84 |

----------------------------------------------------------------------

*CONTINUED ON NEXT PAGE*

WF_00000609

```
                                    PAGE 2 of 2
                                    Account Number:              144-5071129
     WILLIAMS VENDING CO INC        Statement End Date:           02/11/08
     ALAN A WILLIAMS OWNER

  DAILY BALANCE SUMMARY -----------------------------------------------------

     DATE                 BALANCE    DATE                          BALANCE
     ---------------------------    ------------------------------------
     JAN 28               7,123.84   FEB 08                       5,724.96
     JAN 29               6,398.84   FEB 11                       5,454.51
     FEB 04               6,227.71

  ------------------------------------------------------------------------------
  FOR YOUR INTEREST
```

```
  ------------------------------------------------------------------------------
  THANK YOU FOR BANKING WITH WELLS FARGO.
```

WF_00000610

PAGE 1 of 2

WELLS FARGO BANK, N.A.
ILIFF & BUCKLEY
P.O. BOX 5247
DENVER, CO 80274

Account Number:         144-5071129
Statement End Date:       03/11/08
Number of Enclosures:            6


WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER
850 S GENEVA ST
DENVER CO 80247-1932


IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 3,088.72 |

------------------------------------------------------------------
NEWS FROM WELLS FARGO


------------------------------------------------------------------
BASIC BUSINESS CHECKING 144-5071129

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

| | |
|---|---|
| FEB 11 BEGINNING BALANCE | 5,454.51 |
| TOTAL DEPOSITS/CREDITS | 0.00 |
| TOTAL WITHDRAWALS/DEBITS | - 2,365.79 |
| MAR 11 ENDING BALANCE | 3,088.72 |

WITHDRAWALS AND DEBITS ----------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| FEB 19 | TWX*AOL SERVICE 0208 080216 0030532 ALAN *WILLIAMS | - 31.95 |
| FEB 26 | WF Bus Credit AUTO PAY 080225 9039880316 3429 VECCHIARELLI,CARIN E | - 318.00 |
| FEB 27 | WF Bus Credit AUTO PAY 080226 9022522263 0884 VECCHIARELLI,CARIN | - 162.00 |

------------------------------------------------------------------
CONTINUED ON NEXT PAGE

WF_00000611

```
                                    PAGE 2 of 2
                                    Account Number:          144-5071129
     WILLIAMS VENDING CO INC        Statement End Date:       03/11/08
     ALAN A WILLIAMS OWNER
```

**CHECKS PAID** -----------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3614 | FEB 12 | 725.00 | 3619 | MAR 03 | 151.21 |
| 3617 | FEB 13 | 116.35 | 3621 | MAR 10 | 502.75 |
| 3618 | FEB 21 | 88.08 | 3622 | MAR 07 | 270.45 |

\* GAP IN CHECK SEQUENCE

**DAILY BALANCE SUMMARY** -----------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| FEB 11 | 5,454.51 | FEB 26 | 4,175.13 |
| FEB 12 | 4,729.51 | FEB 27 | 4,013.13 |
| FEB 13 | 4,613.16 | MAR 03 | 3,861.92 |
| FEB 19 | 4,581.21 | MAR 07 | 3,591.47 |
| FEB 21 | 4,493.13 | MAR 10 | 3,088.72 |

Effective April 1, 2008, the following Miscellaneous Fee will change.
Other Service Fees:
-Deposit Correction, $5 per correction

----------------------------------------------------------------------

**FOR YOUR INTEREST**

Sign up for Online Banking and get free, 24/7 access to your Wells Fargo
accounts.
With Online Banking, you can view detailed account information, manage your
account profile and transfer funds at your fingertips. You can also choose to
receive important notices and your account statements online - it's quicker and
safer than receiving them in the mail and it's environmentally friendly. With
this free service, you can have time-sensitive information sent to your email
-- for example, you can receive an alert when a deposit is made, when your
account balance falls below a pre-set low-balance in your account, or when
overdraft protection was needed. Sign on and get started today by visiting
wellsfargo.com

----------------------------------------------------------------------

THANK YOU FOR BANKING WITH WELLS FARGO.

WF_00000612

```
WELLS FARGO BANK, N.A.              PAGE 1 of 2
ILIFF & BUCKLEY                     I-4
P.O. BOX 5247                       Account Number:        144-5071129
DENVER, CO 80274                    Statement End Date:      04/09/08
                                    Number of Enclosures:           8
```

```
        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 327.44 |

--------------------------------------------------------------------
NEWS FROM WELLS FARGO

*New Agreements for Online Banking*
*We've updated our Online Access Agreement and E-Sign Consent. To see what has*
*changed, please visit www.wellsfargo.com/onlineupdates*
--------------------------------------------------------------------
BASIC BUSINESS CHECKING 144-5071129

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

```
MAR 11 BEGINNING BALANCE              3,088.72
        TOTAL DEPOSITS/CREDITS             0.00
        TOTAL WITHDRAWALS/DEBITS      - 2,761.28
APR 09 ENDING BALANCE                   327.44
```

WITHDRAWALS AND DEBITS ----------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAR 17 | TWX*AOL SERVICE 0308 080316 6221038 ALAN *WILLIAMS | - 31.95 |
| MAR 24 | BANK ORIGINATED DEBIT | - 336.00 |
| MAR 25 | WF Bus Credit AUTO PAY 080324 90398803163429 VECCHIARELLI,CARIN E | - 290.00 |
| MAR 31 | WF Bus Credit AUTO PAY 080328 90225222630884 VECCHIARELLI,CARIN | - 183.00 |
| APR 09 | MONTHLY SERVICE FEE | - 7.00 |

CHECKS PAID ------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3620 | APR 01 | 725.00 | 3626 | APR 04 | 502.75 |
| 3623 | MAR 17 | 115.52 | 3628 | APR 02 | 270.45 |
| 3624 | MAR 18 | 88.08 | 3631* | APR 08 | 115.52 |
| 3625 | MAR 31 | 96.01 | | | |

* GAP IN CHECK SEQUENCE

--------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*

WF_00000613

```
                                    PAGE 2 of 2
                                    Account Number:        ˙144-5071129
    WILLIAMS VENDING CO INC          Statement End Date:      04/09/08
    ALAN A WILLIAMS OWNER

    DAILY BALANCE SUMMARY --------------------------------------------------

    DATE               BALANCE      DATE                       BALANCE
    ---------          ---------    ---------                  ---------
    MAR 11             3,088.72     APR 01                     1,223.16
    MAR 17             2,941.25     APR 02                       952.71
    MAR 18             2,853.17     APR 04                       449.96
    MAR 24             2,517.17     APR 08                       334.44
    MAR 25             2,227.17     APR 09                       327.44
    MAR 31             1,948.16
```

--------------------------------------------------------------------------------

**FOR YOUR INTEREST**

*Sign up for Online Banking and get free, 24/7 access to your Wells Fargo accounts.*
*With Online Banking, you can view detailed account information, manage your account profile and transfer funds at your fingertips. You can also choose to receive important notices and your account statements online - it's quicker and safer than receiving them in the mail and it's environmentally friendly. With this free service, you can have time-sensitive information sent to your email -- for example, you can receive an alert when a deposit is made, when your account balance falls below a pre-set low-balance in your account, or when overdraft protection was needed. Sign on and get started today by visiting wellsfargo.com*

--------------------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000614

```
WELLS FARGO BANK, N.A.              PAGE 1 of 2
ILIFF & BUCKLEY
P.O. BOX 5247                      Account Number:       144-5071129
DENVER, CO 80274                   Statement End Date:      05/09/08
                                   Number of Enclosures:           8
```

```
        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 475.86 |

--------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

Thank you for being a Wells Fargo business customer. During the months of May
and June, we are showing our appreciation for business owners with special
offers and discounts on many of our business products and services.

We want you to know that you can depend on us to provide financial products and
services to help you succeed financially - in business and personally. And know
that you're in good hands with one of the world's most respected financial
services companies and America's #1 lender to small businesses.

Stop by any store location and visit a banker during business hours to find out
more.

--------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

```
APR 09 BEGINNING BALANCE                    327.44
        TOTAL DEPOSITS/CREDITS            1,888.03
        TOTAL WITHDRAWALS/DEBITS        - 1,739.61
MAY 09 ENDING BALANCE                       475.86
```

**DEPOSITS AND CREDITS** -----------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| APR 10 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 428.16 |
| APR 11 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 235.92 |
| APR 17 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 31.95 |
| APR 29 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 192.00 |
| MAY 02 | DEPOSIT | 1,000.00 |

--------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF_00000615

PAGE 2 of 2
Account Number:          144-5071129
Statement End Date:        05/09/08

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

WITHDRAWALS AND DEBITS --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| APR 17 | TWX*AOL SERVICE 0408 080416 3072055 ALAN *WILLIAMS | - 31.95 |
| APR 29 | WF Bus Credit AUTO PAY 080428 90225222630884 VECCHIARELLI,CARIN | - 192.00 |
| MAY 09 | MONTHLY SERVICE FEE | - 7.00 |

CHECKS PAID --------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3627 | APR 10 | 725.00 | 3633 | MAY 05 | 88.08 |
| 3629* | APR 10 | 12.00 | 3634 | MAY 07 | 99.43 |
| 3630 | APR 10 | 18.60 | 3635 | MAY 07 | 59.18 |
| 3632 | APR 11 | 235.92 | 3638 | MAY 08 | 270.45 |

* GAP IN CHECK SEQUENCE

DAILY BALANCE SUMMARY ----------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| APR 09 | 327.44 | MAY 02 | 1,000.00 |
| APR 10 | 0.00 | MAY 05 | 911.92 |
| APR 11 | 0.00 | MAY 07 | 753.31 |
| APR 17 | 0.00 | MAY 08 | 482.86 |
| APR 29 | 0.00 | MAY 09 | 475.86 |

The following change is effective July 1, 2008.*
Overdraft Items and Returned Items (Non-Sufficient Funds/NSF): $35 per Item. An
occasion is a day in which your account does not have enough money to cover an
Item. A daily maximum of 10 Overdraft and/or Returned Item fees applies.

For questions, please contact your Wells Fargo Banker or call 1-800-CALL WELLS
(1-800-225-5935). We appreciate your business and look forward to continuing to
serve your financial needs.

*Effective August 15, 2008, for quarterly savings accounts.

--------------------------------------------------------------------------------
FOR YOUR INTEREST

Too busy running your business to think about retirement? A Wells Fargo
Investments professional can help you plan for your retirement, manage your
personal investments, or even create a business succession plan. Call
1-866-243-0931 or visit your local Wells Fargo store today.

Investment Products: -Not FDIC Insured  -No Bank Guarantee -May Lose Value

Investment products available through Wells Fargo Investments, LLC (member
SIPC), a non-bank affiliate of Wells Fargo & Company.

--------------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.

WF_00000616

```
WELLS FARGO BANK, N.A.                    PAGE 1 of 2
ILIFF & BUCKLEY
P.O. BOX 5247                             Account Number:        144-5071129
DENVER, CO 80274                          Statement End Date:     06/10/08
                                          Number of Enclosures:          5
```

```
        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 2,964.29 |

--------------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

--------------------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

```
MAY 09 BEGINNING BALANCE                      475.86
        TOTAL DEPOSITS/CREDITS              4,500.00
        TOTAL WITHDRAWALS/DEBITS          - 2,011.57
JUN 10 ENDING BALANCE                       2,964.29
```

**DEPOSITS AND CREDITS** --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 12 | TRANSFER FROM DDA # 000003214258109 | 3,000.00 |
| JUN 10 | DEPOSIT | 1,500.00 |

**WITHDRAWALS AND DEBITS** ----------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 19 | TWX*AOL SERVICE 0508 080516 5049942 ALAN *WILLIAMS | - 31.95 |
| MAY 28 | WF Bus Credit AUTO PAY 080527 90398803163429 VECCHIARELLI,CARIN E | - 302.01 |
| MAY 28 | WF Bus Credit AUTO PAY 080527 90225222630884 VECCHIARELLI,CARIN | - 183.00 |
| JUN 10 | MONTHLY SERVICE FEE | - 7.00 |

**CHECKS PAID** -----------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3636 | MAY 13 | 725.00 | 3639* | MAY 19 | 54.00 |
| 3637 | MAY 12 | 502.75 | 3640 | MAY 23 | 117.78 |

* GAP IN CHECK SEQUENCE

--------------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF_00000617

```
                                    PAGE 2 of 2
                                    Account Number:         144-5071129
     WILLIAMS VENDING CO INC        Statement End Date:      06/10/08
     ALAN A WILLIAMS OWNER
```

CHECKS PAID ------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 3641 | MAY 21 | 88.08 | | | |

\* GAP IN CHECK SEQUENCE

DAILY BALANCE SUMMARY --------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| MAY 09 | 475.86 | MAY 21 | 2,074.08 |
| MAY 12 | 2,973.11 | MAY 23 | 1,956.30 |
| MAY 13 | 2,248.11 | MAY 28 | 1,471.29 |
| MAY 19 | 2,162.16 | JUN 10 | 2,964.29 |

--------------------------------------------------------------------------

**FOR YOUR INTEREST**

*Too busy running your business to think about retirement? A Wells Fargo
Investments professional can help you plan for your retirement, manage your
personal investments, or even create a business succession plan. Call
1-866-243-0931 or visit your local Wells Fargo store today.*

*Investment Products: -Not FDIC Insured  -No Bank Guarantee -May Lose Value*

*Investment products available through Wells Fargo Investments, LLC (member
SIPC), a non-bank affiliate of Wells Fargo & Company.*

--------------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000618

```
WELLS FARGO BANK, N.A.               PAGE 1 of 2
ILIFF & BUCKLEY                      I-3
P.O. BOX 5247                        Account Number:         144-5071129
DENVER, CO 80274                     Statement End Date:      07/10/08
                                     Number of Enclosures:           7


          WILLIAMS VENDING CO INC
          ALAN A WILLIAMS OWNER
          850 S GENEVA ST
          DENVER CO 80247-1932


    IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
    CALL: 800-225-5935 (1-800-CALL-WELLS).
```

---------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 681.13 |

---------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

*Streamline your payments. Pay bills, employees, business taxes and more online with the Wells Fargo Online Payment Suite. Learn more at www.wellsfargo.com/biz/payments.*

---------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

```
WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

JUN 10 BEGINNING BALANCE                          2,964.29
       TOTAL DEPOSITS/CREDITS                          0.00
       TOTAL WITHDRAWALS/DEBITS                  - 2,283.16
JUL 10 ENDING BALANCE                               681.13
```

**WITHDRAWALS AND DEBITS** -------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUN 17 | TWX*AOL SERVICE 0608 080616 8230771 ALAN *WILLIAMS | - 31.95 |
| JUN 24 | WF Bus Credit AUTO PAY 080623 90398803163429 VECCHIARELLI,CARIN E | - 280.03 |
| JUN 30 | WF Bus Credit AUTO PAY 080627 90225222630884 VECCHIARELLI,CARIN | - 202.00 |
| JUL 10 | MONTHLY SERVICE FEE | - 7.00 |

**CHECKS PAID** --------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3642 | JUN 16 | 270.45 | 3646 | JUN 19 | 104.97 |
| 3643+ | JUN 24 | 725.00 | 3647 | JUN 25 | 88.08 |
| 3644 | JUN 18 | 116.74 | 3649* | JUL 10 | 270.45 |
| 3645 | JUN 26 | 186.49 | | | |

```
* GAP IN CHECK SEQUENCE
+ITEM CONVERTED TO SUBSTITUTE CHECK
```

---------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF_00000619

*WILLIAMS VENDING CO INC*
*ALAN A WILLIAMS OWNER*

*PAGE 2 of 2*
*Account Number:*          *144-5071129*
*Statement End Date:*       *07/10/08*

**DAILY BALANCE SUMMARY** ----------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| JUN 10 | 2,964.29 | JUN 24 | 1,435.15 |
| JUN 16 | 2,693.84 | JUN 25 | 1,347.07 |
| JUN 17 | 2,661.89 | JUN 26 | 1,160.58 |
| JUN 18 | 2,545.15 | JUN 30 | 958.58 |
| JUN 19 | 2,440.18 | JUL 10 | 681.13 |

----------------------------------------------------------------------------------

**FOR YOUR INTEREST**

----------------------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000620

```
WELLS FARGO BANK, N.A.                 PAGE 1 of 2
ILIFF & BUCKLEY                        I-4
P.O. BOX 5247                          Account Number:          144-5071129
DENVER, CO 80274                       Statement End Date:       08/11/08
                                       Number of Enclosures:            5
```

```
            WILLIAMS VENDING CO INC
            ALAN A WILLIAMS OWNER
            850 S GENEVA ST
            DENVER CO 80247-1932
```

```
    IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
    CALL: 800-225-5935 (1-800-CALL-WELLS).
```
--------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | - 7.00 |

--------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

*Streamline your payments. Pay bills, employees, business taxes and more online with the Wells Fargo Online Payment Suite. Learn more at www.wellsfargo.com/biz/payments.*

--------------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

```
    WILLIAMS VENDING CO INC
    ALAN A WILLIAMS OWNER

    JUL 10 BEGINNING BALANCE                      681.13
           TOTAL DEPOSITS/CREDITS                 714.23
           TOTAL WITHDRAWALS/DEBITS           - 1,402.36
    AUG 11 ENDING BALANCE                        - 7.00
```

**DEPOSITS AND CREDITS** ----------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 15 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 76.46 |
| JUL 17 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 31.95 |
| JUL 18 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 116.74 |
| JUL 21 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 88.08 |
| JUL 23 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 401.00 |

**WITHDRAWALS AND DEBITS** ------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 17 | TWX*AOL SERVICE 0708 080716 4222562 ALAN *WILLIAMS | - 31.95 |

--------------------------------------------------------------------------

*CONTINUED ON NEXT PAGE*

PAGE 2 of 2
Account Number:           144-5071129
Statement End Date:        08/11/08

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

WITHDRAWALS AND DEBITS ----------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 23 | WF Bus Credit AUTO PAY 080722 | |
| | 90398803163429 VECCHIARELLI,CARIN E | - 401.00 |
| AUG 11 | MONTHLY SERVICE FEE | - 7.00 |

CHECKS PAID -----------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3648+ | JUL 15 | 725.00 | 3652 | JUL 18 | 116.74 |
| 3650* | JUL 14 | 12.00 | 3653 | JUL 21 | 88.08 |
| 3651 | JUL 11 | 20.59 | | | |

* GAP IN CHECK SEQUENCE
+ITEM CONVERTED TO SUBSTITUTE CHECK

DAILY BALANCE SUMMARY --------------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| JUL 10 | 681.13 | JUL 18 | 0.00 |
| JUL 11 | 660.54 | JUL 21 | 0.00 |
| JUL 14 | 648.54 | JUL 23 | 0.00 |
| JUL 15 | 0.00 | AUG 11 | - 7.00 |
| JUL 17 | 0.00 | | |

--------------------------------------------------------------------------------
FOR YOUR INTEREST

--------------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.

WF_00000622

PAGE 1 of 2

```
WELLS FARGO BANK, N.A.
ILIFF & BUCKLEY            Account Number:      144-5071129
P.O. BOX 5247             Statement End Date:   09/10/08
DENVER, CO 80274          Number of Enclosures:         7
```

```
         WILLIAMS VENDING CO INC
         ALAN A WILLIAMS OWNER
         850 S GENEVA ST
         DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------------
**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING  144-5071129 | - 120.28 |

--------------------------------------------------------------------------------
**NEWS FROM WELLS FARGO**

--------------------------------------------------------------------------------
**BASIC BUSINESS CHECKING 144-5071129**

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

| | |
|---|---|
| AUG 11 BEGINNING BALANCE | - 7.00 |
| TOTAL DEPOSITS/CREDITS | 2,731.00 |
| TOTAL WITHDRAWALS/DEBITS | - 2,844.28 |
| SEP 10 ENDING BALANCE | - 120.28 |

**DEPOSITS AND CREDITS** --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| AUG 12 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 247.00 |
| AUG 13 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 330.00 |
| AUG 14 | DEPOSIT | 500.00 |
| AUG 21 | DEPOSIT | 1,600.00 |
| SEP 09 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 54.00 |

--------------------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*

WF_00000623

```
                              PAGE 2 of 2
                              Account Number:        144-5071129
   WILLIAMS VENDING CO INC    Statement End Date:    09/10/08
   ALAN A WILLIAMS OWNER
```

**WITHDRAWALS AND DEBITS** --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| AUG 12 | WF Bus Credit AUTO PAY 080811 | - 240.00 |
|  | 90225222630884 VECCHIARELLI,CARIN |  |
| AUG 14 | OVERDRAFT FEE | - 35.00 |
| AUG 18 | OVERDRAFT FEE | - 35.00 |
| AUG 18 | TWX*AOL SERVICE 0808 080816 0342616 |  |
|  | ALAN *WILLIAMS | - 31.95 |
| AUG 19 | OVERDRAFT FEE | - 35.00 |
| AUG 27 | WF Bus Credit AUTO PAY 080826 |  |
|  | 90398803163429 VECCHIARELLI,CARIN E | - 371.72 |
| SEP 09 | WF Bus Credit AUTO PAY 080908 |  |
|  | 90225222630884 VECCHIARELLI,CARIN | - 210.00 |
| SEP 10 | OVERDRAFT FEE | - 35.00 |
| SEP 10 | MONTHLY SERVICE FEE | - 7.00 |

**CHECKS PAID** -------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
|  | SEP 02 | 88.08 | 3657 | AUG 14 | 77.50 |
| 3654+ | AUG 20 | 725.00 | 3658 | AUG 13 | 270.45 |
| 3655 | AUG 13 | 116.03 | 3660* | SEP 02 | 32.50 |
| 3656 | AUG 15 | 419.40 | 3661 | AUG 29 | 114.65 |

* GAP IN CHECK SEQUENCE
+ITEM CONVERTED TO SUBSTITUTE CHECK

**DAILY BALANCE SUMMARY** ----------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| AUG 11 | - 7.00 | AUG 20 | - 915.33 |
| AUG 12 | 0.00 | AUG 21 | 684.67 |
| AUG 13 | - 56.48 | AUG 27 | 312.95 |
| AUG 14 | 331.02 | AUG 29 | 198.30 |
| AUG 15 | - 88.38 | SEP 02 | 77.72 |
| AUG 18 | - 155.33 | SEP 09 | - 78.28 |
| AUG 19 | - 190.33 | SEP 10 | - 120.28 |

--------------------------------------------------------------------------------
**FOR YOUR INTEREST**

--------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000624

```
WELLS FARGO BANK, N.A.                  PAGE 1 of 2
ILIFF & BUCKLEY
P.O. BOX 5247                     Account Number:        144-5071129
DENVER, CO 80274                 Statement End Date:       10/09/08
                                 Number of Enclosures:            5
```

```
        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | - 283.41 |

--------------------------------------------------------------------
NEWS FROM WELLS FARGO

--------------------------------------------------------------------
BASIC BUSINESS CHECKING 144-5071129

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

```
SEP 10  BEGINNING BALANCE              - 120.28
        TOTAL DEPOSITS/CREDITS          2,020.44
        TOTAL WITHDRAWALS/DEBITS       - 2,183.57
OCT 09  ENDING BALANCE                 - 283.41
```

DEPOSITS AND CREDITS -----------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| SEP 17 | DEPOSIT | 1,500.00 |
| SEP 30 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 116.45 |
| OCT 07 | CHECK REVERSAL | 88.08 |
| OCT 08 | CHECK REVERSAL | 103.91 |
| OCT 09 | PREAUTHORIZED DEBIT REVERSAL | 212.00 |

WITHDRAWALS AND DEBITS --------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| SEP 17 | OVERDRAFT FEE | - 35.00 |
| SEP 17 | TWX*AOL SERVICE 0908 080916 5336418 ALAN *WILLIAMS | - 31.95 |
| SEP 30 | WF Bus Credit AUTO PAY 080929 90398803163429 VECCHIARELLI,CARIN E | - 317.52 |
| OCT 07 | NSF RETURN ITEM FEE | - 35.00 |
| OCT 07 | OVERDRAFT FEE | - 35.00 |
| OCT 08 | NSF RETURN ITEM FEE | - 35.00 |
| OCT 08 | WF Bus Credit AUTO PAY 081007 90225222630884 VECCHIARELLI,CARIN | - 212.00 |

--------------------------------------------------------------------
CONTINUED ON NEXT PAGE

WF_00000625

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

**WITHDRAWALS AND DEBITS** --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| OCT 09 | NSF RETURN ITEM FEE | - 35.00 |
| OCT 09 | MONTHLY SERVICE FEE | - 7.00 |

**CHECKS PAID** ------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3662 | SEP 16 | 116.25 | 3668* | OCT 07 | 103.91 |
| 3663+ | SEP 23 | 725.00 | 3668* | OCT 09 | 103.91 |
| 3664 | SEP 19 | 270.45 | 3669 | OCT 06 | 32.50 |
| 3666* | OCT 06 | 88.08 | | | |

\* GAP IN CHECK SEQUENCE
+ITEM CONVERTED TO SUBSTITUTE CHECK

**DAILY BALANCE SUMMARY** --------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| SEP 10 | - 120.28 | SEP 30 | 0.00 |
| SEP 16 | - 236.53 | OCT 06 | - 120.58 |
| SEP 17 | 1,196.52 | OCT 07 | - 206.41 |
| SEP 19 | 926.07 | OCT 08 | - 349.50 |
| SEP 23 | 201.07 | OCT 09 | - 283.41 |

**RETURNED ITEMS**-----------------------------------------------------------------

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| OCT 7 | CHECK #3666 REFERENCE #00230007003970201040 | - 88.08 |
| OCT 8 | CHECK #3668 REFERENCE #00170001001457203722 | - 103.91 |
| OCT 9 | NON-MONETARY NOTATION TRANSACTION REFERENCE # 091000013321896 | - 212.00 |

--------------------------------------------------------------------------------

**FOR YOUR INTEREST**

*Participate In The Wells Fargo Small Business Webcast Series*

*Wells Fargo is pleased to introduce the small business webcast series of interactive, online sessions covering a variety of topics important to business owners. Each webcast features a panel of industry insiders sharing relevant, practical advice you can use to strengthen your business, along with a Q&A session during which questions from viewers will be addressed.*

*Please join our next webcast to learn important tips on developing a secure retirement plan and ensuring a smooth transition of your business.*

*Retirement And Transition Strategies For Your Business
Date: November 12, 2008
Live Event: 11 a.m. PT; 12 a.m. MT; 1 p.m. CT: 2 p.m. ET*

*Register for this upcoming webcast or view previous webcasts at wellsfargo.com/biz/webcast*

--------------------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000626

*WELLS FARGO BANK, N.A.*
*ILIFF & BUCKLEY*
*P.O. BOX 5247*
**DENVER, CO 80274**

*PAGE 1 of 2*

*Account Number:*      *144-5071129*
*Statement End Date:*    *11/12/08*
**Number of Enclosures:**     **8**

**WILLIAMS VENDING CO INC**
**ALAN A WILLIAMS OWNER**
**850 S GENEVA ST**
**DENVER CO 80247-1932**

*IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,*
*CALL: 800-225-5935 (1-800-CALL-WELLS).*

---

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| *BASIC BUSINESS CHECKING* 144-5071129 | 44.14 |

---

**NEWS FROM WELLS FARGO**

---

**BASIC BUSINESS CHECKING 144-5071129**

*WILLIAMS VENDING CO INC*
*ALAN A WILLIAMS OWNER*

| | |
|---|---|
| OCT 09 BEGINNING BALANCE | - 283.41 |
| TOTAL DEPOSITS/CREDITS | 3,703.91 |
| TOTAL WITHDRAWALS/DEBITS | - 3,376.36 |
| NOV 12 ENDING BALANCE | 44.14 |

**DEPOSITS AND CREDITS** -------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| OCT 10 | CHECK REVERSAL | 103.91 |
| OCT 14 | DEPOSIT | 650.00 |
| OCT 22 | DEPOSIT | 1,000.00 |
| OCT 24 | DEPOSIT | 450.00 |
| OCT 27 | DEPOSIT | 500.00 |
| NOV 12 | DEPOSIT | 1,000.00 |

**WITHDRAWALS AND DEBITS** -------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| OCT 10 | NSF RETURN ITEM FEE | - 35.00 |
| OCT 17 | WF Bus Credit AUTO PAY 081007 9022522263884 VECCHIARELLI,CARIN | - 212.00 |
| OCT 17 | TWX*AOL SERVICE 1008 081016 0704244 ALAN *WILLIAMS | - 31.95 |
| OCT 28 | WF Bus Credit AUTO PAY 081028 9039803163429 VECCHIARELLI,CARIN E | - 295.77 |
| NOV 12 | OVERDRAFT FEE | - 35.00 |
| NOV 12 | WF Bus Credit AUTO PAY 081110 9022522263884 VECCHIARELLI,CARIN | - 250.00 |

---

*CONTINUED ON NEXT PAGE*

WF_00000627

```
                                    PAGE 2 of 2
                                    Account Number:          144-5071129
      WILLIAMS VENDING CO INC       Statement End Date:       11/12/08
      ALAN A WILLIAMS OWNER
```

WITHDRAWALS AND DEBITS --------------------------------------------------------

```
           POSTED
           DATE      TRANSACTION DETAIL                          AMOUNT

           NOV 12   MONTHLY SERVICE FEE                         -  7.00
```

CHECKS PAID -------------------------------------------------------------------

```
      CHECK #   DATE         AMOUNT    CHECK #   DATE          AMOUNT
      -------------------------------  -------------------------------
                OCT 27       412.21     3673    OCT 23        116.16
        3670    OCT 27       725.00     3675*   OCT 27        270.45
        3671    OCT 23        15.38     3676    NOV 10        725.00
        3672    OCT 23        12.00     3677    NOV 07        233.44
      * GAP IN CHECK SEQUENCE
```

DAILY BALANCE SUMMARY ---------------------------------------------------------

```
      DATE                BALANCE    DATE                   BALANCE
      -----------------------------  -----------------------------
      OCT 09             - 283.41    OCT 24                1,498.01
      OCT 10             - 214.50    OCT 27                  590.35
      OCT 14               435.50    OCT 28                  294.58
      OCT 17               191.55    NOV 07                   61.14
      OCT 22             1,191.55    NOV 10                - 663.86
      OCT 23             1,048.01    NOV 12                   44.14
```

RETURNED ITEMS-----------------------------------------------------------------

```
      DATE     DESCRIPTION                                      AMOUNT

      OCT 10   CHECK #3668                                    - 103.91
               REFERENCE #00010002000680903218
```

-------------------------------------------------------------------------------
FOR YOUR INTEREST

*GOOD NEWS ABOUT YOUR FDIC INSURANCE. Wells Fargo Bank, N.A. is a member of the
Federal Deposit Insurance Corporation (FDIC) so the funds in your Wells Fargo
checking, savings and time accounts (CDs) are automatically insured up to the
applicable FDIC limits. Effective October 3, 2008, through December 31, 2009,
the basic deposit insurance limit has been increased from $100,000 to $250,000.
In addition, the FDIC has implemented new expanded insurance coverage for
non-interest bearing checking accounts. Through December 31, 2009, Wells Fargo
consumer and business customers will enjoy unlimited FDIC Insurance coverage
for funds deposited in non-interest bearing checking accounts. On January 1,
2010, the basic FDIC Insurance limits will go back to $100,000 except for IRA
accounts which will remain at $250,000 and the separate unlimited FDIC
Insurance coverage for non-interest bearing checking accounts will be
terminated. To learn more about these changes or to determine how you can
maximize your FDIC Insurance coverage, please talk to your Wells Fargo Banker
or call us at the Telephone Number listed on your statement.*

-------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000628

WELLS FARGO BANK, N.A.
ILIFF & BUCKLEY
P.O. BOX 5247
DENVER, CO 80274

PAGE 1 of 2

Account Number:            144-5071129
Statement End Date:         12/09/08
**Number of Enclosures:**          3

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER
850 S GENEVA ST
DENVER CO 80247-1932

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------
**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | - 92.41 |

--------------------------------------------------------------------
**NEWS FROM WELLS FARGO**

Effective January 12, 2009 in order for the Bank to better service your account
and collect any amounts you owe, we may from time to time make calls and/or
send text messages to the telephone number(s) associated with your account,
including wireless telephone number(s) that could result in charges to you. The
manner in which these calls or text messages are made to you may include, but
is not limited to, the use of prerecorded/artificial voice messages and or an
automatic telephone dialing system. In addition, to better service your account
or collect any amount you owe, we may also contact you via email at any email
address you have provided. If you do not want to receive prerecorded/artificial
voice messages, automatic telephone dialing system calls and/or text messages
on your wireless telephone, please contact us at 1-877-647-8551 Monday-Friday
between 8am and 6pm and Saturday between 7am and 3pm PST.

--------------------------------------------------------------------
**BASIC BUSINESS CHECKING 144-5071129**

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

| | | |
|---|---|---|
| NOV 12 BEGINNING BALANCE | | 44.14 |
| TOTAL DEPOSITS/CREDITS | | 1,500.00 |
| TOTAL WITHDRAWALS/DEBITS | | - 1,636.55 |
| DEC 09 ENDING BALANCE | | - 92.41 |

**DEPOSITS AND CREDITS** -----------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| NOV 28 | DEPOSIT | 1,000.00 |
| NOV 28 | DEPOSIT | 500.00 |

**WITHDRAWALS AND DEBITS** ----------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| NOV 17 | TWX*AOL SERVICE 1108 081116 4591583 ALAN *WILLIAMS | - 31.95 |

--------------------------------------------------------------------
CONTINUED ON NEXT PAGE

WF_00000629

```
                                    PAGE 2 of 2
                                    Account Number:        144-5071129
WILLIAMS VENDING CO INC             Statement End Date:     12/09/08
ALAN A WILLIAMS OWNER
```

WITHDRAWALS AND DEBITS --------------------------------------------------------

```
        POSTED
        DATE    TRANSACTION DETAIL                           AMOUNT

        DEC 01  WF Bus Credit AUTO PAY 081128
                90398803163429 VECCHIARELLI,CARIN E          - 282.00
        DEC 08  WF Bus Credit AUTO PAY 081208
                90225222630884 VECCHIARELLI,CARIN            - 204.00
        DEC 09  MONTHLY SERVICE FEE                            - 7.00
```
CHECKS PAID -------------------------------------------------------------------

```
   CHECK #   DATE         AMOUNT     CHECK #    DATE          AMOUNT
   -------------------------------   -------------------------------
    3678    DEC 01        270.45      3680    DEC 09          725.00
    3679    DEC 01        116.15
```
DAILY BALANCE SUMMARY ---------------------------------------------------------

```
   DATE                  BALANCE    DATE                    BALANCE
   -------------------------------   -------------------------------
   NOV 12                  44.14    DEC 01                   843.59
   NOV 17                  12.19    DEC 08                   639.59
   NOV 28               1,512.19    DEC 09                  - 92.41
```
-------------------------------------------------------------------------------
FOR YOUR INTEREST

*Important Updates To Overdraft Protection Plans*

*Effective February 14, 2009, we will change the way savings accounts and credit accounts eligible to provide overdraft protection are linked to your checking account. If you have not designated the account you want the Bank to access first for overdraft protection, we will access available funds in your savings account first and then from your credit account, subject to your available credit and pursuant to the terms of the credit agreement.*

*As a reminder, tracking all of your transactions and ensuring you have sufficient funds available prior to initiating a transaction is the best way to avoid an overdraft or returned item fee.*

*We encourage you to contact your local banker, call the National Business Banking Center at the number listed on your statement or visit us online at wellsfargo.com/biz to sign up for overdraft protection.*

-------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000630