**WILLIAMS VENDING CO INC**
OPERATING ACCOUNT
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

9553

23-7/1020 1021
3214258109

DATE 5/12/08

PAY TO THE ORDER OF _Rachle L. Erickson_  $ 4648.05

THE SUM 4648 DOLS 05 CTS

DOLLARS

Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR (Disbursement)

⑈0000009553⑈ ⑉102000076⑈ 3214258109⑈

| | |
|---|---|
| R/T Number | 010200007 |
| Sequence Number | 000006677875775 |
| Account Number | 3214258109 |

| | |
|---|---|
| Processing Date | 20080513 |
| Amount | 0000464805 |
| Serial Number | 000000000009553 |

5/6/10          6:21:48 PM          Page 43 of 82                    *BRMN3271278:Diana Adams - 12645750-3214258*

WF_00000763

```
                              PAGE 2 of 5
                              Account Number:        321-4258109
   WILLIAMS VENDING CO INC     Statement End Date:      05/31/08
```

WITHDRAWALS AND DEBITS ----------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 4,000.00 |
| MAY 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,000.00 |
| MAY 08 | CHECK CRD PURCHASE 05/07 CKT*CRICKETCOMM 800-274-2538 CA 491986XXXXXX4502 129840009664454 ?MCC=4814 102000076DA | - 306.08 |
| MAY 09 | WIRE TRANS SVC CHARGE - SEQUENCE: 080509084944 SRF# 2008130043850 TRN#080509084944 RFB# | - 10.00 |
| MAY 12 | WITHDRAWAL MADE IN A BRANCH/STORE | - 90,000.00 |
| MAY 12 | WITHDRAWAL MADE IN A BRANCH/STORE | - 22,000.00 |
| MAY 12 | WITHDRAWAL MADE IN A BRANCH/STORE | - 8,000.00 |
| MAY 12 | TRANSFER TO DDA # 00000144507129 | - 3,000.00 |
| MAY 12 | WITHDRAWAL MADE IN A BRANCH/STORE | - 16.00 |
| MAY 12 | CHECK CRD PURCHASE 05/10 MAPSCO - DENVER DENVER CO 491986XXXXXX4502 13384001127050 ?MCC=5947 102000076DA | - 1,001.42 |
| MAY 12 | CHECK CRD PURCHASE 05/11 POTOMAC 66 00455188 AURORA CO 491986XXXXXX4502 13384001539239 ?MCC=5542 102000076DA | - 55.00 |
| MAY 13 | WITHDRAWAL MADE IN A BRANCH/STORE | - 36,382.01 |
| MAY 13 | WITHDRAWAL MADE IN A BRANCH/STORE | - 9,200.00 |
| MAY 13 | CHECK CRD PURCHASE 05/12 FREIGHTQUOTE COM 913-6424700 KS 491986XXXXXX4502 134840010500479 ?MCC=4215 102000076DA | - 2,475.61 |
| MAY 13 | CHECK CRD PURCHASE 05/12 FREIGHTQUOTE COM 913-6424700 KS 491986XXXXXX4502 134840010500448 ?MCC=4215 102000076DA | - 2,161.55 |
| MAY 14 | AMERICAN EXPRESS ELEC REMIT 080514052293096 SHERROL S HORNER | - 500.00 |
| MAY 15 | CHECK CRD PURCHASE 05/14 TRAVEL PURCHASE 888-433-4648 NV 491986XXXXXX4502 136840005015554 ?MCC=4722 102000076DA | - 1,498.04 |
| MAY 15 | CHECK CRD PURCHASE 05/13 FRONTIERAIR 4222160227 FRONTIER WEB OK 491986XXXXXX4502 136840010268338 ?MCC=3132 102000076DA | - 566.39 |
| MAY 15 | CHECK CRD PURCHASE 05/14 PEORIA CONOCO 10045680 AURORA CO 491986XXXXXX4502 136840008822539 ?MCC=5542 102000076DA | - 70.00 |
| MAY 16 | CHECK CRD PURCHASE 05/14 SAFEWAY FUEL 10026128 AURORA CO 491986XXXXXX4502 137840005744174 ?MCC=5542 102000076DA | - 75.00 |
| MAY 19 | CHECK CRD PURCHASE 05/15 REDICARPETSALESOF CO 3033217026 CO 491986XXXXXX4502 139840017835086 ?MCC=5713 102000076DA | - 2,128.56 |
| MAY 19 | CHECK CRD PURCHASE 05/15 DIAMOND 653 SHAMROCK BROOMFIELD CO 491986XXXXXX4502 139840019295023 ?MCC=5542 102000076DA | - 55.20 |

----------------------------------------------------------------------------

*CONTINUED ON NEXT PAGE*

WF_00000579



R/T Number            010200007            Processing Date      20080521
Sequence Number       000007030371720      Amount               0000950000
Account Number        3214258109           Serial Number        000000000009525

WF_0000079

**WILLIAMS VENDING CO INC**
**OPERATING ACCOUNT**
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

9558

23-7/1020 1021
3214258109

DATE 5/29/08

PAY TO THE ORDER OF _American National Bal_    $ 1,700.00

_One Thousand Seven Hundred Dollars_    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR _# 354754601_

⑈0000009558⑈ ⑆102000076⑆ 3214258109⑈

2660110430 05/29/2008  >107001232<

Credit to the Account of Payee
Endorsement Guaranteed By
American National Bank

| | | |
|---|---|---|
| R/T Number | 010200007 | |
| Sequence Number | 000008864372281 | |
| Account Number | 3214258109 | |
| Processing Date | 20080530 | |
| Amount | 0000170000 | |
| Serial Number | 000000000009558 | |



For Return Items
▶ 2719-7001-1 ◀
HSBC Bank USA
1301 E. Tower Rd.
Schaumburg, IL
▶ 2719-7001-1 ◀

For Deposit Only
HFC/Beneficial
Branch # 22-2107

| | |
|---|---|
| R/T Number | 010200007 |
| Sequence Number | 000008868317768 |
| Account Number | 3214258109 |

| | |
|---|---|
| Processing Date | 20080609 |
| Amount | 0000080000 |
| Serial Number | 000000000009559 |

WF_00000800



R/T Number              010200007
Sequence Number         000003670732399
Account Number          3214258109

Processing Date         20080708
Amount                  0000032635
Serial Number           000000000009528

WF_00000742





| R/T Number | 010200007 | Processing Date | 20080617 |
|---|---|---|---|
| Sequence Number | 000000476275224 | Amount | 0000697520 |
| Account Number | 3214258109 | Serial Number | 000000000009519 |

5/6/10          6:21:48 PM          Page 4 of 82                    BRMN3271278:Diana Adams - 12645750-3214258

WF_00000724



| | |
|---|---|
| R/T Number | 010200007 |
| Sequence Number | 000000674731903 |
| Account Number | 3214258109 |

| | |
|---|---|
| Processing Date | 20080616 |
| Amount | 0000320000 |
| Serial Number | 000000000009520 |

WF_00000735



| | | |
|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080701 |
| Sequence Number | 000008832308840 | Amount | 0000160000 |
| Account Number | 3214258109 | Serial Number | 000000000009526 |

WF_00000789





| R/T Number | 010200007 | Processing Date | 20080630 |
|---|---|---|---|
| Sequence Number | 000000477124549 | Amount | 0000144215 |
| Account Number | 3214258109 | Serial Number | 000000000009576 |

WF_00000725

```
                                 PAGE 2 of 4
                                 Account Number:          321-4258109
        WILLIAMS VENDING CO INC  Statement End Date:        07/31/08
```

WITHDRAWALS AND DEBITS -----------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 01 | CHECK CRD PURCHASE 06/26 UNITED AIR 0164066998 SPEC SVC TKT IL 491986XXXXXX4502 183840010229898 ?MCC=3000 102000076DA | - 150.00 |
| JUL 02 | AURORA LOAN ALS SPEEDP 080701 0045419900-0332 williams vending co | - 6,968.72 |
| JUL 02 | CHECK CRD PURCHASE 06/30 UNITED AIR 0162178291 TKT SVC CTR - IL 491986XXXXXX4502 184840011317208 ?MCC=3000 102000076DA | - 150.00 |
| JUL 02 | CHECK CRD PURCHASE 07/01 BUDGET RENT-A-CAR ONTARIO CA 491986XXXXXX4502 184840011932950 ?MCC=3366 102000076DA | - 85.00 |
| JUL 03 | CHECK CRD PURCHASE 07/01 VERIZON WRLS W1104-01 AURORA CO 491986XXXXXX4502 185840009129770 ?MCC=4812 102000076DA | - 126.39 |
| JUL 03 | CHECK CRD PURCHASE 07/02 APPLEBEES 871801210145 Aurora CO 491986XXXXXX4502 185840005234110 ?MCC=5812 102000076DA | - 49.26 |
| JUL 03 | CHECK CRD PURCHASE 06/30 UNITED AIR 0164066115 SPEC SVC TKT IL 491986XXXXXX4502 185840011077831 ?MCC=3000 102000076DA | - 39.00 |
| JUL 07 | WITHDRAWAL MADE IN A BRANCH/STORE | - 5,000.00 |
| JUL 07 | CHECK CRD PURCHASE 07/02 FRONTIERAIR 4222126559 DENVER CO 491986XXXXXX4502 186840011135596 ?MCC=3132 102000076DA | - 543.39 |
| JUL 07 | CHECK CRD PURCHASE 07/03 7-ELEVEN 29314 NORTHGLENN CO 491986XXXXXX4502 188840016264923 ?MCC=5542 102000076DA | - 85.00 |
| JUL 07 | CHECK CRD PURCHASE 07/03 CONOCO K & 01410043123 AURORA CO 491986XXXXXX4502 188840017779137 ?MCC=5542 102000076DA | - 66.00 |
| JUL 07 | CHECK CRD PURCHASE 07/02 FRONTIERAIR 4220610545 DENVER CO 491986XXXXXX4502 186840011135597 ?MCC=3132 102000076DA | - 25.00 |
| JUL 08 | CHECK CRD PURCHASE 07/07 CKT*CRICKETCOMM 800-274-2538 CA 491986XXXXXX4502 190840009281726 ?MCC=4814 102000076DA | - 323.08 |
| JUL 09 | CHECK CRD PURCHASE 07/07 THE HOME DEPOT 1501 AURORA CO 491986XXXXXX4502 191840006500430 ?MCC=5200 102000076DA | - 16.18 |
| JUL 11 | CHECK CRD PURCHASE 07/09 VENDCENTRAL 925-9819671 CA 491986XXXXXX4502 193840006556568 ?MCC=7311 102000076DA | - 60.00 |
| JUL 14 | CHECK CRD PURCHASE 07/12 PARKER LANDING00456392 AURORA CO 491986XXXXXX4502 196840005913834 ?MCC=5542 102000076DA | - 75.00 |

----------------------------------------------------------------------------------

*CONTINUED ON NEXT PAGE*

WF_00000588



| R/T Number | 010200007 | Processing Date | 20080714 |
|---|---|---|---|
| Sequence Number | 000000478663480 | Amount | 0000460000 |
| Account Number | 3214258109 | Serial Number | 000000000009578 |

WF_00000728



| | | |
|---|---|---|
| R/T Number | 010200007 | |
| Sequence Number | 000000478663479 | |
| Account Number | 3214258109 | |

| | |
|---|---|
| Processing Date | 20080714 |
| Amount | 0000800000 |
| Serial Number | 000000000009579 |

WF_00000727

```
                              PAGE 3 of 4
                              Account Number:          321-4258109
   WILLIAMS VENDING CO INC     Statement End Date:       07/31/08
```

WITHDRAWALS AND DEBITS --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 15 | CHECK CRD PURCHASE 07/13 FEDEX SHP 07/10/08 AB# 862-541447492 TN 491986XXXXXX4502 197840006300581 ?MCC=4215 102000076DA | - 29.22 |
| JUL 15 | CHECK CRD PURCHASE 07/13 FEDEX SHP 07/10/08 AB# 866-049112621 TN 491986XXXXXX4502 197840006300580 ?MCC=4215 102000076DA | - 26.96 |
| JUL 16 | OVERDRAFT FEE | - 35.00 |
| JUL 16 | OVERDRAFT FEE | - 35.00 |
| JUL 16 | OVERDRAFT FEE | - 35.00 |
| JUL 17 | NSF RETURN ITEM FEE | - 35.00 |
| JUL 17 | NSF RETURN ITEM FEE | - 35.00 |
| JUL 17 | CHECK CRD PURCHASE 07/16 FREIGHTQUOTE COM 913-6424700 KS 491986XXXXXX4502 199840011161312 ?MCC=4215 102000076DA | - 3,363.56 |
| JUL 21 | CHECK CRD PURCHASE 07/18 FEDEX SHP 07/15/08 AB# 855-600484568 TN 491986XXXXXX4502 202840019279245 ?MCC=4215 102000076DA | - 29.22 |
| JUL 22 | CHECK CRD PURCHASE 07/21 JIFFY LUBE #965 AURORA CO 491986XXXXXX4502 204840010120901 ?MCC=7538 102000076DA | - 53.77 |
| JUL 24 | WITHDRAWAL MADE IN A BRANCH/STORE | - 8,000.00 |
| JUL 24 | CHECK CRD PURCHASE 07/23 CONOCO #06300700848481 AURORA CO 491986XXXXXX4502 206840008321171 ?MCC=5542 102000076DA | - 105.00 |
| JUL 25 | CHECK CRD PURCHASE 07/22 VENDING SECURITY PRODU 800-9065625 CA 491986XXXXXX4502 207840006025147 ?MCC=5969 102000076DA | - 1,164.29 |
| JUL 28 | OVERDRAFT FEE | - 35.00 |
| JUL 28 | CHECK CRD PURCHASE 07/24 BETTER BODIES FITNESS AURORA CO 491986XXXXXX4502 209840017612402 ?MCC=7997 102000076DA | - 81.00 |
| JUL 28 | CHECK CRD PURCHASE 07/25 CONOCO #06300700849240 AURORA CO 491986XXXXXX4502 210840005297659 ?MCC=5542 102000076DA | - 64.10 |
| JUL 28 | CHECK CRD PURCHASE 07/24 LAWDEPOT.COM/CODEBASE EDMONTON CD 491986XXXXXX4502 209840014025122 ?MCC=5969 102000076DA | - 45.00 |
| JUL 29 | OVERDRAFT FEE | - 35.00 |
| JUL 29 | OVERDRAFT FEE | - 35.00 |
| JUL 29 | OVERDRAFT FEE | - 35.00 |
| JUL 29 | CHECK CRD PURCHASE 07/29 COMCAST CABLE COMM 800-COMCAST CO 491986XXXXXX4502 211840010288470 ?MCC=4899 102000076DA | - 292.90 |
| JUL 30 | OVERDRAFT FEE | - 35.00 |
| JUL 31 | CASH DEPOSITED FEE | - 26.80 |

--------------------------------------------------------------------------------

*CONTINUED ON NEXT PAGE*

WF_00000589



R/T Number           010200007
Sequence Number      000000577211502
Account Number       3214258109

Processing Date      20080912
Amount               0000434500
Serial Number        000000000009586

WF_00000732



WILLIAMS VENDING CO INC
OPERATING ACCOUNT
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

9562

23-7/1020 1021
3214258109

DATE 9/2/08

PAY TO THE ORDER OF   American National Bank

$ 1,515.12

One Thousand Five Hundred Fifteen and 12/100   DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR (#2047340601 Acct)

⑈000000956 2⑈ ⑆10 200007 6⑆ 3214 258 109⑈

2610090720 8/4/2008   >107001232<

| | |
|---|---|
| R/T Number | 010200007 |
| Sequence Number | 000008842492735 |
| Account Number | 3214258109 |

| | |
|---|---|
| Processing Date | 20080806 |
| Amount | 0000151512 |
| Serial Number | 000000000009562 |

5/6/10        6:21:56 PM        Page 72 of 82

*BRMN3271278:Diana Adams - 12645750-3214258*

WF_00000793





| R/T Number | 010200007 | Processing Date | 20080808 |
|---|---|---|---|
| Sequence Number | 000000574998499 | Amount | 0000134785 |
| Account Number | 3214258109 | Serial Number | 000000000009584 |

WF_00000731