

# FCI ENGLEWOOD

CERTIFIES THAT

## ALAN WILLIAMS 43473-013

HAS SUCCESSFULLY COMPLETED THE REQUIRED COURSE OF STUDY APPROVED BY THE FEDERAL BUREAU OF PRISONS AND IS THEREFORE AWARDED THIS CERTIFICATE OF COMPLETION

FOR

## GOOD INTENTIONS, BAD CHOICES

GIVEN THIS 9TH DAY OF NOVEMBER, 2017

_____
M. BERG, CHAPLAIN



_____
S. DOYLE, REENTRY COORDINATOR