IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ALAN ALONZO WILLIAMS, Defendant.

---

**DEFENDANT'S FOURTH UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

---

      Defendant, Alan Alonzo Williams, by and through counsel, requests that the sentencing in this matter, current scheduled for September 26, 2018 at 11:00 a.m. be continued. Mr. Williams requests the Court set the matter for a status conference instead of a new sentencing date because his planned surgery has not yet occurred. Counsel intends to inform the Court the moment he is aware that Mr. Williams has had the surgery so that the Court can reschedule any sentencing hearing consistent with its docket if it so desires. In support of this Motion to Continue Sentencing Hearing ("Motion"), Mr. Williams states as follows:

    1.    This matter has been continued a number of times with the hope that Mr. Williams would receive his needed hernia re-repair surgery prior to sentencing.

    2.    Since the matter was most recently continued, the authorities at FDC have repeatedly informed him that they were aware of his sentencing date and would arrange for the surgery to occur before that date.

3. It was not until last week though that Mr. Williams was returned to see the surgeon. The surgeon told him that he needed to be scheduled for an ultra-sound prior to surgery.

4. As of this date Mr. Williams has not been taken to have a new ultra-sound. Given these circumstances, it appears highly unlikely to counsel or Mr. Williams that the surgery is going to occur prior to the present sentencing date. This is the case even though as noted in Mr. Williams' prior motion to continue he was assured that the facility would do everything it could to "get it (the surgery) done" timely.

5. Also as noted in Mr. Williams' previous motion to continue, were Mr. Williams to be sentenced prior to receiving surgery, he would end up at a new facility and in effect go to "the bottom of the list" with respect to receiving treatment. He would lose any chance for continuity of care with the chance to have the doctor most familiar with his condition, and who did the original surgery, re-repair the hernia.

6. Mr. Williams again wants the Court to know that he knows and accepts that he is facing a lengthy period of incarceration. He simply wants the chance to serve his sentence with at least this significant health problem resolved.

7. Mr. Williams is again aware that the matter has been continued on several occasions, but begs the Court to give him a chance to resolve his hernia condition prior to sentencing.

8. Counsel for Mr. Williams has conferred with AUSA Rebecca Webber about this request. The government does not oppose this request

Dated: September 7, 2018.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200
e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 7, 2018 electronically filed the foregoing **DEFENDANT'S FOURTH UNOPPOSED MOTION TO CONTINUE SENTENCING** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson