# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN ALONZO WILLIAMS, Defendant.

---

**DEFENDANT'S FIFTH MOTION TO CONTINUE SENTENCING HEARING AND RENEWED REQUEST FOR AN ORDER DIRECTING THE FACILTY TO PROVIDE A MEDICAL EVALUATION**

---

    Defendant, Alan Alonzo Williams, by and through counsel, requests that the sentencing in this matter, currently scheduled for December 18, 2018 at 11:00 a.m. be continued to a date on or after February 14, 2019.[1]

    Defendant, Alan Alonzo Williams, by and through counsel, also renews his request (Doc. No. 114) for this Court to enter an order directing the authorities at the Federal Detention Center to provide the Court a medical evaluation detailing if and when Mr. Williams will receive a cat scan and surgery to repair his hernia.

    Counsel has conferred with AUSA Rebecca Webber as to this motion and Ms. Weber informed counsel she takes no position as to this motion.

    In support of this Motion, Mr. Williams states as follows:

    1.    This matter has been continued a number of times with the hope that Mr. Williams would receive his needed hernia re-repair surgery prior to sentencing. There is no question but that the surgery is medically required. Mr.

---

[1] Counsel will be out of state and out of the country from January 8, 2019 to February 13, 2019.

Williams remains incapacitated and in pain because of this.

2. As previously noted, the authorities at FDC have repeatedly informed Mr. Williams that they were aware of his sentencing dates and would arrange for the surgery to occur before those dates. Yet, a required pre-surgery cat scan and the surgery continue to have not been performed. As noted by Mr. Williams in previous motions, this is not delay caused by the medical provider.

3. It is Counsel's fervent hope that were the Court to again continue the matter <u>and</u> order the requested report, the authorities at FDC would recognize that they need to actually proceed by scheduling the cat scan and surgery, instead of continuing to simply make representation to Mr. Williams that they are purportedly working on it. It is neither logical nor conceivable that it would take almost a year to get this done, yet this is what has happened.

4. As noted in Mr. Williams' previous motions, were Mr. Williams to be sentenced prior to receiving surgery, he would end up at a new facility and in effect go to "the bottom of the list" with respect to receiving treatment. He would lose any chance for continuity of care with the chance to have the doctor most familiar with his condition, and who did the original surgery, re-repair the hernia.

5. Mr. Williams again wants the Court to know that he knows and accepts that he is facing a lengthy period of incarceration. He simply wants the chance to serve his sentence with at least this significant health problem resolved.

Dated: November 28, 2018.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200
e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 28, 2018, I electronically filed the foregoing **MOTION** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson