IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ALAN ALONZO WILLIAMS, Defendant.

---

**ADDITIONAL INFORMATION RELATING TO DEFENDANT'S FIFTH MOTION TO CONTINUE SENTENCING HEARING AND RENEWED REQUEST FOR AN ORDER DIRECTING THE FACILTY TO PROVIDE A MEDICAL EVALUATION**

---

    Defendant, Alan Alonzo Williams, by and through counsel, provides the Court the following information relating to his pending motion.

    1.   Mr. Williams has informed counsel that he has just met with the Warden. The Warden informed Mr. Williams that he, the Warden, has recently signed orders approving Mr. Williams to be taken out for the cat scan and surgery. For security reasons, Mr. Williams could not be provided any exact dates.

    2.   Counsel remains concerned that even if this were to occur relatively soon, the matter would still need to be continued.

   Dated:  December 4, 2018.

    Respectfully submitted,

                        *s/ Steven K. Jacobson*
                        Steven K. Jacobson
                        Collins, Rafik and Jacobson LLC
                        1881 9th St., Suite 315
                        Boulder, Colorado  80302
                        Telephone:  303-444-9292
                        Fax:  303-447-0200

e-mail:  steve@collinsrafik.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 4, 2018, I electronically filed the foregoing **MOTION** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson