IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ALAN ALONZO WILLIAMS, Defendant.

---

**ADDDITIONAL GROUNDS IN SUPPORT OF PENDING MOTION TO CONTINUE SENTENCING**

---

    Defendant, Alan Alonzo Williams, by and through counsel, has requested that the sentencing in this matter, currently scheduled for December 18, 2018 at 11:00 a.m. be continued to a date on or after February 14, 2019. As detailed below, there exists grounds to continue the hearing in additional to the medical reasons cited in the motion.

    Counsel has conferred with AUSA Rebecca Webber as to these additional grounds and Ms. Weber informed counsel that although she continues to take no position as to the motion, she objects to a continuance if based on these additional grounds.

    In support of this Motion, Mr. Williams states as follows:

    1.   The Court will be required at sentencing to make a determination as to the defendant's mental state as to the loss he intended. See *United States v Manatau*, 647 F.3d 1048, 1050 (10th Cir. 2011) (cited in the PSIR). However, in the recently filed PSIR addendum, it is argued that "loans obtained by fraud,

<u>even if used for good purposes</u>, are still fraudulently obtained" and thus any fraudulently obtained loan in effect must mean there was an intent to cause a loss of the whole amount. (Emphasis added).  However, a desire to achieve "good purposes," i.e. to grow Mr. Williams' company and put it in a sound financial condition so that the loans could be repaid, would in fact show no intent to cause a loss.

2. There is additional relevant evidence, that if it could be produced, would assist the Court as to this issue was this matter continued.  This includes:

a. The testimony of employees of the company who now recall Mr. Williams discussing the sound financial purposes he had in mind for using the proceeds of the loan.

b. The billing records of the wholesale supplier(s) to whom Mr. Williams made cash payments with the cashier's checks he received showing that additional monies went directly to purchasing products as has been represented in prior pleadings.

c. Additional documentation of Mr. Williams' efforts to expand the company, not only by leasing a new warehouse as has been previously documented for the Court, but also in maintaining the lease thereafter.

d. Additional documentation that payroll was made from cash proceeds which would further establish that during the whole period Mr. Williams was employing a significant workforce.

Dated:  December 13, 2018.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200
e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 13, 2018, I electronically filed the foregoing **ADDITIONAL GROUNDS** with the Clerk of the Court using  theCM/ECF filing system which will send notification of such filing to all counsel of  record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson