## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge Robert E. Blackburn

Date:                     December 18, 2018

Deputy Clerk:         Leigh Roberson
Court Reporter:      Tracy Weir
Probation Officer:  Kyla Hamilton

| Criminal Action No. | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Steven Jacobson |
| Plaintiff, | |
| v. | |
| ALAN ALONZO WILLIAMS, | Rebecca Weber |
| Defendant. | |

## COURTROOM MINUTES

**Motion Hearing**

**11:08 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

Court's opening remarks.

Court addresses Defendant's Fifth Motion to Continue Sentencing Hearing [ECF 115], filed November 28, 2018.

**IT IS ORDERED** as follows:

1. That [ECF 115] is granted;

2. That the sentencing hearing set for this date and time is vacated and continued by agreement of all parties in interest to Wednesday, March 27, 2019, at 1:30 p.m., at which time the defendant shall appear before the Court without further notice or order from the Court;

3. That, pending sentencing, the defendant is remanded to the custody of the United States Marshal.

**11:15 a.m.    Court in recess.**

Total time in court: 00:07

Hearing concluded.