# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

    Defendant.

## ORDER GRANTING MOTION TO CONTINUE

**Blackburn, J.**

The matter is before the court on the **Defendant's Fifth Motion to Continue Sentencing Hearing and Renewed Request for an Order Directing the Facilty** [*sic*] **to Provide a Medical Evaluation** [#115],[1] filed November 28, 2018. The motion is unopposed by the government. Having considered carefully the motion, the record, and the apposite law, I conclude the motion should be granted as provided in the orders below.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant's Fifth Motion to Continue Sentencing Hearing and Renewed Request for an Order Directing the Facilty** [*sic*] **to Provide a Medical Evaluation** [#115], filed November 28, 2018 is granted;

---

[1] "[#115]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

2. That the sentencing hearing set for December 18, 2018, is vacated and continued to March 27, 2019, at 1:30 p.m., at which time the defendant shall appear before the court without further notice or order; provided further, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

3. That by January 3, 2019, the warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123)[2] shall advise the court in writing about when the defendant shall receive the medical treatment, including any surgery, reasonably necessary to address the medical condition and needs of the defendant; and

4. That this order shall be served on the warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123).

Dated December 18, 2018, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] The defendant is housed in FDC, the detention center associated with FCI Englewood.