**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7014 3490 0001 5489 3253

Sent To: ATTN: Warden  FCI Englewood
Street & Apt. No., or PO Box No.: 9595 Quincy Avenue
City, State, ZIP+4: Littleton, CO

PS Form 3800, July 2014                 See Reverse for Instructions

FCI ENGLEWOOD
ATTN: WARDEN
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by *(Printed Name)*  |  C. Date of Delivery |
| 1. Article Addressed to:<br><br>FCI Englewood<br>ATTN: Warden<br>9595 West Quincy Avenue<br>Littleton, CO 80123 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7014 3490 0001 5489 3253 |

PS Form 3811, July 2013      Domestic Return Receipt

UNITED STATES POSTAL SERVICE

USA v. Williams
15-cr-395-REB

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
District of Colorado
901 19th Street
Denver, CO 80294