## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ALAN ALONZO WILLIAMS, Defendant.

---

**REQUEST TO APPEAR BY PHONE AT HEARING ON MOTION THAT COUNSEL BE WITHDRAWN**

---

    Comes now Counsel for Mr. Williams and informs the Court of the following relating to the Court having set Mr. Williams request that counsel be withdrawn for a hearing on January 15, 2019 at 1:30 p.m.

1. The Court has previously been made aware that Counsel is unavailable from January 8, 2019 to February 13, 2019.

2. Although out of the country, Counsel believes he could appear by phone on the date and time presently set.

Dated: December 20, 2018

    Respectfully submitted,

                              *s/ Steven K. Jacobson*
                              Steven K. Jacobson
                              Collins, Rafik and Jacobson LLC
                              1881 9th St., Suite 315
                              Boulder, Colorado 80302
                              Telephone: 303-444-9292
                              Fax: 303-447-0200
                              e-mail: steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 20, 2018, I electronically filed the foregoing **REQUEST** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson