United States District Court
Honorable Judge:
Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A1001
901 - 19th Street
Denver, CO. 80294-3589      RE: 1:15-CR-00395-REB

Your Honor,

     I'm submitting this letter in regards to the recent request of withdrawal of counsel that I submitted on the 12th day of December, 2018 and was received by the courthouse on the 17th day of December, 2018.

     After having communications again with counsel, Steven K. Jacobson, it is my decision to withdraw the said motion.

     Defendant respectfully requests that said counsel, Steven K. Jacobson, continue on as counsel, and any hearing dates in regards to this matter be vacated.

Respectfully submitted; 12/23/2018

*[signature]*

Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO. 80123-1159

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 28 2018
JEFFREY P. COLWELL
CLERK