

Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO.
80123-1159

LEGAL
MAIL

United States District Court
Honorable Judge:
Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A1001
901 - 19th Street
Denver, CO. 80294-3589

DENVER CO 812
26 DEC 2018 PM 6