**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

      Defendant.

## MINUTE ORDER[1]

      This matter is before me on defendant's **Letter** [#128],[2] filed December 28, 2018, by which he notifies the court that he intends to withdraw his prior request that his counsel be withdrawn.  (*See* **Letter** [#124], filed December 17, 2018.)  Having considered this more recent request, and being otherwise advised of the premises, I find and conclude that the relief requested should be granted; that plaintiff's prior request should be withdrawn and the relief requested therein denied as moot; and the hearing previously set on the matter vacated.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the plaintiff's request to withdraw his request that counsel be withdrawn, as set forth in his **Letter** [#128], filed December 28, 2018, is granted;

      2.  That the relief requested in plaintiff's previous **Letter** [#124], filed December 17, 2018, is denied as moot; and

      3.  That the hearing scheduled for Thursday, January 3, 2019, at 11:00 a.m., in this matter is vacated.

      Dated:  January 2, 2019

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#128]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.