

No. 1:15-cr-00395-REB  Document 130  filed 01/07/19  USDC Colorado

UNITED STATES POSTAL SERVICE
USA v. Williams
15-cr-395-REB

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
District of Colorado
901 19th Street
Denver, CO 80294

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
12-27-18

1. Article Addressed to:

FCI Englewood
ATTN: Warden
9595 West Quincy Avenue
Littleton, CO 80123

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 07 2019
JEFFREY P. COLWELL
CLERK

[postmark: DEC 27 2018 USPS LITTLETON CO 80123]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7014 3490 0001 5489 3253

PS Form 3811, July 2013           Domestic Return Receipt