**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

    Defendant.

## ORDER TO SHOW CAUSE

**Blackburn, J.**

    This matter is before the court *sua sponte*.

    On December 18, 2018, I entered an **Order Granting Motion To Continue** [#122][1].

Included in that order are the following specific orders:

> 3. That by January 3, 2019, the warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123) shall advise the court in writing about when the defendant shall receive the medical treatment, including any surgery, reasonably necessary to address the medical condition and needs of the defendant; and
>
> 4. That this order shall be served on the warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123).

*Order* [#122], p. 2, ¶¶ 3 - 4 (footnote omitted). The order was sent to the Warden via certified mail. *Certificate of service* [#123]. The order was delivered, via certified mail, on December 27, 2018. *Receipt* [#130]. At all relevant times, the defendant, Alan Williams, was housed at FDC, the detention center associated with FCI Englewood.

    To date, the court has not received from the Warden of FCI Englewood, Richard Hudgins, a response of any kind. Given the ostensibly contumacious non-compliance of the

---

[1] "[#122]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Warden, Richard Hudgins, I order that he show cause in writing why he should not be held in contempt of court and punished as provided by law for failing to comply fully with the order of this court. To the extent the Warden seeks to present facts demonstrating the reasons for his non-compliance, he must file a sworn affidavit averring the facts on which he relies. Following the filing of a response to this **Order To Show Cause** by the Warden, Richard Hudgins, the court will determine if a contempt hearing is necessary.

**THEREFORE, IT IS ORDERED** as follows:

1. That on or before February 20, 2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the **Order Granting Motion To Continue** [#122] issued by this court;

2. That if the Warden seeks to establish facts demonstrating the reasons for his non-compliance with the **Order Granting Motion To Continue** [#122], he shall file a sworn affidavit averring the facts on which he relies;

3. That after review of the response by the Warden to this **Order To Show Cause**, the court will determine if a contempt hearing is necessary; and

4. That this order shall be served on Richard Hudgins, Warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123).

Dated February 8, 2019, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge