**U.S. Postal Service**

# CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7014 3490 0001 5489 1716

Sent To  FCI Englewood, ATTN: Richard Hudgin

Street & Apt. No.,  Warden  9595 West Quincy Avenue
or PO Box No.

City, State, ZIP+4  Littleton, CO 80123

PS Form 3800, July 2014                    See Reverse for Instructions

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

FCI Englewood
ATTN: Richard Hudgins, Warden
9595 West Quincy Avenue
Littleton, Colorado 80123

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FCI Englewood
ATTN: Richard Hudgins, Warden
9595 West Quincy Avenue
Littleton, CO 80123

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7014 3490 0001 5489 1716

PS Form **3811**, July 2013          Domestic Return Receipt



UNITED STATES POSTAL SERVICE

USA v. Williams
15-cr-395-REB

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
District of Colorado
901 19th Street
Denver, CO 80294