**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN ALONZO WILLIAMS, Defendant.

---

**DEFENDANT'S SIXTH MOTION TO CONTINUE SENTENCING HEARING**

---

Defendant, Alan Alonzo Williams, by and through counsel, requests that the sentencing in this matter, currently scheduled for March 27, 2019 at 1:30 p.m. be continued.

Counsel has conferred with AUSA Rebecca Weber as to this motion and Ms. Weber informed counsel she is not opposed to this motion.

In support of this Motion, Mr. Williams states as follows:

1. This matter has been continued a number of times with the hope that Mr. Williams would receive his needed hernia re-repair surgery prior to sentencing. There is no question but that the surgery is medically required. Mr. Williams remains incapacitated and in pain because of this.

2. On December 18, 2018, the Court entered an order directing the warden of FCI Englewood to advise the Court in writing as to "when the defendant shall receive the medical treatment, including any

surgery, reasonably necessary to address the medical condition and needs of the defendant." (Doc. No. 122.)  The warden did not timely respond and the Court has issued a show cause order. (Doc. No. 131)  The warden has not timely responded to that order.

3. The Court issued the original order pursuant to its authority to obtain information relevant to its duty to evaluate 18 U.S.C. § 3553(a) factors at sentencing.  One such factor is "the Court must consider in sentencing "the need for the sentence imposed ... to provide the defendant with needed ... medical care[.]" This requires an accurate assessment of what the Defendant's current medical condition is, what treatment he needs, and whether and where he can receive such treatment while incarcerated."  *U.S. v. Bencomo-Chacon*, 2007 WL 2021850 (not reported in F.Supp. 2d), p.2.

4. Without this information, the Court remains hamstrung in fulfilling its duty to make a fair sentencing determination and the defendant remains thwarted in make non-guideline arguments relating to the defendant's medical needs.

5. Mr. Williams requests the sentencing hearing date be vacated and reset after the Court resolves the pending order to show case and has received the requested information.

Dated:  February 28, 2019.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC

>1881 9th St., Suite 315
>Boulder, Colorado  80302
>Telephone:  303-444-9292
>Fax:  303-447-0200
>e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 28, 2019, I electronically filed the foregoing **MOTION** with the Clerk of the Court using  the CM/ECF filing system which will send notification of such filing to all counsel of  record in this case.

>*s/ Steven K. Jacobson*
>Steven K. Jacobson