**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

    Defendant.

---

CERTIFICATE OF SERVICE

---

    I certify that I have emailed a copy of the Certificate of Service to the named individuals below, and the following forms to the United States Marshals Service for service of process on: Warden Richard Hudgins, FCI-Englewood: ORDER TO SHOW CAUSE FILED ON 03/06/2019 AND ORDER GRANTING MOTION TO CONTINUE FILED ON 12/18/2018 on March 7, 2019.

Steven K. Jacobson
Attorney for Defendant
**Delivered via CM/ECF**

Linda S. Kaufman
Julia K. Martinez
Rebecca Susan Weber
U.S. Attorney's Office-Denver
**Delivered via CM/ECF**

US Marshals Service
Service Clerk
Order to Show Cause and Order for Continuance for Warden Hudgins

                                                    _s/ A. Thomas_
                                                      Deputy Clerk