

CERTIFIED MAIL

7010 3090 0002 7266 8113

Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO.
80123-1159

United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A 1001
901 - 19th Street
Denver, CO.
80294-3589

LEGAL
MAIL

