United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A 1001
901-19th Street
Denver, CO. 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2019

JEFFREY P. COLWELL
CLERK

RE: 15-cr-00395-REB

Your Honor,

I, Alan Alonzo Williams, (Defendant), am requesting that the withdrawal of counsel request of Steven K. Jacobson, submitted on March 19th, 2019 and received by your honorable court on March 22nd, 2019, be withdrawn; therefore allowing Mr. Jacobson to continue as counsel representing Mr. Williams with his legal matters.

Dated this 26th day of March, 2019