FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:31 am, Apr 02, 2019
JEFFREY P. COLWELL, CLERK

U.S. Department of Justice
United States Marshals Service

RECEIVED
2019 MAR -7 A 9:55
U.S. ~~~~~~
DISTRICT OF COLORADO

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | Criminal Action No. 15-cr-00395-REB-1 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Alan Alonzo Williams | Order to Show Cause and Order Granting Motion to Continue |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Warden Richard Hudgins, FCI-Englewood

ADDRESS (Street or RFD, Apartment No., City State and Zip Code)
9595 West Quincy Avenue, Littleton, CO 80123

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| US District Court for the District of Colorado<br>Room A105<br>901 19th Street<br>Denver, CO 80294 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/ A. Thomas<br>Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>March 7, 2019 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. B13 | District to Serve<br>No. B13 | Signature of Authorized USMS Deputy or Clerk<br>A Maracida | Date<br>3/7/19 |
|---|---|---|---|---|---|

I hereby certify and return that I __X__ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>MEGAN MARLOW, BOP ATTORNEY | ___ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>3/26/19 | Time<br>1030  (am) pm |
| | Signature of U.S. Marshal or Deputy<br>4280 | |

| Service Fee<br>0 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>0 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)