# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALAN ALONZO WILLIAMS,

    Defendant.

## DECLARATION OF RICHARD HUDGINS

    I, Richard Hudgins, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-captioned matter:

    1. I am the Warden at the Federal Correctional Institution (FCI) Englewood in Littleton, Colorado. I have served in this position since October 2017. I have been employed by the United States Federal Bureau of Prisons in positions of increasing responsibility since August 1990.

    2. Plaintiff, federal inmate Alan Alonzo Williams, Register Number 43473-013, is currently incarcerated at FDC Englewood. *See* Attachment 1, Public Information Inmate Data, at 1.

    3. This Declaration is in response to the Court's Order to Show Cause dated March 6, 2019. The Court requests that I show cause, in writing, why I should not be held in contempt of court for my failure to comply fully with the Order Granting Motion to Continue *See* Doc. 122. In the

2

Order Granting Motion to Continue, the Court seeks a written statement about when defendant shall receive the medical treatment, including any surgery, reasonably necessary to address the medical condition and needs of the defendant.

4. I am aware of the allegations raised by Defendant throughout the sentencing phase of his case. Defendant alleges he has required a hernia re-repair surgery prior to sentencing and he remains incapacitated and in pain because of the need for his surgery.

5. Defense Counsel informed the Court November 28, 2018, the authorities at FDC Englewood have repeatedly informed inmate Williams they were aware of his sentencing dates and would arrange for the surgery to occur before those dates. *See* Doc. 115 – Defendant's Fifth Motion to Continue Sentencing Hearing and Renewed Request for an Order Directing the Facility to Provide a Medical Evaluation.

6. On February 28, 2019, Defense counsel submitted a subsequent Sixth Motion to Continue Sentencing Hearing making the same averments as to Defendant's hernia. *See* Doc. 133 – Defendant's Sixth Motion to Continue Sentencing Hearing.

7. I am familiar with Defendant as he has come up to me on several occasions with issues regarding his medical care.

8. On one occasion, Defendant complained of a medical issue. Because I am not a medical provider, I went to medical to inquire about Defendant's allegations regarding his medical care. The provider informed me Defendant was not in need of any further medical care and that Defendant was malingering.

9. Defendant Williams is not now, nor has he ever been, pending surgery for a re-repair of a hernia.

10. Defendant Williams has been told repeatedly he does not require surgery.

11. Most recently, on February 26, 2019, Defendant was seen for joint instability by a provider at the institution. Defendant demanded to be sent to see Dr. Tillquest for his hernia. Defendant was informed his hernia had been repaired already. Defendant refused examination, and refused counseling and left the office refusing to pay the copay for the appointment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 2 da April 2019, in Littleton, Colorado.

*(signature)*

Richard Hudgins, Warden Fedel
I Correctional Institution
Englewood, Colorado

**Enclosures**

Attachment 1          Public Information Inmate Data

3

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Annah Hillary*
Annah Hillary Legal Assistant
U.S. Attorney's Office