1

```
 1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF COLORADO
 2

 3   UNITED STATES OF AMERICA,    .   Case No. 15-cr-00395-REB-1
                                  .
 4              Plaintiff,        .
                                  .
 5   vs.                          .   Alfred A. Arraj Courthouse
                                  .   901 19th Street
 6   ALAN ALONZO WILLIAMS,        .   Denver, CO  80294
                                  .
 7              Defendant.        .
                                  .   March 23, 2016
 8   . . . . . . . . . . . . . .  .   10:07 a.m.

 9        TRANSCRIPT OF PROCEEDINGS HELD BEFORE THE HONORABLE
          KATHLEEN M. TAFOYA, UNITED STATES MAGISTRATE JUDGE
10
     APPEARANCES:
11
     For the Plaintiff:           U.S. Attorney's Office
12                                By:  Linda S. Kaufman
                                  1801 California Street
13                                Suite 1600
                                  Denver, CO  80202
14                                (303) 454-0100

15   For the Defendant:           Federal Public Defender
                                  By:  Natalie G. Stricklin
16                                633 17th Street
                                  Suite 1000
17                                Denver, CO  80202
                                  (303) 294-1191
18
     Court Recorder:              Clerk's Office
19                                U.S. District Court
                                  901 19th Street
20                                Denver, CO  80294

21   Transcription Service:       AB Court Reporting & Video
                                  216 16th Street, Suite 600
22                                Denver, CO  80202
                                  (303) 296-0017
23

24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.
```

```
 1                      (Time noted:  10:07 a.m.)
 2              THE COURT CLERK:  All rise.  Court is in session.
 3              THE COURT:  Good afternoon, everyone.  Please be
 4    seated.
 5         (Court addresses unrelated matter)
 6              THE COURT:  The next case is 15 CR 395.  This is
 7    United States of America versus Alan Alonzo Williams.
 8              And may I have appearances on that case?
 9              MS. KAUFMAN:  Good morning, Your Honor.  Linda
10    Kaufman on behalf of the United States.
11              MS. STRICKLIN:  Natalie Stricklin on behalf of Mr.
12    Williams.  He is also present in custody this morning, seated
13    in the jury box closest to Your Honor.
14              THE COURT:  All right, good morning to you, sir.
15              MR. WILLIAMS:  Good morning.
16              THE COURT:  So I guess you can't go over there
17    right now, but then you'll go later, right?
18              MS. STRICKLIN:  Yes, I will.
19              THE COURT:  Okay.  We're here on this case,
20    though, for an arraignment, a discovery conference, and a
21    detention hearing.
22              So let's take up arraignment first.  Are you
23    prepared to go forward with arraignment today?
24              MS. STRICKLIN:  Yes, Your Honor.
25              THE COURT:  All right.  And do you need to have
```

1  the indictment read?
2              MS. STRICKLIN:  No, we will waive any further
3  reading and advisement, and enter a not guilty plea on each
4  of the four counts.
5              THE COURT:  All right.  So the not guilty plea
6  will be entered as to each count in which Mr. Williams is
7  charged, which does look to me to be four counts, according
8  to the penalty sheet, which is what I'm looking at.
9              I do have the discovery conference memo and order.
10             And the speedy trial dates are -- this is on page
11 eight.
12             The 30-day date is April 17, 2016.
13             The 70-day date is May 27, 2016.
14             And the 90-day date, if needed, is June 16, 2016.
15             Lots of sixes in there.  I don't know if that's a
16 good thing or a bad thing.
17             Did you get the criminal history?
18             MS. STRICKLIN:  I did.
19             THE COURT:  Okay.  Was that today?
20             MS. STRICKLIN:  It was.
21             THE COURT:  Could I fill in today's date, then?
22             MS. STRICKLIN:  Yes, please, Your Honor.
23             THE COURT:  Okay.  And then did you get the --
24 you're going to get discovery tomorrow from the Government.
25             MS. KAUFMAN:  That's correct, yes.

1              THE COURT:  And then discovery -- reciprocal
2    discovery, then, from the Defendant will be April 25, 2016.
3              And obviously any other dates are going to be
4    before Judge Blackburn, who is your District Judge, so you'll
5    need to go over there and get those dates from him.
6              Are both of you the ones that are going to be on
7    the case?
8              MS. KAUFMAN:  I am.
9              MS. STRICKLIN:  I'm standing in for Mr. Golla for
10   my office.
11             THE COURT:  Okay.  But can you get dates, do you
12   think, for him?
13             MS. STRICKLIN:  I can.
14             THE COURT:  For Judge Blackburn, in no uncertain
15   terms, I've been told that you'll need to go get dates.
16             MS. KAUFMAN:  All right, we will.
17             THE COURT:  Okay.  Now, that's old information, so
18   by the time --
19             MS. KAUFMAN:  That's all right.
20             THE COURT:  -- I give it to you, it's already old.
21             Okay, so that leaves us with the issue of bond in
22   this case.  The Government's position?
23             MS. KAUFMAN:  We're seeking detention.
24             MS. STRICKLIN:  At this time, we are not
25   contesting detention.

```
 1              However, if circumstances change, we would like to
 2  reserve the opportunity to contest detention at a later time.
 3              THE COURT:  Okay.  You know, frankly, I don't
 4  think you have to reserve it.  I think if circumstances
 5  change, you have a right to it.
 6              So it looked to me like he's got a number of
 7  pending charges that have active warrants, which makes it
 8  kind of difficult to get out on bond, right, because then you
 9  just get released to these other cases.
10              So something would have to happen with them, I
11  think, before it could even be considered.
12              MS. STRICKLIN:  That's our understanding, as well,
13  Your Honor.
14              THE COURT:  Okay.  So on the basis, then, of the
15  pre-trial services report, which I read, that's the one I was
16  reaching for earlier, I did note all of those pending cases.
17              And I will find that at this time there is no
18  condition or combination of conditions that could be imposed
19  in connection with pre-trial release that would assure your
20  appearance, as required for the safety of the community.
21              And I will order that Mr. Williams be detained
22  without bond pending further proceedings.
23              Any other things that we need to do in this case
24  today?
25              MS. KAUFMAN:  No, Your Honor.  Thank you.
```

1              MS. STRICKLIN:  No, Your Honor.  Thank you.
2              THE COURT:  All right.  The Court will be in
3  recess.
4              THE COURT CLERK:  All rise.
5                   (Time noted:  10:11 a.m.)
6                        * * * * *
7                        CERTIFICATE
8      I, RANDEL RAISON, certify that the foregoing is a
9  correct transcript from the official electronic sound
10 recording of the proceedings in the above-entitled matter, to
11 the best of my ability.
12
13
14 _____          May 15, 2019
15 Randel Raison
16
17
18
19
20
21
22
23
24
25