# Swedish Medical Center
## *** PATIENT DISCHARGE INSTRUCTIONS - HOME ***
*** Please bring this form to all follow-up provider appointments ***

Allergies: No Known Allergies
Adverse Drug Reactions: ADRs HAVE NOT BEEN ENTERED IN PHA

ATTENDING DOCTOR: Tillquist,Richard Leonard MD    Phone #: (303)789-1877    Fax#: (303)789-2628
PRIMARY DIAGNOSIS:
    right inguinal hernia
SECONDARY DIAGNOSIS:
PROCEDURES/SURGERIES:
    laparoscopic right inguinal hernia repair
DISCHARGE DISPOSITION: Jail

CONSULTATIONS

IMMUNIZATIONS RECEIVED DURING HOSPITALIZATION (Blank if none administered)    Administered:    Date    Time    Given?

FOLLOW-UP
Follow-up Lab, Procedures, Treatments:

Call your PCP (Primary Care Physician) for an appointment as directed.
For stroke patients, please follow-up with your primary care physician within one week
    unless otherwise documented below.

Follow up Appointments/Referrals:

|  | PCP: Santini,George James  MD | Phone: |  |
|---|---|---|---|
|  | Date:           Time: | Or In: |  |
| Attending: | Tillquist,Richard Leonard  MD | Phone: (303)789-1877 | On/In: 10-14 d |
| Consulting Doctor: | Specialty - | Phone: | On/In: |
| Consulting Doctor: | Specialty - | Phone: | On/In: |
| Other Provider: |  | Phone: | On/In: |
| Other Provider: |  | Phone: | On/In: |
| Other Provider: |  | Phone: | On/In: |

*PINS*

WILLIAMS,ALAN A
Acct #: AQ1010393028
Unit #: AQ02396934    Admit Date:
Admit Dr:
Age: 55       Sex: M   DOB: 10/05/62

********* Cont on Page 2 *********