

*Richard L. Tillquist, MD*
*601 E Hampden Avenue, #470*
*Englewood, CO 80113*
*Phone: (303) 789-1877*

**Patient:**        **Alan Williams**
**Date of Birth:**        **10/05/1962**

**Visit Date:**        **03/23/2018**
**Attending Provider:**        **Richard L. Tillquist MD**
**Referring Provider:**        **G Thomas Kraus M.D.**

## Patient Visit Note

HISTORY AND PHYSICAL EXAMINATION

### Chief Complaint
The Chief Complaint is: Right lower quadrant discomfort.

### Allergies
• **No Known Allergies**

### Current Medication
• **None**

   Medication list reviewed.

### Social History
Behavioral:  No tobacco use and smoking status: Never smoker.

### Family History
   No family history of cancer

### Physical Findings
• **Vitals taken 03/23/2018 10:52 am**

| | |
|---|---|
| **BP-Sitting** | **181/102 mmHg** |
| **Pulse Rate-Sitting** | **106 bpm** |
| **Temp-Oral** | **99 F** |
| **Height** | **68 in** |
| **Weight** | **200 lbs** |
| **Body Mass Index** | **30.4 kg/m2** |
| **Body Surface Area** | **2.04 m2** |

### Subjective
This is a 55-year-old gentleman who is an inmate.  He had a laparoscopic right inguinal hernia repair done in late January 2018.  When he got back to prison he became very constipated.  He does not get any stool softeners and had a hard time going.  He developed some swelling in his right groin.  The swelling eventually went away but he started having pain.  He has been having severe pain in his right lower quadrant every since.  He does not feel a lump anymore.  His constipation is better.

### Objective
I do not feel a recurrent hernia.  He has no palpable mass but he seems to be extraordinarily tender down in the right lower quadrant.  I cannot tell if this is real or not.

**Patient Name: Alan Williams**                                   **Date: 03/23/2018**

**Assessment**
- Visit for: postsurgical exam

**Plan**
We will get a CAT scan of his abdomen and pelvis to rule out any pathology that we might be missing and make recommendations based on that.

**Reason For Visit**
Referred by G. Thomas Kraus, MD.

**Counseling/Education**
- Education and counseling

**Care Team**
**G Thomas Kraus, M.D.**

**Richard L. Tillquist MD**
**Electronically signed by: Richard L. Tillquist MD    Date: 04/05/2018 09:59**