

Richard L. Tillquist, MD
601 E Hampden Avenue, #470
Englewood, CO 80113
Phone: (303) 789-1877

**Patient:** Alan Williams
**Date of Birth:** 10/05/1962

**Visit Date:** 08/28/2018
**Attending Provider:** Richard L. Tillquist MD
**Referring Provider:** G Thomas Kraus M.D.

### Patient Visit Note

**Active Problems**
- Lower abdominal pain, unspecified

**Chief Complaint**
The Chief Complaint is: Est Rec Hernia.

**Allergies**
- No Known Allergies

**Current Medication**
- CVS Ibuprofen 200MG Oral Capsule  0 days, 0 refills

  Medication list reviewed.

**Social History**
Behavioral:  No tobacco use and smoking status: Never smoker.

**Family History**
    No family history of cancer

**Physical Findings**
- Vitals taken 08/28/2018 01:13 pm
  BP-Sitting R            149/97 mmHg
  Pulse Rate-Sitting      103 bpm
  Height                  68 in
  Weight                  200 lbs
  Body Mass Index         30.4 kg/m2
  Body Surface Area       2.04 m2

**Subjective**
Mr. Williams is an inmate. He is seen back today. He had hernia repair last year and now comes back with what he feels is a recurrence on the right and inguinal hernia on the left. Says he has severe pain all the time and unable to do anything. He can feel a bulge. After his first surgery he had severe problems with constipation, had to push real hard and then developed urinary retention. He thinks that may have contributed to getting a recurrence on the right side. He is concerned that a small hernia was seen on the left at the time of his surgery. This is mentioned in the operative report but it is also mentioned it was not felt it needed to be repaired.

**Objective**
He claims to be very tender on exam. He is tender out of proportion to a regular hernia exam. Just lightly palpating his pubis, he flinches in what he says is

**Patient Name: Alan Williams**                                              Date: 08/28/2018

significant pain on a limited exam he will allow me to do. I do not feel any hernia on either the right or the left. He does point over his epigastrium as where he has most of his discomfort but, in talking to him, he also has it on the right and left.

**Assessment**
I do not necessarily feel any recurrence. He describes this discomfort in his lower abdomen. Since I do not feel a hernia on either side, considering getting an ultrasound. However, with his hypogastric pain he may have some other problem certainly in his colon or a bladder issue, especially since he had these issues after his last surgery. These have not been addressed since. Instead of an ultrasound, a CAT scan may be more appropriate not only to look and see if he has a defect for a hernia on the right and/or the left but to make sure he does not have a pelvic issue that is giving him some of the problems.

**Plan**
We will get the CAT scan and make recommendations based on that.

cc:     Bureau of Prisons

**Reason For Visit**
   Referred by Bureau of Prisons.

**Counseling/Education**
   • Instructions for patient

**Care Team**
**G Thomas Kraus, M.D.**




**Richard L. Tillquist MD**
**Electronically signed by: Richard L. Tillquist MD     Date: 09/07/2018 09:05**