STEVEN K. JACOBSON
ATTORNEY AT LAW
1881 9TH STREET, SUITE 315
BOULDER, COLORADO 80302
PHONE: 303-444-9292     FAX 303-447-0200

March 3, 2019

## FACSIMILE TRANSMITTAL INFORMATION

FAX NUMBER:     303 789 2628

TO:             ATTN: Cindy

FROM:           Steven K. Jacobson

REGARDING:      Alan Williams Release

COMMENTS:       Please call.  303-817-7466

Cindy,
Would it be possible to get the below request note soon so we can get this resolved?  Thanks.

Cindy,
We have spoken severeal times about Mr. Williams and the need to get him back in for a cat scan so that Dr. Tillquist can get abdominal views on which to base surgery and to schedule the surgery.  As you are probably aware, none of this has been arrange by FDC.  Could you fax me back a short note from Dr. Tilliquest noting what needs to be done so that I can give that to the authorites and see if that helps move them along?
Thanks.
Steve Jacobson, Attorney for Mr. Williams

**CONFIDENTIALITY NOTE**

The information contained in this facsimile transmission is legally privileged and confidential.  Review, dissemination or copying of this transmission is prohibited by anyone other than the above named person, entity or their agent.  If you received this in error, please notify us immediately by telephone and return the original documents to us by mail.