

1411 South Potomac Street, Suite 400  Aurora, CO  80012   (303) 695-6060   Fax (303) 369-7776
401 West Hampden Place, Suite 220  Englewood, CO  80110   (303) 695-6060  Fax (303) 369-7776

Page 1

Office Visit

**ALAN WILLIAMS FCI**  
Male  DOB: 10/05/1962                    98408

Home: (720) 309-6549  
Ins: League Medical Concepts

11/02/2017 - Office Visit: Bilt knee  
Provider: Jeffrey A Arthur  
Location of Care: Colorado Orthopedic Consultants-Aurora

## Vital Signs:

Patient Profile:  55 Years Old Male  
Height:          63 inches (160.02 cm)  
Weight:          140 pounds (63.64 kg)  
BMI:             24.80

Pt. in pain?    yes

Vitals Entered By: Jean Ford (November 2, 2017 2:01 PM)

## Past Medical History:
Reviewed history and no changes required:
- Anemia
- Artritis
- Congestive heart failure
- High blood pressure
- Irregular heart beat
- Poor circulation
- Varicose Veins

## Past Surgical History:
Reviewed history and no changes required:
- lt knee tka
- bilt hip

## Family History Summary:
Reviewed history and no changes required: 11/08/2017  
Mother (biol.) - Has Family History of Arthritis - Entered On: 11/2/2017  
Mother (biol.) - Has Family History of Diabetes - Entered On: 11/2/2017  
Mother (biol.) - Has Family History of Heart Disease - Entered On: 11/2/2017  
Mother (biol.) - Has Family History of High Cholesterol - Entered On: 11/2/2017



1411 South Potomac Street, Suite 400   Aurora, CO  80012    (303) 695-6060    Fax (303) 369-7776
401 West Hampden Place, Suite 220   Englewood, CO  80110    (303) 695-6060   Fax (303) 369-7776

Page 2

Office Visit

**ALAN WILLIAMS FCI**  Home: (720) 309-6549
Male  DOB: 10/05/1962  98408  Ins: League Medical Concepts

**Social History:**
Reviewed history and no changes required:

Smoking History:
Patient is a former smoker.

**Risk Factors:**

Smoked Tobacco Use:  Former smoker
  Cigarettes:  Yes
Alcohol use:  no

**Previous Tobacco Use:**
**Previous Alcohol Use:**

**Review of Systems**

**MS**
  **Complains of weakness.**

**Current Allergies (reviewed this update):**
No known allergies

**Problems:**

**Problems Added:**
1) Dx of Degenerative Joint Disease of Right Knee  (ICD-715.16)
2) Dx of Knee Pain, Left  (ICD-719.46)
3) Dx of Poor Circulation  (ICD-443.9)



1411 South Potomac Street, Suite 400  Aurora, CO  80012   (303) 695-6060   Fax (303) 369-7776
401 West Hampden Place, Suite 220  Englewood, CO  80110   (303) 695-6060   Fax (303) 369-7776

Page 3

Office Visit

**ALAN WILLIAMS FCI**                                              Home: (720) 309-6549
Male  DOB: 10/05/1962                      98408             Ins: League Medical Concepts

4) Dx of Irregular Heart Beat  (ICD-427.9)
5) Dx of High Blood Pressure  ()
6) Dx of Congestive Heart Failure  ()
7) Dx of Anemia  (ICD-285.9)

## Impression & Recommendations:

**Problem # 1:**  Degenerative joint disease of right knee (ICD-715.16) (ICD10-M17.11)
Patient presents today for evaluation of right knee pain. He has been seen previously years ago by my partner who is now semi retired. He was seen in possibly 2008 for his knee. At that time he was possibly a candidate for a partial knee replacement. He had seen another orthopedist Dr. Yang he believes recommended a partial at that time. He has been using a brace that is been very helpful. He would like to get a new one of those today as his is wearing out. He has done well with injections. Would like to see if he is a candidate for that as well. He denies numbness or tingling in the leg. Has been taking ibuprofen. Physical exam: positive varus deformity 15°, crepitus with range of motion, moderate effusion, tender palpation globally patellofemoral joint to medial joint line, positive medial McMurray's, nerves intact grossly, antalgic gait, range of motion -5°-120°, stable to stress test, no erythema, no ecchymosis, x-rays: AP/lateral/sunrise view shows moderate to severe DJD patellofemoral joint, severe DJD medial compartment, bone on bone changes, joint space narrowing, osteophytes, subchondral sclerosis, subchondral cyst
assessment and plan: patient is a pleasant male who presents today for evaluation of right knee pain and DJD. Based on his x-rays and previous treatments do feel ultimately he will need a knee replacement. At this time will give him a new brace. After getting consent we injected his right knee with cortisone. Tolerated this well. Continue anti-inflammatory/ice/activity modification. Follow up as needed. All questions answered. This dictation was performed using Dragon software. Even though reviewed there still may be typos or incomplete phrases.
Under sterile conditions, and after gettting the patient's oral consent, the knee joint was injected with 3cc of 1% plain Marcaine and 1cc (80mg) of Depomedrol.
right

**CURRENT ORDERS FOR THIS VISIT:**
Knee Both AP Standing / +2 Views [CPT-XRAY], Detailed New Visit 99203 [CPT-99203], Major joint injection [CPT-20610], DepoMedrol 80mg [CPT-J1040].

]



1411 South Potomac Street, Suite 400   Aurora, CO  80012    (303) 695-6060   Fax (303) 369-7776
401 West Hampden Place, Suite 220   Englewood, CO  80110    (303) 695-6060   Fax (303) 369-7776

Page 4

Office Visit

**ALAN WILLIAMS FCI**                                                                     Home: (720) 309-6549
Male  DOB: 10/05/1962                         98408                      Ins: League Medical Concepts

Electronically signed by Jeffrey A Arthur on 11/08/2017 at 4:50 PM



1411 South Potomac Street, Suite 400  Aurora, CO  80012    (303) 695-6060   Fax (303) 369-7776
401 West Hampden Place, Suite 220  Englewood, CO  80110    (303) 695-6060  Fax (303) 369-7776

**RE:  ALAN WILLIAMS FCI**
Date of visit: 11/02/2017 1:59 PM

Date Of Birth:  10/05/1962
Insurance Co:
Date of Injury:

Follow up note on ALAN WILLIAMS FCI

Problem:          Degenerative Joint Disease of Right Knee
Assessed:        11/02/2017

Patient presents today for evaluation of right knee pain. He has been seen previously years ago by my partner who is now semi retired. He was seen in possibly 2008 for his knee. At that time he was possibly a candidate for a partial knee replacement. He had seen another orthopedist Dr. Yang he believes recommended a partial at that time. He has been using a brace that is been very helpful. He would like to get a new one of those today as his is wearing out. He has done well with injections. Would like to see if he is a candidate for that as well. He denies numbness or tingling in the leg. Has been taking ibuprofen.

Physical exam: positive varus deformity 15°, crepitus with range of motion, moderate effusion, tender palpation globally patellofemoral joint to medial joint line, positive medial McMurray's, nerves intact grossly, antalgic gait, range of motion -5°-120°, stable to stress test, no erythema, no ecchymosis,

x-rays: AP/lateral/sunrise view shows moderate to severe DJD patellofemoral joint, severe DJD medial compartment, bone on bone changes, joint space narrowing, osteophytes, subchondral sclerosis, subchondral cyst

assessment and plan: patient is a pleasant male who presents today for evaluation of right knee pain and DJD. Based on his x-rays and previous treatments do feel ultimately he will need a knee replacement. At this time will give him a new brace. After getting consent we injected his right knee with cortisone. Tolerated this well. Continue anti-inflammatory/ice/activity modification. Follow up as needed. All questions answered. This dictation was performed using Dragon software. Even though reviewed there still may be typos or incomplete phrases.

Under sterile conditions, and after gettting the patient's oral consent, the knee joint was injected with 3cc of 1% plain Marcaine and 1cc (80mg) of Depomedrol.
right

**PATIENT INSTRUCTIONS**

Please don't hesitate to call if you have any questions.

With warmest regards,

Jeffrey A Arthur
**Colorado Orthopedic Consultants**
*Please note:  This dictation is subject to minor errors due to voice recognition software*