

## Colorado Orthopedic Consultants

a division of
*Orthopedic Centers of Colorado*
**OCC**

**Physicians**

Philip A. Stull, MD

Craig A. Davis, MD

Jeffrey A. Arthur, DO

Michael S. Hewitt, MD

Stuart H. Myers, MD

Nathan D. Faulkner, MD

Stephen F. Pehler, MD

**Locations**

1411 S. Potomac St.,
Suite 400
Aurora, CO 80012

401 W. Hampden Pl.,
Suite 220
Englewood, CO 80110

08/02/2018

This letter is written on behalf of Mr. Williams.

To whom it may concern,

Mr. Williams is a 55-year-old male, who we've seen previously for his right knee. He has also been seen by one of my partner's previously, years prior, for this same condition. Currently, he continues to have progressive right knee pain, and decreased ability to walk long distances. We have done several conservative treatments to help assist in his knee pain and arthritis. We have used a brace that has been helpful, and he would like to be refitted for this if possible. He has had injections in the past, and feel he is a candidate for that as well, to continue to decrease the inflammation and swelling in the knee, caused by the arthritis, which then causes him to have worsening pain. At this time, we will continue to try conservative treatments, however they may be less beneficial in the long term.

We've been asked to explain his situation so that it can be taken into account when he goes to court. For specific details of his exam please refer to medical record. Presently, I feel in general, he has progressive right knee pain due to deteriorating arthritis. This is a progressive and non-reversible process. It is individualistic how much pain people endure with arthritis. Ultimately, when the arthritis becomes severe enough, knee replacement is the best option. Patient has been told in the past that he will need a knee replacement at some point. I agree that in the future he will need a knee replacement ultimately to fix the problem that he has. I do feel that bracing and activity modification, ice and elevation, and anti-inflammatories, are reasonable conservative measures. We did inject his knee at last visit. At this point we really have no other treatment options to offer.

Mr. Williams ultimately will benefit from a knee replacement to fix the problem he has, and that right knee caused by arthritis. Until he has a knee replacement, he will continue to have swelling episodes, painful episodes, and difficulty walking long distances. He may also have some giving out of his knee, due to the pain and arthritic changes. This could lead to a fall, if he is not using some support, such as his brace, or crutches, or a Walker. If there any other questions do not hesitate to contact us at 303-695-6060 extension 125.

Regards,

Jeffrey A. Arthur DO

(303) 695-6060 Phone • (303) 369-7776 Fax
www.cocortho.com