

Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO.
80123-1159

United States District Court
Honorable Judge:
Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A1001
901 - 19th Street
Denver, CO.   80294-3589

LEGAL MAIL



Case No. 1:15-cr-00395-REB   Document 146-1   filed 06/03/19   USDC Colorado   pg 2 of 2