```
                                                                    1

 1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF COLORADO
 2

 3   UNITED STATES OF AMERICA,     .   Case No. 15-cr-00395-REB-1
                                   .
 4             Plaintiff,          .
                                   .
 5   vs.                           .   Alfred A. Arraj Courthouse
                                   .   901 19th Street
 6   ALAN ALONZO WILLIAMS,         .   Denver, CO  80294
                                   .
 7             Defendant.          .
                                   .   March 18, 2016
 8   . . . . . . . . . . . . . . . .   2:06 p.m.

 9       TRANSCRIPT OF PROCEEDINGS HELD BEFORE THE HONORABLE
         MICHAEL E. HEGARTY, UNITED STATES MAGISTRATE JUDGE
10
     APPEARANCES:
11
     For the Plaintiff:             U.S. Attorney's Office
12                                  By:  Linda S. Kaufman
                                    1801 California Street
13                                  Suite 1600
                                    Denver, CO  80202
14                                  (303) 454-0100

15   For the Defendant:             No appearance

16   Also Present:                  Michelle Sinaka, Pre-Trial

17   Court Recorder:                Clerk's Office
                                    U.S. District Court
18                                  901 19th Street
                                    Denver, CO  80294
19
     Transcription Service:         AB Court Reporting & Video
20                                  216 16th Street, Suite 600
                                    Denver, CO  80202
21                                  (303) 296-0017

22


23


24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.
```

```
 1                    (Time noted:  2:09 p.m.)
 2              THE COURT:  Case number 15-cr-395, USA versus Alan
 3   Alonzo Williams.
 4              MS. KAUFMAN:  Linda Kaufman on behalf of the
 5   United States.
 6              THE COURT:  Thank you.  Good afternoon, Mr.
 7   Williams.
 8              MR. WILLIAMS:  Good afternoon.
 9              THE COURT:  The Government has placed before under
10   document 15-cr-395, USA versus Alan Alonzo Williams, count
11   one alleging that between November 2, 2006, and August 5,
12   2008, that you engaged in a scheme to defraud WebBank, and to
13   obtain funds owned by or under the custody and control of it
14   by means of materially false pretenses, representation, and
15   promises.
16              Is there another case that's pending?
17              MS. KAUFMAN:  There's a 10-year statute of
18   limitation.
19              THE COURT:  10 years.  Okay.
20              MS. KAUFMAN:  It says 8 starts the --
21              THE COURT:  All right.  The second count is that
22   on or about May 9, 2008, you knowingly executed and attempted
23   to execute the scheme just described, by causing WebBank to
24   fund the amount of $300,000.00 to Williams Spending Company,
25   Inc.
```

1         That is a violation of 18 U.S. Code section
2    1344(2)(b).
3         Count three alleges that on or about June 16,
4    2008, you, in furtherance of this scheme, caused WebBank to
5    approve and fund a $60,000.00 modification to the original
6    loan.
7         And then count four, between June 26, 2008, and
8    August 5, 2008, that you attempted to further this scheme by
9    attempting to cause WebBank to fund the amount of $550,000.00
10   to Williams Spending Company, Inc.
11        That first count -- actually all of those are
12   considered bank fraud counts.  They all contains the same
13   potential penalty of not more than 30 years in prison, not
14   more than a $1,000,000.00 fine, or both, per count, or not
15   greater than twice the gross gain or twice the gross loss.
16        I assume not more than three years supervised
17   release.
18        MS. KAUFMAN:  The claimant is not here, Your
19   Honor.
20        THE COURT:  Okay.  Not more than five years
21   supervised release, and a $100.00 special assessment fee, per
22   count.
23        You also, Mr. Williams, have the right to remain
24   silent.  Anything you say in this Court or to the United
25   States Government can be used against you in the prosecution

1  of this case.
2           You also have the right to an attorney, and if you
3  cannot afford one, I will appoint one for you.
4           Is he the only Defendant in that case?
5           MS. KAUFMAN:  He is, Your Honor.
6           THE COURT:  All right, then I will appoint the
7  Federal Public Defender to represent you.
8           You also have the right to a trial by a jury.  At
9  that trial, you are presumed innocent until proven guilty.
10 The Government must prove you guilty beyond a reasonable
11 doubt.
12          The Government's evidence at the jury trial, if
13 you're found guilty, -- I note that you're seeking detention,
14 which is not always the case in something like this.
15          MS. KAUFMAN:  That's true.  This person has many
16 prior felonies.  He was arrested yesterday.  I think three
17 different -- as I understand it, three different photos IDs
18 on his person.
19          THE COURT:  Okay.
20          MS. KAUFMAN:  They hadn't been able to locate him
21 for some time.
22          THE COURT:  The Government has the right to ask
23 for a hearing on detention, and they can ask for up to three
24 days.  When that's granted, the Court has to remand you to
25 the custody of the U.S. Marshal for three days, and those are

```
 1  three business days.
 2             So, therefore, we'll have a hearing on your
 3  detention, as well as arraignment and discovery, on Wednesday
 4  at 10:00 o'clock also.  And that will be in front of Judge
 5  Tafoya.
 6             Until then, Federal law requires that Mr. Williams
 7  be remanded to the custody of the U.S. Marshal.
 8             Anything further, Ms. Kaufman?
 9             MS. KAUFMAN:  No, thank you, Your Honor.
10             THE COURT:  Okay.  Then we'll be in recess.
11             THE COURT CLERK:  All rise.  Court is in recess.
12                  (Time noted:  2:13 p.m.)
13                         * * * * *
14                         CERTIFICATE
15     I, RANDEL RAISON, certify that the foregoing is a
16  correct transcript from the official electronic sound
17  recording of the proceedings in the above-entitled matter, to
18  the best of my ability.
19
20  [signature: Randel Raison]
21  _____          June 11, 2019
22  Randel Raison
23
24
25
```