IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  1:15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALAN ALONZO WILLIAMS,

      Defendant.

---

## DECLARATION OF FRANK CORDOVA

---

      I, Frank Cordova, pursuant to 28 U.S.C. §1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-entitled matter.

      1.      I am currently employed by the United States Department of Justice, Federal Bureau of Prisons (Bureau), as an Advanced Practice Registered Nurse Practitioner.

      2.      As part of my official duties with the Bureau, I have access to records maintained in the ordinary course of business by the Bureau, including administrative remedy requests, information maintained in the SENTRY[1] database, and other official inmate files and records. In my capacity as a medical provider, I also have access to records maintained in the Bureau

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

Electronic Medical Records (BEMR).

3.      I am familiar with federal inmate Alan Alonzo Williams, Register Number 43473-013.

4.      Inmate Williams has had 215 encounters with medical providers at FCI Englewood since March 18, 2016.  (See Attachment A at 16).

5.      Inmate Williams did receive laparoscopic right inguinal hernia repair on January 24, 2018 by an outside bariatric surgery specialist, Dr. Richard Tillquist.  As Defendant noted, his patient discharge instructions directed he have a follow-up appointment *with his primary care provider*. (Emphasis added).  When inmate Williams returned to the institution on January 24, 2018, an EMT examined him.  The next day, his pain medication was extended.  On January 26, 2018, a mid-level provider examined inmate Williams, and on January 30, 2018, I personally examined him. (See Attachment B).

6.      On February 7, 2018, a consultation request was submitted for inmate Williams to return to Dr. Tillquist. On February 28, 2018, inmate Williams complained of additional pain. He was given pain medication and a urinalysis was completed to rule out a kidney infection. Inmate Williams was seen again on March 6, 2018 and he indicated during that encounter that his pain "now tolerable." (Attachment C).

7.      Inmate Williams saw Dr. Tillquist for a follow-up on March 23, 2018.  The provider did not feel a recurrent hernia. (Attachment D).   He noted that though there was no palpable mass, the inmate seemed to be extraordinarily tender in the right lower quadrant.  *Id.* The provider noted he could not tell if this tenderness was real or not. *Id.*  Dr. Tillquist requested a CT scan of inmate Williams' abdomen and pelvis. *Id.*  The Clinical Director submitted a

consultation request for approval the same day. *Id.* The CT scan was completed on June 1, 2018. *Id.* The CT was unremarkable. *Id.*

8.      On June 13, 2018, inmate Williams informed a medical provider he was scheduled for emergency surgery for his hernia. (Attachment E).  No such emergency surgery was ever scheduled, nor was there a clinical need for emergency surgery based upon the symptomology Williams reported.

9.      On June 21, 2018, inmate Williams reported abdominal pain, claiming the surgeon botched his operation. He also stated that the CT scan was wrong and he demanded a new CT scan with a new reader. (Attachment F). The provider determined the examination was unremarkable. *Id.* The notes of this encounter indicate inmate Williams refused all counseling, and demanded a new surgeon, primary care provider, and physical therapy. *Id.*

10.      On July 6, 2018, the Clinical Director met with inmate Williams to review his CT scan. (Attachment G).  Dr. Santini informed him it was essentially unremarkable. *Id.*

11.      Inmate Williams refused sick call appointments on July 11, 2018, July 25, 2018, and August 8, 2018. Sick call appointments are those clinical encounters that are conducted at the request of the inmate-patient. Accordingly, inmate Williams had requested to see Health Services staff on or around the above-listed dates, but when the appointments arrived, he refused to engage with staff. (Attachment H).

12.      On August 28, 2018, inmate Williams was seen by the outside provider, Dr. Tillquist. (Attachment I).  The provider noted he did not feel any recurrence and did not note any hernia on either the right or left side. *Id.* The provider ordered a CT scan to determine if there was a defect for a hernia. *Id.* On October 10, 2018, a CT scan request was submitted. *Id.* This second CT scan was conducted on November 15, 2018. *Id.* The results of this CT scan

were unremarkable, as were the CT results from the original June 1, 2018 CT scan. *Id.*; *see* Attachment D.

13.     On January 16, 2019, inmate Williams was seen by medical staff. (Attachment J). Inmate Williams demanded to be seen by a specialist for a new consultation. *Id.* It was noted the Utilization Review Committee (URC) had denied the request to see a specialist. *Id.* Inmate Williams was seen again on January 22, 2019 requesting to see a specialist. *Id.* He was told, again, that the consultation had been denied. *Id.*

14.     On February 26, 2019, inmate Williams requested to be seen by an outside provider for knee injections and new knee braces. (Attachment K). An examination was unremarkable and showed no swelling. *Id.*

15.     On April 8, 2019, inmate Williams requested to make a formal complaint that his hernia had not been fixed to his liking. (Attachment L).

16.     On April 16, 2019, inmate Williams was seen once again by Dr. Tillquist. (Attachment M). The provider noted the review of the CT scan did not reveal anything that should be causing discomfort. *Id.*

17.     On May 7, 2019, inmate Williams requested an update on his visit to be seen by a knee specialist. (Attachment N). Williams was told medical is unable to discuss future medical trips. *Id.*

18.     Inmate Williams has received neoprene knee braces on March 19, 2019, October 24, 2018, August 9, 2018, and September 19, 2017. (Attachment O).

19.     Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  /0  day of June, 2019, in Englewood, Colorado.

Frank Cordova, NP-C
FCI Englewood
Federal Bureau of Prisons

Attachments

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ *Annah Hillary*
Annah Hillary
Legal Assistant
U.S. Attorney's Office