# EXHIBIT 1

AR Form 250-16A (06/15/06)

**COLORADO DEPARTMENT OF CORRECTIONS**
**ADULT PAROLE, COMMUNITY CORRECTIONS, AND THE YOUTHFUL OFFENDER SYSTEM**

## OUT OF STATE TRAVEL PERMIT AND AGREEMENT TO RETURN

TO: __Illinois__
(Receiving State)

RE: Alan Williams_____   Colo. DOC No. _51996_____

Colorado Address: _850 South Geneva Street, Aurora 80012- ph# 303.344.3148_____

Is granted permission to visit your state: ___Chicago, Illinois for daughter graduation_____
(Reason)

Will be residing with __Trump International Hotel, 401 North Wabash Avenue, Chicago, IL, #312.588.8000___

at _____
(Street Address, P. O. Box Number, Route Number, Telephone Number, City)

Leaving Colorado: _05.16.08@ 1505_____   Return Date: ____05.18.08@2241_____

Traveling by: _Frontier Airlines_____
(If applicable, identify private auto)

Special Instructions: __upon returning provide a UA_____

Personal Information: DOB_10.05.62___  Sex_Male__ Race_Black____ Hair__Black__

Eyes_Brown_____ Height_5'08___ Weight_200_____
Offense_____

Past History: Crimes Against Persons _____THEFT_____

I, the undersigned, being under the supervision of the Colorado Department of Corrections and granted the privilege to leave COLORADO and go to the above city in another state, do hereby agree that I will comply with the statutes, rules and regulations of both the STATE OF COLORADO, and the STATE OF _Illinois_ and the above conditions and instructions. I will return to COLORADO by the date specified above, unless my supervision is permanently transferred to the STATE OF Illinios__. I will comply with all state laws and local ordinances of this state, and conduct myself as a respectable member of the community. I do hereby waive extradition to the STATE OF COLORADO from any state of the United States, and also agree that I will not contest any effort to return me to the STATE OF COLORADO.

Community Parole Officer/Witness: _[signature]_____ Parolee: _[signature]_

Supervisor/Designee: _[signature]_____   Dated: _5/15/08_

Distribution: Original-Receiving State, Department File, Working File, Offender

Attachment "A"
Page 1 of 1