# EXHIBIT 2

# T R U M P

### INTERNATIONAL HOTEL & TOWER®

#### C H I C A G O

| | |
|---|---|
| Guest Name: | Alan Williams |
| | 850 South Geneva |
| | Denver, CO  80247    USA |

Room #:  2750
Folio#:  RCHI02672
Group #:
Guests:  1
Clerk:  VICTORB

*Page No.*  1

Arrive:  05/16/08          Depart:  05/18/08          Stat:  HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 05/16/08 | Long Distance Call | 22750 | 17739346332 00:01 | $6.00 | |
| 05/16/08 | Telecom Tax | 22750 | 17739346332 00:01 | $0.87 | |
| 05/16/08 | Long Distance Call | 22750 | 13033785707 00:03 | $8.52 | |
| 05/16/08 | Telecom Tax | 22750 | 13033785707 00:03 | $1.24 | |
| 05/16/08 | Long Distance Call | 22750 | 13033785707 00:01 | $6.00 | |
| 05/16/08 | Telecom Tax | 22750 | 13033785707 00:01 | $0.87 | |
| 05/16/08 | Long Distance Call | 22750 | 17203090249 00:01 | $6.00 | |
| 05/16/08 | Telecom Tax | 22750 | 17203090249 00:01 | $0.87 | |
| 05/16/08 | Long Distance Call | 22750 | 17203090249 00:04 | $9.78 | |
| 05/16/08 | Telecom Tax | 22750 | 17203090249 00:04 | $1.42 | |
| 05/16/08 | Long Distance Call | 22750 | 17732728437 00:02 | $6.10 | |
| 05/16/08 | Telecom Tax | 22750 | 17732728437 00:02 | $0.88 | |
| 05/16/08 | Long Distance Call | 22750 | 17732728437 00:02 | $6.10 | |
| 05/16/08 | Telecom Tax | 22750 | 17732728437 00:02 | $0.88 | |
| 05/16/08 | Long Distance Call | 22750 | 17732728437 00:03 | $6.20 | |
| 05/16/08 | Telecom Tax | 22750 | 17732728437 00:03 | $0.90 | |
| 05/16/08 | Movies | 1335 | Movie | $14.99 | |
| 05/16/08 | Amusement Tax | 1335 | Movie | $1.65 | |
| 05/16/08 | In Room Dining | 5533 | In Room Dining T#: 24-5533 | $163.44 | |
| 05/16/08 | Long Distance Call | 22750 | 13033785707 00:01 | $6.00 | |
| 05/16/08 | Telecom Tax | 22750 | 13033785707 00:01 | $0.87 | |
| 05/16/08 | Long Distance Call | 22750 | 17203045169 00:04 | $9.79 | |
| 05/16/08 | Telecom Tax | 22750 | 17203045169 00:04 | $1.42 | |
| 05/16/08 | Room Charge | 2750 | | $1,475.00 | |
| 05/16/08 | State Tax | 2750 | State Tax | $175.52 | |
| 05/16/08 | City Tax | 2750 | City Tax | $51.62 | |
| 05/17/08 | Long Distance Call | 22750 | 17203045169 00:01 | $6.00 | |
| 05/17/08 | Telecom Tax | 22750 | 17203045169 00:01 | $0.87 | |
| 05/17/08 | Long Distance Call | 22750 | 13032041411 00:02 | $7.27 | |
| 05/17/08 | Telecom Tax | 22750 | 13032041411 00:02 | $1.05 | |
| 05/17/08 | Long Distance Call | 22750 | 17203045169 00:04 | $9.78 | |

THC_00000002
THC_00000002



# TRUMP
## INTERNATIONAL HOTEL & TOWER®
### CHICAGO

| | | |
|---|---|---|
| Guest Name: | Alan Williams | |
| | 850 South Geneva | |
| | Denver, CO  80247    USA | |

Room #: 2750
Folio#: RCHI02672
Group #:
Guests:  1
Clerk:  VICTORB

*Page No.  2*

Arrive: 05/16/08            Depart: 05/18/08            Stat: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 05/17/08 | Telecom Tax | 22750 | 17203045169 00:04 | $1.42 | |
| 05/17/08 | Long Distance Call | 22750 | 13033785707 00:08 | $14.81 | |
| 05/17/08 | Telecom Tax | 22750 | 13033785707 00:08 | $2.15 | |
| 05/17/08 | Private Bar | 1745 | Dometic Mini Bar Charge | $96.04 | |
| 05/17/08 | Sixteen | 256 | Sixteen T#: 20- 256 | $300.00 | |
| 05/17/08 | Room Charge | 2750 | | $1,475.00 | |
| 05/17/08 | State Tax | 2750 | State Tax | $175.52 | |
| 05/17/08 | City Tax | 2750 | City Tax | $51.62 | |
| 05/18/08 | Valet Parking | 05183904847 | | $48.00 | |
| 05/18/08 | In Room Dining | 5663 | In Room Dining T#: 24-5663 | $124.10 | |
| 05/18/08 | Visa | Ck Out 14:09 | ************4502 387264 | | ($4,276.56) |
| 05/19/08 | Private Bar | 051942114847 | | $115.85 | |
| 05/19/08 | Visa | 05199534847 | ************4502 404391 | | ($115.85) |
| 05/19/08 | Laundry/Dry Cleaning | 05193954847 | | $6.00 | |
| 05/19/08 | Visa | 05199534847 | ************4502 698070 | | ($6.00) |

Folio Balance:    $0.00

Guest Signature: _____

401 NORTH WABASH AVENUE, CHICAGO, ILLINOIS 60611   PHONE 312.588.8000   TRUMPCHICAGOHOTEL.COM
NEW YORK  CENTRAL PARK & SOHO   CHICAGO   LAS VEGAS   WAIKIKI   PANAMA   TORONTO   CAP CANA   DUBAI   SCOTLAND   NEW ORLEANS

THC_00000003
THC_00000003