**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:             June 19, 2019

Deputy Clerk:        Leigh Roberson
Court Reporter:      Tracy Weir
Probation Officer:   Kyla Hamilton

| Criminal Action No. 15-cr-395-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Rebecca Weber |
| Plaintiff, | |
| v. | |
| ALAN ALONZO WILLIAMS, | Steven Jacobson |
| Defendant. | |

## COURTROOM MINUTES

**Motion Hearing**

**1:19 p.m.     Court in session.**

Appearances of counsel. Defendant is present in custody.

Opening statements by the Court.

Before the Court is defendant's Letter Requesting That Steven K. Jacobson Be Withdrawn as My Counsel [ECF 146], filed June 3, 2019.

Government and United States Probation Officer excused and courtroom sealed.

Statement by defendant regarding [ECF 146].

**ORDERED:**  The motion to terminate the attorney-client relationship in the form of a letter to the Court [ECF 146], filed June 3, 2019, is denied.

Courtroom unsealed. Government counsel and United States Probation Officer invited back into the courtroom.

Court's remarks to the parties. Court shall proceed to sentencing.

**2:06 p.m.      Hearing concluded.**

Total time in court: 0:47