**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:              June 19, 2019
Deputy Clerk:      Leigh Roberson
Court Reporter:    Tracy Weir
Probation Officer: Kyla Hamilton

| | |
|---|---|
| Criminal Action No. 15-cr-395-REB | Counsel: |
| UNITED STATES OF AMERICA, | Rebecca Weber |
| Plaintiff, | |
| v. | |
| ALAN ALONZO WILLIAMS, | Steven Jacobson |
| Defendant. | |

## SENTENCING MINUTES

**2:06 p.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

Court's opening remarks.

The parties have received and reviewed the presentence report and all addenda.

Also pending before the Court relevant to sentencing are the following:

- Government's Response to Presentence Report [ECF 51], filed April 7, 2017
- Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) [ECF 52], filed April 7, 2017
- Government's Motion to Dismiss Counts [ECF 53], filed April 7, 2017
- Defendant's Response to Presentence Report [ECF 55], filed June 15, 2017
- Defendant's Sentencing Memorandum and Motion for Downward Departure and Variance [ECF 58], filed August 3, 2017
- Government's Response to Defendant's Sentencing Statement [ECF 67], filed November 2, 2017
- Defendant's Supplemental Sentencing Memorandum [ECF 68], filed November 8, 2017

- Defendant's Supplemental Sentencing Information Regarding Health Issues [ECF 69], filed November 13, 2017
- Defendant's Second Supplemental Sentencing Memorandum and Request for Non-Guideline Sentence [ECF 110], filed September 7, 2018
- Government's Response to Defendant's Sentencing Statements [ECF 151], filed June 12, 2019

Statement by defense counsel.

Defendant sworn. Statement by the defendant.

Statement by government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**2:29 p.m.    Court in recess.**
**2:53 p.m.    Court in session.**

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in [ECF 44] and [ECF 45] is formally approved;

2. That [ECF 52] is granted;

3. That [ECF 53] is granted and, accordingly, that Counts 2, 3, and 4 of the Indictment are dismissed with prejudice;

4. That the defendant's motion for downward departure, if any, in [ECF 58] is denied;

5. That the defendant's motion for a variance or statutory sentence as requested or reiterated in [ECF 58], [ECF 68], and [ECF 110] is denied;

6. That judgment of conviction is entered on Count 1 of the Indictment;

7. That it is the judgment and sentence of this Court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **84 months**;

8. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years;

9. that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district in which he is released;

10. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified on pages R-2 and R-3 of the Sentencing Recommendation [ECF 117-1]:

11. That no fine is imposed;

12. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

13. That the defendant shall pay restitution for the benefit of the victims and in the amounts identified in the Sentencing Recommendation [ECF 117-1], payable in care of the Clerk of the Court in full immediately, failing which, in monthly installments of not less than ten percent of the defendant's gross monthly income as determined periodically by the supervising probation officer; provided, furthermore, interest on restitution is waived;

14. That the Court recommends that the Bureau of Prisons designate the defendant to its official detention facility in FCI Englewood;

15. That presentence confinement credit shall be determined by the Bureau of Prisons; and

16. That the defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence.

The defendant is formally advised of his right to appeal the sentence imposed by the Court.

**3:23 p.m.     Court in recess.**

Total time in court: 00:53

Hearing concluded.