# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

## NOTICE OF APPEAL

    Notice is hereby given that Alan Alonzo Williams, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit the Final Judgment and Commitment Order that was entered in this action on June 19, 2019.

    Dated: June 27, 2019.

    Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado 80302
Telephone: 303-444-9292
Fax: 303-447-0200
e-mail: steve@collinsrafik.com

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on JUNE 27, 2019, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson