## UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | District Court No. 1:15-cr-00395-REB |
| Plaintiff-Appellee, | |
| v. | Court of Appeals No. 19-1229 |
| ALAN ALONZO WILLIAMS | |
| Defendant-Appellant.. | |

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Final Presentence Investigation Report and Addendums

2. Transcript of Plea Hearing (already prepared and noted on docket sheet)

3. Transcript of Initial Advisement held March 18, 2016 (already prepared and noted on docket sheet)

4. Transcript of Hearing on Withdrawal Motion and Sentencing Hearing on June 19, 2019.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200

e-mail:  steve@rafiklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on   June 28, 2019 on Rebecca Weber, Rebecca.weber@usdoj.gov, counsel for Plaintiff-Appellee,

by email.

/s/Steven K, Jacobson
Steven K. Jacobson
Rafik and Jacobson, LLC
1881 9th St., Suite 315
Boulder, Colorado, 80302