APPEAL,TERMED

# U.S. District Court - District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:15-cr-00395-REB-1

Case title: USA v. Williams

Date Filed: 10/07/2015
Date Terminated: 06/21/2019

Assigned to: Judge Robert E. Blackburn

Appeals court case number: 19-1229 USCA

**Defendant (1)**

**Alan Alonzo Williams**
*TERMINATED: 06/21/2019*

represented by **Matthew C. Golla**
Office of the Federal Public Defender-Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Matt_Golla@fd.org
*TERMINATED: 07/19/2016*
*Designation: Public Defender or Community Defender Appointment*

**Michael John Gallagher**
Davis Graham & Stubbs, LLP-Denver
1550 17th Street
Suite 500
Denver, CO 80202
303-892-9400
Fax: 303-893-1379
Email: mike.gallagher@dgslaw.com
*TERMINATED: 11/15/2017*
*Designation: CJA Appointment*

**Steven K. Jacobson**
Collins & Rafik
1881 9th Street
#315
Boulder, CO 80302
303-444-9292
Fax: 303-447-0200
Email: steve@rafiklaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

| | |
|---|---|
| BANK FRAUD<br>(1) | 84 months imprisonment. 5 years supervised release. $100 special assessment. $1,146,828.28 restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| BANK FRAUD<br>(2-4) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **Linda S. Kaufman**<br>U.S. Attorney's Office-Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303-454-0100<br>Fax: 454-0402<br>Email: Linda.Kaufman@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney*<br><br>**Julia K. Martinez**<br>U.S. Attorney's Office-Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303-454-0100<br>Email: julia.martinez@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney*<br><br>**Rebecca Susan Weber**<br>U.S. Attorney's Office-Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303-454-0332<br>Email: Rebecca.Weber@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2015 | 1 | INDICTMENT as to Alan Alonzo Williams (1) count(s) 1-4. (Attachments: # 1 Criminal Information Sheet) (mlace, ) (Entered: 10/08/2015) |
| 10/07/2015 | 2 | RESTRICTED DOCUMENT - Level 4: as to Alan Alonzo Williams. (mlace, ) (Entered: 10/08/2015) |
| 10/07/2015 | 3 | Arrest Warrant Issued in case as to Alan Alonzo Williams. (mlace, ) (Entered: 10/08/2015) |
| 03/18/2016 | 4 | Arrest of Alan Alonzo Williams. Initial Appearance set for 3/18/2016 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Text Only entry)(nmarb, ) (Entered: 03/18/2016) |
| 03/18/2016 | 5 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance as to Alan Alonzo Williams held on 3/18/2016. Arraignment, Detention Hearing, and Discovery Hearing set for 3/23/2016 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody, Defendant advised, Federal Public Defender appointed, Defendant remanded, (Total time: 3 mins, Hearing time: 2:08-2:11 p.m.)<br><br>**APPEARANCES**: Linda Kaufman on behalf of the Government, Michelle Sinaka on behalf of pretrial. FTR: Courtroom A501. (mdave, ) Text Only Entry (Entered: 03/18/2016) |
| 03/18/2016 | 6 | CJA 23 Financial Affidavit by Alan Alonzo Williams. (mdave, ) (Entered: 03/18/2016) |
| 03/18/2016 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Alan Alonzo Williams by Magistrate Judge Michael E. Hegarty on 03/18/2016. Text Only Entry (mdave, ) (Entered: 03/18/2016) |
| 03/22/2016 | 8 | NOTICE OF ATTORNEY APPEARANCE: Matthew C. Golla appearing for Alan Alonzo Williams Attorney Matthew C. Golla added to party Alan Alonzo Williams (pty:dft) (Golla, Matthew) (Entered: 03/22/2016) |
| 03/22/2016 | 13 | NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 8 Notice of Attorney Appearance - Defendant :Matthew C. Golla has failed to comply with D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Criminal Cases), which requires an attorney to notify the court of a change in contact information within five days of the change. Counsel must file a notice of change of contact information in all active cases and submit a change of contact information form through the Attorney Services Portal Account. Failure in the future to follow these procedures may lead to mandatory CM/ECF training, or action by the court. Email address on document does not match CM/ECF information. (Text Only Entry) (cmira, ) (Entered: 03/24/2016) |
| 03/23/2016 | 9 | COURTROOM MINUTES for Arraignment, Discovery, and Detention hearing as to Alan Alonzo Williams held on 3/23/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody. Plea of NOT GUILTY entered by defendant. Defendant is not contesting detention. Discovery memorandum executed. Defendant detained and remanded. Counsel is directed to chambers for further dates. (Total time: 4 mins, Hearing time: 1006-1010)<br><br>**APPEARANCES**: Linda Kaufman on behalf of the Government, Natalie Stricklin on |

| | | |
|---|---|---|
| | | behalf of the defendant, Pat Hanley on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/23/2016) |
| 03/23/2016 | 10 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 4 days as to Alan Alonzo Williams by Magistrate Judge Kathleen M. Tafoya on 3/23/16. (sgrim) (Entered: 03/23/2016) |
| 03/23/2016 | 11 | ORDER OF DETENTION as to Alan Alonzo Williams by Magistrate Judge Kathleen M. Tafoya on 3/23/16. (sgrim) (Entered: 03/23/2016) |
| 03/23/2016 | 12 | TRIAL PREPARATION CONFERENCE ORDER as to Alan Alonzo Williams. That all non- CJA1 pretrial motions shall be filed by April 7, 2015; any pretrial motion that the court determines should be set for hearing shall be set for hearing during a telephonic (non-appearance) setting conference set for 4/22/2016 10:00 AM ; Jury Trial set for 5/23/2016 08:30 AM in Courtroom A1002 before Judge Robert E. Blackburn. That the court reserves four (4) days for trial; Trial Preparation Conference set for 5/20/2016 at 02:00 PM in Courtroom A1001 before Judge Robert E. Blackburn, by Judge Robert E. Blackburn on 3/23/2016. (evana, ) (Entered: 03/23/2016) |
| 03/24/2016 | 14 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Kaufman, Linda) (Entered: 03/24/2016) |
| 03/24/2016 | 15 | NOTICE OF ATTORNEY APPEARANCE: Matthew C. Golla *(amended to reflect correct contact information)* appearing for Alan Alonzo Williams (Golla, Matthew) (Entered: 03/24/2016) |
| 03/25/2016 | 16 | ORDER Granting 14 Plaintiff's Motion To Disclose Matters Occuring [sic] BeforeGrand Jury to Defendant as to Alan Alonzo Williams (1). Signed by Judge Robert E. Blackburn on 3/25/2016. (cmira) (Entered: 03/25/2016) |
| 04/07/2016 | 18 | Unopposed MOTION to Continue *Pretrial Motions Deadlines* by Alan Alonzo Williams. (Golla, Matthew) (Entered: 04/07/2016) |
| 04/13/2016 | 19 | MINUTE ORDER granting 18 Motion to Continue as to Alan Alonzo Williams (1) by Judge Robert E. Blackburn on 4/13/16. Pretrial motions may be filed by April 17, 2016; a response to a pretrial motion shall be filed within fourteen (14) days of the filing of the corresponding pretrial motion. Text Only Entry (rebsec) (Entered: 04/13/2016) |
| 04/15/2016 | 20 | Unopposed MOTION to Exclude *120 Days from Speedy Trial Act* by Alan Alonzo Williams. (Golla, Matthew) (Entered: 04/15/2016) |
| 04/25/2016 | 21 | MINUTE ORDER Setting Hearing on Motion as to Alan Alonzo Williams. 20 Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act; Motion Hearing set for 5/6/2016 02:00 PM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 4/25/16. (kfinn) (Entered: 04/25/2016) |
| 05/02/2016 | 22 | MINUTE ORDER as to Alan Alonzo Williams re 20 Unopposed MOTION to Exclude *120 Days from Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 5/2/16. Motion Hearing reset for 5/6/2016 at 10:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 05/02/2016) |
| 05/06/2016 | 23 | MINUTE ENTRY for Motions Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 5/6/2016. Granting 20 Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act. The time from and including today through and including October 3, 2016 is excluded from the time for a speedy trial. Any non-CJA pretrial motions shall be filed by August 8, 2016, and any corresponding responses shall be filed by August 26, 2016. A further Status Conference set for 9/22/2016 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant |

| | | |
|---|---|---|
| | | remanded. Hearing concluded. Court Reporter: Gwen Daniel. (kfinn) (Entered: 05/06/2016) |
| 07/15/2016 | 24 | MOTION to Withdraw as Attorney *and to Appoint New Counsel from the Criminal Justice Act Panel* by Matthew C. Golla by Alan Alonzo Williams. (Golla, Matthew) (Entered: 07/15/2016) |
| 07/18/2016 | 25 | MEMORANDUM regarding 24 MOTION to Withdraw as Attorney *and to Appoint New Counsel from the Criminal Justice Act Panel* by Matthew C. Golla filed by Alan Alonzo Williams. Motion referred to Magistrate Judge Michael J. Watanabe. By Judge Robert E. Blackburn on 7/18/16. Text Only Entry (rebsec) (Entered: 07/18/2016) |
| 07/19/2016 | 26 | MINUTE ORDER; granting 24 Motion to Withdraw as Attorney. Matthew C. Golla withdrawn from case as to Alan Alonzo Williams (1). It is FURTHER ORDERED that substitute counsel from the CJA Panel is appointed to represent Defendant Alan Alonzo Williams, by Magistrate Judge Michael J. Watanabe on 7/19/16. (morti, ) (Entered: 07/19/2016) |
| 07/26/2016 | 27 | NOTICE OF ATTORNEY APPEARANCE: Michael John Gallagher appearing for Alan Alonzo Williams Attorney Michael John Gallagher added to party Alan Alonzo Williams (pty:dft) (Gallagher, Michael) (Entered: 07/26/2016) |
| 08/08/2016 | 28 | Unopposed MOTION for Extension of Time to File *Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only) Defendant's Unopposed Motion to Extend Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act)(Gallagher, Michael) (Entered: 08/08/2016) |
| 08/19/2016 | 29 | MINUTE ORDER as to Alan Alonzo Williams re 28 Unopposed MOTION for Extension of Time to File *Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 8/19/16. Telephone Conference set for 8/23/2016 at 9:30 AM before Judge Robert E. Blackburn to set the motion for hearing. (rebsec) (Entered: 08/19/2016) |
| 08/23/2016 | 30 | MINUTE ORDER Setting Hearing on Motion as to Alan Alonzo Williams on 28 Unopposed MOTION for Extension of Time to File Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act: set for 8/24/2016 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 8/23/16. (kfinn) (Entered: 08/23/2016) |
| 08/24/2016 | 31 | MINUTE ENTRY for Motion Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams held on 8/24/2016. The Defendant's Unopposed Motion to Extend Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act 28 is GRANTED; the time from and including October 3, 2016 through and including October 13, 2016 is excluded from the time for a speedy trial under the Speedy Trial Act of 1974; any non-CJA pretrial motions shall be filed by August 29, 2016, and any corresponding responses shall be filed by September 16, 2016; the Status Conference now set September 22, 2016 is vacated and continued to October 13, 2016, commencing at 1:30 p.m. Defendant remanded. Hearing concluded. Court Reporter: Julie Thomas. (kfinn) (Entered: 08/24/2016) |
| 10/12/2016 | 32 | Unopposed MOTION to Continue *Status Conference and Exclude Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 10/12/2016) |
| 10/12/2016 | 33 | MINUTE ORDER granting in part and taking under advisement 32 Motion to Continue as to Alan Alonzo Williams (1) by Judge Robert E. Blackburn on 10/12/16. Telephone Conference to Judge Blackburn's chambers at **303-335-2350** set for 10/18/2016 at 10:00 |

| | | |
|---|---|---|
| | | AM to reset the status conference. The court will issue a separate order addressing excludable time under the Speedy Trial Act. (rebsec) (Entered: 10/12/2016) |
| 10/14/2016 | 34 | ORDER Excluding Additional Time Under the Speedy Trial Act. Ordered That Defendant's Unopposed Motion To Continue Status Conference andExclude Time under the Speedy Trial Act [# 32 ] is GRANTED insofar as it requests the exclusion of additional time for a speedy trial. By Judge Robert E. Blackburn on 10/14/2016. (agarc, ) (Entered: 10/14/2016) |
| 10/19/2016 | 35 | MINUTE ORDER as to Alan Alonzo Williams by Judge Robert E. Blackburn on 10/19/16. Status Conference set for 11/10/2016 at 9:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 10/19/2016) |
| 11/08/2016 | 36 | Unopposed MOTION to Continue *Status Conference*, Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only) [Proposed] Order Granting Defendant's Unopposed Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act)(Gallagher, Michael) (Entered: 11/08/2016) |
| 11/09/2016 | 37 | MINUTE ORDER Granting in part 36 Defendant's Unopposed Motion To Continue Status Conference and Exclude Time Under the Speedy Trial Act. Status conference scheduled for Thursday, November 10, 2016, at 9:00 a.m., is vacated and continued without date pending further order of court. Telephonic (non-appearance) Setting Conference set for 11/15/2016 at 11:00 AM to reset the sentencing hearing. By Judge Robert E. Blackburn on 11/9/2016. (cmira) (Entered: 11/09/2016) |
| 11/15/2016 | 38 | MINUTE ORDER as to Alan Alonzo Williams re 36 Unopposed MOTION to Continue *Status Conference*Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 11/15/16. Status Conference/Motion Hearing set for 11/17/2016 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 11/15/2016) |
| 11/17/2016 | 39 | MINUTE ENTRY for Motion Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 11/17/2016. Granting 36 Motion to Exclude as to Alan Alonzo Williams (1); The time from and including November 14, 2016 through and including January 12, 2017 is excluded from the time for a speedy trial; Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 11/17/2016) |
| 11/17/2016 | 40 | Utility Setting/Resetting Deadlines/Hearings as to Alan Alonzo Williams : 39 Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (kfinn) (Entered: 11/17/2016) |
| 01/10/2017 | 41 | NOTICE of Disposition by Alan Alonzo Williams (Gallagher, Michael) (Entered: 01/10/2017) |
| 01/10/2017 | 42 | MINUTE ORDER as to Alan Alonzo Williams re 41 Notice of Disposition by Judge Robert E. Blackburn on 1/10/17. Status conference set 1/12/2017 at 9:00 AM is converted to a Change of Plea Hearing in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 01/10/2017) |
| 01/12/2017 | 43 | MINUTE ENTRY for Change of Plea Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 1/12/2017. Plea entered by Alan Alonzo Williams (1) Guilty to Count 1. Sentencing set for 4/6/2017 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 01/12/2017) |
| 01/12/2017 | 44 | PLEA AGREEMENT as to Alan Alonzo Williams. (kfinn) (Entered: 01/12/2017) |

| | | |
|---|---|---|
| | | AM to reset the status conference. The court will issue a separate order addressing excludable time under the Speedy Trial Act. (rebsec) (Entered: 10/12/2016) |
| 10/14/2016 | 34 | ORDER Excluding Additional Time Under the Speedy Trial Act. Ordered That Defendant's Unopposed Motion To Continue Status Conference and Exclude Time under the Speedy Trial Act [# 32 ] is GRANTED insofar as it requests the exclusion of additional time for a speedy trial. By Judge Robert E. Blackburn on 10/14/2016. (agarc, ) (Entered: 10/14/2016) |
| 10/19/2016 | 35 | MINUTE ORDER as to Alan Alonzo Williams by Judge Robert E. Blackburn on 10/19/16. Status Conference set for 11/10/2016 at 9:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 10/19/2016) |
| 11/08/2016 | 36 | Unopposed MOTION to Continue *Status Conference*, Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only) [Proposed] Order Granting Defendant's Unopposed Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act)(Gallagher, Michael) (Entered: 11/08/2016) |
| 11/09/2016 | 37 | MINUTE ORDER Granting in part 36 Defendant's Unopposed Motion To Continue Status Conference and Exclude Time Under the Speedy Trial Act. Status conference scheduled for Thursday, November 10, 2016, at 9:00 a.m., is vacated and continued without date pending further order of court. Telephonic (non-appearance) Setting Conference set for 11/15/2016 at 11:00 AM to reset the sentencing hearing. By Judge Robert E. Blackburn on 11/9/2016. (cmira) (Entered: 11/09/2016) |
| 11/15/2016 | 38 | MINUTE ORDER as to Alan Alonzo Williams re 36 Unopposed MOTION to Continue *Status Conference* Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 11/15/16. Status Conference/Motion Hearing set for 11/17/2016 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 11/15/2016) |
| 11/17/2016 | 39 | MINUTE ENTRY for Motion Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 11/17/2016. Granting 36 Motion to Exclude as to Alan Alonzo Williams (1); The time from and including November 14, 2016 through and including January 12, 2017 is excluded from the time for a speedy trial; Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 11/17/2016) |
| 11/17/2016 | 40 | Utility Setting/Resetting Deadlines/Hearings as to Alan Alonzo Williams : 39 Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (kfinn) (Entered: 11/17/2016) |
| 01/10/2017 | 41 | NOTICE of Disposition by Alan Alonzo Williams (Gallagher, Michael) (Entered: 01/10/2017) |
| 01/10/2017 | 42 | MINUTE ORDER as to Alan Alonzo Williams re 41 Notice of Disposition by Judge Robert E. Blackburn on 1/10/17. Status conference set 1/12/2017 at 9:00 AM is converted to a Change of Plea Hearing in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 01/10/2017) |
| 01/12/2017 | 43 | MINUTE ENTRY for Change of Plea Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 1/12/2017. Plea entered by Alan Alonzo Williams (1) Guilty to Count 1. Sentencing set for 4/6/2017 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 01/12/2017) |
| 01/12/2017 | 44 | PLEA AGREEMENT as to Alan Alonzo Williams. (kfinn) (Entered: 01/12/2017) |

| Date | # | Description |
|---|---|---|
| 01/12/2017 | 45 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Alan Alonzo Williams. (kfinn) (Entered: 01/12/2017) |
| 01/12/2017 | 46 | FINDINGS OF FACT AND CONCLUSIONS OF LAW ON THE ENTRY OF A PLEA OF GUILTY as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 1/12/17. (kfinn) (Entered: 01/12/2017) |
| 02/01/2017 | 47 | NOTICE of Change of Address/Contact Information (Kaufman, Linda) (Entered: 02/01/2017) |
| 03/01/2017 | 48 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Alan Alonzo Williams (ntaka) (Entered: 03/01/2017) |
| 03/06/2017 | 49 | Unopposed MOTION to Continue *Sntencing Hearing* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 03/06/2017) |
| 03/06/2017 | 50 | MINUTE ORDER granting 49 Motion to Continue as to Alan Alonzo Williams (1) by Judge Robert E. Blackburn on 3/6/17. Sentencing reset for 7/6/2017 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 03/06/2017) |
| 04/07/2017 | 51 | OBJECTION/RESPONSE to Presentence Report 48 by USA as to Alan Alonzo Williams (Kaufman, Linda) (Entered: 04/07/2017) |
| 04/07/2017 | 52 | MOTION for Decrease for Acceptance of Responsibility by USA as to Alan Alonzo Williams. (Kaufman, Linda) (Entered: 04/07/2017) |
| 04/07/2017 | 53 | MOTION to Dismiss Counts by USA as to Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Kaufman, Linda) (Entered: 04/07/2017) |
| 06/01/2017 | 54 | NOTICE OF ATTORNEY APPEARANCE Julia K. Martinez appearing for USA. Attorney Julia K. Martinez added to party USA(pty:pla) (Martinez, Julia) (Entered: 06/01/2017) |
| 06/15/2017 | **55** | OBJECTION/RESPONSE to Presentence Report 48 by Alan Alonzo Williams (Gallagher, Michael) (Entered: 06/15/2017) |
| 06/15/2017 | 56 | Second MOTION to Continue *Sentencing Hearing* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 06/15/2017) |
| 06/16/2017 | 57 | MINUTE ORDER granting 56 Motion to Continue as to Alan Alonzo Williams (1). Sentencing set July 6, 2017 is vacated and is reset for 8/17/2017 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 6/16/17. Text Only Entry (rebsec) (Entered: 06/16/2017) |
| 08/03/2017 | **58** | SENTENCING STATEMENT *and Motion for Downward Departure and Variance* by Alan Alonzo Williams (Attachments: # 1 Exhibit)(Gallagher, Michael) (Entered: 08/03/2017) |
| 08/04/2017 | 59 | Third MOTION to Continue *Sentencing Hearing* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 08/04/2017) |
| 08/08/2017 | 60 | MINUTE ORDER granting 59 Motion to Continue as to Alan Alonzo Williams (1). Sentencing is reset for 11/15/2017 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. No further continuances will be granted. By Judge Robert E. Blackburn on 8/8/17. Text Only Entry (rebsec) (Entered: 08/08/2017) |
| 09/21/2017 | 61 | CJA MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Proposed Order (PDF Only), # 4 Proposed Document Proposed Subpoena, # 5 Proposed Document Proposed Subpoena) (Gallagher, Michael) Modified on 9/22/2017 to correct event text (athom, ). (Entered: 09/21/2017) |
| 09/26/2017 | 62 | ORDER granting 61 CJA Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 09/26/2017. (athom, ) (Entered: 09/26/2017) |
| 09/26/2017 | 63 | Subpoenas issued pursuant to 62 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 09/26/2017) |
| 10/26/2017 | 64 | NOTICE OF ATTORNEY APPEARANCE Rebecca Susan Weber appearing for USA. Attorney Rebecca Susan Weber added to party USA(pty:pla) (Weber, Rebecca) (Entered: 10/26/2017) |
| 11/01/2017 | 65 | RESTRICTED PRESENTENCE REPORT as to Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ntaka) (Entered: 11/01/2017) |
| 11/01/2017 | 66 | RESTRICTED ADDENDUM to Presentence Report 65 as to Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ntaka) (Entered: 11/01/2017) |
| 11/02/2017 | 67 | SENTENCING STATEMENT *and Response to Defendant's Sentencing Memorandum* by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 11/02/2017) |
| 11/08/2017 | 68 | SUPPLEMENT *DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM* to 67 Sentencing Statement, 66 Restricted Presentence Report Addendum by Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gallagher, Michael) (Entered: 11/08/2017) |
| 11/13/2017 | 69 | SUPPLEMENT *SENTENCING INFORMATION REGARDING HEALTH ISSUES* to 68 Supplement by Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gallagher, Michael) (Entered: 11/13/2017) |
| 11/14/2017 | 70 | MOTION to Withdraw as Attorney by Michael J. Gallagher by Alan Alonzo Williams. (Gallagher, Michael) (Entered: 11/14/2017) |
| 11/15/2017 | 71 | COURTROOM MINUTES for Sentencing Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 11/15/2017. Granting 70 Mr. Gallagher's Motion to Withdraw. Mr. Gallagher is relieved of further duty or responsibility to represent Mr. Williams in these criminal proceedings. Within 60 days, Mr. Williams shall file his written position to request appointment of conflict-free counsel from the court's CJA panel or the retention of private counsel. Status Conference set for 1/17/2018 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Court Reporter: Tracy Weir. (ebuch) (Entered: 11/15/2017) |
| 11/16/2017 | 72 | CERTIFICATE of Mailing/Service re 71 Courtroom Minutes to Alan Alonzo Williams #43473-013, Englewood Federal Correctional Institution, Inmate Mail/Parcels, 9595 West Quincy Avenue, Littleton, CO 80123. Text Only Entry. (ebuch) (Entered: 11/16/2017) |
| 01/12/2018 | 73 | Unopposed MOTION to Vacate Status Conference and Continue by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 01/12/2018) |
| 01/12/2018 | 74 | NOTICE *of Government's Position* re 73 MOTION to Continue by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 01/12/2018) |
| 01/17/2018 | 75 | COURTROOM MINUTES for Status Conference as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 1/17/2018. **ORDERED:** 73 Defendant's Motion to |

| | | |
|---|---|---|
| | | Continue GRANTED. Continued Status Conference set for 3/22/2018 at 10:00 AM in Courtroom A1001 before Senior Judge Robert E. Blackburn, at which hearing the defendant shall appear without further notice or order from the Court. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 01/17/2018) |
| 03/16/2018 | 76 | MOTION to Appoint Counsel and Vacate Status Hearing by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 03/16/2018) |
| 03/16/2018 | 77 | RESTRICTED DOCUMENT - Level 3: by Alan Alonzo Williams. (Attachments: # 1 Appendix A) (athom, ) (Entered: 03/16/2018) |
| 03/19/2018 | 78 | MINUTE ORDER granting 76 Motion to Appoint Counsel as to Alan Alonzo Williams (1). The status conference set March 22, 2018, at 10:00 a.m. is vacated and continued pending further order of court. By Judge Robert E. Blackburn on 3/19/18. Text Only Entry (rebsec) (Entered: 03/19/2018) |
| 03/21/2018 | 79 | NOTICE OF ATTORNEY APPEARANCE: Steven K. Jacobson appearing for Alan Alonzo Williams Attorney Steven K. Jacobson added to party Alan Alonzo Williams (pty:dft) (Jacobson, Steven) (Entered: 03/21/2018) |
| 03/28/2018 | 80 | MINUTE ORDER as to Alan Alonzo Williams. After conferring with counsel, a Status Conference is set for 4/5/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 3/28/18. Text Only Entry (rebsec) (Entered: 03/28/2018) |
| 03/29/2018 | 81 | Unopposed MOTION to Excuse *Appearance* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 03/29/2018) |
| 03/30/2018 | 82 | MINUTE ORDER: 81 Motion to Excuse as to Alan Alonzo Williams (1) is denied because during the status conference now set April 5, 2018, the court intends to discuss whether defense counsel has the time necessary to devote to this case, which was filed October 7, 2015 and the change of plea hearing which was held on January 12, 2017, given his lengthy, prospective unavailability. By Judge Robert E. Blackburn on 3/30/18. Text Only Entry (rebsec) (Entered: 03/30/2018) |
| 04/05/2018 | 83 | COURTROOM MINUTES for Status Conference as to Alan Alonzo Williams held before Senior Judge Robert E. Blackburn on 4/5/2018. Any motion for subpoenas or subpoenas duces tecum due 4/13/2018. Motion to withdraw plea of guilty due by 4/20/2018. Defendant may file additional objections to the presentence investigation report and/or revise or amend his existing motions by June 15, 2018. Any response by the government or probation department due June 25, 2018. Matter set for further proceedings on June 27, 2018, at 2:00 p.m., reserving the balance of the afternoon if necessary. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 04/05/2018) |
| 04/06/2018 | 84 | TRANSCRIPT of Change of Plea as to Alan Alonzo Williams held on 1-12-17 before Judge Blackburn. Pages: 1-31. <br><br> NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tweir, ) (Entered: 04/06/2018) |
| 04/11/2018 | 85 | Corrected TRANSCRIPT of Change of Plea as to Alan Alonzo Williams held on 1-12-17 |

| | | |
|---|---|---|
| | | before Judge Blackburn. Pages: 1-31. <br><br> NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tweir, ) (Entered: 04/11/2018) |
| 04/12/2018 | 86 | CJA Second MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix A, # 2 Proposed Order (PDF Only) Proposed order re Subpoena, # 3 Proposed Document Proposed Subpoena, # 4 Proposed Document Proposed Subpoena)(Jacobson, Steven) Modified on 4/13/2018 to correct event text (athom, ). (Entered: 04/12/2018) |
| 04/13/2018 | 87 | Request to Substitute by Alan Alonzo Williams. (Attachments: # 1 CJA Attachment Subpoena Ducas Tecum 1, # 2 CJA Attachment Subpoena Ducas Tecum 2)(Jacobson, Steven) Modified on 4/13/2018 to correct event text (athom, ). (Entered: 04/13/2018) |
| 04/13/2018 | 88 | ORDER granting 86 CJA Second Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 04/13/2018. (athom, ) (Entered: 04/13/2018) |
| 04/13/2018 | 89 | Subpoenas issued pursuant to 88 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 04/13/2018) |
| 05/02/2018 | 90 | CJA Third MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix Subpoena Ducas Tecum, # 2 CJA Attachment Subpoena Ducas Tecum)(Jacobson, Steven) Modified on 5/8/2018 to correct event text (athom, ). (Entered: 05/02/2018) |
| 05/03/2018 | 91 | RESTRICTED DOCUMENT - Level 3: as to Alan Alonzo Williams . (evana, ) Modified on 5/8/2018 to correct event text and to add a level 3 restriction (athom, ). (Entered: 05/04/2018) |
| 05/03/2018 | 92 | RESTRICTED DOCUMENT - Level 3 as to Alan Alonzo Williams . (evana, ) Modified on 5/8/2018 to correct event text and to add a level 3 restriction (athom, ). (Entered: 05/04/2018) |
| 05/07/2018 | 93 | CJA Renewed Second MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix Renewed Appendix for SDT, # 2 CJA Attachment Subpoenas DT to reissue)(Jacobson, Steven) Modified on 5/8/2018 to correct event text (athom, ). (Entered: 05/07/2018) |
| 05/08/2018 | 94 | ORDER granting 90 CJA Third Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 05/08/2018. (athom, ) (Entered: 05/08/2018) |
| 05/08/2018 | 95 | Subpoena issued pursuant to 94 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 05/08/2018) |
| 05/08/2018 | 96 | ORDER granting 93 CJA Second Renewed Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 05/08/2018. (athom, ) (Entered: 05/08/2018) |
| 05/08/2018 | 97 | Subpoenas issued pursuant to 96 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 05/08/2018) |

| | | |
|---|---|---|
| 05/22/2018 | 98 | RESTRICTED DOCUMENT - Level 3 as to Alan Alonzo Williams. (athom, ) (Entered: 05/23/2018) |
| 05/29/2018 | 99 | RESTRICTED DOCUMENT - Level 3 as to Alan Alonzo Williams. (athom, ) (Entered: 05/30/2018) |
| 06/11/2018 | 100 | Unopposed MOTION to Continue *Sentencing and Due Date for Supplemental Sentencing Argument* by Alan Alonzo Williams. (Attachments: # 1 Exhibit Surgery, # 2 Exhibit Knee)(Jacobson, Steven) (Entered: 06/11/2018) |
| 06/12/2018 | 101 | MINUTE ORDER granting 100 Motion to Continue as to Alan Alonzo Williams (1). A telephonic (non-appearance) setting conference is set for 6/27/2018 at 02:00 PM to reset the sentencing hearing. Counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. By Judge Robert E. Blackburn on 6/12/18. Text Only Entry (rebsec) (Entered: 06/12/2018) |
| 06/20/2018 | 102 | CJA Renewed MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 CJA Attachment Appendix, # 2 CJA Attachment Subpoena Ducas Tecum)(Jacobson, Steven) Modified on 6/21/2018 to correct event text (athom, ). (Entered: 06/20/2018) |
| 06/20/2018 | 103 | CJA Fourth MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 CJA Attachment Appendix, # 2 CJA Attachment Subpoena Ducas Tecum)(Jacobson, Steven) Modified on 6/21/2018 to correct event text (athom, ). (Entered: 06/20/2018) |
| 06/22/2018 | 104 | ORDER granting 102 CJA Renewed Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 06/22/2018. (athom, ) (Entered: 06/22/2018) |
| 06/22/2018 | 105 | Subpoenas issued pursuant to 104 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 06/22/2018) |
| 06/22/2018 | 106 | ORDER granting 103 CJA Fourth Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 06/22/2018. (athom, ) (Entered: 06/22/2018) |
| 06/22/2018 | 107 | Subpoenas issued pursuant to 106 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 06/22/2018) |
| 06/28/2018 | 108 | MINUTE ORDER as to Alan Alonzo Williams. After conferring with counsel, and by agreement of all, the Sentencing Hearing is reset for 9/26/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 6/28/18. Text Only Entry (rebsec) (Entered: 06/28/2018) |
| 07/02/2018 | 109 | RESTRICTED DOCUMENT - Level 3 as to Alan Alonzo Williams. (athom, ) (Entered: 07/03/2018) |
| 09/07/2018 | 110 | SENTENCING STATEMENT *Second Supplemental* by Alan Alonzo Williams (Attachments: # 1 Exhibit Loan, # 2 Exhibit Loan, # 3 Exhibit Wells Fargo documents, # 4 Exhibit Wells Fargo documents, # 5 Exhibit Wells Fargo documents, # 6 Exhibit Sam Club Records, # 7 Exhibit Certificate, # 8 Exhibit Orthopedic Letter)(Jacobson, Steven) (Entered: 09/07/2018) |
| 09/07/2018 | 111 | Unopposed MOTION to Continue *Defendants Fourth* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 09/07/2018) |
| 09/11/2018 | 112 | MINUTE ORDER granting 111 Motion to Continue as to Alan Alonzo Williams (1). The sentencing hearing set 9/26/18 @ 11:00 a.m. is vacated and continued pending further |

| | | |
|---|---|---|
| | | order of court. A telephonic (non-appearance) setting conference is set for 9/26/2018 at 11:00 AM. Counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. By Judge Robert E. Blackburn on 9/11/18. Text Only Entry (rebsec) (Entered: 09/11/2018) |
| 09/26/2018 | 113 | MINUTE ORDER by Judge Robert E. Blackburn on 9/26/18 as to Alan Alonzo Williams. After conferring with counsel, and by agreement of all, the Sentencing is set for 12/18/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 09/26/2018) |
| 10/29/2018 | 114 | MOTION for Order *for Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 10/29/2018) |
| 11/28/2018 | 115 | Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 11/28/2018) |
| 12/04/2018 | 116 | Additional Information Relating to 115 Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) Modified on 12/5/2018 to correct event text and create linkage (athom, ). (Entered: 12/04/2018) |
| 12/06/2018 | 117 | RESTRICTED REVISED PRESENTENCE REPORT as to Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B); (1st Addendum 66 )(sdean, ) (Entered: 12/06/2018) |
| 12/06/2018 | 118 | RESTRICTED ADDENDUM to Presentence Report 117 as to Alan Alonzo Williams (Attachments: # 1 Exhibit A)(sdean, ) (Entered: 12/06/2018) |
| 12/13/2018 | 119 | Additional Grounds in Support of Pending 115 Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) Modified on 12/13/2018 to correct event text and create linkage (athom, ). (Entered: 12/13/2018) |
| 12/13/2018 | 120 | MINUTE ORDER by Judge Robert E. Blackburn on 12/13/18 as to Alan Alonzo Williams re 113 Minute Order Setting Sentencing: due to the unavailability of Judge Blackburn's courtroom (A1001), the Sentencing set for 12/18/2018 at 11:00 AM will now be held in Courtroom A 702 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 12/13/2018) |
| 12/17/2018 | 124 | **WITHDRAWN** Letter requesting that counsel be withdrawn by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) Modified on 1/3/2019 to withdraw pursuant to 129 Minute Order (agarc, ). (Entered: 12/19/2018) |
| 12/18/2018 | 121 | COURTROOM MINUTES for Motion Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 12/18/2018. ORDERED: 115 Defendant's Fifth Motion to Continue is granted. Sentencing reset for 3/27/2019 at 1:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Court Reporter: Tracy Weir. (lrobe) (Entered: 12/18/2018) |
| 12/18/2018 | 122 | ORDER Granting 115 Motion to Continue as to Alan Alonzo Williams re 121 Courtroom Minutes. By 1/3/2019, the warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123) shall advise the court in writing about when the defendant shall receive the medical treatment, including any surgery, reasonably necessary to address the medical condition and needs of the defendant. By Judge Robert E. Blackburn on 12/18/2018. (athom, ) (Entered: 12/19/2018) |
| 12/19/2018 | 123 | Certificate of Service by Certified Mail by Clerk of Court re 122 Order as to Alan Alonzo Williams. Copy of 122 Order mailed to FCI Englewood, ATTN: Warden, 9595 West |

| | | |
|---|---|---|
| | | Quincy Avenue, Littleton, CO 80123. (athom, ) (Entered: 12/19/2018) |
| 12/20/2018 | 125 | MINUTE ORDER By Judge Robert E. Blackburn on 12/20/18 as to Alan Alonzo Williams re 124 MOTION that counsel be withdrawn filed by Alan Alonzo Williams. Motion Hearing is set for 1/15/2019 at 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 12/20/2018) |
| 12/20/2018 | 126 | MOTION to Excuse *Appearance and Allow Appearance by Phone* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 12/20/2018) |
| 12/20/2018 | 127 | MINUTE ORDER denying as moot 126 Motion to Excuse as to Alan Alonzo Williams (1). The Motion Hearing re 124 MOTION that counsel be withdrawn filed by Alan Alonzo Williams set 1/15/2019 is vacated and reset for 1/3/2019 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 12/20/18. Text Only Entry (rebsec) (Entered: 12/20/2018) |
| 12/28/2018 | 128 | Letter requesting to withdraw 124 Motion and to vacate hearing by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 12/28/2018) |
| 01/02/2019 | 129 | MINUTE ORDER That the plaintiff's request to withdraw his request that counsel be withdrawn, as set forth in his Letter 128 , filed December 28, 2018, is granted; That the relief requested in plaintiff's previous Letter 124 , filed December 17, 2018, is denied as moot; and That the hearing scheduled for Thursday, January 3, 2019, at 11:00 a.m., in this matter is vacated, by Judge Robert E. Blackburn on 1/2/2019. (evana, ) (Entered: 01/02/2019) |
| 01/07/2019 | 130 | Certified Mail Receipt re 123 Certificate of Service as to Alan Alonzo Williams. (athom, ) (Entered: 01/10/2019) |
| 02/08/2019 | 131 | ORDER TO SHOW CAUSE as to Alan Alonzo Williams. On or before 2/20/2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the Order Granting Motion To Continue [# 122 ] issued by this court. If the Warden seeks to establish facts demonstrating the reasons for his noncompliance with the Order Granting Motion To Continue [# 122 ], he shall file a sworn affidavit averring the facts on which he relies. After review of the response by the Warden to this Order To Show Cause, the court will determine if a contempt hearing is necessary. By Judge Robert E. Blackburn on 02/08/2019. (athom, ) (Entered: 02/08/2019) |
| 02/08/2019 | 132 | Certificate of Service by Certified Mail by Clerk of Court re 131 Order to Show Cause, 122 Order as Alan Alonzo Williams. Copy of 131 Order to Show Cause and 122 Order mailed to FCI Englewood, ATTN: Richard Hudgins, Warden, 9595 West Quincy Avenue, Littleton, CO 80123. (athom, ) (Entered: 02/08/2019) |
| 02/28/2019 | 133 | Unopposed MOTION to Continue by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 02/28/2019) |
| 03/06/2019 | 134 | ORDER TO SHOW CAUSE as to Alan Alonzo Williams. On or before 3/18/2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the Order Granting Motion To Continue [# 122 ] issued by this court. By Judge Robert E. Blackburn on 03/06/2019. (athom, ) (Entered: 03/06/2019) |
| 03/07/2019 | 135 | Certificate of Service as to Alan Alonzo Williams re 134 Order to Show Cause, 122 Order, (Attachments: # 1 USMS Form) (athom, ) (Entered: 03/07/2019) |
| 03/21/2019 | 136 | MINUTE ORDER by Judge Robert E. Blackburn on 3/21/19 granting 133 Sixth Motion to Continue Sentencing as to Alan Alonzo Williams (1). The Sentencing Hearing set 3/27/19 @ 1:30 p.m. is vacated and continued pending further order. A Telephonic (non- |

| | | |
|---|---|---|
| | | appearance) Setting Conference is set for 3/27/2019 at 01:30 PM. Counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. Text Only Entry (rebsec) (Entered: 03/21/2019) |
| 03/22/2019 | 137 | **WITHDRAWN** - Letter requesting that Steven K. Jacobson be withdrawn as counsel by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) Modified on 4/4/2019 to withdraw pursuant to 141 Order (athom, ). (Entered: 03/22/2019) |
| 03/27/2019 | 138 | MINUTE ORDER by Judge Robert E. Blackburn on 3/27/19 as to Alan Alonzo Williams re 137 MOTION for Order filed by Alan Alonzo Williams. After conferring with counsel, and by agreement of all, a Motion Hearing is set for 4/25/2019 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 03/27/2019) |
| 03/29/2019 | 139 | Letter requesting that 137 Letter be withdrawn by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 04/01/2019) |
| 04/02/2019 | 140 | Return of Service upon Warden Richard Hudgins, FCI - Englewood on 03/26/2019 re 135 Certificate of Service. (athom, ) (Entered: 04/02/2019) |
| 04/03/2019 | 141 | ORDER by Judge Robert E. Blackburn on 4/3/19 granting 139 Motion to Withdraw Document 137 as to Alan Alonzo Williams (1). The Motions Hearing set 4/25/19 @ 10:00 am is vacated. A Telephonic (non-appearance) Setting Conference is set for 4/8/2019 at 10:45 AM to set this matter for sentencing hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. Text Only Entry (rebsec) (Entered: 04/03/2019) |
| 04/03/2019 | 142 | RESPONSE TO ORDER TO SHOW CAUSE to 134 Order to Show Cause - Declaration of Richard Hudgins, by USA as to Alan Alonzo Williams (Weber, Rebecca) Modified on 4/4/2019 to add text (athom, ). (Entered: 04/03/2019) |
| 04/08/2019 | 143 | MINUTE ORDER by Judge Robert E. Blackburn on 4/8/19 as to Alan Alonzo Williams. After conferring with counsel, and by agreement of all, the Sentencing hearing is set for 6/19/2019 at 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 04/08/2019) |
| 05/15/2019 | 144 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Alan Alonzo Williams held on 03/23/2016 before Magistrate Judge Tafoya. Pages: 1-6. Prepared by: AB Court Reporting & Video, Inc..<br><br>**NOTICE - REDACTION OF TRANSCRIPTS**: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 05/15/2019) |
| 06/03/2019 | 146 | Letter requesting that Steven K. Jacobson be withdrawn as my counsel by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 06/04/2019) |
| 06/04/2019 | 145 | SENTENCING STATEMENT *Third Supplemental* by Alan Alonzo Williams (Attachments: # 1 Exhibit Discharge Instructions, # 2 Exhibit 3 28 18 Report, # 3 Exhibit |

| | | |
|---|---|---|
| | | 8 28 18 Report, # 4 Exhibit Fax, # 5 Exhibit Orthopedic Report, # 6 Exhibit Letter)(Jacobson, Steven) (Entered: 06/04/2019) |
| 06/06/2019 | 147 | MINUTE ORDER by Judge Robert E. Blackburn on 6/6/19 re 146 MOTION for Order filed by Alan Alonzo Williams. This matter is set for hearing on 6/19/2019 at 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 06/06/2019) |
| 06/11/2019 | 148 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Alan Alonzo Williams held on 03/18/2016 before Magistrate Judge Hegarty. Pages: 1-5. Prepared by: AB Court Reporting & Video, Inc..<br><br>NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 06/11/2019) |
| 06/11/2019 | 149 | AFFIDAVIT by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 06/11/2019) |
| 06/12/2019 | 150 | RESTRICTED MEDICAL REPORT as to Alan Alonzo Williams. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit)(Weber, Rebecca) (Entered: 06/12/2019) |
| 06/12/2019 | 151 | SENTENCING STATEMENT *and Response to Defendant's Sentencing Statements* by USA as to Alan Alonzo Williams (Attachments: # 1 Exhibit, # 2 Exhibit)(Weber, Rebecca) (Entered: 06/12/2019) |
| 06/13/2019 | 152 | Corrected TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Alan Alonzo Williams held on 03/18/2016 before Magistrate Judge Hegarty. Pages: 1-5. Prepared by: AB Court Reporting & Video, Inc..<br><br>NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 06/13/2019) |
| 06/19/2019 | 153 | COURTROOM MINUTES for Motion Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn. ORDERED: The motion to terminate the attorney-client relationship in the form of a letter to the Court 146 is denied. Court Reporter: Tracy Weir. (lrobe) (Entered: 06/19/2019) |
| 06/19/2019 | 154 | COURTROOM MINUTES for Sentencing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 6/19/2019. ORDERED: 52 Government's Motion Pursuant to |

| | | |
|---|---|---|
| | | U.S.S.G. § 3E1.1(b) and 53 Government's Motion to Dismiss Counts are granted. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 06/19/2019) |
| 06/21/2019 | 155 | JUDGMENT as to defendant Alan Alonzo Williams. Count 1: 84 months imprisonment. 3 years supervised release. $100 special assessment. $1,146,828.28 restitution. Counts 2-4: Dismissed. Entered by Judge Robert E. Blackburn on 6/21/2019. (lrobe) (Entered: 06/21/2019) |
| 06/21/2019 | 156 | STATEMENT OF REASONS as to Alan Alonzo Williams. (lrobe) (Entered: 06/21/2019) |
| 06/27/2019 | 157 | NOTICE OF APPEAL as to 154 Order on Motion for Decrease for Acceptance of Responsibility,, Order on Motion to Dismiss Counts,, Sentencing, 155 Judgment, 156 Statement of Reasons by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | 158 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 157 Notice of Appeal as to Alan Alonzo Williams to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record - SOR (Restricted Level 2) Doc 156 emailed separately to the Tenth Circuit ) (athom, ) (Entered: 06/27/2019) |
| 06/27/2019 | 159 | USCA Case Number 19-1229 as to Alan Alonzo Williams for 157 Notice of Appeal filed by Alan Alonzo Williams. (athom, ) (Entered: 06/27/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/28/2019 11:38:13 | | | |
| PACER Login: | Gandalfj:3164422:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:15-cr-00395-REB |
| Billable Pages: | 13 | Cost: | 1.30 |