FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

July 3, 2019

Elisabeth A. Shumaker  
Clerk of Court

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

ALAN ALONZO WILLIAMS,

   Defendant - Appellant.

No. 19-1229  
(D.C. No. 1:15-CR-00395-REB-1)  
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, Chief Circuit Judge.

---

This matter is before the court on attorney Steven K. Jacobson's *Renewed Motion to Withdraw*, in which he requests leave to withdraw as counsel for appellant Alan Alonzo Williams and further requests that the court appoint new counsel to represent Mr. Williams on appeal. The district court made the requisite finding of eligibility for the appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A.

Upon consideration, the court grants the motion to withdraw. Pursuant to the Criminal Justice Act, the court appoints Mr. Jacobson to represent Mr. Williams for purposes of this appeal, effective nunc pro tunc to the date Mr. Jacobson filed the notice of appeal on Mr. Williams' behalf, and terminates that appointment with the entry of this order. Mr. Jacobson shall have no continuing obligations in this appeal except to: (1) ensure that he has made appropriate arrangements through the district court's

eVoucher system for payment of the transcripts he ordered on June 28, 2019; (2) forward to substitute counsel any materials in his possession that are pertinent to this appeal; and (3) transmit a copy of this order to Mr. Williams.

The court now appoints CJA Panel Member Keith Bradley to represent Mr. Williams for purposes of this appeal. *See* 18 U.S.C. § 3006A. Mr. Bradley's contact information is:

> Keith Bradley
> Firm: 303/830-1776
> Direct: 303-894-6156
> Email: keith.bradley@squirepb.com
> Squire Patton Boggs
> 1801 California Street, Suite 4900
> Denver, CO 80202

On or before July 15, 2019, Mr. Bradley shall enter an appearance in this appeal on behalf of Mr. Williams. If warranted, Mr. Bradley may file—on or before July 24, 2019: (1) a supplemental designation of record; and/or (2) a supplemental transcript order form. The district court shall wait until at least July 25, 2019 before transmitting the record on appeal.

The court directs its Clerk to transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado.

> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> *[signature]*
>
> by: Lisa A. Lee
>      Counsel to the Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                   Chris Wolpert
Clerk of Court          July 03, 2019            Chief Deputy Clerk

Keith Bradley
Squire Patton Boggs
1801 California Street, Suite 4900
Denver, CO 80202

RE:   19-1229, United States v. Williams
      Dist/Ag docket: 1:15-CR-00395-REB-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the

Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Rebecca S. Weber

EAS/lab