United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A 1001
901-19th Street
Denver, CO. 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -3 2019

JEFFREY P. COLWELL
CLERK

RE: 15-CR-00395-RED

Your Honor,

I'm submitting this letter in regards to the notice of appeal documents that I sent on the 27th of June, 2019. These documents were sent certified to the courts.

After conversation with Mr. Steven Jacobson in regards to an appeal, he stated for me to inform him if I needed him to file an appeal. I responded to him that I didn't need his assistance and that I would proceed with filing the documents myself. Mr. Jacobson then notified me later that he went ahead and filed the documents even though I asked him not to. These documents were filed without my consent. I have filed the documents myself stating the reasons for my appeal and my documents of appeal need to be the documents that are recorded on my behalf.

Respectfully submitted,

Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Ave
Littleton, CO. 80123-1159