

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

September 10, 2019

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO  80257

RE:   USA v. Alan Alonzo Williams

District Court Case No.  15-cr-395 REB
Court of Appeals Case No.  19-1229

Dear Clerk:

Enclosed please find the Record on Appeal in  (8) tEight volume(s) which consist of the following:

Volume I - Electronic Pleadings
Volume II - Electronic Documents
Volume III - Electronic Documents
Volume IV - Restricted Level-3
Volume V - Restricted Level-2
Volume VI - Restricted Level-4
Volume VII - Transcripts

JEFFREY P. COLWELL, CLERK

By:  s/  E. Van Alphen
Deputy Clerk