APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:15–cr–00395–REB</u> All Defendants

Case title: USA v. Williams

Date Filed: 10/07/2015
Date Terminated: 06/21/2019

Assigned to: Judge Robert E.
Blackburn

Appeals court case number:
19–1229 USCA

**<u>Defendant (1)</u>**

**Alan Alonzo Williams**
*TERMINATED: 06/21/2019*

represented by

**Alan Alonzo Williams**
#43473–013
ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123
PRO SE

**Keith Bradley**
Squire Patton Boggs (US) LLP–Denver
1801 California Street
Suite 4900
Denver, CO 80202
303–894–6156
Fax: 303–894–9239
Email: keith.bradley@squirepb.com
*ATTORNEY TO BE NOTICED*
*Designation: 10th Circuit Special Designation*

**Matthew C. Golla**
Office of the Federal Public Defender–Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303–294–7002
Fax: 303–294–1192
Email: Matt_Golla@fd.org
*TERMINATED: 07/19/2016*
*Designation: Public Defender or Community
Defender Appointment*

**Michael John Gallagher**
Davis Graham & Stubbs, LLP–Denver

1550 17th Street
Suite 500
Denver, CO 80202
303–892–9400
Fax: 303–893–1379
Email: mike.gallagher@dgslaw.com
*TERMINATED: 11/15/2017*
*Designation: CJA Appointment*

**Steven K. Jacobson**
Collins & Rafik
1881 9th Street
#315
Boulder, CO 80302
303–444–9292
Fax: 303–447–0200
Email: steve@rafiklaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| BANK FRAUD<br>(1) | 84 months imprisonment. 5 years supervised release.<br>$100 special assessment. $1,146,828.28 restitution. |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| BANK FRAUD<br>(2–4) | Dismissed. |

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| **USA** | represented by | **Linda S. Kaufman** |
| --- | --- | --- |
| | | U.S. Attorney's Office–Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |

303−454−0100
Fax: 454−0402
Email: Linda.Kaufman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Julia K. Martinez**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0100
Email: julia.martinez@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Rebecca Susan Weber**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0332
Email: Rebecca.Weber@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/15/2017 | 71 | 6 | COURTROOM MINUTES for Sentencing Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 11/15/2017. Granting 70 Mr. Gallagher's Motion to Withdraw. Mr. Gallagher is relieved of further duty or responsibility to represent Mr. Williams in these criminal proceedings. Within 60 days, Mr. Williams shall file his written position to request appointment of conflict−free counsel from the court's CJA panel or the retention of private counsel. Status Conference set for 1/17/2018 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Court Reporter: Tracy Weir. (ebuch) (Entered: 11/15/2017) |
| 01/12/2018 | 73 | 8 | Unopposed MOTION to Vacate Status Conference and Continue by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 01/12/2018) |
| 01/12/2018 | 74 | 12 | NOTICE *of Government's Position* re 73 MOTION to Continue by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 01/12/2018) |
| 01/17/2018 | 75 | 14 | COURTROOM MINUTES for Status Conference as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 1/17/2018. **ORDERED:** 73 Defendant's Motion to Continue GRANTED. Continued Status Conference set for 3/22/2018 at 10:00 AM in Courtroom A1001 before Senior Judge Robert E. Blackburn, at which hearing the defendant shall appear without further notice or order from the Court. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 01/17/2018) |

| 03/16/2018 | 76 | 16 | MOTION to Appoint Counsel and Vacate Status Hearing by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 03/16/2018) |
|---|---|---|---|
| 03/21/2018 | 79 | 21 | NOTICE OF ATTORNEY APPEARANCE: Steven K. Jacobson appearing for Alan Alonzo Williams Attorney Steven K. Jacobson added to party Alan Alonzo Williams (pty:dft) (Jacobson, Steven) (Entered: 03/21/2018) |
| 03/29/2018 | 81 | 22 | Unopposed MOTION to Excuse *Appearance* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 03/29/2018) |
| 04/05/2018 | 83 | 24 | COURTROOM MINUTES for Status Conference as to Alan Alonzo Williams held before Senior Judge Robert E. Blackburn on 4/5/2018. Any motion for subpoenas or subpoenas duces tecum due 4/13/2018. Motion to withdraw plea of guilty due by 4/20/2018. Defendant may file additional objections to the presentence investigation report and/or revise or amend his existing motions by June 15, 2018. Any response by the government or probation department due June 25, 2018. Matter set for further proceedings on June 27, 2018, at 2:00 p.m., reserving the balance of the afternoon if necessary. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 04/05/2018) |
| 06/11/2018 | 100 | 26 | Unopposed MOTION to Continue *Sentencing and Due Date for Supplemental Sentencing Argument* by Alan Alonzo Williams. (Attachments: # 1 Exhibit Surgery, # 2 Exhibit Knee)(Jacobson, Steven) (Entered: 06/11/2018) |
| 09/07/2018 | 110 | 40 | SENTENCING STATEMENT *Second Supplemental* by Alan Alonzo Williams (Attachments: # 1 Exhibit Loan, # 2 Exhibit Loan, # 3 Exhibit Wells Fargo documents, # 4 Exhibit Wells Fargo documents, # 5 Exhibit Wells Fargo documents, # 6 Exhibit Sam Club Records, # 7 Exhibit Certificate, # 8 Exhibit Orthopedic Letter)(Jacobson, Steven) (Entered: 09/07/2018) |
| 09/07/2018 | 111 | 136 | Unopposed MOTION to Continue *Defendants Fourth* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 09/07/2018) |
| 10/29/2018 | 114 | 139 | MOTION for Order *for Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 10/29/2018) |
| 11/28/2018 | 115 | 143 | Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 11/28/2018) |
| 12/04/2018 | 116 | 146 | Additional Information Relating to 115 Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) Modified on 12/5/2018 to correct event text and create linkage (athom, ). (Entered: 12/04/2018) |
| 12/13/2018 | 119 | 148 | Additional Grounds in Support of Pending 115 Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) Modified on 12/13/2018 to correct event text and create linkage (athom, ). (Entered: 12/13/2018) |
| 12/17/2018 | 124 | 159 | **WITHDRAWN** Letter requesting that counsel be withdrawn by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) Modified on 1/3/2019 to withdraw pursuant to 129 Minute Order (agarc, ). (Entered: 12/19/2018) |

| 12/18/2018 | 121 | 151 | COURTROOM MINUTES for Motion Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 12/18/2018. ORDERED: 115 Defendant's Fifth Motion to Continue is granted. Sentencing reset for 3/27/2019 at 1:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Court Reporter: Tracy Weir. (lrobe) (Entered: 12/18/2018) |
|---|---|---|---|
| 12/18/2018 | 122 | 153 | ORDER Granting 115 Motion to Continue as to Alan Alonzo Williams re 121 Courtroom Minutes. By 1/3/2019, the warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123) shall advise the court in writing about when the defendant shall receive the medical treatment, including any surgery, reasonably necessary to address the medical condition and needs of the defendant. By Judge Robert E. Blackburn on 12/18/2018. (athom, ) (Entered: 12/19/2018) |
| 12/19/2018 | 123 | 155 | Certificate of Service by Certified Mail by Clerk of Court re 122 Order as to Alan Alonzo Williams. Copy of 122 Order mailed to FCI Englewood, ATTN: Warden, 9595 West Quincy Avenue, Littleton, CO 80123. (athom, ) (Entered: 12/19/2018) |
| 12/20/2018 | 126 | 164 | MOTION to Excuse *Appearance and Allow Appearance by Phone* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 12/20/2018) |
| 12/28/2018 | 128 | 166 | Letter requesting to withdraw 124 Motion and to vacate hearing by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 12/28/2018) |
| 01/02/2019 | 129 | 168 | MINUTE ORDER That the plaintiff's request to withdraw his request that counsel be withdrawn, as set forth in his Letter 128 , filed December 28, 2018, is granted; That the relief requested in plaintiff's previous Letter 124 , filed December 17, 2018, is denied as moot; and That the hearing scheduled for Thursday, January 3, 2019, at 11:00 a.m., in this matter is vacated, by Judge Robert E. Blackburn on 1/2/2019. (evana, ) (Entered: 01/02/2019) |
| 01/07/2019 | 130 | 169 | Certified Mail Receipt re 123 Certificate of Service as to Alan Alonzo Williams. (athom, ) (Entered: 01/10/2019) |
| 02/08/2019 | 131 | 171 | ORDER TO SHOW CAUSE as to Alan Alonzo Williams. On or before 2/20/2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the Order Granting Motion To Continue [# 122 ] issued by this court. If the Warden seeks to establish facts demonstrating the reasons for his noncompliance with the Order Granting Motion To Continue [# 122 ], he shall file a sworn affidavit averring the facts on which he relies. After review of the response by the Warden to this Order To Show Cause, the court will determine if a contempt hearing is necessary. By Judge Robert E. Blackburn on 02/08/2019. (athom, ) (Entered: 02/08/2019) |
| 02/08/2019 | 132 | 173 | Certificate of Service by Certified Mail by Clerk of Court re 131 Order to Show Cause, 122 Order as Alan Alonzo Williams. Copy of 131 Order to Show Cause and 122 Order mailed to FCI Englewood, ATTN: Richard Hudgins, Warden, 9595 West Quincy Avenue, Littleton, CO 80123. (athom, ) (Entered: 02/08/2019) |
| 02/28/2019 | 133 | 177 | Unopposed MOTION to Continue by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 02/28/2019) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:                 November 15, 2017

Deputy Clerk:         Emily Buchanan
Court Reporter:       Tracy Weir
Probation Officer:    Kyla Hamilton

---

**Criminal Action No. 15-cr-00395-REB**

Parties:                                 Counsel:

UNITED STATES OF AMERICA,                Rebecca Weber

     Plaintiff,
v.

1. ALAN ALONZO WILLIAMS,                 Michael Gallagher

     Defendant.

---

### COURTROOM MINUTES

---

**SENTENCING HEARING**

**11:07 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Before the Court is Mr. Gallagher's Motion to Withdraw [ECF 70], filed November 14, 2017.  Mr. Gallagher requests to be heard in an ex parte setting.

11:10 a.m.    Ms. Weber, Ms. Hamilton, and the individuals seated in the gallery are asked to exit the courtroom.

Statement by Mr. Gallagher.

Statement by Mr. Williams.

Response by Mr. Gallagher.

Statement by the Court.

11:44 a.m.   Ms. Weber, Ms. Hamilton, and the individuals seated in the gallery return to the courtroom.

**ORDERED**:   Mr. Gallagher's Motion to Withdraw [ECF 70], filed November 14, 2017 is **GRANTED**.  Mr. Gallagher is relieved of further duty or responsibility to represent Mr. Williams in these criminal proceedings.

**ORDERED**:   Within 60 days, Mr. Williams shall file his written position to request appointment of conflict-free counsel from the court's CJA panel or the retention of private counsel.

**ORDERED**:   A Status Conference is set for **Wednesday, January 17, 2018 at 9:00 a.m.** in Courtroom A-1001.  Ms. Hamilton may attend the conference, but her presence is not required by the Court.

**ORDERED**:   The defendant is remanded to the custody of the United States Marshal.

**11:49 a.m.   Court in recess.**

Total time in court: 00:42

Hearing concluded.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-CR-00395-REB

UNITED STATES OF AMERICA,
   Plaintiff,

v.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 12 2018**

JEFFREY P. COLWELL
CLERK

1. ALAN ALONZO WILLIAMS,
   Defendant.

## DEFENDANTS UNOPPOSED MOTION TO VACATE STATUS CONFERENCE AND CONTINUE

Defendant Alan Alonzo Williams ("Defendant"), request that the status date, currently scheduled for January 17th, 2018 at 9:00 AM, be vacated and continued for an additional 60 days, approximately on or after March 16th, 2018. In support of this Motion ("Motion"), Defendant states as follows:

1. On November 15th, 2017, Defendant was granted 60 days to file his written position to request appointment of conflict-free counsel from the courts CJA panel or the retention of private counsel.

Cont;

2. Defendants relatives have stated
   that the funding which will be
   provided for private counsel will
   come from property and a retirement
   account.

3. Defendants relatives have also
   stated that the property appraisal
   and account evaluation have not
   been completed as of January 8th,
   2018. It is expected to be completed
   by no later than 45 days; on or
   before February 22nd, 2018.

This defendant respectfully request
that his status hearing be vacated
and continued for approximately 60
days until on or about March 16th,
2018, or thereafter as necessary.

Respectfully submitted this 9th
day of January, 2018.

Alan Alonzo Williams ("Defendant")
#43473-013
Federal Detention Center - Englewood
9595 West Quincy Avenue
Littleton, Co 80123



Alan Alonzo Williams
#43473-013
Englewood
Federal Detention Center
9595 West Quincy Avenue
Littleton, Co.
80123

United States District Court
Honorable Judge:
Robert E. Blackburn
Alfred A. Arraj Courthouse
901 - 19th Street, Courtroom A1001
Denver, Co
80294 - 3589

LEGAL
MAIL

CERTIFIED MAIL

7010 3090 0002 7266 6218



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

   **1.  ALAN ALONZO WILLIAMS**

      Defendant.

---

## NOTICE OF GOVERNMENT'S POSITION ON DEFENDANT'S MOTION TO CONTINUE (#73)

---

      The government has received the "Defendant's Unopposed Motion to Vacate Status Conference and Continue" (ECF No. 73).   In fact, the government has had no contact with the defendant regarding the government's position on this motion.   The government does not necessarily oppose a further continuance in this matter, but would prefer that the Court maintain the status conference as set in order to discuss these issues.

      Respectfully submitted this 12th day of January, 2018.

<div align="right">

ROBERT C. TROYER
United States Attorney

s/ Rebecca S. Weber
REBECCA S. WEBER
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: rebecca.weber@usdoj.gov

</div>

<div align="center">1</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I have sent the foregoing to the following address via mail:

Alan Alonzo Williams
#43473-013
ENGLEWOOD FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

s/ Rebecca S. Weber
REBECCA S. WEBER
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: rebecca.weber@usdoj.gov

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:              January 17, 2018

Deputy Clerk:       Leigh Roberson
Court Reporter:     Tracy Weir
Probation Officer:  Kyla Hamilton

---

**Criminal Action No.  15-cr-00395-REB**

Parties:                              Counsel:

UNITED STATES OF AMERICA,             Rebecca Weber

     Plaintiff,
v.

1. ALAN ALONZO WILLIAMS,              Pro Se

     Defendant.

---

## COURTROOM MINUTES

---

**Status Conference**

**9:20 a.m.      Court in session.**

Appearances of counsel. Defendant is present in custody.

Opening statements by the Court.

Discussion regarding Defendant's Motion to Continue [ECF 73], filed January 12, 2018.

Court's findings of fact, conclusions of law, and orders.

     **IT IS ORDERED** as follows:

     1.      That [ECF 73] is granted;

Case No. 1:15-cr-00395-REB   Document 173-2   filed 09/10/19   USDC Colorado   pg 15 of
179
Case 1:15-cr-00395-REB   Document 75   Filed 01/17/18   Page 2 of 2

2.      That this matter is continued for Status Conference to March 22, 2018, at
10:00 a.m., at which time the defendant shall appear without further notice
or order from the Court;

3.      That the United States Marshal for the District of Colorado shall assist the
Court in securing the appearance of the defendant;

4.      That Probation Officer Kyla Hamilton or her designee may appear in
person or by telephone, or not, as Ms. Hamilton or her designee may
determine; and

5.      That pending further proceedings, the Defendant is remanded to the
custody of the United States Marshal.

**9:28 a.m.      Court in recess.**

Total time in court: 0:08

Hearing concluded. Defendant remanded.

Case 1:15-cr-00395-REB   1 of 3   03/12/18 USDC Colorado

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA

Plaintiff,

v.

1. Alan Alonzo Williams
   Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2018

JEFFREY P. COLWELL
CLERK

## Motion TO APPOINT COUNSEL AND VACATE STATUS HEARING

Alan Alonzo Williams, ("Defendant") respectfully moves for the court to appoint counsel. In support of this Motion ("Motion"), Defendant states as follows:

1. On Wednesday, January 17th, 2018, the courts continued the status hearing until March 22nd, 2018, Thursday, due to the defendants relatives obtaining appraisals for property and retirement accounts in order for the defendant to obtain private counsel.

2. As of Friday, March 9th, 2018, the

Case 1:15-CR-00395-REB   2 of 3   03/12/18   USDC Colorado

Motion
Counsel

defendant hasn't been told anything from his relatives as to if the funding for private counsel was approved or denied, or whether his relatives were still pondering the situation, or maybe his relatives just changed their minds?

3.  At this time I'm requesting that the current date of Thursday, March 22nd, 2018 be vacated and another date be set, either Friday, June 29th, 2018, or sometime on or around Thursday, July 12th, 2018 through Friday, July 20th, 2018, whichever is available, in order for new counsel to obtain all the necessary documents to review, along with being able to address any issues as needed. New counsel will need to be brought up to speed on all issues in progress with Mr. Williams.

4.  As far as newly appointed counsel by the courts, I'm requesting, if possible, that an attorney that's on the CJA panel by the name of Kate Stimson be appointed.

Case 1:15-cr-00395-REB 3of3 03/12/18 USDC Colorado

Motion
Counsel

Respectfully submitted this 12th day
of March, 2018

Alan Alonzo Williams
#43573-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, Colorado 86123-1159



Alan A. William
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, Co.
80123-1159

LEGAL
MAIL

CERTIFIED MAIL

7010 3090 0002 7266 6395

United States District Court
Honorable Judge:
Robert E. Blackburn
ALFRED A. ARRAJ Courthouse
Courtroom A1001
901 - 19th Street
Denver, Co. 80294-3589



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      ALAN ALONZO WILLIAMS,

      Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL FOR ALAN ALONZO WILLIAMS

---

**COMES NOW** Steven K. Jacobson, a member of the bar of this Court, and

hereby enters an appearance as counsel for the above-named Defendant.

Dated:  March 21, 2018

Respectfully submitted,

      *s/ Steven K. Jacobson*
      Steven K. Jacobson
      Collins, Rafik and Jacobson LLC
      1881 9th St., Suite 315
      Boulder, Colorado  80302
      Telephone:  303-444-9292
      Fax:  303-447-0200
      e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 21, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

      *s/ Steven K. Jacobson*
      Steven K. Jacobson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ALAN ALONZO WILLIAMS,

      Defendant.

---

## MOTION TO BE EXCUSED FROM STATUS CONFERENCE

---

      Defendant, Alan Alonzo WIlliams, respectfully requests to be excused from the Status Conference set for April 5, 2018 and that an order issue directing that he not be transported to court. The parties have conferred and the government does not oppose this request.   As grounds therefore, Mr. Williams states:

      1.   Under Federal Rule of Criminal Procedure 43(b)(3), this Defendant's presence can be waived for a status conference court appearance.

      2. Defendant is in custody.   Mr. Williams recently had hernia repair surgery. The surgery resulted in complications for which he needs to obtain additional medical treatment.  He believes the treatment will be provided at approximately the same time as the date set for the status conference.  He does not want to miss the treatment because he was transported to or held for court.

      3. The matters to be discussed during the Status Conference do not necessitate the appearance of defendant and counsel will fully advise defendant of the matters discussed during the Status Conference.

Case No. 1:15-cr-00395-REB   Document 173-2   filed 09/10/19   USDC Colorado   pg 23 of
179
Case 1:15-cr-00395-REB   Document 81   Filed 03/29/18   Page 23 of 23

Dated:  March 29, 2018


Respectfully submitted,

<u>s/ Steven K. Jacobson</u>
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200
e-mail:  steve@collinsrafik.com


CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 29, 2018, I electronically filed the foregoing **MOTION TO
BE EXCUSED FROM STATUS CONFERENCE** with the Clerk of the Court using the CM/ECF
filing system which will send notification of such filing to all counsel of record in this case.

<u>s/ Steven K. Jacobson</u>
Steven K. Jacobson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:              April 5, 2018

Deputy Clerk:      Leigh Roberson
Court Reporter:    Tracy Weir
Probation Officer: Kyla Hamilton

---

**Criminal Action No.  15-cr-00395-REB**

Parties:                              Counsel:

UNITED STATES OF AMERICA,             Rebecca Weber

     Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,              Steven Jacobson

     Defendant.

---

## COURTROOM MINUTES

---

**Status Conference**

**11:06 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

Court's opening remarks and inquiries.

Statement by Mr. Jacobson for the defendant.

Statement by Ms. Weber for the government.

**IT IS ORDERED** as follows:

1. That by April 13, 2018, the defendant shall file any motion or request for
   subpoenas or subpoenas duces tecum;

Case No. 1:15-cr-00395-REB   Document 172-2   filed 09/10/19   USDC Colorado   pg 25 of
179
Case 1:15-cr-00395-REB   Document 85   Filed 04/05/18   Page 25 of 42

2.  That by April 20, 2018, the defendant may file a motion to withdraw his plea of guilty entered on January 12, 2017, failing which, he shall waive the right and opportunity to file such motion;

3.  That the defendant may file additional objections to the presentence investigation report and may revise or amend his existing motions – sentencing statement, motion for departure, and motion for variance – by June 15, 2018;

4.  That any response by the government or the probation department to additional objections or revisions of the sentencing statement and motions shall be filed by June 25, 2018;

5.  That the Court shall convene this matter for further proceedings on June 27, 2018, at 2:00 p.m. to conduct, in the alternative, a status conference, a sentencing hearing, or a hearing on any timely filed motion to withdraw the extant plea of guilty;

6.  That the Court reserves the balance of the afternoon, if necessary, for those proceedings, at which the defendant shall appear without further notice, order, or subpoena;

7.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the Court in securing the appearance of the defendant;

8.  That the defendant is remanded to the custody of the United States Marshal.

**11:35 a.m.    Court in recess.**

Total time in court: 0:29

Hearing concluded.

Case No. 1:15-cr-00395-REB Document 173-1 filed 09/10/19 USDC Colorado pg 26 of
Case 1:15-cr-00395-REB Document 100 Filed 06/11/18 Page 1 of 8
179

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

**UNOPPOSED MOTION TO CONTINUE SENTENCING AND DUE DATE FOR
SUPPLEMENTAL SENTENCING ARGUMENT**

---

       Defendant, Alan Alonzo Williams, by and through counsel, requests that

the sentencing in this matter, current scheduled for June 27, 2018 at 2:00 p.m., be

continued until sometime in September 2018.  .Counsel further requests that the

court continue the date set by which he is required to file his supplemental

sentencing argument (presently set for June 15, 2018) until a date two weeks after

the return date on the re-issued subpoenas requested herein.   In support of this

Motion to Continue Sentencing Hearing ("Motion"), Defendant states as follows:

       1.    On January 12, 2017, Williams pled guilty pursuant to a plea

agreement with the United States. On that date, the Court set Defendant's

sentencing hearing for April 6, 2017 at 10:00 A.M.

**Medical Treatment Issues**

       3.    Since the original setting, the sentencing hearing has been continued

Case No. 1:15-cr-00395-RBJ Document 173-1 filed 09/10/19 USDC Colorado pg 27 of
Case 1:15-cr-00395-RBJ Document 121 filed 06/11/18 USDC Colorado Page 2 of
179

several times to address the defendant's health issues, most significantly a
debilitating hernia condition.

     3.      Since Mr. Williams heath issue was first brought to the attention of
the Court, he has repeatedly been scheduled for surgery and repeatedly the
surgery did not occur.   Surgery was first schedule for March 22, 2017, however, it
did not occur.  His condition was not addressed again until October 24, 2017 when
surgery was ordered for a target date of November 28, 2017.  However, surgery
was not actually performed until January 24, 2018. See Exhibit 1.   During this
period he was in substantial pain and could not ambulate without crutches.

     4.      Soon after the surgery was performed it became clear to Mr. Williams
that the surgery failed.  He remained in pain and still could not ambulate without
crutches.

     5.      Until only recently, Mr. Williams continued to raise this issue with the
health services at FDC.  He was told he would be taken back to be re-evaluated.
This was repeated scheduled but never occurred until recently.  He actual did not
see the surgeon until June 1, 2018.  On June 1, 2018, he received a cat scan
which indicated that he again needed surgery to re-repair the hernia.  He was told
this would be scheduled.

     6.      Mr. Williams has met with the Warden of FDC.  The Warden informed
Mr. Williams that the facility had "dropped the ball" in getting him prompt treatment.
The Warden told Mr. Williams that he had investigated the situation and believed
that the corrective surgery could be arranged if his sentencing was continued until
September. The Warden informed Mr. Williams he would do everything he could to
"get it done" timely and wanted to assist Mr. Williams with getting the re-repair

Case No. 1:15-cr-00395-RBS-Document 172-1 filed 00/00/19 USDC Colorado pg 28 of
Case 1:13-cr-00395-RBS  Document 172 filed 06/11/18  Page 28 of
179

done at FDC knowing the uncertainty of this happening if he were transferred to a new facility.

7.      Were Mr. Williams to be sentenced prior to receiving surgery, he would end up at a new facility and in effect go to "the bottom of the list" with respect to receiving treatment.  He would lose any chance for continuity of care with the chance to have the doctor most familiar with his condition, and who did the original surgery, re-repair the hernia.

8.      Mr. Williams knows and accepts that he is facing a lengthy period of incarceration.  He simply wants the chance to serve his sentence with this significant health problem resolved.  At the same time he has degenerative joint disease in his right knee.  He will "ultimately" need a total knee replacement.  See Exhibit  2.  He is aware that it is unlikely that the Bureau of Prisons will be able to provide him a replacement.  Thus, this is a condition for which he will have to compensate during his sentence.  He is hoping that the hernia problem can be resolved before he is sentenced so that the knee is the only disability for which he has to compensate.  Even so, it is clear that Mr. Williams will remain on crutches until he gets a knee replacement which is likely some years from now.

9.      Mr. Williams is aware that the matter has been continued on several occasions, but begs the Court to give him a chance to resolve his hernia condition when it appears that it will be soon resolved.

**The Marshall's Service Failure to Serve Subpoenas**

10.      One of Mr. Williams concerns which led to the appointment of new counsel related to Mr. Williams desire to obtain Wells Fargo bank records that would support arguments that would be made in  an additional Supplemental Defendant's Sentencing Memorandum counsel would file.

Case No. 1:15-cr-00395-REB   Document 172-1   filed 09/10/19   USDC Colorado   pg 29 of
Case 1:15-cr-00395-REB   Document 172-1   filed 09/10/19   USDC Colorado   pg 29 of
179

11.     Similar evidence has previously been subpoenaed.   However, the materials he requested new counsel to obtain covered a broader period of time and included a request for certain materials not previously requested and/or not previously provided.

12.     Counsel filed a request to issue subpoenas for these Wells Fargo records on April 12, 2018 (Doc. #86 Ex Parte).   The subpoenas were thereafter issued and electronically forwarded to the Marshall's service on April 13, 2018. (Doc. # 89).   For reasons unclear to counsel, the Marshall's service never recognized that they have been sent the subpoenas for service.   When counsel discovered this and notified the Marshall's service, they proceed to serve the subpoenas, but service was obtained on May 2, 2018.   This was a day after the return date specified in the subpoenas, May 1, 2018.   Accordingly, Wells Fargo refused to provide the records because the return date had passed.

13.     On May 7, 2018, counsel filed a renewed motion requesting the subpoenas to Wells Fargo be reissued with a return date of June 4, 2018.   Counsel requested the Wells Fargo subpoenas be re-issued and a new subpoena be issued to Chase Bank for additional records.   The Court granted this motion and issued the subpoenas on May 8, 2018.   Counsel had told the Marshall's service this would be happening.   Counsel was then out of the country for some period of time.   Upon returning to the country and checking with the court on June 4, 2018 to obtain the materials requested, counsel discovered that the Chase Bank subpoena had been served and Chase had filed a response.   However, the Wells Fargo subpoenas had again not been served.   Upon contacting the Marshall's service to determine why the subpoenas had not been served, counsel was informed that there had been some confusion and it was not realized that there were two sets of

Case No. 1:15-cr-00395-REB   Document 173-1   filed 09/10/19   USDC Colorado   pg 30 of
Case 1:15-cr-00395-REB   Document 100   Filed 06/11/18   Page 30 of
179

subpoenas.   Counsel has now been assured by the supervisor that if the subpoenas were re-issued he would personally serve them immediately.

14.     Were this motion granted, counsel would immediately file a request that the subpoenas be issued a third time.  There would need to be a return date in approximately thirty days to give Wells Fargo time to comply.

**Position of Government**

15.     On June 7, 2018, counsel for Mr. Williams conferred with AUSA Rebecca Weber about this request. The government does not oppose this request.

**Conclusion and Further Statement of Grounds**

Mr. Williams recognizes that he is again requesting a significant delay. However, this delay will not prejudice the government, and is necessary to ensure that his medical treatment will not be delayed by a sentencing date in the near term and to allow him to provide the Court documentary evidence in support of his sentencing arguments.

Dated:  June 11, 2018.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200
e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on JUNE 11, 2018, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING AND DUE DATE FOR SUPPLEMENTAL SENTENCING ARGUMENT** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

_s/ Steven K. Jacobson_
Steven K. Jacobson

SWEDISH MEDICAL CENTER
501 EAST HAMPDEN AVENUE
ENGLEWOOD CO 80113

SOUTHWEST ER
6196 S. AMMONS WAY
LITTLETON, CO 80123

PATIENT NAME:    WILLIAMS,ALAN A
ACCOUNT#: ▬▬▬▬▬▬
MED REC#: ▬▬▬▬▬▬
LOCATION: AQ.OR

ATTENDING PHY:  Tillquist,Richard Leonard  MD

OPERATIVE REPORT
REPORT#:0124-0092   REPORT STATUS: Signed

Patient Name: WILLIAMS, ALAN A

Date of Surgery:  01/24/2018

SURGEON:  Richard L Tillquist, MD

REFERRING PHYSICIAN:
Richard L Tillquist, MD

PREOPERATIVE DIAGNOSIS:
Large incarcerated direct right inguinal hernia.

POSTOPERATIVE DIAGNOSIS:
Large incarcerated direct right inguinal hernia.

PROCEDURE:
Laparoscopic right inguinal hernia repair with mesh.

ASSISTANTS:
1. Kara Hudson, DO, PGY4.
2. Allan Nguyen, DO, PGY2.

ANESTHESIA:
General endotracheal.

ESTIMATED BLOOD LOSS:
Minimal.

DRAINS:
None.

COMPLICATIONS:
None.

CONDITION:
The patient was stable to recovery room.

PREOPERATIVE INDICATIONS:
This is a 55-year-old gentleman, who is currently incarcerated in prison.  He
has had a right inguinal hernia that is causing him a lot of discomfort, who
was evaluated, possibly undergoing a laparoscopic repair.  Risks and benefits

PATIENT NAME: WILLIAMS,ALAN A              ACCOUNT #: ▬▬▬▬▬▬

of the procedure were discussed with the patient. The patient was wished to proceed with the operative procedure.

TECHNIQUE AND FINDINGS:
The patient was taken to the operative room in stable condition and placed in supine position. After adequate general endotracheal anesthesia, he was prepped and draped in the usual sterile fashion. Incision was made in the supraumbilical position. Umbilicus elevated with towel clamp and Veress needle was passed in the abdomen. The abdomen was insufflated to 15 mmHg with carbon dioxide. A 12-mm trocar was passed in the abdomen. Camera was passed and the abdomen was briefly explored. The patient has a bowel extending into his direct hernia on the right. He has a small direct inguinal hernia on the left that we did not feel at this point needs any repair. Under direct vision, 5 mm trocars were passed through separate stab wounds to the right and left flank. The patient was placed in Trendelenburg position. The contents of the hernia were reduced out of the hernia sac and back down into the abdomen. Using the electrocautery unit and the Endo Shears, the peritoneal flap was developed on the right. It was dissected posteriorly and inferiorly down to the iliopubic tract and Cooper's ligament, both were widely exposed. Care was taken not to injure the inferior epigastric vessels. We then completely dissected the direct hernia out of the subcutaneous tissue and back into the abdomen. A piece of mesh was fashioned with the keyhole deformity, it was passed into the defect, first tacked to Cooper's ligament, then along the superior edge. The cord structures were passed through the keyhole deformity. The area was re-peritonealized using the tacking device. There was excellent coverage of all potential hernia areas. The fascia of the supraumbilical port site was closed with 0 Vicryl suture. All skin incisions were closed using running subcuticular sutures of 4-0 Monocryl. Dermabond was used as dressing. The patient tolerated the procedure well, was taken to recovery room in stable condition.

RLT/MEDQ/JOB# ████████████████
D: 01/24/2018 08:51:54  T: 01/24/2018 10:10:17
Authenticated by Richard L Tillquist, MD On 02/05/2018 01:43:12 PM

DD:01/24/18 0851        DT:01/24/18 1010

_____
Richard Leonard Tillquist, MD


Electronically Signed by Richard Leonard Tillquist, MD on 02/05/18 at 1243

PATIENT NAME: WILLIAMS,ALAN A          ACCOUNT #: ███████████



1411 South Potomac Street, Suite 400  Aurora, CO  80012    (303) 695-6060   Fax (303) 369-7776
401 West Hampden Place, Suite 220  Englewood, CO  80110    (303) 695-6060  Fax (303) 369-7776

RE:  ALAN WILLIAMS FCI
**Date of visit: 11/02/2017 1:59 PM**

Date Of Birth: ~~00/05/1962~~
Insurance Co:
Date of Injury:

Follow up note on ALAN WILLIAMS FCI

Problem:        Degenerative Joint Disease of Right Knee
Assessed:        11/02/2017

Patient presents today for evaluation of right knee pain. He has been seen previously years ago by my partner who is now semi retired. He was seen in possibly 2008 for his knee. At that time he was possibly a candidate for a partial knee replacement. He had seen another orthopedist Dr. Yang he recommended a partial at that time. He has been using a brace that is been very helpful. He would like to get a new one of those today as his is wearing out. He has done well with injections. Would like to see if he is a candidate for that as well. He denies numbness or tingling in the leg. Has been taking ibuprofen.

Physical exam: positive varus deformity 15°, crepitus with range of motion, moderate effusion, tender palpation globally patellofemoral joint to medial joint line, positive medial McMurray's, nerves intact grossly, antalgic gait, range of motion -5°-120°, stable to stress test, no erythema, no ecchymosis,

x-rays: AP/lateral/sunrise view shows moderate to severe DJD patellofemoral joint, severe DJD medial compartment, bone on bone changes, joint space narrowing, osteophytes, subchondral sclerosis, subchondral cyst

assessment and plan: patient is a pleasant male who presents today for evaluation of right knee pain and DJD. Based on his x-rays and previous treatments do feel ultimately he will need a knee replacement. At this time will give him a new brace. After getting consent we injected his right knee with cortisone. Tolerated this well. Continue anti-inflammatory/ice/activity modification. Follow up as needed. All questions answered. This dictation was performed using Dragon software. Even though reviewed there still may be typos or incomplete phrases.

Under sterile conditions, and after gettting the patient's oral consent, the knee joint was injected with 3cc of 1% plain Marcaine and 1cc (80mg) of Depomedrol.
right

**PATIENT INSTRUCTIONS**

Please don't hesitate to call if you have any questions.

With warmest regards,

Jeffrey A Arthur
**Colorado Orthopedic Consultants**
*Please note:  This dictation is subject to minor errors due to voice recognition software*



1411 South Potomac Street, Suite 400   Aurora, CO  80012    (303) 695-6060    Fax (303) 369-7776
401 West Hampden Place, Suite 220   Englewood, CO  80110    (303) 695-6060   Fax (303) 369-7776

Office Visit                                                                                             Page 4

**ALAN WILLIAMS FCI**
Male  DOB: ▓▓▓▓▓▓▓              98408                    Home: (720) 309-6549
                                                                      Ins: League Medical Concepts

Electronically signed by Jeffrey A Arthur on 11/08/2017 at 4:50 PM

Case No. 1:15-cr-00395-REB   Document 172-1   filed 09/10/19   USDC Colorado   pg 40 of
179
Case 1:15-cr-00395-REB   Document 110   Filed 09/07/18   Page 1 of 4

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     ALAN ALONZO WILLIAMS,

     Defendant.

---

## DEFENDANT'S S E C O N D  SUPPLEMENTAL SENTENCING MEMORANDUM AND REQUEST FOR NON-GUIDELINE SENTENCE

---

Mr. Williams submits this additional Supplemental Sentencing Memorandum in support of his previously filed Sentencing Memorandum and Motion for Downward Departure and Variance to address:

a.  material facts and arguments evident from discovery and other documents that were not presented to the Court by prior counsel. These facts and arguments address the intended loss calculation as to whether it exceeded $1,500,000;

b. to provide the Court documentation relating to programing Mr. Williams has completed while incarcerated, and,

c. to update the Court as to Mr. Williams medical condition.

### a. Intended Loss Calculation

Case No. 1:15-cr-00255-RBB   Document 178-2   Filed 09/10/19   USDC Colorado   pg 41 of
Case 1:15-cr-00255-REB   Document 110   Filed 04/04/18   Page 2 of 4
179

Prior counsel put substantial effort into obtaining information relating to how the

funds from completed loans were used by Mr. Williams.  This information is highly

relevant to the Courts determination of the intended loss because of the weight the

Court should give to an examination of the defendant's mental state as to how he would

have intended to use unreceived funds.  See *United States v Manatau*, 647 F.3d 1048,

1050  (10th Cir. 2011) (cited in the PSIR).

In the Addendum to the Presentence report (Document 66), Probation argues Mr.

William's history of repayment on the completed loans somehow establishes an intent

not to repay the denied loan.  However, this claim ignores the provisions of the loans

themselves and the economic realities of the time.

The Loans

The terms of the completed loans did not contemplate any short term repayment

of principal.  The major terms of first loan note with a principal amount of $800,000 (see

Exhibit 1 – Loan - See page WB-00002449),[1] provided for:

a.  a fluctuating interest rate that would change "every calendar quarter" and

began at 9.75%,

b.  required payments were set at the amount of $8,770.50 per month beginning

---

[1] Prior counsel's  and present  counsel's effort to  reconstruct  how funds  were used  has  been frustrated by the age of the case.  There is a limit on how long banking institution and the venders with which Mr. Williams did business kept records.  More recent efforts to obtain such records by subpoena or release have met limited success.  For example, Mr. Williams asserts that the cashier's checks he received went to venders of equipment and products and that the back of the checks would show that they were deposited by such venders.  However, only the fronts of the cashier's check were originally obtained by the government and are in discovery.  The backs of the checks are no longer available.  Accordingly, as noted in prior filings, most documents cited in this Memorandum are found in the discovery provided by the government. Prior counsel noted that these documents are voluminous and "will not be provided to the Court prior to sentencing; paper copies, however, will be offered at sentencing" and that certain other materials would be attached.    Instead, present  counsel is  providing  the relevant documents as attachments to this motion.

two months after the note was created, and,

c.  although pre-payment of the loan was permitted, the loan was not "due and payable (for) <u>14 years</u>."

This means the agreement contemplated that the monthly payment due in 2008 would total $87,775 (10 x $8,770.50).  The interest portion of those payments would have to cover the whole year's interest which would be $78,000 (at 9.75%).  This would have left only $9,775 going to principal in the first year by agreement of the parties.

The major terms of second loan note (done by a modification of the first note (Exhibit 2 – Loan) had an eventual principal amount of $360,000 and provided for:

d.  a similar fluctuating interest rate,

e.  required payments were set at the amount of $4,344.46 per month beginning one month after the note was created, and,

f.  adopted the same provisions of the first loan that although pre-payment of the loan was permitted, the loan did not come due for <u>14 years</u>.

This means the agreement contemplated that the monthly payments due in 2008 would total $26,067.36 (6 x $4,344.46).  The interest portion of those payments would be $17,550(at 9.75%).  This would have left only $8,517.36 going to principal in the first year by agreement of the parties.

It appears the parties contemplated that very little principal would be paid on these $1,100,000 loans (approximately $18,000 per year) in the early years of the 14 year loan period.   The obvious expectation was that this was a long term loan that would go on for years.  The loan was obviously granted for the purpose and with the hope that Mr. Williams could expand the company and grow its value over the years.   Thus,

Probation's assertion that the small principal repayment would have to cause one to have to "imagine that the defendant had some intent to repay the loans at an extremely faster rate than he had previously done" is far from imagination.  It was the exact agreement and contemplation of the parties.

<u>The Economy</u>

Sadly, Mr. William's decision to use fraudulent means to obtain loans based on his motivation to expand the family business occurred at a point in time when the country was entering the "Great Recession."  See https://en.wikipedia.org/wiki/Great_Recession_in_the_United_States.  Mr. Williams was investing the loan proceeds in equipment and expanding operations that weren't fully in place till the summer of 2008.  Within months, September 2008, there was a stock market crash. The associated near economic shutdown could only have contributed to Mr. William's business failure.  Mr. William's is not asserting this was the cause of the failure.  He acknowledges that his plan to expand the company was ill conceived.  However, his substantial efforts almost immediately bumped up into this sinking economy which could not have but accelerated the failure.

<u>Mr. Williams' Use of the Proceeds for Legitimate Business Purposes</u>

Given the limits of the records available, prior counsel offered a reconstruction of how the loan proceeds were used.  He was able to document that hundreds of thousands of the proceeds went to legitimate business purposes.  He found documentation or interview references that established that at least $406,369.54 of the first loan, $177,806.57 of the second loan and all of the second draw on the second loan ($51,515.00) went to legitimate business purposes.  He correctly noted that

Probation does not dispute the showing made by Mr. Williams in his Objections and Sentencing Memorandum that Mr. Williams used loan proceeds for legitimate business. However, Mr. William's believes it is important for the Court to know that the available documents establish that he used a much greater amount than previously documented by prior counsel. Further review of the available record shows hundreds of thousands of dollars in additional loan proceeds used for legitimate business purposes as shown mostly by checks to third parties not identified in Mr. Williams' original sentencing memorandum. This excludes other significant transactions with company venders which also occurred, but concerning which only limited records are available from the involved bank or venders. In summary and as noted below, other than the funds used by Mr. Williams to purchase two cars, nearly all of the loans went toward expansion and operation of the company.

<u>Additional Use of Loan Proceeds – First Loan</u>

With respect to the first loan, the following additional sums were used for legitimate business purposes. Prior counsel limited this analysis to the sum that was originally committed to operating expenses, $32,279.76. However, Mr. Williams negotiated significant discounts in paying off other loans which provided extra cash for operating expenses. Mr. Williams' purchase of used machines from Ross Vending also created cash that could be used for operating expenses. Although not the intended purpose, he additionally used some of the distributions intended for loan payoffs for operating purposes. Some of this funded the below listed additional expenses that were legitimate

business expenses[2]:

| Recipient | Date | Amount | Purpose | Documentation |
|---|---|---|---|---|
| Jim Moldane | 12/31/2008 | $ 39,200.00 | Loan brokerage fee | WF_00000734 |
| Seven Up | 1/3/2008 | $ 18,000.00 | Product | WF_00000530 |
| Bloom Realty | 1/3/2008 | $ 23,000.00 | Warehouse rent | WF_00000531 |
| Medved | 1/3/2008 | $ 3,100.00 | Supply truck repairs | WF_00000532 |
| Penske Rental | 1/3/2008 | $ 5,842.46 | Delivery truck rental | WF_00000533 |
| Soft Delivery | 1/3/2008 | $ 10,123.20 | Product | WF_00000807 |
| AMX | 1/4/2008 | $ 2,405.52 | AMX - various business expense DETAIL! | WF_00000570 |
| Coca Cola | 1/5/2008 | $ 5,000.00 | Product | WF_00000535 |
| Soft Delivery | 1/10/2008 | $ 7,500.00 | Product | WF_00000811 |
| Cash | | $ 30,000.00 | "Beverage purchase" noted in memo line. Mr. Williams often used cash to purchase product to obtain a cash discount from wholesalers. | WF_00000765 |
| Web Bank | 2/3/2008 | $ 8,334.24 | Loan payment | WF_00000736 |

---

[2] All of the Wells Fargo documents (WF xxxxxxxx) are attached as Exhibits 3a, 3b and 3c in the order presented herein.

| | | | | |
|---|---|---|---|---|
| Web Bank | 2/5/2008 | $ 8,334.24 | Loan payment | WF_00000737 |
| Sam's Club | 3/5/2008 | $ 1,221.88 | Product | WF_00000787 |
| Michael Bloom Realty | 2/20/2008 | $ 1,400.00 | Warehouse rent | WF_00000796 |
| AMX | 2/20/2008 | $ 2,000.00 | AMX - various business expenses | WF_00000572 |
| Wells Fargo | 2/12/2008 | $ 78.97 | Bank Service charge - DEBIT | WF_00000572 |
| Maaliki Motors | 2/20/2018 | $ 2,000.00 | Truck repair | WF_00000722 |
| Wells Fargo | 2/20/2008 | $ 5,000.00 | Principal Payment | WF_00000743 |
| Equipment Purchase | 2/21/2008 | $ 28,000.00 | Mr. Williams purchased equipment to go with vending machines. "Equipment Aspects" noted on memo line | WF_00000799 |
| HFC/Beneficial | 2/25/2008 | $ 1,500.00 | Payments associated with loan | WF0000783 |
| HFC/Beneficial | 2/25/2008 | $ 200.00 | Payments associated with loan | WF0000782 |
| Elevations | 2/25/2008 | $ 1,695.91 | Payments associated with loan | WF0000790 |
| Wells Fargo | 4/8/2008 | $ 1,554.08 | Loan Payment - debit | WF0000576 |
| Wells Fargo | 4/29/2008 | $ 1,058.00 | Loan Payment- debit | WF0000576 |
| HFC/Beneficial | 4/15/2008 | $ 450.00 | Payments associated | WF0000781 |

7

| | | with loan | | |
|---|---|---|---|---|
| Anthony Mastin | 4/22/2008 | $ 150.00 | Payment to employee | WF0000760 |
| HFC/Beneficial | 4/29/2008 | $ 250.00 | Payments associated with loan | WF0000760 |
| TOTAL | | $ 207,398.50 | | |

During this period some of the first loan proceeds were deposited in another company account (Wells Fargo # 144-5071129).  This account was used by Mr. Williams' father to pay regular small expenses, such as utilities.  These payments average approximately $2,000 a month.  See WF0000605-630.  This totaled another approximately $24,000 that went to legitimate purposes.

If one deducts from these operating expenses the $32,279.76 prior counsel already deducted and adds the remainder to prior counsel's total, this identifies approximately $606,147 in funds that went to legitimate expenses relating to the original $787,000 in loan proceeds.

At the same time, Mr. Williams was using loan proceeds to purchase product from wholesale suppliers and retailers such as Costco and Sam's Club.  As noted previously, records showing that cash went to wholesale suppliers are not available and also not available from Costco, but Sam's Club did provide records.[3]  The records document that from December 2007 onward, Mr. Williams spent on average $3,500 a month a Sam's Club.  An example month of the records is attached as Exhibit 4.  It was Mr. Williams' practice to purchase items for resale from both Sam's Club and Costco depending on which retailer had the best price.  He on average spent at least equal

---

[3] The records were provided in response to a subpoena ducas tecum and the originals are in possession of the court administrator.

Case No. 1:15-cr-00285-RBB  Document 172-1  filed 09/10/19  USDC Colorado  pg 48 of
Case 1:19-cr-00955-REB  Document 21-10  Filed 05/07/18  Page 5 of 11
179

amounts at both retailers. This means he spent approximately $7,000 a month on product, yet checks to Sam's Club (as noted above) only totaled $1,221.88 paid in out in March 2008. The other payments to Sam's Club and Costco were obviously in cash. This documents an additional approximate $31,000 of cash proceeds expended from the first loan proceeds, resulting in a total of $637,000 of legitimate expenses relating to the original $787,000 in loan proceeds.

<u>Additional Use of Loan Proceeds – Second Loan</u>

With respect to the second loan, the following additional sums were used for legitimate business purposes. Prior counsel listed checks totaling $177,806.57. However, there were extensive legitimate business expenses that for reasons unknown to present counsel were not included. These included:

| Recipient | Date | Amount | Purpose | Documentation |
|---|---|---|---|---|
| Erickson | 5/12/2008 | $4648.05 | Loan to employee | WF0000763 |
| Travel | 5/15/2008 | $1498.04 | Travel expenses relating to Ross Equipment Purchase | Debit - WF0000579 |
| Frontier Airlines | 5/15/2008 | $566.39 | Travel expenses relating to Ross Equipment Purchase | Debit - WF0000579 |
| Chris Caruso | 5/20/2008 | $9500.00 | Delivery truck purchase | WF0000779 |
| American National Bank | 5/29/2008 | $1700.00 | Payroll | WF0000798 |
| HSBC | 6/9/2008 | $800.00 | Payment associated | WF0000800 |

| | | | with loan | |
|---|---|---|---|---|
| Coca Cola | 7/7/2008 | $326.35 | Product | WF0000742 |
| Web Bank | 6/4/2008 | $6975.2 | Loan Payment | WF0000724 |
| Michael Bloom Realty | 6/10/2008 | $3200.00 | Warehouse Rent | WF0000735 |
| American National Bank | 6/20/2008 | $1600.00 | Payroll | WF0000789 |
| Arapahoe County Clerk | 6/25/2008 | $1442.15 | Truck property tax | WF0000725 |
| Travel | 7/2-7/2008 | | Travel expenses relating to Ross Equipment Purchase | WF0000588 |
| Web Bank | 7/5/2008 | $4600.00 | Loan Payment | WF0000728 |
| Web Bank | 7/5/2008 | $8000.00 | Loan Payment | WF0000727 |
| Vending Security | 7/25/2008 | $1164.29 | Equipment | WF0000589 |
| Web Bank | 8/5/2008 | $4345 | Loan Payment | WF0000732 |
| American National Bank | 8/2/2008 | $1515.12 | Loan Payment | WF0000793 |
| Metro Printing | 8/6/2008 | $1347.85 | Brochures | WF0000731 |
| TOTAL | | $ 53,228.44 | | |

All of the above was in additional to various cash withdrawals Mr. Williams converted to cashier's checks and used to make payments to venders. If one includes the $7,000 a month that went to Costco and Sam's Club for the remainder of 2008, $56,000, the total legitimate use of the proceeds was $287,035 of the $300,000 loan.

Had Mr. Williams been intending to use the cash for personal purposes, he would

have had no reason to obtain the cashier's checks in the first place. Mr. Williams hoped he could obtain bank records showing the backs of cashier's checks to provide the Court more exact documentation of the expenditures. However, even without that documentation, and other than the approximately $80,000 used to purchase personal vehicles, the above information establishes that he used nearly all of the loan proceeds for legitimate purposes.

Any suggestion that Mr. William's sole intentions for the period he ran the company was to simply get himself large sums of money is counter to the documentation. He paid employees, he stocked product, he tried to expand the number of vending machines operated by the company, he committed to a lease on a new warehouse, rented by Gateway LLC, shortly before the company went into receivership. All this conduct is counter to such an intent.

Given that Mr. Williams used nearly all of the prior loan proceeds for legitimate business purposes and the lack of relevance of Probation's assertions relating to the scope of loan repayments, the weight of the evidence shows that Mr. Williams did not intend to cause a loss in the full amount of the unfunded loan. Accordingly, Mr. Williams' believes his objection to the PSR's calculation of guideline loss should be sustained, and his sentence based on the 14-level enhancement of U.S.S.G. § 2B1.1(b)(1)(H), not the 16-level enhancement of § 2B1.1(b)(1)(I) applied in the PSR.

### b. **Programming Completed by Mr. Williams**

Prior counsel discussed programs completed by Mr. Williams. Mr. Williams has completed three programs:

November 2017 – Good Intentions Program (certificate attached - Exhibit 5)

December 2017 – Emotional Self-Regulation

2018 - Cognitive Therapy.

### c. Mr. Williams' Medical Condition

Mr. Williams was first incarcerated in FDC in March 2016. Over time he raised his concerns regarding his knee with staff, but he was not actually taken to be examined by adoctor until November 2017.   As noted in records previously filed with Mr. Williams Motion to Continue Sentencing, he has "degenerative joint disease of right knee" and that "ultimately he will need a knee replacement." The knee has continued to degenerate and he now needs to use crutches to move even short distances.  His orthopedist, Dr. Jeffery Arthur, has provided the attached letter, Exhibit 6, further detailing Mr. Williams' condition and notes that there are no other treatment options available.

Also as noted in the Motion to Continue, while in FDC, Mr. Williams progressively began to suffer from an enlargement of a hernia.  He was examined in April 2017 and surgery was recommended.  He had surgery on January 24, 2018.  However, he has not done well post-operatively.  He was taken back for a scan and it was determined that he needs additional surgery to re-repair the hernia.  He has been told this has been scheduled but as of this date the surgery has yet to occur.  Accordingly, Mr. Williams is again filing a Motion to Continue concurrently with this filing.

It is evident to Mr. Williams that he is unlikely to be provided knee replacement surgery while at FDC and even more unlikely to be provided such surgery by the Bureau of Prisons.  He cannot exercise which contributes further to the degeneration of

Case No. 1:15-cr-00395-RBJ Document 171-21 filed 09/10/19 USDC Colorado pg 52 of
Case 1:15-cr-00395-RBJ Document 171-21 filed 09/10/19 USDC Colorado pg 52 of
179

his knee.  There is little doubt his whole time in prison will be spent on crutches.   He will

continue to deteriorate.  He will not be able to remedy this until he is released and can

obtain a knee transplant out of custody.

Section 3553(a)(2)(D) requires the Court to consider "the need for the sentence

imposed . . . to provide the defendant with needed  . . .medical care . . . in the most

effective manner."   Here the need cannot realistically be fulfilled until Mr. Williams has

been released.   Medical needs have been recognized by the courts as justifying

reduced sentences.  See for example:  •*United States v. Alemenas*, 553 F.3d 27 (1st

Cir. 2009) (after granting departure from career offender guideline for defendant

charged with crack distribution, district court also varied 43 months below the reduced

range citing defendant's chronic neck pain and his mental and emotional condition.);

*United States v. Spigner,* 416 F.3d 708 (8th Cir. 2005) (although defendant who sold

more than 50 grams of crack had agreed not to ask for downward departures based on

health, case was remanded because district court could still impose a sentence lower

than the suggested range and § 3553(a)(2)(D) required court to consider the need to

provide medical care in the most effective manner where defendant suffered from high

blood pressure so severe it resulted in kidney failure, required regular dialysis treatment

and surgery); *United States v. Garcia-Salas*, 260 Fed. App'x 27 (10th Cir. 2007)

(unpublished) (sentence at bottom-end of guideline range reversed and remanded for

resentencing because it is clear 10th Circuit precedent had effectively foreclosed

variances and post-*Gall* and  *Kimbrough*, district court had greater sentencing discretion

than it thought it did; defendant  argued for a lower sentence for his extraordinary

physical impairment, vulnerability in prison,   extraordinary family circumstances, and

13

Case No. 1:15-cr-00395-RBJ Document 173-1 filed 09/10/19 USDC Colorado pg 53 of
Case 1:19-cr-00395-REB Document 210 Filed 09/07/18 Page 14 of 14
179

mental and emotional condition). *United States v. Martin*, 363 F.3d 25 (1st Cir. 2004)
(in tax fraud case, three level downward departure proper (and possibly more on
remand) where "several serious medical conditions make Martin's health exceptionally
fragile [and] . . . we are not convinced that the BOP can adequately provide for Martin's
medical needs during an extended prison term [and] [t]here is a high probability that
lengthy incarceration will shorten Martin's life span").

Wherefore, Mr. Williams requests a non-guideline sentence as described in his
original Sentencing Memorandum.

Dated: September 7, 2018

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado 80302
Telephone: 303-444-9292
Fax: 303-447-0200
e-mail: steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 7, 2018, I electronically filed the foregoing
**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM** with the Clerk of
the Court using the CM/ECF filing system which will send notification of such filing to all
counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson



## U.S. Small Business Administration

# NOTE

| SBA Loan # | PLP 28835750-00 |
|---|---|
| SBA Loan Name | Williams Vending Company, Inc. |
| Date | Dec 28, 2007 |
| Loan Amount | $800,000.00 |
| Interest Rate | Wall Street Journal + 2.50 % |
| Borrower | Williams Vending Company, Inc. |
| Operating Company | N/A |
| Lender | WebBank |

1.  PROMISE TO PAY:

    In return for the Loan, Borrower promises to pay to the order of Lender the amount of
    Eight Hundred  Thousand and No/100 _____ Dollars,
    interest on the unpaid principal balance, and all other amounts required by this Note.

2.  DEFINITIONS:

    "Collateral" means any property taken as security for payment of this Note or any guarantee of this Note.

    "Guarantor" means each person or entity that signs a guarantee of payment of this Note.

    "Loan" means the loan evidenced by this Note.

    "Loan Documents" means the documents related to this loan signed by Borrower, any Guarantor, or anyone who
    pledges collateral.

    "SBA" means the Small Business Administration, an Agency of the United States of America.

SBA Form 147 (06/03/02) Version 4.1

Page 1/6
This form was electronically produced by PCFS 2000.

54

WB_00002448

3.   PAYMENT TERMS:

Borrower must make all payments at the place Lender designates. The payment terms for this Note are:

---

The interest rate on this Note will fluctuate.  The initial interest rate is 9.75% per year.  This initial rate is the prime rate on the date SBA received the loan application, plus 2.50%.  The initial interest rate must remain in effect until the first change period begins.

Borrower must pay one payment of interest only on the disbursed principal balance one month from the month this Note is dated; payment must be made on the fifth calendar day in the month it is due.

Borrower must pay principal and interest payments of $8,770.50 every month, beginning two months from the month this Note is dated; payments must be made on the fifth calendar day in the months they are due.

Lender will apply each installment payment first to pay interest accrued to the day Lender receives the payment, then to bring principal current, then to pay any late fees, and will apply any remaining balance to reduce principal.

The interest rate will be adjusted every calendar quarter (the "change period").

The "Prime Rate" is the prime rate in effect on the first business day of the month in which an interest rate change occurs, as published in the Wall Street Journal on the next business day.

The adjusted interest rate will be 2.50% above the Prime Rate.  Lender will adjust the interest rate on the first calendar day of each change period.  The change in interest rate is effective on that day whether or not Lender gives Borrower notice of the change.

Lender must adjust the payment amount at least annually as needed to amortize principal over the remaining term of the note.

If SBA purchases the guaranteed portion of the unpaid principal balance, the interest rate becomes fixed at the rate in effect at the time of the earliest uncured payment default.  If there is no uncured payment default, the rate becomes fixed at the rate in effect at the time of purchase.

Loan Prepayment:

Notwithstanding any provision in this Note to the contrary:

Borrower may prepay this Note.  Borrower may prepay 20% or less of the unpaid principal balance at any time without notice.  If Borrower prepays more than 20% and the Loan has been sold on the secondary market, Borrower must:

a.  Give Lender written notice;

b.  Pay all accrued interest; and

c.  If the prepayment is received less than 21 days from the date Lender receives the notice, pay an amount equal to 21 days' interest from the date lender receives the notice, less any interest accrued during the 21 days and paid under subparagraph b., above.

If Borrower does not prepay within 30 days from the date Lender receives the notice, Borrower must give Lender a new notice.

All remaining principal and accrued interest is due and payable 14 years from date of Note.

Late Charge:  If a payment on this Note is more than 10 days late, Lender may charge Borrower a late fee of up to 5.00% of the unpaid portion of the regularly scheduled payment.

---

WB_00002449

4.  DEFAULT:

Borrower is in default under this Note if Borrower does not make a payment when due under this Note, or if Borrower or Operating Company:

A.  Fails to do anything required by this Note and other Loan Documents;
B.  Defaults on any other loan with Lender;
C.  Does not preserve, or account to Lender's satisfaction for, any of the Collateral or its proceeds;
D.  Does not disclose, or anyone acting on their behalf does not disclose, any material fact to Lender or SBA;
E.  Makes, or anyone acting on their behalf makes, a materially false or misleading representation to Lender or SBA;
F.  Defaults on any loan or agreement with another creditor, if Lender believes the default may materially affect Borrower's ability to pay this Note;
G.  Fails to pay any taxes when due;
H.  Becomes the subject of a proceeding under any bankruptcy or insolvency law;
I.  Has a receiver or liquidator appointed for any part of their business or property;
J.  Makes an assignment for the benefit of creditors;
K.  Has any adverse change in financial condition or business operation that Lender believes may materially affect Borrower's ability to pay this Note;
L.  Reorganizes, merges, consolidates, or otherwise changes ownership or business structure without Lender's prior written consent; or
M.  Becomes the subject of a civil or criminal action that Lender believes may materially affect Borrower's ability to pay this Note.

5.  LENDER'S RIGHTS IF THERE IS A DEFAULT:

Without notice or demand and without giving up any of its rights, Lender may:
A.  Require immediate payment of all amounts owing under this Note;
B.  Collect all amounts owing from any Borrower or Guarantor;
C.  File suit and obtain judgment;
D.  Take possession of any Collateral; or
E.  Sell, lease, or otherwise dispose of, any Collateral at public or private sale, with or without advertisement.

6.  LENDER'S GENERAL POWERS:

Without notice and without Borrower's consent, Lender may:

A.  Bid on or buy the Collateral at its sale or the sale of another lienholder, at any price it chooses;
B.  Incur expenses to collect amounts due under this Note, enforce the terms of this Note or any other Loan Document, and preserve or dispose of the Collateral. Among other things, the expenses may include payments for property taxes, prior liens, insurance, appraisals, environmental remediation costs, and reasonable attorney's fees and costs. If Lender incurs such expenses, it may demand immediate repayment from Borrower or add the expenses to the principal balance;
C.  Release anyone obligated to pay this Note;
D.  Compromise, release, renew, extend or substitute any of the Collateral; and
E.  Take any action necessary to protect the Collateral or collect amounts owing on this Note.

SBA Form 147 (06/03/02) Version 4.1

Page 3/6
This form was electronically produced by PCFS 2000.

56

WB_00002450

Case No. 1:15-cr-00395-REB Document 123-2 filed 09/10/19 USDC Colorado pg 57 of
Case 1:18-cr-50355-REB Document 110-1 Filed 09/07/18 Page 4 of 6
179

7.  WHEN FEDERAL LAW APPLIES:

When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations. Lender or SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax, or liability. As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any claim of SBA, or preempt federal law.

8.  SUCCESSORS AND ASSIGNS:

Under this Note, Borrower and Operating Company include the successors of each, and Lender includes its successors and assigns.

9.  GENERAL PROVISIONS:

A.  All individuals and entities signing this Note are jointly and severally liable.
B.  Borrower waives all suretyship defenses.
C.  Borrower must sign all documents necessary at any time to comply with the Loan Documents and to enable Lender to acquire, perfect, or maintain Lender's liens on Collateral.
D.  Lender may exercise any of its rights separately or together, as many times and in any order it chooses. Lender may delay or forgo enforcing any of its rights without giving up any of them.
E.  Borrower may not use an oral statement of Lender or SBA to contradict or alter the written terms of this Note.
F.  If any part of this Note is unenforceable, all other parts remain in effect.
G.  To the extent allowed by law, Borrower waives all demands and notices in connection with this Note, including presentment, demand, protest, and notice of dishonor. Borrower also waives any defenses based upon any claim that Lender did not obtain any guarantee; did not obtain, perfect, or maintain a lien upon Collateral; impaired Collateral; or did not obtain the fair market value of Collateral at a sale.

SBA Form 147 (06/03/02) Version 4.1

WB_00002451

10. STATE-SPECIFIC PROVISIONS:



SBA Form 147 (06/03/02) Version 4.1

Page 5/6
This form was electronically produced by PCFS 2000.

58

WB_00002452

11.   BORROWER'S NAME(S) AND SIGNATURE(S):

By signing below, each individual or entity becomes obligated under this Note as Borrower.

Williams Vending Company, Inc.

Signature: _Carin E. Vecchiarelli_                    _12-28-07_        Date:

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

**The guaranteed portion of this note has been transferred to a Registered Holder for value.**

_Kelly Barrett_                                   _1/18/08_

_____                    _____

_____                    _____

_____                    _____

_____                    _____

SBA Form 147 (06/03/02) Version 4.1

Page 6/6
This form was electronically produced by PCFS 2000.

59

WB_00002453

## MODIFICATION TO PROMISSORY NOTE

| | |
|---|---|
| **BORROWER:**<br>Williams Vending Company, Inc.<br>2200 Chambers Road, Unit F<br>Aurora, CO 80011 | **LENDER:**<br>WebBank<br>6440 South Wasatch Blvd., #300<br>Salt Lake City, UT 84121 |

This MODIFICATION TO PROMISSORY NOTE (this "**Agreement**") dated as of June 10, 2008 by and between **Williams Vending Company, Inc.** ("**Borrower**") and WebBank ("**Lender**") is as follows:

### RECITALS

A.  All capitalized terms used and not defined herein have the meanings given to them in the Agreement.

B.  Borrower and Lender, are parties to that certain Loan Agreement dated as of May 9, 2008 (the "Loan Agreement"), pursuant to which Lender agreed to make a loan to the Borrower in the original principal amount of $300,000.00  (the "Loan") upon the terms and conditions set forth therein.

C.  In connection with and pursuant to the Loan, Borrower executed and delivered to Lender certain documents and instruments, including without limitation a Promissory Note dated May 9, 2008 in the amount of $300,000.00 (The "Note").

D.  The Loan is secured with a first security interest in all equipment, inventory and leasehold improvements, as described in the Security Agreement dated May 9, 2008 (the "Security Agreement").

E.  The obligations and liabilities of Borrower to Lender in connection with the Loan and under the Agreement, the Note and the other Loan Documents, were guaranteed by the following:

#### Carin E. Vecchiarelli

Said guarantees for each of the aforementioned are evidenced by the certain respective Guaranty Agreements dated May 9, 2008 (The "Guaranties") each individual and business listed above are referred to, collectively, as the "Guarantors".

F.  The Loan was also guaranteed in part by the U.S. SMALL BUSINESS ADMINISTRATION (the "SBA").

### AGREEMENT

In consideration of the premises, mutual covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Borrower and Lender hereby agree as follows:

**1.  Incorporation of Recitals.**  The parties acknowledge the truth and accuracy of the statements, facts, and events set forth in the above Recitals, and incorporate the same herein by this reference.

**2.  Modification.**

2.1.  Section 1 of the Note (Promise to Pay) will be modified to read as follows:  In return for the Loan, Borrower promises to pay to the order of Lender the amount of Three Hundred Sixty Thousand and and no/100's dollars ($360,000.00).

2.2.  Section 3 of the Note (Payment Terms), paragraph 3, will be modified in regard to the monthly amount of the principal and interest payment; the new payment amount will be $4,344.46 each month, beginning July 5, 2008.

WB_00002454

2.3 **All other terms and conditions of the Note and Loan Agreement will remain in full force and effect.**

**3.** <u>Security.</u> Borrower hereby reaffirms its prior grant to Lender of security interests in the Collateral as security for the full and prompt payment in cash and performance of the Obligations.

**4.** <u>Conditions Precedent.</u> This Agreement shall not take effect until all of the following conditions have been met to the satisfaction of the Lender, unless any such condition has been waived in writing by Lender.

4.1 As of the date hereof, no default or event of default has occurred and is continuing under the Loan Documents and no condition exists or event has occurred which, with the giving of notice or the lapse of time or both, would constitute an event of default thereunder.

4.2 This Agreement has been duly executed and delivered by Borrower and has been executed by Lender.

4.3 Borrower has obtained the consent of the Guarantors to this Agreement and such Guarantors have executed and delivered to Lender the "Acknowledgment and Consent" appearing at the end hereof.

4.4 Borrower has paid to Lender or has reimbursed Lender for, all third party costs and expenses incurred by Lender in connection with this Agreement, including without limitation reasonable attorney's fees and expenses incurred in negotiating, preparing or reviewing the same.

<u>Borrowers Representations and Warranties.</u> In addition to the representations and warranties of Borrower contained in the Loan Documents, each of which is hereby reaffirmed by Borrower on and as of the date of this Agreement, Borrower represents and warrants to the Lender that:

5.1 Borrower has all requisite power under its Articles of Incorporation, and authority to execute deliver and carry out this Agreement. Borrower has taken all action necessary as a corporation to authorize the execution, delivery and performance of this Agreement and has duly executed and delivered this Agreement. This Agreement constitutes the valid and legally binding obligation of Borrower enforceable against it in accordance with its terms.

5.2 Lender holds a valid, perfected, security interest in the Collateral, with lien priorities as defined in the Loan Documents.

5.3 No oral or written statement by Lender, other than within this Agreement, or of any of its partners or representatives shall constitute a representation, covenant, warranty or agreement on the part of the Lender to extend any further credit to Borrower, to extend the term of financial accommodations to Borrower or to restructure in any way any of the Obligations or otherwise bind Lender with respect to its future relationship with Borrower under the Loan Documents. The practices and methods of dealing between Lender and Borrower in connection with this Agreement shall not constitute, evidence, or create any expectation or reliance on the part of the Borrower applicable to any future transaction between Lender and Borrower.

5.4. The contents of this Agreement including the Recitals are true and accurate.

**6.** <u>Remaining terms unchanged.</u> Except as expressly modified hereby, all of the remaining terms and conditions contained in the Loan Agreement, the Modification, the Note, the Trust Deeds, the Security Agreement, the Guaranties and the other Loan Documents shall remain in full force and effect. Without limiting the foregoing, the Loan and the Loan Documents shall continue to be secured by the Trust Deeds and the Security Agreement, and the obligations thereunder shall continue to be guarantied by the Guarantors pursuant to their respective Guaranties.

**7.** <u>Entire Agreement.</u> This Agreement constitutes the entire understanding and agreement of the parties with respect to the general subject matter hereof, supersedes all prior negotiations, discussions and agreements with respect thereto, and may not be contradicted by any evidence of any oral agreement. This Agreement may not be modified, amended, or rescinded in any manner except by written agreement signed by the parties thereto.

WB_00002455

IN WITNESS WHEREOF, the parties hereto have caused this MODIFICATION OF PROMISSORY NOTE to be executed this 10th day of June, 2008.

BORROWER:                                          LENDER:

Williams Vending Company, Inc.                     WebBank

By: _Carin E Vecchiarelli_                         By: _____
    Carin E. Vecchiarelli, President of                Richard Lambert, Vice President
    Williams Vending Company, Inc.


### ACKNOWLEDGEMENT AND CONSENT OF GUARANTORS

Each of the undersigned Guarantors hereby acknowledges receipt of the foregoing Agreement and consents to the terms and conditions thereof. All of the definitions set forth in this Agreement are incorporated herein by this reference. Each of the undersigned Guarantors hereby acknowledges, ratifies and reaffirms the Guarantee given by him or it, as set forth in the Definitions of the Loan Agreement; that such Guarantee was given for good and valuable consideration at or prior to the making of the Loan and represents the valid, legal, and binding obligation of such Guarantor; and acknowledges that its or his obligations and liabilities under such instrument of guaranty will continue to absolutely and unconditionally guarantee the obligations, liabilities and indebtedness of Borrower to Lender with respect to the Loan and the Loan Documents as modified by this Agreement. Each of the undersigned Guarantors acknowledges that Lender is relying on the execution of this Acknowledgement and Consent as a condition to entering into this Agreement, and waives any notice of acceptance by Lender.

Executed this 10th day of June, 2008.


GUARANTORS:

_Carin E. Vecchiarelli_
Carin E. Vecchiarelli, Individually

WB_00002456



WILLIAMS VENDING COMPANY

DATE December 31., 2007

PAY TO THE ORDER OF Jim Moldane

THE SUM 39200 DOS 00 CTS $ 39,200.00

FOR Consulting Services

| R/T Number | 010200007 | Processing Date | 20080102 |
| Sequence Number | 000000670843754 | Amount | 0003920000 |
| Account Number | 3214258109 | Serial Number | 000000000000000 |

Case No. 1:15-cr-00395-REB Document 173-2 Filed 09/10/09 USDC Colorado pg 64 of
Case 1:15-cr-00395-REB Document 173-2 Filed 09/10/09 USDC Colorado Page 1 of 24
179

*Date: May 10, 2010*          *Wells Fargo PhotoCopy*          *Page 1 of 6*
                                    *Request*

*Reference: 1000055506275:1000055506275:1000055497275*

| | |
|---|---|
| 03484    11-24 | **CASHIER'S CHECK**      0548403588 |

**CASHIER'S CHECK**

0548403588

**Credit Copy**

Office AU #  03484  11-24  1210(8)

Purchaser:  WILLIAMS VENDING CO INC
Purchaser Account:  1443071129
Operator I.D.:  udeot0235  udeot2178

**January 03, 2008**

PAY TO THE ORDER OF  **\*\*\*7UP BOTTLING\*\*\***
                     **\*\*\*RE: WILLIAMS VENDING\*\*\***

*\*\*\*Eighteen thousand dollars and no cents\*\*\**          **\*\*$18,000.00\*\***

**PROCESS SAME DAY AS ISSUED**

WELLS FARGO BANK, N.A.
1369 S HAVANA ST
AURORA, CO 80012
FOR INQUIRIES CALL (480) 394-3122

14  05484  0110024
01/03/2008      9:34:01AM

VOID IF OVER US $  18,000.00

**NON-NEGOTIABLE**

⑈"0548403588" ⑆518200392⑈4861 505758⑈

| | |
|---|---|
| **R/T Number**     10700543 | **Processing Date**    20080103 |
| **Sequence Number** 3670700675 | **Amount**          18000.00 |
| **Account Number**   4861505758 | **Check Number**    548403588 |

WF_00000530

Date: May 10, 2010    *Wells Fargo PhotoCopy*    Page 2 of 6
*Request*

Reference: 1000055506275:1000055506275:1000055497275

| | | |
|---|---|---|
| 05484 | 11-24 | |
| Office AU 9 | 1310(k) | |

**CASHIER'S CHECK**    0548403587

Purchaser:    WILLIAMS VENDING CO INC
Purchaser Account:  1448071129
Operator I.D.:    uden0255    uden2179

**Credit Copy**

**January 03, 2008**

PAY TO THE ORDER OF    ***MICHAEL BLOOM REALTY***
***RE: WILLIAMS VENDING***

***Twenty-three thousand dollars and no cents***    **$23,000.00**

**PROCESS SAME DAY AS ISSUED**

WELLS FARGO BANK, N.A.
1360 S HAVANA ST
AURORA, CO 80012
FOR INQUIRES CALL (480) 304-3122

14  05484  0110024
01/03/2008    9:34:01AM

VOID IF OVER US $  23,000.00

**NON-NEGOTIABLE**

⑈"0548403587"⑈ ⑈:518200392⑈:4861 505758⑈"

| | | | | |
|---|---|---|---|---|
| **R/T Number** | 10700543 | | **Processing Date** | 20080103 |
| **Sequence Number** | 3670700676 | | **Amount** | 23000.00 |
| **Account Number** | 4861505758 | | **Check Number** | 548403587 |

WF_00000531

Date: May 10, 2010       *Wells Fargo PhotoCopy Request*       *Page 3 of 6*

Reference: 1000055506275:1000055506275:1000055497275

---

| 05484 | 11-24 |
|-------|-------|
| Office AU # | 13 UQ(l) |

**OFFICIAL CHECK**       0548413800

Purchaser:   WILLIAMS VENDING CO INC
Purchaser Account: 1445071129
Operator I.D.:   uden2179

**Credit Copy**

**January 03, 2008**

PAY TO THE ORDER OF    \*\*\*MEDVED HUMMER\*\*\*
                 \*\*\*RE: WILLIAMS VENDING\*\*\*

*\*\*\*Three thousand one hundred dollars and no cents\*\*\**     **\*\*$3,100.00\*\***

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (460) 394-3122

**PROCESS SAME DAY AS ISSUED**

14   05484   0110024
01/03/2008     9:34:01AM

VOID IF OVER US $   3,100.00

**NON-NEGOTIABLE**

⑆"0548413800"⑆ ⑆518200392⑆4861 505774⑈

---

| R/T Number | 10700543 | | Processing Date | 20080103 |
|------------|----------|---|----------------|----------|
| Sequence Number | 3670700677 | | Amount | 3100.00 |
| Account Number | 4861505774 | | Check Number | 548413800 |

66

WF_00000532

Reference: 1000055506275:1000055506275:1000055497275

| 05484 | 11-24 | | OFFICIAL CHECK | 0548413801 |
|---|---|---|---|---|

**Office AU 8**  **121(03)**

Purchaser:  WILLIAMS VENDING CO INC
Purchaser Account:  5446071129
Operator I.D.:  udem0255          udem2179

PAY TO THE ORDER OF     ***PENSKE***
                        ***RE: WILLIAMS VENDING***

**Credit Copy**

**January 03, 2008**

***Five thousand eight hundred forty-two dollars and 46 cents***     **\*\*$5,842.46\*\***

**PROCESS SAME DAY AS ISSUED**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3123

14  05484  0110024
01/03/2008       9:34:01AM

VOID IF OVER US $  5,842.46

**NON-NEGOTIABLE**

⑈0548413801⑈ ⑆518200392⑆4861 505774⑈

**R/T Number**  10700543
**Sequence Number** 3670700678
**Account Number**  4861505774

**Processing Date**  20080103
**Amount**  5842.46
**Check Number**  548413801

WF_00000533

*Date: July 30, 2013*     **Wells Fargo PhotoCopy**     *Page 2 of 4*
**Request**

*Reference: 1000513936213:1000513936213:1000513920212*

| | | |
|---|---|---|
| 05484  11-24 | **CASHIER'S CHECK** | 0548403589 |
| Office AU 6  121009 | | **Credit Copy** |

Purchaser: ALONZO WILLIAMS
Purchaser Account: 4440293434
Operator I.D.: uden#255   uden3338

**January 03, 2008**

PAY TO THE ORDER OF   ***SOFT DELIVERY***
***RE: WILLIAMS VENDING***

***Ten thousand one hundred twenty-three dollars and 20 cents***     **$10,123.20**

**PROCESS SAME DAY AS ISSUED**

WELLS FARGO BANK, N.A.
1300 S HAVANA ST
AURORA, CO 80012
FOR INQUIRIES CALL (480) 304-3122

16 05484 0140027
02/03/2008    9:18:34AM

VOID IF OVER US $ 10,123.20
**NON-NEGOTIABLE**

⑈0548403589⑈ ⑆518200392⑆4861 505758⑈

| | |
|---|---|
| **R/T Number** 10700543 | **Processing Date** 20080103 |
| **Sequence Number** 3670700672 | **Amount** 10123.20 |
| **Account Number** 4861505758 | **Check Number** 548403589 |

```
WELLS FARGO BANK, N.A.                 PAGE 1 of 2
GLENDALE                               I-2
P.O. BOX 5247                          Account Number:        321-4258109
DENVER, CO 80274                       Statement End Date:      01/31/08
```

```
        WILLIAMS VENDING CO INC
        OPERATING ACCOUNT
        2200 CHAMBERS RD STE F
        AURORA CO 80011-3209
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| EXPANDED BUSINESS SERVICES PACKAGE 321-4258109 | 86,930.48 |

------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

------------------------------------------------------------------------

**EXPANDED BUSINESS SERVICES PACKAGE 321-4258109**

WILLIAMS VENDING CO INC
OPERATING ACCOUNT

| | |
|---|---|
| DEC 31 BEGINNING BALANCE | 337,032.80 |
| TOTAL DEPOSITS/CREDITS | 101,443.43 |
| TOTAL WITHDRAWALS/DEBITS | - 351,545.75 |
| JAN 31 ENDING BALANCE | 86,930.48 |

**DEPOSITS AND CREDITS** --------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JAN 02 | DEPOSIT | 67,695.83 |
| JAN 16 | DEPOSIT | 3,100.00 |
| JAN 23 | DEPOSIT | 30,647.60 |

**WITHDRAWALS AND DEBITS** -----------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JAN 02 | NSF RETURN ITEM FEE | - 34.00 |
| JAN 02 | AMERICAN EXPRESS ELEC REMIT 071226 071221053515978 ALAN WILLIAMS | - 842.23 |
| JAN 03 | WITHDRAWAL MADE IN A BRANCH/STORE | - 25,000.00 |
| JAN 04 | NSF RETURN ITEM FEE | - 34.00 |
| JAN 04 | AMERICAN EXPRESS ELEC REMIT 080103 071231052762615 ALAN WILLIAMS | - 2,405.52 |
| JAN 10 | WIRE TRANS SVC CHARGE - SEQUENCE: 080110079781 SRF# FW05484010063210 TRN#080110079781 RFB# | - 30.00 |
| JAN 10 | WITHDRAWAL MADE IN A BRANCH/STORE | - 117,500.00 |

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF_00000570

Date: May 10, 2010

*Wells Fargo PhotoCopy Request*

Page 1 of 2

Reference: 1000055506605:1000055506605:1000055497605

| 05484 | 11-24 |
| Office AU # | 12100B |

**OFFICIAL CHECK**

0548413794

Purchaser:  WILLIAMS VENDING CO INC
Purchaser Account: 1449071178
Operator I.D.:  uden2535

**Credit Copy**

**January 02, 2008**

PAY TO THE ORDER OF  ***DENVER COCA COLA***
***WILLIAMS VENDING***

***Five thousand dollars and no cents***

**\*\*$5,000.00\*\***

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRES CALL (480) 394-3122

**PROCESS SAME DAY AS ISSUED**

14  05484  0660093
01/02/2008    11:18:10AM

VOID IF OVER US $  5,000.00

**NON-NEGOTIABLE**

⑈0548413794⑈  ⑆518200392⑆4861  505774⑈

| | |
|---|---|
| R/T Number | 10700543 |
| Sequence Number | 3970347423 |
| Account Number | 4861505774 |

| | |
|---|---|
| Processing Date | 20080102 |
| Amount | 5000.00 |
| Check Number | 548413794 |

70
WF_00000535

*Date: July 30, 2013*          **Wells Fargo PhotoCopy**          *Page 4 of 5*
**Request**

*Reference: 1000513911062:1000513911062:1000513895061*

| | |
|---|---|
| 83484    11-24 | **OFFICIAL CHECK**          0548413832 |
| Office AU 8    121(5)3) | **Credit Copy** |
| Purchaser:    ALONZO WILLIAMS | |
| Purchaser Account:  1440293624 | *January 10, 2008* |
| Operator I.D.:    uden0258    uden1913 | |

PAY TO THE ORDER OF    \*\*\*SOFT DELIVERY\*\*\*
\*\*\*RE: WILLIAMS VENDING\*\*\*

\*\*\*Seven thousand five hundred dollars and no cents\*\*\*          \*\*$7,500.00\*\*

**PROCESS SAME DAY AS ISSUED**

WELLS FARGO & COMPANY ISSUER          VOID IF OVER US $ 7,500.00
420 MONTGOMERY STREET          14  05484  0780100
SAN FRANCISCO, CA 94163          01/10/2008    1:23:47PM          **NON-NEGOTIABLE**
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

⑈0548413832⑈ ⑆518200392⑆4861 505774⑈

**R/T Number**      10700543          **Processing Date**    20080110
**Sequence Number** 3870417148          **Amount**    7500.00
**Account Number**  4861505774          **Check Number**    548413832

WF_00000811





R/T Number          010200007              Processing Date    20080117
Sequence Number     000006776471604        Amount             0003000000
Account Number      3214258109             Serial Number      000000000000000

WF_00000765



| | | |
|---|---|---|
| R/T Number | 010200007 | |
| Sequence Number | 000000675870676 | |
| Account Number | 3214258109 | |

| | |
|---|---|
| Processing Date | 20080208 |
| Amount | 0000833424 |
| Serial Number | 000000000009500 |



| | |
|---|---|
| R/T Number | 010200007 |
| Sequence Number | 000000678256246 |
| Account Number | 3214258109 |

| | |
|---|---|
| Processing Date | 20080307 |
| Amount | 0000877050 |
| Serial Number | 000000000009514 |

74
WF_00000737



R/T Number          010200007
Sequence Number     000008830944618
Account Number      3214258109

Processing Date     20080306
Amount              0000122188
Serial Number       000000000009513

5/6/10        6:21:56 PM      Page 66 of 82              BRMN3271278:Diana Adams - 12645750-3214258

Case No. 1:15-cr-00395-REB   Document 178-10   filed 09/10/18   USDC Colorado   pg 76 of
179
Case 1:15-cr-00395-REB   Document 17-10   Filed 05/07/15   Page 75 of 24





| R/T Number | 010200007 | Processing Date | 20080220 |
|---|---|---|---|
| Sequence Number | 000008853815793 | Amount | 0000140000 |
| Account Number | 3214258109 | Serial Number | 000000000009503 |

```
WELLS FARGO BANK, N.A.              PAGE 1 of 2
GLENDALE
P.O. BOX 5247                       Account Number:        321-4258109
DENVER, CO 80274                    Statement End Date:    02/29/08
```

```
            WILLIAMS VENDING CO INC
            OPERATING ACCOUNT
            2200 CHAMBERS RD STE F
            AURORA CO 80011-3209
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| EXPANDED BUSINESS SERVICES PACKAGE 321-4258109 | 20,490.59 |

--------------------------------------------------------------------------------
NEWS FROM WELLS FARGO
--------------------------------------------------------------------------------
EXPANDED BUSINESS SERVICES PACKAGE 321-4258109

WILLIAMS VENDING CO INC
OPERATING ACCOUNT

```
JAN 31 BEGINNING BALANCE                      86,930.48
       TOTAL DEPOSITS/CREDITS                 43,100.00
       TOTAL WITHDRAWALS/DEBITS            - 109,539.89
FEB 29 ENDING BALANCE                         20,490.59
```

DEPOSITS AND CREDITS ----------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| FEB 04 | DEPOSIT | 43,100.00 |

WITHDRAWALS AND DEBITS --------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| FEB 01 | AURORA LOAN ALS SPEEDP 080131 0045419900-5583 williams vending co | - 21,130.77 |
| FEB 04 | WITHDRAWAL MADE IN A BRANCH/STORE | - 16,000.00 |
| FEB 12 | HARLAND CHECKS CHECK/ACC. 021108 00048217540205 WILLIAMS VENDING CO IN | - 78.97 |
| FEB 20 | AMERICAN EXPRESS ELEC REMIT 080220051995375 ALAN WILLIAMS | - 2,000.00 |

CHECKS PAID -----------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 9500 | FEB 08 | 8,334.24 | 9503 | FEB 20 | 1,400.00 |
| 9502* | FEB 11 | 7,500.00 | 9504 | FEB 19 | 8,000.00 |

* GAP IN CHECK SEQUENCE

--------------------------------------------------------------------------------
CONTINUED ON NEXT PAGE
--------------------------------------------------------------------------------

WF_00000572





| R/T Number | 010200007 | Processing Date | 20080221 |
|---|---|---|---|
| Sequence Number | 000000473262634 | Amount | 0000500000 |
| Account Number | 3214258109 | Serial Number | 000000000009505 |

WILLIAMS VENDING CO INC
OPERATING ACCOUNT
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

ID:
ISSUE:
DEPOSIT: ✓
TOKEN:
HISTORY:

ACCT OPEN: 05-18-07
AV. BAL:
SIGN: DATE 2/21/08
H P STOPS:
MEMO:

9507
23-7/1020 1021
3214258109

PAY TO THE ORDER OF Alan R. Williams $ 28,000.00

Twenty Eight Thousand and 00/100 DOLLARS

Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR (Equipment deposit) Carin E Vecchiarelli

⑈0000009507⑈ ⑆102000076⑆ 3214258109⑈

4403-48-8167
1440293627

| | | | |
|---|---|---|---|
| R/T Number | 010200007 | Processing Date | 20080221 |
| Sequence Number | 000003670898130 | Amount | 0002800000 |
| Account Number | 3214258109 | Serial Number | 000000000009507 |

WILLIAMS VENDING CO INC
OPERATING ACCOUNT
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

9506

22-7/1020 1021
3214258109

DATE 2/20/08

PAY
TO THE
ORDER OF Maaliki Motors

$ 2,000 00

Two Thousand and 00/100 ———————— DOLLARS

Wells Fargo Bank N.A.
Colorado
wellsfargo.com

FOR (Employee #8 Dam Bank)                Carien E. Vocchiarelli

⑆0000009506⑆ ⑈102000076⑈ 3214258109⑉ ⑆0000200000⑆

123001231 02212008 5328
S/T 206 ID 9C PKT 3
ACCT 9019367357839
1544883179

Transfer Order
U.S. Bank
History Only

| R/T Number | 010200007 | Processing Date | 20080222 |
| Sequence Number | 000008864497601 | Amount | 0000200000 |
| Account Number | 3214258109 | Serial Number | 000000000009506 |

BRMN3271278:Diana Adams - 12645750-3214258

WF_00000799

WILLIAMS VENDING CO INC
OPERATING ACCOUNT
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

9510

23-7/1020 1021
3214258109

Posted 2-25-08

DATE 2/25/08

PAY TO THE ORDER OF  HFC                    $ 1500.00

One Thousand Five Hundred 00/100                    DOLLARS

Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR Acct # 22072-12-128247-6        Carie E. Vecchiarelli

⑆0000009510⑆ ⑆102000076⑈ 3214258109⑆

For Return Items
▶ 2719-7001-1 ◀
HSBC Bank USA
1301 E. Tower Rd.
Schaumburg, IL
▶ 2719-7001-1 ◀

For Deposit Only
HFC/Beneficial
Branch # 22-2107

R/T Number          010200007
Sequence Number     000008817886264
Account Number      3214258109

Processing Date     20080226
Amount              0000150000
Serial Number       000000000009510

5/6/10        6:21:56 PM        Page 62 of 82          BRMN3271278:Diana Adams - 12645750-3214258

Case No. 1:15-cv-00305-REB Document 178-10 Filed 09/06/17 USDC Colorado pg 82 of
Case 1:15-cv-00305-REB Document 178-10 Filed 09/06/18 Page 2020-24 pg 82 of
179



R/T Number       010200007          Processing Date      20080226
Sequence Number    000008817886263      Amount              0000020000
Account Number      3214258109           Serial Number       000000000009509

Case No. 1:15-cv-00305-REB Document 178-10 filed 09/04/18 USDC Colorado pg 83 of
Case 1:15-cv-00305-REB Document 178-10 filed 09/04/18 USDC Colorado pg 83 of
179

**WILLIAMS VENDING CO INC**
**OPERATING ACCOUNT**
2200 CHAMBERS RD STE F
AURORA, CO 83011-3209

9511

23-7/1020 1021
3214258109

#611

DATE 2/25/08

PAY TO THE ORDER OF  *Elevation*                    $ 1695.91

*One Thousand Six Hundred* ... *95/100*                DOLLARS

Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR *Acct Pymt 201756-01*          *Carin E. Vecchiarelli*

⑆000000951⑆1⑆ ⑈102000076⑈ 3214258109⑈  /0000169591/

---

4000209950   10   307087399  006
02/26/2008         SUNCORP CREDIT UNION

FEB 26 08

Pacha 201756011
Elevations CU
YYY RT 307074590 .XX

02/25/2008 15:25:20
Teller# 611 Ser# 498874
Credit to the A/C of Within Named
Payee

Cooper Credit Union
AURORA BRANCH  4 1 1 6 0
AURORA, CO

FOR DEPOSIT ONLY TO ACCOUNT OF THE
WITHIN NAMED PAYEE

---

R/T Number          010200007
Sequence Number     000008832968672
Account Number      3214258109

Processing Date     20080227
Amount              0000169591
Serial Number       000000000009511

*BRMN3271278:Diana Adams - 12645750-3214258*

WF_00000790

```
WELLS FARGO BANK, N.A.              PAGE 1 of 2
GLENDALE                           I-4
P.O. BOX 5247                      Account Number:        321-4258109
DENVER, CO 80274                   Statement End Date:      04/30/08
```

```
        WILLIAMS VENDING CO INC
        OPERATING ACCOUNT
        2200 CHAMBERS RD STE F
        AURORA CO 80011-3209
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------
**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| EXPANDED BUSINESS SERVICES PACKAGE 321-4258109 | 5,495.45 |

--------------------------------------------------------------------
**NEWS FROM WELLS FARGO**

*New Agreements for Online Banking*
We've updated our Online Access Agreement and E-Sign Consent. To see what has
changed, please visit www.wellsfargo.com/onlineupdates
--------------------------------------------------------------------
**EXPANDED BUSINESS SERVICES PACKAGE 321-4258109**

WILLIAMS VENDING CO INC
OPERATING ACCOUNT

```
MAR 31 BEGINNING BALANCE                8,957.45
       TOTAL DEPOSITS/CREDITS               0.00
       TOTAL WITHDRAWALS/DEBITS        - 3,462.00
APR 30 ENDING BALANCE                   5,495.45
```

**WITHDRAWALS AND DEBITS** ------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| APR 08 | Wells Fargo Bank LOAN PMT APR 07 9693269466-26 WILLIAMS VENDING CO IN | - 1,554.00 |
| APR 08 | Wells Fargo Bank LOAN PMT APR 07 9693269466-42 WILLIAMS VENDING CO IN | - 1,058.00 |
| APR 29 | HSBC CARD SRVCS PHONE PMNT 080429 000000321492030 CARIN VECCHIARELLI | - 250.00 |

**CHECKS PAID** ----------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 9517 | APR 15 | 450.00 | 9518 | APR 22 | 150.00 |

**DAILY BALANCE SUMMARY** ------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| MAR 31 | 8,957.45 | APR 22 | 5,745.45 |
| APR 08 | 6,345.45 | APR 29 | 5,495.45 |
| APR 15 | 5,895.45 | | |

--------------------------------------------------------------------
CONTINUED ON NEXT PAGE

WF_00000576



WILLIAMS VENDING CO INC
OPERATING ACCOUNT
2200 CHAMBERS RD STE F
AURORA, CO 80011-2209

9517

22210-7-06-1610-71-8

posted
4/14/08

DATE 4/17/08

PAY
TO THE
ORDER OF  HFC

$ 450.00

DOLLARS

WELLS
FARGO

Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR (Bal on hand)                    Carin E Vecchiarelli

⑈0000009517⑈ ⑈102000076⑈ 3214258109⑈

For Return Items
▶ 2719-7001-1 ◀
HSBC Bank USA
1301 E. Tower Rd.
Schaumburg, IL
▶ 2719-7001-1 ◀

For Deposit Only
HFC/Beneficial
Branch # 22-2107

| R/T Number | 010200007 | Processing Date | 20080415 |
| Sequence Number | 000008814793041 | Amount | 0000045000 |
| Account Number | 3214258109 | Serial Number | 000000000009517 |

85
WF_00000781



R/T Number          010200007
Sequence Number     000006677569702
Account Number      3214258109

Processing Date     20080422
Amount              0000015000
Serial Number       000000000009518

86
WF_00000760

Case No. 1:15-cr-00395-REB Document 173-2 Filed 09/10/19 USDC Colorado pg 87 of
179
Case 1:15-cr-00395-REB Document 171-21 Filed 09/10/19 USDC Colorado pg 1 of 26

REDACTED DUE TO
INFORMATION FALLS
OUTSIDE OF THE SCOPE
OF THE ORDER

WELLS FARGO BANK, N.A.                                    PAGE 1 of 2
ILIFF & BUCKLEY                         Account Number:        144-5071129
P.O. BOX 5247                           Statement End Date:       12/11/07
DENVER, CO 80274                        Number of Enclosures:            5

          WILLIAMS VENDING CO INC
          ALAN A WILLIAMS OWNER
          850 S GENEVA ST
          DENVER CO 80247-1932


     IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
     CALL: 800-225-5935 (1-800-CALL-WELLS).

---

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 275.59 |

---

**NEWS FROM WELLS FARGO**

*Introducing Security Questions*

*In the coming months, we'll ask all online customers to make their accounts
even safer by selecting and answering three security questions. If we ever need
to confirm your identity, your correct answers to these questions will help us
verify it's you. To learn more, visit our Security Questions Overview at
www.wellsfargo.com/securityquestions*

*Quick and easy to set up, security questions help protect your account and keep
your identity safe.*

---

**BASIC BUSINESS CHECKING 144-5071129**

     WILLIAMS VENDING CO INC
     ALAN A WILLIAMS OWNER



     DEC 11 ENDING BALANCE                                        275.59

**DEPOSITS AND CREDITS** ------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
|  | | |
| DEC 03 | DEPOSIT | 639.35 |
| DEC 03 | DEPOSIT | 504.10 |
| DEC 04 | PREAUTHORIZED DEBIT REVERSAL | 1,418.00 |
| DEC 05 | DEPOSIT | 360.00 |

---

*CONTINUED ON NEXT PAGE*

WF_00000605

ALTERED DUE TO
INFORMATION FALLS
OUTSIDE THE SCOPE
OF THE ORDER

PAGE 2 of 2
Account Number:               144-5071129
Statement End Date:           12/11/07

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

WITHDRAWALS AND DEBITS ---------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| | | ▮▮▮▮▮ |
| DEC 03 | WITHDRAWAL MADE IN A BRANCH/STORE | - 639.35 |
| DEC 03 | 379081034546 LEASE PMT 54 WILLIAMS VENDING COMPA | - 1,418.00 |
| DEC 04 | NSF RETURN ITEM FEE | - 34.00 |
| DEC 11 | MONTHLY SERVICE FEE | - 7.00 |

CHECKS PAID ----------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| | | | 3597 | DEC 10 | 102.86 |
| | | | 3599* | DEC 07 | 502.75 |

* GAP IN CHECK SEQUENCE

DAILY BALANCE SUMMARY -----------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| | | DEC 04 | 528.20 |
| | | DEC 05 | 888.20 |
| | | DEC 07 | 385.45 |
| | | DEC 10 | 282.59 |
| DEC 03 | - 855.80 | DEC 11 | 275.59 |

RETURNED ITEMS-------------------------------------------------------------

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| DEC 4 | NON-MONETARY NOTATION TRANSACTION REFERENCE # 041001033433832 | - 1,418.00 |

FOR YOUR INTEREST

-----------------------------------------------------------------------

THANK YOU FOR BANKING WITH WELLS FARGO.

WF_00000606

Case No. 1:15-cr-00395-REB Document 173-2 Filed 09/10/09 USDC Colorado pg 89 of
Case 1:15-cv-00395-REB Document 1-10 Filed 09/10/09 Page 3 of 26
179

```
WELLS FARGO BANK, N.A.                 PAGE 1 of 2
ILIFF & BUCKLEY                        I-2
P.O. BOX 5247                          Account Number:         144-5071129
DENVER, CO 80274                       Statement End Date:        01/10/08
                                       Number of Enclosures:             5
```

```
        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

```
ACCOUNT                                                        ENDING
TYPE                                                          BALANCE

BASIC BUSINESS CHECKING                                      8,835.88
   144-5071129
```

------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

------------------------------------------------------------------------

**BASIC BUSINESS CHECKING  144-5071129**

```
   WILLIAMS VENDING CO INC
   ALAN A WILLIAMS OWNER

   DEC 11 BEGINNING BALANCE                                    275.59
          TOTAL DEPOSITS/CREDITS                           101,432.83
          TOTAL WITHDRAWALS/DEBITS                        - 92,872.54
   JAN 10 ENDING BALANCE                                     8,835.88
```

**DEPOSITS AND CREDITS** ---------------------------------------------------

```
          POSTED
          DATE     TRANSACTION DETAIL                        AMOUNT

          DEC 17   DEPOSIT                                    900.00
          DEC 31   DEPOSIT                                 32,279.76
          JAN 02   DEPOSIT MADE IN A BRANCH/STORE          68,253.07
```

**WITHDRAWALS AND DEBITS** -------------------------------------------------

```
          POSTED
          DATE     TRANSACTION DETAIL                        AMOUNT

          DEC 17   TWX*AOL SERVICE 1207 071216 1991750
                   ALAN *WILLIAMS                           - 31.95
          DEC 28   STOP PAYMENT FEE                         - 25.00
          DEC 31   WITHDRAWAL MADE IN A BRANCH/STORE     - 9,000.00
          DEC 31   WITHDRAWAL MADE IN A BRANCH/STORE     - 5,000.00
          DEC 31   WF Bus Credit AUTO PAY 071228
                   90225222630884 VECCHIARELLI,CARIN
                                                           - 180.00
          JAN 02   WITHDRAWAL MADE IN A BRANCH/STORE    - 17,500.00
          JAN 03   WITHDRAWAL MADE IN A BRANCH/STORE    - 50,000.00
          JAN 04   WITHDRAWAL MADE IN A BRANCH/STORE    - 10,000.00
          JAN 10   UNCOLLECTED FUNDS CHARGE                  - 8.41
```

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF_00000607

```
                                          PAGE 2 of 2
                                          Account Number:          144-5071129
       WILLIAMS VENDING CO INC            Statement End Date:      01/10/08
       ALAN A WILLIAMS OWNER

    CHECKS PAID -------------------------------------------------------

       CHECK #    DATE              AMOUNT    CHECK #    DATE              AMOUNT
       --------------------------------       --------------------------------
        3598    DEC 19              20.00      3604    JAN 08             217.33
        3602*   DEC 17             270.45      3605    JAN 08             502.75
        3603    DEC 18             116.65
       * GAP IN CHECK SEQUENCE
    DAILY BALANCE SUMMARY ----------------------------------------------

       DATE                        BALANCE    DATE                       BALANCE
       --------------------------------       --------------------------------
       DEC 11                      275.59     JAN 02                   69,564.37
       DEC 17                      873.19     JAN 03                   19,564.37
       DEC 18                      756.54     JAN 04                    9,564.37
       DEC 19                      736.54     JAN 08                    8,844.29
       DEC 28                      711.54     JAN 10                    8,835.88
       DEC 31                   18,811.30

    RETURNED ITEMS------------------------------------------------------

       DATE    DESCRIPTION                                              AMOUNT

       JAN 3   379081034546 LEASE PMT 54 WILLIAMS
               VENDING COMPA                                      - 1,418.00
               REFERENCE # 041001035424150
    --------------------------------------------------------------------
    FOR YOUR INTEREST
```

```
    --------------------------------------------------------------------
    THANK YOU FOR BANKING WITH WELLS FARGO.
```

90
WF_00000608

Case No. 1:15-cv-00395-REB-Document 173-21 Filed 09/10/09 USDC Colorado pg 91 of
Case 1:15-cv-00395-REB Document 173-21 Filed 09/10/09 Page 3 of 26 pg 91 of
179

```
                                            PAGE 1 of 2
WELLS FARGO BANK, N.A.
ILIFF & BUCKLEY                             Account Number:        144-5071129
P.O. BOX 5247                              Statement End Date:       02/11/08
DENVER, CO 80274                          Number of Enclosures:           11



        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932



    IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
    CALL: 800-225-5935 (1-800-CALL-WELLS).
```

--------------------------------------------------------------------
**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 5,454.51 |

--------------------------------------------------------------------
**NEWS FROM WELLS FARGO**

--------------------------------------------------------------------
**BASIC BUSINESS CHECKING 144-5071129**

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

| | |
|---|---|
| JAN 10 BEGINNING BALANCE | 8,835.88 |
| TOTAL DEPOSITS/CREDITS | 0.00 |
| TOTAL WITHDRAWALS/DEBITS | - 3,381.37 |
| FEB 11 ENDING BALANCE | 5,454.51 |

**WITHDRAWALS AND DEBITS** ---------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JAN 17 | TWX*AOL SERVICE 0108 080116 3368265 ALAN *WILLIAMS | - 31.95 |
| JAN 28 | WF Bus Credit AUTO PAY 080125 90398803163429 VECCHIARELLI,CARIN E | - 356.00 |

**CHECKS PAID** -----------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3600 | JAN 15 | 670.00 | 3611 | JAN 17 | 20.31 |
| 3606* | JAN 11 | 270.45 | 3612 | JAN 29 | 725.00 |
| 3607 | JAN 14 | 116.63 | 3613 | FEB 04 | 171.13 |
| 3608 | JAN 17 | 178.70 | 3615* | FEB 08 | 502.75 |
| 3609 | JAN 22 | 56.00 | 3616 | FEB 11 | 270.45 |
| 3610 | JAN 17 | 12.00 | | | |

* GAP IN CHECK SEQUENCE

**DAILY BALANCE SUMMARY** ---------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| JAN 10 | 8,835.88 | JAN 15 | 7,778.80 |
| JAN 11 | 8,565.43 | JAN 17 | 7,535.84 |
| JAN 14 | 8,448.80 | JAN 22 | 7,479.84 |

--------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*

WF_00000609

```
                                         PAGE 2 of 2
                                         Account Number:           144-5071129
     WILLIAMS VENDING CO INC             Statement End Date:         02/11/08
     ALAN A WILLIAMS OWNER

DAILY BALANCE SUMMARY ------------------------------------------------------------

     DATE                  BALANCE     DATE                         BALANCE
     -----------------     -------     ---------------------------  -------
     JAN 28                7,123.84    FEB 08                       5,724.96
     JAN 29                6,398.84    FEB 11                       5,454.51
     FEB 04                6,227.71

------------------------------------------------------------------------------------
FOR YOUR INTEREST
```

-----------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000610

Case 1:15-cr-00395-REB  Document 121-10  Filed 09/07/18  Page 3 of 26

```
                                              PAGE 1 of 2

WELLS FARGO BANK, N.A.                        Account Number:        144-5071129
ILIFF & BUCKLEY                               Statement End Date:      03/11/08
P.O. BOX 5247                                 Number of Enclosures:           6
DENVER, CO 80274



       WILLIAMS VENDING CO INC
       ALAN A WILLIAMS OWNER
       850 S GENEVA ST
       DENVER CO 80247-1932


   IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
   CALL: 800-225-5935 (1-800-CALL-WELLS).
   ------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

   ACCOUNT                                                         ENDING
   TYPE                                                           BALANCE

   BASIC BUSINESS CHECKING                                       3,088.72
     144-5071129
   ------------------------------------------------------------------
NEWS FROM WELLS FARGO




   ------------------------------------------------------------------
BASIC BUSINESS CHECKING 144-5071129

   WILLIAMS VENDING CO INC
   ALAN A WILLIAMS OWNER

   FEB 11 BEGINNING BALANCE                                      5,454.51
          TOTAL DEPOSITS/CREDITS                                     0.00
          TOTAL WITHDRAWALS/DEBITS                              - 2,365.79
   MAR 11 ENDING BALANCE                                        3,088.72

   WITHDRAWALS AND DEBITS --------------------------------------------

             POSTED
             DATE     TRANSACTION DETAIL                          AMOUNT

             FEB 19   TWX*AOL SERVICE 0208 080216 0030532
                      ALAN *WILLIAMS                             - 31.95
             FEB 26   WF Bus Credit AUTO PAY 080225
                      90398803163429 VECCHIARELLI,CARIN E        - 318.00
             FEB 27   WF Bus Credit AUTO PAY 080226
                      90225222630884 VECCHIARELLI,CARIN          - 162.00


   ------------------------------------------------------------------
CONTINUED ON NEXT PAGE
```

WF_00000611

Account Number:     144-5071129
Statement End Date:    03/11/08

**WILLIAMS VENDING CO INC**
**ALAN A WILLIAMS OWNER**

CHECKS PAID -----------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 3614 | FEB 12 | 725.00 | 3619 | MAR 03 | 151.21 |
| 3617 | FEB 13 | 116.35 | 3621 | MAR 10 | 502.75 |
| 3618 | FEB 21 | 88.08 | 3622 | MAR 07 | 270.45 |

\* GAP IN CHECK SEQUENCE

DAILY BALANCE SUMMARY ------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| FEB 11 | 5,454.51 | FEB 26 | 4,175.13 |
| FEB 12 | 4,729.51 | FEB 27 | 4,013.13 |
| FEB 13 | 4,613.16 | MAR 03 | 3,861.92 |
| FEB 19 | 4,581.21 | MAR 07 | 3,591.47 |
| FEB 21 | 4,493.13 | MAR 10 | 3,088.72 |

Effective April 1, 2008, the following Miscellaneous Fee will change.
Other Service Fees:
-Deposit Correction, $5 per correction

------------------------------------------------------------------------------

**FOR YOUR INTEREST**

Sign up for Online Banking and get free, 24/7 access to your Wells Fargo
accounts.
With Online Banking, you can view detailed account information, manage your
account profile and transfer funds at your fingertips. You can also choose to
receive important notices and your account statements online - it's quicker and
safer than receiving them in the mail and it's environmentally friendly. With
this free service, you can have time-sensitive information sent to your email
-- for example, you can receive an alert when a deposit is made, when your
account balance falls below a pre-set low-balance in your account, or when
overdraft protection was needed. Sign on and get started today by visiting
wellsfargo.com

------------------------------------------------------------------------------

THANK YOU FOR BANKING WITH WELLS FARGO.

WF_00000612

Case 1:15-cr-00395-REB Document 71-10 Filed 09/07/18 Page 8 of 26 pg 95 of 179

```
WELLS FARGO BANK, N.A.          PAGE 1 of 2
ILIFF & BUCKLEY                 I-4
P.O. BOX 5247                   Account Number:        144-5071129
DENVER, CO 80274                Statement End Date:      04/09/08
                                Number of Enclosures:           8
```

```
     WILLIAMS VENDING CO INC
     ALAN A WILLIAMS OWNER
     850 S GENEVA ST
     DENVER CO 80247-1932
```

```
  IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
  CALL: 800-225-5935 (1-800-CALL-WELLS).
```

--------------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 327.44 |

--------------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

*New Agreements for Online Banking*
*We've updated our Online Access Agreement and E-Sign Consent. To see what has*
*changed, please visit www.wellsfargo.com/onlineupdates*

--------------------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

*WILLIAMS VENDING CO INC*
*ALAN A WILLIAMS OWNER*

```
MAR 11 BEGINNING BALANCE                      3,088.72
       TOTAL DEPOSITS/CREDITS                     0.00
       TOTAL WITHDRAWALS/DEBITS              - 2,761.28
APR 09 ENDING BALANCE                           327.44
```

**WITHDRAWALS AND DEBITS** ------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAR 17 | TWX*AOL SERVICE 0308 080316 6221038 ALAN *WILLIAMS | - 31.95 |
| MAR 24 | BANK ORIGINATED DEBIT | - 336.00 |
| MAR 25 | WF Bus Credit AUTO PAY 080324 9039803163429 VECCHIARELLI,CARIN E | - 290.00 |
| MAR 31 | WF Bus Credit AUTO PAY 080328 90225222630884 VECCHIARELLI,CARIN | - 183.00 |
| APR 09 | MONTHLY SERVICE FEE | - 7.00 |

**CHECKS PAID** -----------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3620 | APR 01 | 725.00 | 3626 | APR 04 | 502.75 |
| 3623 | MAR 17 | 115.52 | 3628 | APR 02 | 270.45 |
| 3624 | MAR 18 | 88.08 | 3631* | APR 08 | 115.52 |
| 3625 | MAR 31 | 96.01 | | | |

* GAP IN CHECK SEQUENCE

--------------------------------------------------------------------------------

*CONTINUED ON NEXT PAGE*

WF_00000613

Account Number:          ·144-5071129
Statement End Date:      04/09/08

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

**DAILY BALANCE SUMMARY** ------------------------------------------------------

| DATE   | BALANCE  | DATE   | BALANCE  |
|--------|----------|--------|----------|
| MAR 11 | 3,088.72 | APR 01 | 1,223.16 |
| MAR 17 | 2,941.25 | APR 02 | 952.71   |
| MAR 18 | 2,853.17 | APR 04 | 449.96   |
| MAR 24 | 2,517.17 | APR 08 | 334.44   |
| MAR 25 | 2,227.17 | APR 09 | 327.44   |
| MAR 31 | 1,948.16 |        |          |

------------------------------------------------------------------------------
**FOR YOUR INTEREST**

*Sign up for Online Banking and get free, 24/7 access to your Wells Fargo
accounts.
With Online Banking, you can view detailed account information, manage your
account profile and transfer funds at your fingertips. You can also choose to
receive important notices and your account statements online - it's quicker and
safer than receiving them in the mail and it's environmentally friendly. With
this free service, you can have time-sensitive information sent to your email
-- for example, you can receive an alert when a deposit is made, when your
account balance falls below a pre-set low-balance in your account, or when
overdraft protection was needed. Sign on and get started today by visiting
wellsfargo.com*

------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000614

```
WELLS FARGO BANK, N.A.              PAGE 1 of 2
ILIFF & BUCKLEY
P.O. BOX 5247                       Account Number:        144-5071129
DENVER, CO 80274                    Statement End Date:      05/09/08
                                    Number of Enclosures:           8
```

```
            WILLIAMS VENDING CO INC
            ALAN A WILLIAMS OWNER
            850 S GENEVA ST
            DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------
**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 475.86 |

--------------------------------------------------------------------------
**NEWS FROM WELLS FARGO**

Thank you for being a Wells Fargo business customer. During the months of May
and June, we are showing our appreciation for business owners with special
offers and discounts on many of our business products and services.

We want you to know that you can depend on us to provide financial products and
services to help you succeed financially - in business and personally. And know
that you're in good hands with one of the world's most respected financial
services companies and America's #1 lender to small businesses.

Stop by any store location and visit a banker during business hours to find out
more.
--------------------------------------------------------------------------
**BASIC BUSINESS CHECKING 144-5071129**

```
    WILLIAMS VENDING CO INC
    ALAN A WILLIAMS OWNER

    APR 09 BEGINNING BALANCE                       327.44
           TOTAL DEPOSITS/CREDITS                 1,888.03
           TOTAL WITHDRAWALS/DEBITS             - 1,739.61
    MAY 09 ENDING BALANCE                          475.86
```

**DEPOSITS AND CREDITS** ---------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| APR 10 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 428.16 |
| APR 11 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 235.92 |
| APR 17 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 31.95 |
| APR 29 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 192.00 |
| MAY 02 | DEPOSIT | 1,000.00 |

--------------------------------------------------------------------------
CONTINUED ON NEXT PAGE

WF_00000615

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

WITHDRAWALS AND DEBITS --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| APR 17 | TWX*AOL SERVICE 0408 080416 3072055 ALAN *WILLIAMS | - 31.95 |
| APR 29 | WF Bus Credit AUTO PAY 080428 90225222630884 VECCHIARELLI,CARIN | - 192.00 |
| MAY 09 | MONTHLY SERVICE FEE | - 7.00 |

CHECKS PAID -------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3627 | APR 10 | 725.00 | 3633 | MAY 05 | 88.08 |
| 3629* | APR 10 | 12.00 | 3634 | MAY 07 | 99.43 |
| 3630 | APR 10 | 18.60 | 3635 | MAY 07 | 59.18 |
| 3632 | APR 11 | 235.92 | 3638 | MAY 08 | 270.45 |

* GAP IN CHECK SEQUENCE

DAILY BALANCE SUMMARY --------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| APR 09 | 327.44 | MAY 02 | 1,000.00 |
| APR 10 | 0.00 | MAY 05 | 911.92 |
| APR 11 | 0.00 | MAY 07 | 753.31 |
| APR 17 | 0.00 | MAY 08 | 482.86 |
| APR 29 | 0.00 | MAY 09 | 475.86 |

The following change is effective July 1, 2008.*
Overdraft Items and Returned Items (Non-Sufficient Funds/NSF): $35 per Item. An
occasion is a day in which your account does not have enough money to cover an
Item. A daily maximum of 10 Overdraft and/or Returned Item fees applies.

For questions, please contact your Wells Fargo Banker or call 1-800-CALL WELLS
(1-800-225-5935). We appreciate your business and look forward to continuing to
serve your financial needs.

*Effective August 15, 2008, for quarterly savings accounts.

-------------------------------------------------------------------------------
FOR YOUR INTEREST

Too busy running your business to think about retirement? A Wells Fargo
Investments professional can help you plan for your retirement, manage your
personal investments, or even create a business succession plan. Call
1-866-243-0931 or visit your local Wells Fargo store today.

Investment Products: -Not FDIC Insured  -No Bank Guarantee -May Lose Value

Investment products available through Wells Fargo Investments, LLC (member
SIPC), a non-bank affiliate of Wells Fargo & Company.

-------------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.

WF_00000616

```
WELLS FARGO BANK, N.A.                   PAGE 1 of 2
ILIFF & BUCKLEY
P.O. BOX 5247                            Account Number:        144-5071129
DENVER, CO 80274                         Statement End Date:      06/10/08
                                         Number of Enclosures:           5
```

```
        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

------------------------------------------------------------------------

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 2,964.29 |

------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

------------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

```
    WILLIAMS VENDING CO INC
    ALAN A WILLIAMS OWNER
    MAY 09 BEGINNING BALANCE                          475.86
            TOTAL DEPOSITS/CREDITS                   4,500.00
            TOTAL WITHDRAWALS/DEBITS              - 2,011.57
    JUN 10 ENDING BALANCE                           2,964.29
```

**DEPOSITS AND CREDITS** -----------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 12 | TRANSFER FROM DDA # 000003214258109 | 3,000.00 |
| JUN 10 | DEPOSIT | 1,500.00 |

**WITHDRAWALS AND DEBITS** --------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 19 | TWX*AOL SERVICE 0508 080516 5049942 ALAN *WILLIAMS | - 31.95 |
| MAY 28 | WF Bus Credit AUTO PAY 080527 9039880316329 VECCHIARELLI,CARIN E | - 302.01 |
| MAY 28 | WF Bus Credit AUTO PAY 080527 90225222630884 VECCHIARELLI,CARIN | - 183.00 |
| JUN 10 | MONTHLY SERVICE FEE | - 7.00 |

**CHECKS PAID** -------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3636 | MAY 13 | 725.00 | 3639* | MAY 19 | 54.00 |
| 3637 | MAY 12 | 502.75 | 3640 | MAY 23 | 117.78 |

* GAP IN CHECK SEQUENCE

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF_00000617

```
                                      PAGE 2 of 2
                                      Account Number:          144-5071129
    WILLIAMS VENDING CO INC           Statement End Date:      06/10/08
    ALAN A WILLIAMS OWNER

CHECKS PAID ---------------------------------------------------------------

    CHECK #   DATE          AMOUNT    CHECK #   DATE             AMOUNT
    --------------------------------  --------------------------------------
      3641   MAY 21          88.08
    * GAP IN CHECK SEQUENCE
DAILY BALANCE SUMMARY ------------------------------------------------------

    DATE                    BALANCE   DATE                      BALANCE
    --------------------------------  --------------------------------------
    MAY 09                   475.86   MAY 21                   2,074.08
    MAY 12                 2,973.11   MAY 23                   1,956.30
    MAY 13                 2,248.11   MAY 28                   1,471.29
    MAY 19                 2,162.16   JUN 10                   2,964.29
```

----------------------------------------------------------------------------
**FOR YOUR INTEREST**

*Too busy running your business to think about retirement? A Wells Fargo
Investments professional can help you plan for your retirement, manage your
personal investments, or even create a business succession plan. Call
1-866-243-0931 or visit your local Wells Fargo store today.*

*Investment Products: -Not FDIC Insured  -No Bank Guarantee -May Lose Value*

*Investment products available through Wells Fargo Investments, LLC (member
SIPC), a non-bank affiliate of Wells Fargo & Company.*

----------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000618

Case No. 1:15-cr-00395-REB   Document 173-2   filed 09/10/20   USDC Colorado   pg 101 of
Case 1:15-cr-00395-REB   Document 173-2   filed 09/10/20   USDC Colorado   pg 101 of
179

```
WELLS FARGO BANK, N.A.                  PAGE 1 of 2
ILIFF & BUCKLEY                         I-3
P.O. BOX 5247                           Account Number:        144-5071129
DENVER, CO 80274                        Statement End Date:    07/10/08
                                        Number of Enclosures:        7
```

```
        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).
--------------------------------------------------------------------
**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | 681.13 |

--------------------------------------------------------------------
**NEWS FROM WELLS FARGO**

Streamline your payments. Pay bills, employees, business taxes and more online
with the Wells Fargo Online Payment Suite. Learn more at
www.wellsfargo.com/biz/payments.
--------------------------------------------------------------------
**BASIC BUSINESS CHECKING 144-5071129**

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

```
JUN 10 BEGINNING BALANCE               2,964.29
       TOTAL DEPOSITS/CREDITS              0.00
       TOTAL WITHDRAWALS/DEBITS       - 2,283.16
JUL 10 ENDING BALANCE                    681.13
```

**WITHDRAWALS AND DEBITS** ------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUN 17 | TWX*AOL SERVICE 0608 080616 8230771 ALAN *WILLIAMS | - 31.95 |
| JUN 24 | WF Bus Credit AUTO PAY 080623 90398803163429 VECCHIARELLI,CARIN E | - 280.03 |
| JUN 30 | WF Bus Credit AUTO PAY 080627 90225222630884 VECCHIARELLI,CARIN | - 202.00 |
| JUL 10 | MONTHLY SERVICE FEE | - 7.00 |

**CHECKS PAID** -----------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3642 | JUN 16 | 270.45 | 3646 | JUN 19 | 104.97 |
| 3643+ | JUN 24 | 725.00 | 3647 | JUN 25 | 88.08 |
| 3644 | JUN 18 | 116.74 | 3649* | JUL 10 | 270.45 |
| 3645 | JUN 26 | 186.49 | | | |

* GAP IN CHECK SEQUENCE
+ITEM CONVERTED TO SUBSTITUTE CHECK

--------------------------------------------------------------------
CONTINUED ON NEXT PAGE

WF_00000619

Case 1:15-cr-00395-REB   Document 172-10   Filed 09/07/18   Page 102 of 209

```
                                          PAGE 2 of 2
                                          Account Number:        144-5071129
        WILLIAMS VENDING CO INC           Statement End Date:      07/10/08
        ALAN A WILLIAMS OWNER

     DAILY BALANCE SUMMARY --------------------------------------------------
        DATE                   BALANCE    DATE                     BALANCE
        -----------------------------    ----------------------------------
        JUN 10                2,964.29    JUN 24                  1,435.15
        JUN 16                2,693.84    JUN 25                  1,347.07
        JUN 17                2,661.89    JUN 26                  1,160.58
        JUN 18                2,545.15    JUN 30                    958.58
        JUN 19                2,440.18    JUL 10                    681.13

     -------------------------------------------------------------------------
     FOR YOUR INTEREST
```

```
     -------------------------------------------------------------------------
     THANK YOU FOR BANKING WITH WELLS FARGO.
```

WF_00000620

Case 1:15-cr-00395-REB   Document 172-2   Filed 09/07/18   Page 1 of 2

```
WELLS FARGO BANK, N.A.                    PAGE 1 of 2
ILIFF & BUCKLEY                           I-4
P.O. BOX 5247                             Account Number:        144-5071129
DENVER, CO 80274                          Statement End Date:      08/11/08
                                          Number of Enclosures:           5
```

          WILLIAMS VENDING CO INC
          ALAN A WILLIAMS OWNER
          850 S GENEVA ST
          DENVER CO 80247-1932


     IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
     CALL: 800-225-5935 (1-800-CALL-WELLS).

-------------------------------------------------------------------------
**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | - 7.00 |

-------------------------------------------------------------------------
**NEWS FROM WELLS FARGO**

*Streamline your payments. Pay bills, employees, business taxes and more online with the Wells Fargo Online Payment Suite. Learn more at www.wellsfargo.com/biz/payments.*

-------------------------------------------------------------------------
**BASIC BUSINESS CHECKING 144-5071129**

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

| | | |
|---|---|---:|
| JUL 10 | BEGINNING BALANCE | 681.13 |
| | TOTAL DEPOSITS/CREDITS | 714.23 |
| | TOTAL WITHDRAWALS/DEBITS | - 1,402.36 |
| AUG 11 | ENDING BALANCE | - 7.00 |

**DEPOSITS AND CREDITS** ---------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---:|
| JUL 15 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 76.46 |
| JUL 17 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 31.95 |
| JUL 18 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 116.74 |
| JUL 21 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 88.08 |
| JUL 23 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 401.00 |

**WITHDRAWALS AND DEBITS** -------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---:|
| JUL 17 | TWX*AOL SERVICE 0708 080716 4222562 ALAN *WILLIAMS | - 31.95 |

-------------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*

```
                              PAGE 2 of 2
                              Account Number:        144-5071129
     WILLIAMS VENDING CO INC   Statement End Date:     08/11/08
     ALAN A WILLIAMS OWNER
```

WITHDRAWALS AND DEBITS ------------------------------------------------------

```
          POSTED
          DATE      TRANSACTION DETAIL                        AMOUNT

          JUL 23   WF Bus Credit AUTO PAY 080722
                   90398803163429 VECCHIARELLI,CARIN E       - 401.00
          AUG 11   MONTHLY SERVICE FEE                         - 7.00
```

CHECKS PAID ------------------------------------------------------------------

```
     CHECK #   DATE              AMOUNT   CHECK #   DATE             AMOUNT
     -------------------------------      ------------------------------
     3648+   JUL 15            725.00      3652   JUL 18           116.74
     3650*   JUL 14             12.00      3653   JUL 21            88.08
     3651    JUL 11             20.59
     * GAP IN CHECK SEQUENCE
     +ITEM CONVERTED TO SUBSTITUTE CHECK
```

DAILY BALANCE SUMMARY --------------------------------------------------------

```
     DATE                     BALANCE   DATE                     BALANCE
     ------------------------------     ------------------------------
     JUL 10                    681.13   JUL 18                      0.00
     JUL 11                    660.54   JUL 21                      0.00
     JUL 14                    648.54   JUL 23                      0.00
     JUL 15                      0.00   AUG 11                    - 7.00
     JUL 17                      0.00
```

------------------------------------------------------------------------------
FOR YOUR INTEREST

------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

```
                                              PAGE 1 of 2

WELLS FARGO BANK, N.A.                Account Number:        144-5071129
ILIFF & BUCKLEY                       Statement End Date:     09/10/08
P.O. BOX 5247                         Number of Enclosures:          7
DENVER, CO 80274


        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932


    IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
    CALL: 800-225-5935 (1-800-CALL-WELLS).
    ------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

    ACCOUNT                                              ENDING
    TYPE                                                BALANCE

    BASIC BUSINESS CHECKING                             - 120.28
        144-5071129
    ------------------------------------------------------------------
NEWS FROM WELLS FARGO




    ------------------------------------------------------------------
BASIC BUSINESS CHECKING 144-5071129

    WILLIAMS VENDING CO INC
    ALAN A WILLIAMS OWNER

    AUG 11 BEGINNING BALANCE                             - 7.00
           TOTAL DEPOSITS/CREDITS                       2,731.00
           TOTAL WITHDRAWALS/DEBITS                   - 2,844.28
    SEP 10 ENDING BALANCE                              - 120.28

    DEPOSITS AND CREDITS ---------------------------------------------

              POSTED
              DATE    TRANSACTION DETAIL                 AMOUNT

              AUG 12  OVERDRAFT XFER FROM CREDIT CARD OR
                      LINE                                247.00
              AUG 13  OVERDRAFT XFER FROM CREDIT CARD OR
                      LINE                                330.00
              AUG 14  DEPOSIT                             500.00
              AUG 21  DEPOSIT                           1,600.00
              SEP 09  OVERDRAFT XFER FROM CREDIT CARD OR
                      LINE                                 54.00


    ------------------------------------------------------------------
CONTINUED ON NEXT PAGE
```

WF_00000623

WILLIAMS VENDING CO INC
ALAN A WILLIAMS OWNER

Account Number:          144-5071129
Statement End Date:      09/10/08

WITHDRAWALS AND DEBITS --------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| AUG 12 | WF Bus Credit AUTO PAY 080811 | - 240.00 |
|  | 90225222630884 VECCHIARELLI,CARIN |  |
| AUG 14 | OVERDRAFT FEE | - 35.00 |
| AUG 18 | OVERDRAFT FEE | - 35.00 |
| AUG 18 | TWX*AOL SERVICE 0808 080816 0342616 | - 31.95 |
|  | ALAN *WILLIAMS |  |
| AUG 19 | OVERDRAFT FEE | - 35.00 |
| AUG 27 | WF Bus Credit AUTO PAY 080826 | - 371.72 |
|  | 90398803163429 VECCHIARELLI,CARIN E |  |
| SEP 09 | WF Bus Credit AUTO PAY 080908 | - 210.00 |
|  | 90225222630884 VECCHIARELLI,CARIN |  |
| SEP 10 | OVERDRAFT FEE | - 35.00 |
| SEP 10 | MONTHLY SERVICE FEE | - 7.00 |

CHECKS PAID ------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
|  | SEP 02 | 88.08 | 3657 | AUG 14 | 77.50 |
| 3654* | AUG 20 | 725.00 | 3658 | AUG 13 | 270.45 |
| 3655 | AUG 13 | 116.03 | 3660* | SEP 02 | 32.50 |
| 3656 | AUG 15 | 419.40 | 3661 | AUG 29 | 114.65 |

* GAP IN CHECK SEQUENCE
+ITEM CONVERTED TO SUBSTITUTE CHECK

DAILY BALANCE SUMMARY ---------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| AUG 11 | - 7.00 | AUG 20 | - 915.33 |
| AUG 12 | 0.00 | AUG 21 | 684.67 |
| AUG 13 | - 56.48 | AUG 27 | 312.95 |
| AUG 14 | 331.02 | AUG 29 | 198.30 |
| AUG 15 | - 88.38 | SEP 02 | 77.72 |
| AUG 18 | - 155.33 | SEP 09 | - 78.28 |
| AUG 19 | - 190.33 | SEP 10 | - 120.28 |

--------------------------------------------------------------------------------
FOR YOUR INTEREST

--------------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.

```
                                         PAGE 1 of 2
WELLS FARGO BANK, N.A.
ILIFF & BUCKLEY                          Account Number:        144-5071129
P.O. BOX 5247                            Statement End Date:      10/09/08
DENVER, CO 80274                         Number of Enclosures:           5



          WILLIAMS VENDING CO INC
          ALAN A WILLIAMS OWNER
          850 S GENEVA ST
          DENVER CO 80247-1932



    IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
    CALL: 800-225-5935 (1-800-CALL-WELLS).
```

----------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 144-5071129 | - 283.41 |

----------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

----------------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

```
    WILLIAMS VENDING CO INC
    ALAN A WILLIAMS OWNER

    SEP 10 BEGINNING BALANCE                         - 120.28
           TOTAL DEPOSITS/CREDITS                     2,020.44
           TOTAL WITHDRAWALS/DEBITS                  - 2,183.57
    OCT 09 ENDING BALANCE                             - 283.41
```

**DEPOSITS AND CREDITS** -----------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| SEP 17 | DEPOSIT | 1,500.00 |
| SEP 30 | OVERDRAFT XFER FROM CREDIT CARD OR LINE | 116.45 |
| OCT 07 | CHECK REVERSAL | 88.08 |
| OCT 08 | CHECK REVERSAL | 103.91 |
| OCT 09 | PREAUTHORIZED DEBIT REVERSAL | 212.00 |

**WITHDRAWALS AND DEBITS** ---------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| SEP 17 | OVERDRAFT FEE | - 35.00 |
| SEP 17 | TWX*AOL SERVICE 0908 080916 5336418 ALAN *WILLIAMS | - 31.95 |
| SEP 30 | WF Bus Credit AUTO PAY 080929 90398803163429 VECCHIARELLI,CARIN E | - 317.52 |
| OCT 07 | NSF RETURN ITEM FEE | - 35.00 |
| OCT 07 | OVERDRAFT FEE | - 35.00 |
| OCT 08 | NSF RETURN ITEM FEE | - 35.00 |
| OCT 08 | WF Bus Credit AUTO PAY 081007 90225222630884 VECCHIARELLI,CARIN | - 212.00 |

----------------------------------------------------------------------------

*CONTINUED ON NEXT PAGE*

WF_00000625

Case 1:15-cr-00395-REB   Document 71-2   Filed 09/07/18   Page 22 of 269

```
                                    PAGE 2 of 2
                                    Account Number:            144-5071129
     WILLIAMS VENDING CO INC        Statement End Date:          10/09/08
     ALAN A WILLIAMS OWNER
```

WITHDRAWALS AND DEBITS -------------------------------------------------------

```
     POSTED
     DATE    TRANSACTION DETAIL                                 AMOUNT

     OCT 09  NSF RETURN ITEM FEE                               - 35.00
     OCT 09  MONTHLY SERVICE FEE                               -  7.00
```

CHECKS PAID ------------------------------------------------------------------

```
     CHECK #   DATE        AMOUNT      CHECK #   DATE              AMOUNT
     ---------------------------      ----------------------------------
       3662    SEP 16      116.25       3668*    OCT 07           103.91
       3663+   SEP 23      725.00       3668*    OCT 09           103.91
       3664    SEP 19      270.45       3669     OCT 06            32.50
       3666*   OCT 06       88.08
     * GAP IN CHECK SEQUENCE
     +ITEM CONVERTED TO SUBSTITUTE CHECK
```

DAILY BALANCE SUMMARY --------------------------------------------------------

```
     DATE                 BALANCE    DATE                       BALANCE
     ----------------------------    ----------------------------------
     SEP 10              - 120.28    SEP 30                        0.00
     SEP 16              - 236.53    OCT 06                   - 120.58
     SEP 17              1,196.52    OCT 07                   - 206.41
     SEP 19                926.07    OCT 08                   - 349.50
     SEP 23                201.07    OCT 09                   - 283.41
```

RETURNED ITEMS----------------------------------------------------------------

```
     DATE    DESCRIPTION                                       AMOUNT

     OCT 7   CHECK #3666                                       - 88.08
             REFERENCE #00230007003970201040
     OCT 8   CHECK #3668                                      - 103.91
             REFERENCE #00170001001457203722
     OCT 9   NON-MONETARY NOTATION TRANSACTION                - 212.00
             REFERENCE # 091000013321896
```
------------------------------------------------------------------------------
FOR YOUR INTEREST

*Participate In The Wells Fargo Small Business Webcast Series*

*Wells Fargo is pleased to introduce the small business webcast series of
interactive, online sessions covering a variety of topics important to business
owners. Each webcast features a panel of industry insiders sharing relevant,
practical advice you can use to strengthen your business, along with a Q&A
session during which questions from viewers will be addressed.*

*Please join our next webcast to learn important tips on developing a secure
retirement plan and ensuring a smooth transition of your business.*

*Retirement And Transition Strategies For Your Business
Date: November 12, 2008
Live Event: 11 a.m. PT; 12 a.m. MT; 1 p.m. CT: 2 p.m. ET*

*Register for this upcoming webcast or view previous webcasts at
wellsfargo.com/biz/webcast*

------------------------------------------------------------------------------
------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

Case No. 1:15-cr-00395-REB   Document 172-10   filed 09/10/18   USDC Colorado   pg 109 of
179
Case 1:15-cr-00395-REB   Document 172-10   Filed 09/07/18   Page 23 of 209 109 of

*WELLS FARGO BANK, N.A.*
*ILIFF & BUCKLEY*
*P.O. BOX 5247*
**DENVER, CO 80274**

Account Number:          144-5071129
Statement End Date:      11/12/08
**Number of Enclosures:**        8

**WILLIAMS VENDING CO INC**
**ALAN A WILLIAMS OWNER**
**850 S GENEVA ST**
**DENVER CO 80247-1932**

*IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,*
*CALL: 800-225-5935 (1-800-CALL-WELLS).*

------------------------------------------------------------------------

**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| *BASIC BUSINESS CHECKING* 144-5071129 | 44.14 |

------------------------------------------------------------------------

**NEWS FROM WELLS FARGO**

------------------------------------------------------------------------

**BASIC BUSINESS CHECKING 144-5071129**

*WILLIAMS VENDING CO INC*
*ALAN A WILLIAMS OWNER*

| | | |
|---|---|---|
| *OCT 09 BEGINNING BALANCE* | | - 283.41 |
| *TOTAL DEPOSITS/CREDITS* | | 3,703.91 |
| *TOTAL WITHDRAWALS/DEBITS* | | - 3,376.36 |
| *NOV 12 ENDING BALANCE* | | 44.14 |

**DEPOSITS AND CREDITS** --------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| *OCT 10* | *CHECK REVERSAL* | 103.91 |
| *OCT 14* | *DEPOSIT* | 650.00 |
| *OCT 22* | *DEPOSIT* | 1,000.00 |
| *OCT 24* | *DEPOSIT* | 450.00 |
| *OCT 27* | *DEPOSIT* | 500.00 |
| *NOV 12* | *DEPOSIT* | 1,000.00 |

**WITHDRAWALS AND DEBITS** -------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| *OCT 10* | *NSF RETURN ITEM FEE* | - 35.00 |
| *OCT 17* | *WF Bus Credit AUTO PAY 081007* *9022522262630884 VECCHIARELLI,CARIN* | - 212.00 |
| *OCT 17* | *TWX*AOL SERVICE 1008 081016 0704244* *ALAN *WILLIAMS* | - 31.95 |
| *OCT 28* | *WF Bus Credit AUTO PAY 081028* *9039880316429 VECCHIARELLI,CARIN E* | - 295.77 |
| *NOV 12* | *OVERDRAFT FEE* | - 35.00 |
| *NOV 12* | *WF Bus Credit AUTO PAY 081110* *9022522262630884 VECCHIARELLI,CARIN* | - 250.00 |

------------------------------------------------------------------------

*CONTINUED ON NEXT PAGE*

WF_00000627

Case 1:15-cr-00395-REB Document 172-1 filed 09/10/07 USDC Colorado pg 110 of 179

```
                                           PAGE 2 of 2
                                           Account Number:        144-5071129
        WILLIAMS VENDING CO INC            Statement End Date:    11/12/08
        ALAN A WILLIAMS OWNER
```

**WITHDRAWALS AND DEBITS** -------------------------------------------------------------

```
            POSTED
            DATE     TRANSACTION DETAIL                            AMOUNT

            NOV 12   MONTHLY SERVICE FEE                           - 7.00
```

**CHECKS PAID** -----------------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| | OCT 27 | 412.21 | 3673 | OCT 23 | 116.16 |
| 3670 | OCT 27 | 725.00 | 3675* | OCT 27 | 270.45 |
| 3671 | OCT 23 | 15.38 | 3676 | NOV 10 | 725.00 |
| 3672 | OCT 23 | 12.00 | 3677 | NOV 07 | 233.44 |

```
        * GAP IN CHECK SEQUENCE
```

**DAILY BALANCE SUMMARY** ------------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| OCT 09 | - 283.41 | OCT 24 | 1,498.01 |
| OCT 10 | - 214.50 | OCT 27 | 590.35 |
| OCT 14 | 435.50 | OCT 28 | 294.58 |
| OCT 17 | 191.55 | NOV 07 | 61.14 |
| OCT 22 | 1,191.55 | NOV 10 | - 663.86 |
| OCT 23 | 1,048.01 | NOV 12 | 44.14 |

**RETURNED ITEMS**-------------------------------------------------------------------

```
        DATE     DESCRIPTION                                      AMOUNT

        OCT 10   CHECK #3668                                      - 103.91
                 REFERENCE #00010002000680903218
```
-------------------------------------------------------------------------------------

**FOR YOUR INTEREST**

*GOOD NEWS ABOUT YOUR FDIC INSURANCE. Wells Fargo Bank, N.A. is a member of the Federal Deposit Insurance Corporation (FDIC) so the funds in your Wells Fargo checking, savings and time accounts (CDs) are automatically insured up to the applicable FDIC limits. Effective October 3, 2008, through December 31, 2009, the basic deposit insurance limit has been increased from $100,000 to $250,000. In addition, the FDIC has implemented new expanded insurance coverage for non-interest bearing checking accounts. Through December 31, 2009, Wells Fargo consumer and business customers will enjoy unlimited FDIC Insurance coverage for funds deposited in non-interest bearing checking accounts. On January 1, 2010, the basic FDIC Insurance limits will go back to $100,000 except for IRA accounts which will remain at $250,000 and the separate unlimited FDIC Insurance coverage for non-interest bearing checking accounts will be terminated. To learn more about these changes or to determine how you can maximize your FDIC Insurance coverage, please talk to your Wells Fargo Banker or call us at the Telephone Number listed on your statement.*

-------------------------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF_00000628

```
WELLS FARGO BANK, N.A.                PAGE 1 of 2
ILIFF & BUCKLEY
P.O. BOX 5247                         Account Number:        144-5071129
DENVER, CO 80274                      Statement End Date:       12/09/08
                                      Number of Enclosures:            3


        WILLIAMS VENDING CO INC
        ALAN A WILLIAMS OWNER
        850 S GENEVA ST
        DENVER CO 80247-1932



    IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
    CALL: 800-225-5935 (1-800-CALL-WELLS).
------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

    ACCOUNT                                                      ENDING
    TYPE                                                        BALANCE

    BASIC BUSINESS CHECKING                                     - 92.41
      144-5071129

------------------------------------------------------------------------
NEWS FROM WELLS FARGO

Effective January 12, 2009 in order for the Bank to better service your account
and collect any amounts you owe, we may from time to time make calls and/or
send text messages to the telephone number(s) associated with your account,
including wireless telephone number(s) that could result in charges to you. The
manner in which these calls or text messages are made to you may include, but
is not limited to, the use of prerecorded/artificial voice messages and or an
automatic telephone dialing system. In addition, to better service your account
or collect any amount you owe, we may also contact you via email at any email
address you have provided. If you do not want to receive prerecorded/artificial
voice messages, automatic telephone dialing system calls and/or text messages
on your wireless telephone, please contact us at 1-877-647-8551 Monday-Friday
between 8am and 6pm and Saturday between 7am and 3pm PST.
------------------------------------------------------------------------
BASIC BUSINESS CHECKING 144-5071129

    WILLIAMS VENDING CO INC
    ALAN A WILLIAMS OWNER

    NOV 12 BEGINNING BALANCE                                       44.14
           TOTAL DEPOSITS/CREDITS                               1,500.00
           TOTAL WITHDRAWALS/DEBITS                           - 1,636.55
    DEC 09 ENDING BALANCE                                        - 92.41

    DEPOSITS AND CREDITS ------------------------------------------------

           POSTED
           DATE    TRANSACTION DETAIL                           AMOUNT

           NOV 28  DEPOSIT                                    1,000.00
           NOV 28  DEPOSIT                                      500.00

    WITHDRAWALS AND DEBITS ---------------------------------------------

           POSTED
           DATE    TRANSACTION DETAIL                           AMOUNT

           NOV 17  TWX*AOL SERVICE 1108 081116 4591583
                   ALAN *WILLIAMS                              - 31.95
------------------------------------------------------------------------
CONTINUED ON NEXT PAGE
```

WF_00000629

```
                                          PAGE 2 of 2
                                          Account Number:           144-5071129
        WILLIAMS VENDING CO INC           Statement End Date:        12/09/08
        ALAN A WILLIAMS OWNER
```

WITHDRAWALS AND DEBITS ------------------------------------------------------

```
                    POSTED
                    DATE      TRANSACTION DETAIL                        AMOUNT

                    DEC 01    WF Bus Credit AUTO PAY 081128
                              90398803163429 VECCHIARELLI,CARIN E      - 282.00
                    DEC 08    WF Bus Credit AUTO PAY 081208
                              90225222630884 VECCHIARELLI,CARIN        - 204.00
                    DEC 09    MONTHLY SERVICE FEE                        - 7.00
```

CHECKS PAID ----------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 3678 | DEC 01 | 270.45 | 3680 | DEC 09 | 725.00 |
| 3679 | DEC 01 | 116.15 | | | |

DAILY BALANCE SUMMARY ------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| NOV 12 | 44.14 | DEC 01 | 843.59 |
| NOV 17 | 12.19 | DEC 08 | 639.59 |
| NOV 28 | 1,512.19 | DEC 09 | - 92.41 |

----------------------------------------------------------------------------
FOR YOUR INTEREST -----------------------------------------------------------

Important Updates To Overdraft Protection Plans

Effective February 14, 2009, we will change the way savings accounts and credit accounts eligible to provide overdraft protection are linked to your checking account. If you have not designated the account you want the Bank to access first for overdraft protection, we will access available funds in your savings account first and then from your credit account, subject to your available credit and pursuant to the terms of the credit agreement.

As a reminder, tracking all of your transactions and ensuring you have sufficient funds available prior to initiating a transaction is the best way to avoid an overdraft or returned item fee.

We encourage you to contact your local banker, call the National Business Banking Center at the number listed on your statement or visit us online at wellsfargo.com/biz to sign up for overdraft protection.

----------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.

**WILLIAMS VENDING CO INC**
**OPERATING ACCOUNT**
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

9553

23-7/1020 1021
3214258109

DATE 5/12/08

PAY TO THE ORDER OF   Ronald L. Erickson                          $ 4648.05

THE SUM 4648 DOLS 05 CTS                                      DOLLARS

Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR (Disbursement)

⑆0000009553⑈ ⑆102000076⑆ 3214258109⑈

| R/T Number | 010200007 | Processing Date | 20080513 |
|---|---|---|---|
| Sequence Number | 000006677875775 | Amount | 0000464805 |
| Account Number | 3214258109 | Serial Number | 000000000009553 |

113
WF_00000763

WILLIAMS VENDING CO INC

PAGE 2 of 5
Account Number:            321-4258109
Statement End Date:        05/31/08

WITHDRAWALS AND DEBITS ------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 4,000.00 |
| MAY 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,000.00 |
| MAY 08 | CHECK CRD PURCHASE 05/07 CKT*CRICKETCOMM 800-274-2538 CA 491986XXXXXX4502 129840009664454 ?MCC=4814 102000076DA | - 306.08 |
| MAY 09 | WIRE TRANS SVC CHARGE - SEQUENCE: 080509084944 SRF# 2008130043850O TRN#080509084944 RFB# | - 10.00 |
| MAY 12 | WITHDRAWAL MADE IN A BRANCH/STORE | - 90,000.00 |
| MAY 12 | WITHDRAWAL MADE IN A BRANCH/STORE | - 22,000.00 |
| MAY 12 | WITHDRAWAL MADE IN A BRANCH/STORE | - 8,000.00 |
| MAY 12 | TRANSFER TO DDA # 00001445071129 | - 3,000.00 |
| MAY 12 | WITHDRAWAL MADE IN A BRANCH/STORE | - 16.00 |
| MAY 12 | CHECK CRD PURCHASE 05/10 MAPSCO - DENVER DENVER CO 491986XXXXXX4502 133840011271050 ?MCC=5947 102000076DA | - 1,001.42 |
| MAY 12 | CHECK CRD PURCHASE 05/11 POTOMAC 66 00455188 AURORA CO 491986XXXXXX4502 133840015393239 ?MCC=5542 102000076DA | - 55.00 |
| MAY 13 | WITHDRAWAL MADE IN A BRANCH/STORE | - 36,382.01 |
| MAY 13 | WITHDRAWAL MADE IN A BRANCH/STORE | - 9,200.00 |
| MAY 13 | CHECK CRD PURCHASE 05/12 FREIGHTQUOTE COM 913-6424700 KS 491986XXXXXX4502 134840010500479 ?MCC=4215 102000076DA | - 2,475.61 |
| MAY 13 | CHECK CRD PURCHASE 05/12 FREIGHTQUOTE COM 913-6424700 KS 491986XXXXXX4502 134840010500448 ?MCC=4215 102000076DA | - 2,161.55 |
| MAY 14 | AMERICAN EXPRESS ELEC REMIT 080514052293096 SHERROL S HORNER | - 500.00 |
| MAY 15 | CHECK CRD PURCHASE 05/14 TRAVEL PURCHASE 888-433-4648 NV 491986XXXXXX4502 136840005015554 ?MCC=4722 102000076DA | - 1,498.04 |
| MAY 15 | CHECK CRD PURCHASE 05/13 FRONTIERAIR 4222160227 FRONTIER WEB OK 491986XXXXXX4502 136840010268338 ?MCC=3132 102000076DA | - 566.39 |
| MAY 15 | CHECK CRD PURCHASE 05/14 PEORIA CONOCO 10045680 AURORA CO 491986XXXXXX4502 136840008822539 ?MCC=5542 102000076DA | - 70.00 |
| MAY 16 | CHECK CRD PURCHASE 05/14 SAFEWAY FUEL 10026128 AURORA CO 491986XXXXXX4502 137840005744174 ?MCC=5542 102000076DA | - 75.00 |
| MAY 19 | CHECK CRD PURCHASE 05/15 REDICARPETSALESOF CO 3033217026 CO 491986XXXXXX4502 139840017835086 ?MCC=5713 102000076DA | - 2,128.56 |
| MAY 19 | CHECK CRD PURCHASE 05/15 DIAMOND 653 SHAMROCK BROOMFIELD CO 491986XXXXXX4502 139840019295023 ?MCC=5542 102000076DA | - 55.20 |

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE



R/T Number          010200007
Sequence Number     000007030371720
Account Number      3214258109

Processing Date     20080521
Amount              0000950000
Serial Number       000000000009525

WILLIAMS VENDING CO INC
OPERATING ACCOUNT
2200 CHAMBERS RD STE F
AURORA, CO 80011-3209

9558

23-7/1020 1021
3214258109

DATE 5/29/08

PAY
TO THE
ORDER OF *Arerican National Bank*                    $ 1,700.00

*One Thousand Sever Hundred* ⁰⁰⁄                    DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Colorado
wellsfargo.com

FOR #*554754601*

⑈0000009558⑈ ⑆102000076⑆ 3214258109⑈

2660110430 05/29/2008  >107001232<

Credit to the Account of Payee
Endorsement Guaranteed By
American National Bank

| | | |
|---|---|---|
| R/T Number | 010200007 | |
| Sequence Number | 000008864372281 | |
| Account Number | 3214258109 | |

| | |
|---|---|
| Processing Date | 20080530 |
| Amount | 0000170000 |
| Serial Number | 000000000009558 |



BRMN3271278:Diana Adams - 12645750-3214258

117

WF_00000800



| R/T Number | 010200007 | Processing Date | 20080708 |
| Sequence Number | 000003670732399 | Amount | 0000032635 |
| Account Number | 3214258109 | Serial Number | 000000000009528 |

118
WF_00000742





| R/T Number | 010200007 | Processing Date | 20080617 |
|---|---|---|---|
| Sequence Number | 000000476275224 | Amount | 0000697520 |
| Account Number | 3214258109 | Serial Number | 000000000009519 |



| R/T Number | 010200007 | Processing Date | 20080616 |
| Sequence Number | 000000674731903 | Amount | 0000320000 |
| Account Number | 3214258109 | Serial Number | 000000000009520 |

WF_00000735



2670080600 06/30/2008 >107001232<

R/T Number            010200007
Sequence Number       000008832308840
Account Number        3214258109

Processing Date       20080701
Amount                0000160000
Serial Number         000000000009526





R/T Number        010200007
Sequence Number   000000477124549
Account Number    3214258109

Processing Date   20080630
Amount            0000144215
Serial Number     000000000009576

```
                              PAGE 2 of 4
                              Account Number:          321-4258109
WILLIAMS VENDING CO INC       Statement End Date:      07/31/08
```

WITHDRAWALS AND DEBITS -------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 01 | CHECK CRD PURCHASE 06/26 UNITED AIR 0164066998 SPEC SVC TKT IL 491986XXXXXX4502 183840010229898 ?MCC=3000 102000076DA | - 150.00 |
| JUL 02 | AURORA LOAN ALS SPEEDP 080701 0045419900-0332 williams vending co | - 6,968.72 |
| JUL 02 | CHECK CRD PURCHASE 06/30 UNITED AIR 0162178291 TKT SVC CTR - IL 491986XXXXXX4502 184840011317208 ?MCC=3000 102000076DA | - 150.00 |
| JUL 02 | CHECK CRD PURCHASE 07/01 BUDGET RENT-A-CAR ONTARIO CA 491986XXXXXX4502 184840011932950 ?MCC=3366 102000076DA | - 85.00 |
| JUL 03 | CHECK CRD PURCHASE 07/01 VERIZON WRLS W1104-01 AURORA CO 491986XXXXXX4502 185840009129770 ?MCC=4812 102000076DA | - 126.39 |
| JUL 03 | CHECK CRD PURCHASE 07/02 APPLEBEES 871801210145 Aurora CO 491986XXXXXX4502 185840005234110 ?MCC=5812 102000076DA | - 49.26 |
| JUL 03 | CHECK CRD PURCHASE 06/30 UNITED AIR 0164066115 SPEC SVC TKT IL 491986XXXXXX4502 185840011077831 ?MCC=3000 102000076DA | - 39.00 |
| JUL 07 | WITHDRAWAL MADE IN A BRANCH/STORE | - 5,000.00 |
| JUL 07 | CHECK CRD PURCHASE 07/02 FRONTIERAIR 4222126559 DENVER CO 491986XXXXXX4502 186840011135596 ?MCC=3132 102000076DA | - 543.39 |
| JUL 07 | CHECK CRD PURCHASE 07/03 7-ELEVEN 29314 NORTHGLENN CO 491986XXXXXX4502 188840016264923 ?MCC=5542 102000076DA | - 85.00 |
| JUL 07 | CHECK CRD PURCHASE 07/03 CONOCO K & 014100043123 AURORA CO 491986XXXXXX4502 188840017779137 ?MCC=5542 102000076DA | - 66.00 |
| JUL 07 | CHECK CRD PURCHASE 07/02 FRONTIERAIR 4220610545 DENVER CO 491986XXXXXX4502 186840011135597 ?MCC=3132 102000076DA | - 25.00 |
| JUL 08 | CHECK CRD PURCHASE 07/07 CKT*CRICKETCOMM 800-274-2538 CA 491986XXXXXX4502 190840009281726 ?MCC=4814 102000076DA | - 323.08 |
| JUL 09 | CHECK CRD PURCHASE 07/07 THE HOME DEPOT 1501 AURORA CO 491986XXXXXX4502 191840006500430 ?MCC=5200 102000076DA | - 16.18 |
| JUL 11 | CHECK CRD PURCHASE 07/09 VENDCENTRAL 925-9819671 CA 491986XXXXXX4502 193840006556568 ?MCC=7311 102000076DA | - 60.00 |
| JUL 14 | CHECK CRD PURCHASE 07/12 PARKER LANDING00456392 AURORA CO 491986XXXXXX4502 196840005913834 ?MCC=5542 102000076DA | - 75.00 |

----------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF_00000588



| | | |
|---|---|---|
| R/T Number | 010200007 | |
| Sequence Number | 000000478663480 | |
| Account Number | 3214258109 | |

| | |
|---|---|
| Processing Date | 20080714 |
| Amount | 0000460000 |
| Serial Number | 000000000009578 |



| | | |
|---|---|---|
| R/T Number | 010200007 | |
| Sequence Number | 000000478663479 | |
| Account Number | 3214258109 | |

| | |
|---|---|
| Processing Date | 20080714 |
| Amount | 0000800000 |
| Serial Number | 000000000009579 |

Case No. 1:15-cr-00395-REB Document 173-2 filed 09/10/19 USDC Colorado pg 126 of
179
Case 1:15-cr-00395-REB Document 171-2 filed 09/04/19 USDC Colorado pg 126 of
179

WILLIAMS VENDING CO INC

PAGE 3 of 4
Account Number: 321-4258109
Statement End Date: 07/31/08

**WITHDRAWALS AND DEBITS** ---------------------------------------------------------------

| POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 15 | CHECK CRD PURCHASE 07/13 FEDEX SHP 07/10/08 AB# 862-541447492 TN 491986XXXXXX4502 197840006300581 ?MCC=4215 102000076DA | - 29.22 |
| JUL 15 | CHECK CRD PURCHASE 07/13 FEDEX SHP 07/10/08 AB# 866-049112621 TN 491986XXXXXX4502 197840006300580 ?MCC=4215 102000076DA | - 26.96 |
| JUL 16 | OVERDRAFT FEE | - 35.00 |
| JUL 16 | OVERDRAFT FEE | - 35.00 |
| JUL 16 | OVERDRAFT FEE | - 35.00 |
| JUL 17 | NSF RETURN ITEM FEE | - 35.00 |
| JUL 17 | NSF RETURN ITEM FEE | - 35.00 |
| JUL 17 | CHECK CRD PURCHASE 07/16 FREIGHTQUOTE COM 913-6424700 KS 491986XXXXXX4502 199840011161312 ?MCC=4215 102000076DA | - 3,363.56 |
| JUL 21 | CHECK CRD PURCHASE 07/18 FEDEX SHP 07/15/08 AB# 855-600484568 TN 491986XXXXXX4502 202840019279245 ?MCC=4215 102000076DA | - 29.22 |
| JUL 22 | CHECK CRD PURCHASE 07/21 JIFFY LUBE #965 AURORA CO 491986XXXXXX4502 204840010120901 ?MCC=7538 102000076DA | - 53.77 |
| JUL 24 | WITHDRAWAL MADE IN A BRANCH/STORE | - 8,000.00 |
| JUL 24 | CHECK CRD PURCHASE 07/23 CONOCO #06300700848481 AURORA CO 491986XXXXXX4502 206840008321171 ?MCC=5542 102000076DA | - 105.00 |
| JUL 25 | CHECK CRD PURCHASE 07/22 VENDING SECURITY PRODU 800-9065625 CA 491986XXXXXX4502 207840006025147 ?MCC=5969 102000076DA | - 1,164.29 |
| JUL 28 | OVERDRAFT FEE | - 35.00 |
| JUL 28 | CHECK CRD PURCHASE 07/24 BETTER BODIES FITNESS AURORA CO 491986XXXXXX4502 209840017612402 ?MCC=7997 102000076DA | - 81.00 |
| JUL 28 | CHECK CRD PURCHASE 07/25 CONOCO #06300700849240 AURORA CO 491986XXXXXX4502 210840005297659 ?MCC=5542 102000076DA | - 64.10 |
| JUL 28 | CHECK CRD PURCHASE 07/24 LAWDEPOT.COM/CODEBASE EDMONTON CD 491986XXXXXX4502 209840014025122 ?MCC=5969 102000076DA | - 45.00 |
| JUL 29 | OVERDRAFT FEE | - 35.00 |
| JUL 29 | OVERDRAFT FEE | - 35.00 |
| JUL 29 | OVERDRAFT FEE | - 35.00 |
| JUL 29 | CHECK CRD PURCHASE 07/29 COMCAST CABLE COMM 800-COMCAST CO 491986XXXXXX4502 211840010288470 ?MCC=4899 102000076DA | - 292.90 |
| JUL 30 | OVERDRAFT FEE | - 35.00 |
| JUL 31 | CASH DEPOSITED FEE | - 26.80 |

-------------------------------------------------------------------------------
CONTINUED ON NEXT PAGE

WF_00000589



R/T Number              010200007            Processing Date      20080912
Sequence Number    000000577211502      Amount               0000434500
Account Number      3214258109            Serial Number        000000000009586



R/T Number            010200007
Sequence Number   000008842492735
Account Number    3214258109

Processing Date     20080806
Amount           0000151512
Serial Number       000000000009562

Case No. 1:15-cr-00395-REB   Document 173-2   filed 09/10/19   USDC Colorado   pg 129 of
179
Case 1:15-cr-00395-REB   Document 110-5   Filed 09/07/18   Page 17 of 17





| R/T Number | 010200007 | Processing Date | 20080808 |
| Sequence Number | 000000574998499 | Amount | 0000134785 |
| Account Number | 3214258109 | Serial Number | 000000000009584 |

Walmart Inc.

Confidential

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008-04-10 | 6631 | AURORA | CO | 402875 | 10 | 810104772 | 845706 | CREAM CHEESE DANISH | 12/4 OZ | EA | | 8526479160 | CHEESE DANIS | CLOVERHILL | 1.00 | $4.67 | N |
| 2008-04-10 | 6631 | AURORA | CO | 402875 | 10 | 810104772 | 942743 | SNAKKING SALSITAS | 32 / 1.5OZ | | P=48 | 7890745040 | SALSITAS | EL SABROSO SALSITAS | 1.00 | $8.68 | N |
| 2008-04-10 | 6631 | AURORA | CO | 402875 | 10 | 810104772 | 977795 | BARRITAS | 22 CT-MW-E | EA | | 7432304866 | BARRITAS | MARINELA | 1.00 | $7.64 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 2439 | HERSHEY ALMOND | HERSHEY 36 CT | PH=55" | P=216 | 3400024100 | HERSHEY ALMD | HERSHEY'S MILK CHOCOLATE | 1.00 | $16.18 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 2526 | MILKY WAY | MARS 36CT | H=69.4 | P=350 | 4000012001 | MILKYWAY BAR | ORIGINAL PRICE $19.88 | 1.00 | $15.88 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 2528 | SNICKERS ALMOND | MARS 24 CT | H=66.4 | P=480 | 4000001105 | SNICKERS AL | SNICKERS ALMOND | 1.00 | $10.66 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 2529 | TWIX | MARS 36 CT | H= | P=240 | 4000001123 | TWIX 36 CT | TWIX | 2.00 | $31.76 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 2530 | M&M'S PLAIN | MARS 48 CT | H=44.4 | P=180 | 4000001231 | M&M PLAIN | M&M'S MILK CHOCOLATE | 1.00 | $21.28 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 2531 | M&M'S PEANUT | MARS 48 CT | PH=49" | P=180 | 4000061132 | M&M P-NUT | M&M'S PEANUT | 1.00 | $21.28 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 3441 | BREATH SAVERS PPRMNT | HERSHEY 24 / .75 OZ | | P=1500 | 3400071403 | BREATH SAVER | BREATH SAVERS PEPPERMINT | 1.00 | $9.84 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 15016 | SKITTLES ORIGINAL | MARS 36 CT | H=70.5 | P=300 | 4000001160 | SKITTLE ORIG | SKITTLES ORIGINAL | 1.00 | $15.88 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 15017 | STARBURST ORIGINAL | MARS 36 CT | H=70.5 | P=210 | 4000001151 | STRBRST ORIG | STARBURST ORIGINAL | 1.00 | $15.88 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 21966 | SPEARMINT PREPRICED | 2 - 20 / 5 STICKS | PH=54 | P=1200 | 2200011571 | SPEARMINT GU | SPEARMINT | 1.00 | $6.88 | Y |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 21968 | JUICY FRUIT PREPRICE | 2 - 20 / 5 STICKS | PH=52" | P=1200 | 2200011573 | GUM JCY FRUI | JUICY FRUIT | 1.00 | $6.88 | Y |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 85685 | BWNSGR PTART 18-2PKS | 18-2 PKS | H=47 | P=196 | 3800032856 | POPTARTCINN | CINNAMON/BROWN SUGAR | 1.00 | $6.52 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 120583 | BREATH SAVERS WNTRGR | HERSHEY 24 / .75 OZ | | P=1500 | 3400071412 | BRTH SVR WNT | BREATH SAVERS WINTERGREEN | 1.00 | $9.84 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 386354 | FUNYUNS ONION FLAVOR | 50 CT | H=40.1 | P=42 | 2840004399 | FUNYUNS50CT | FUNYUNS ORIGINAL | 1.00 | $10.18 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 448086 | POORBRO NATURAL CHIP | 44 CT./1 OZ. | | P=36 | 70816321101 | POTATO CHIPS | BOULDER | 1.00 | $9.08 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 479148 | DUCHESS HONEY BUN | 12CT - 36OZ | | P=192 | 7095370101 | HONEY BUN | HONEY BUN | 1.00 | $3.07 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 598588 | LIFESAVER FIVEFLAVOR | 20 / 1.14 OZ | | P=90 | 2200010428 | LIFESAVERFIV | LIFESAVERS FIVE FLAVOR | 1.00 | $7.88 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 738069 | SNICKERS DISPLAY | UNIT 72 CT. | | P=144 | 4000025827 | SNICK 72 CT. | SNICKERS | 1.00 | $25.88 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 749972 | STRAWBERRIES 2LB | | 2 LB | | 1715620006 | STRAWBERRY | STRAWBERRIES | 1.00 | $3.07 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 762043 | BIG TEXAS CINNAMON | ROLL 12CT - 48OZ | EA | P=50 | 8526479002 | CINN ROLL | CLOVERHILL | 1.00 | $4.46 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 766136 | MINI SUGAR DONUTS | 12/3 OZ | EA | | 7095389116 | SUGAR DONUTS | MINI SUGAR DONUTS | 1.00 | $3.54 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 845706 | CREAM CHEESE DANISH | 12/4 OZ | EA | | 8526479160 | CHEESE DANIS | CLOVERHILL | 1.00 | $4.67 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 856858 | STRAW PTART 18-2PKS | 18-2 PKS | H=39 | P=196 | 3800025919 | POPTARTSTRAW | STRAWBERRY POPTARTS | 1.00 | $5.52 | N |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 886432 | TYLENOL ARTHRITIS | 650MG - 290CT | | | 30045083840 | TYLENOL AR | TYLENOL | 1.00 | $15.12 | Y |
| 2008-04-11 | 6631 | AURORA | CO | 402875 | 27 | 810203508 | 912518 | 15PC QUILT SET | FRENCH TILE | Q,K | ASST | 78304863269 | COMF SET | LIFESTYLES | 1.00 | $97.71 | Y |
| 2008-04-14 | 6631 | AURORA | CO | 402875 | 31 | 810500542 | 163328 | 96/96/96 COMBO PACK | BLACK INK CARTRIDGES | P=192 | 30 | 82916057579 | HP 96/96/96 | HP 96/96/96 BLACK | 1.00 | $73.84 | Y |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 2439 | HERSHEY ALMOND | HERSHEY 36 CT | PH=55" | P=216 | 3400024100 | HERSHEY ALMD | HERSHEY'S MILK CHOCOLATE | 1.00 | $16.18 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 2526 | MILKY WAY | MARS 36CT | H=69.4 | P=350 | 4000012001 | MILKYWAY BAR | ORIGINAL PRICE $19.88 | 1.00 | $15.88 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 2528 | SNICKERS ALMOND | MARS 24 CT | H=66.4 | P=480 | 4000001105 | SNICKERS AL | SNICKERS ALMOND | 1.00 | $10.66 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 2529 | TWIX | MARS 36 CT | H= | P=240 | 4000001123 | TWIX 36 CT | TWIX | 1.00 | $15.88 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 2531 | M&M'S PEANUT | MARS 48 CT | PH=49" | P=180 | 4000061132 | M&M P-NUT | M&M'S PEANUT | 1.00 | $21.28 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 15016 | SKITTLES ORIGINAL | MARS 36 CT | H=70.5 | P=300 | 4000001160 | SKITTLE ORIG | SKITTLES ORIGINAL | 1.00 | $15.88 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 66993 | SWEET 'N SALTY MIX | 24 CT | | P=288 | 7703409922 | XARNUTMIX | XAR'S SWEET 'N SALTY MIX | 1.00 | $7.04 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 85685 | BWNSGR PTART 18-2PKS | 18-2 PKS | H=47 | P=196 | 3800032856 | POPTARTCINN | CINNAMON/BROWN SUGAR | 1.00 | $6.52 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 211351 | NUT VARIETY PACK | 24 / 2 OZ | | P=216 | 2900001183 | PLANTRS TUBE | PLANTERS | 1.00 | $7.78 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 374667 | XG RICE KRSP TRTS SS | 24CT SINGLE SERVE | H=43.9 | P=228 | 3800017780 | RXRISPTREATS | KELLOGG | 2.00 | $15.74 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 380855 | GRANDMA'S VTY COOKIE | 33 CT | PH=26 | P=60 | 2840007930 | GRNDMACKVRTY | GRANDMA'S | 1.00 | $7.87 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 479148 | DUCHESS HONEY BUN | 12CT - 36OZ | | P=192 | 7095370101 | HONEY BUN | HONEY BUN | 2.00 | $6.14 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 611124 | RED VINES | 15 / 4 OZ | | P=160 | 4136418633 | RED VINES | RED VINES | 1.00 | $7.16 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 738069 | SNICKERS DISPLAY | UNIT 72 CT. | | P=144 | 4000025827 | SNICK 72 CT. | SNICKERS | 1.00 | $25.88 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 762043 | BIG TEXAS CINNAMON | ROLL 12CT - 48OZ | EA | P=50 | 8526479002 | CINN ROLL | CLOVERHILL | 2.00 | $8.92 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 766080 | MINI CHOC DONUTS | 12/3 OZ | EA | | 7095389117 | CHOC DONUTS | MINI CHOC DONUTS | 2.00 | $7.72 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 766136 | MINI SUGAR DONUTS | 12/3 OZ | EA | | 7095389116 | SUGAR DONUTS | MINI SUGAR DONUTS | 2.00 | $7.08 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 845706 | CREAM CHEESE DANISH | 12/4 OZ | EA | | 8526479160 | CHEESE DANIS | CLOVERHILL | 2.00 | $9.34 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 856858 | STRAW PTART 18-2PKS | 18-2 PKS | H=39 | P=196 | 3800025919 | POPTARTSTRAW | STRAWBERRY POPTARTS | 1.00 | $5.52 | N |
| 2008-04-16 | 6631 | AURORA | CO | 402875 | 27 | 810701363 | 942743 | SNAKKING SALSITAS | 32 / 1.5OZ | | P=48 | 7890745040 | SALSITAS | EL SABROSO SALSITAS | 1.00 | $8.68 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 2439 | HERSHEY ALMOND | HERSHEY 36 CT | PH=55" | P=216 | 3400024100 | HERSHEY ALMD | HERSHEY'S MILK CHOCOLATE | 5.00 | $80.90 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 2526 | MILKY WAY | MARS 36CT | H=69.4 | P=350 | 4000012001 | MILKYWAY BAR | ORIGINAL PRICE $19.88 | 5.00 | $79.40 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 2528 | SNICKERS ALMOND | MARS 24 CT | H=66.4 | P=480 | 4000001105 | SNICKERS AL | SNICKERS ALMOND | 4.00 | $42.64 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 2529 | TWIX | MARS 36 CT | H= | P=240 | 4000001123 | TWIX 36 CT | TWIX | 4.00 | $63.52 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 2530 | M&M'S PLAIN | MARS 48 CT | H=44.4 | P=180 | 4000001231 | M&M PLAIN | M&M'S MILK CHOCOLATE | 3.00 | $63.84 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 2531 | M&M'S PEANUT | MARS 48 CT | PH=49" | P=180 | 4000061132 | M&M P-NUT | M&M'S PEANUT | 3.00 | $63.84 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 3441 | BREATH SAVERS PPRMNT | HERSHEY 24 / .75 OZ | | P=1500 | 3400071403 | BREATH SAVER | BREATH SAVERS PEPPERMINT | 1.00 | $9.84 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 15017 | STARBURST ORIGINAL | MARS 36 CT | H=70.5 | P=210 | 4000001151 | STRBRST ORIG | STARBURST ORIGINAL | 5.00 | $79.40 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 21966 | SPEARMINT PREPRICED | 2 - 20 / 5 STICKS | PH=54 | P=1200 | 2200011571 | SPEARMINT GU | SPEARMINT | 1.00 | $6.88 | Y |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 21969 | BIG RED PREPRICED | 2 - 20 / 5 STICKS | PH=52" | P=1200 | 2200011575 | GUM BIG RED | BIG RED | 1.00 | $6.88 | Y |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 53615 | SKITTLES TROPICAL | MARS 36 CT | H=70.5 | P=240 | 4000001163 | SKT TROP SN | SKITTLES TROPICAL | 3.00 | $47.64 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 62259 | AUSTIN CKY/CRK | VTY PK 45 CT. | | P=208 | 7978348570 | CKY/CRKVTY | AUSTIN | 1.00 | $6.50 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 90930 | FL SMART MIX | 30 CT | | | 2840004344 | SMARTMIX | SMART MIX | 1.00 | $10.18 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 120583 | BREATH SAVERS WNTRGR | HERSHEY 24 / .75 OZ | | P=1500 | 3400071412 | BRTH SVR WNT | BREATH SAVERS WINTERGREEN | 1.00 | $9.84 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 334735 | SUNCHIPS VARIETY PK | 30 CT | H=42 | P=48 | 2840004384 | SUN CHIPS | SUN CHIPS VARIETY PACK | 1.00 | $10.08 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 532360 | WINTERFRESH PREPRICE | 2 - 20 / 5 STICKS | PH=52" | P=1200 | 2200011578 | WINTERFSHGUM | WINTERFRESH | 1.00 | $6.88 | Y |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 738069 | SNICKERS DISPLAY | UNIT 72 CT. | | P=144 | 4000025827 | SNICK 72 CT. | SNICKERS | 3.00 | $77.64 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 757194 | KELLOGG FRUIT SNACKS | 24 CT. 2.5 OZ | H=44 | P=216 | 3800029983 | NABFRTSNACKS | KELLOGG'S | 1.00 | $6.49 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 762043 | BIG TEXAS CINNAMON | ROLL 12CT - 48OZ | EA | P=50 | 8526479002 | CINN ROLL | CLOVERHILL | 1.00 | $4.46 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 766136 | MINI SUGAR DONUTS | 12/3 OZ | EA | | 7095389116 | SUGAR DONUTS | MINI SUGAR DONUTS | 1.00 | $3.54 | N |
| 2008-04-17 | 6631 | AURORA | CO | 402875 | 10 | 810800581 | 845706 | CREAM CHEESE DANISH | 12/4 OZ | EA | | 8526479160 | CHEESE DANIS | CLOVERHILL | 1.00 | $4.67 | N |
| 2008-04-18 | 6632 | DENVER | CO | 402875 | 27 | 810900656 | 479148 | DUCHESS HONEY BUN | 12CT - 36OZ | | P=192 | 7095370101 | HONEY BUN | HONEY BUN | 4.00 | $12.28 | N |

| Date | Vendor | Company | Code | No | UPC | Item | Description | Size | Code1 | Code2 | Number | Desc3 | Description | Qty | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 2520 | SNICKERS ALMOND | MARS 24 CT | H466.4 | Pn48D | 4000001105 | SNICKERS AL | SNICKERS ALMOND | 2.00 | $21.32 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 3529 | TWIX | MARS 36 CT | H466.4 | Pn240 | 4000000113 | TWIX 36 CT | TWIX | 1.00 | $31.76 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 3530 | M&M'S PLAIN | MARS 48 CT | H444.4 | Pn18D | 4000002231 | M&M PLAIN | M&M'S MILK CHOCOLATE | 2.00 | $31.32 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 3531 | M&M'S PEANUT | MARS 48 CT | PH44F | Pn18D | 4000001132 | M&M PEANUT | M&M'S PLAIN | 2.00 | $42.56 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 3684 | SNICKERS | MARS 48 CT | PH48.8 | Pn400 | 4000002051 | SNICKER 48CT | M&M'S PEANUT | 2.00 | $42.56 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 15016 | SKITTLES ORIGINAL | MARS 36 CT | H-705 | Pn300 | 4000001160 | SKITTLE ORIG | SNICKERS | 2.00 | $31.76 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 15017 | STARBURST ORIGINAL | MARS 36 CT | H-705 | Pn210 | 4000000151 | STRBRST ORIG | SKITTLES ORIGINAL | 2.00 | $31.76 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 138397 | MINI FLAVOR STRIPS | 96 CT | H466.4 | Pn84 | 1002001976 | JUICE STRIPS | STARBURST ORIGINAL | 1.00 | $5.83 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 186396 | RUFFLES CHEDDAR SC | 50 CT | H466.1 | Pn36 | 2840004398 | CHEDCHSCKT | KEEBLER | 1.00 | $10.15 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 772404 | BOSTON FERN | HANGING BASKET | | Pn250 | 2181062050 | BOSTONFERN9 | RUFFLES | 1.00 | $9.46 Y |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 925270 | MUFFINS | 4 OZ | 4 OZ | Pn48 | 9173250102 | MUFFINS | BOSTON FERN | 1.00 | $6.28 N |
| 2008-04-24 | 4816 | AURORA | 402875 | 27 | 811500046 | 841546 | BUGLES | 50 CT | PH46 | Pn80 | 1600013288 | BUGLES | MUFFINS | 1.00 | $5.88 N |
| 2008-04-25 | 4745 | THORNTON | 402875 | 31 | 811600211 | | HERSHEY ALMOND | HERSHEY 36 CT | PH55* | Pn216 | 3400004100 | HERSHEY ALMD | BUGLES | 2.00 | $31.94 Y |
| 2008-04-25 | 4745 | THORNTON | 402875 | 31 | 811600211 | 2528 | SNICKERS ALMOND | MARS 24 CT | H466.4 | Pn48D | 4000001105 | SNICKERS AL | HERSHEY'S MILK CHOCOLATE | 1.00 | $10.66 Y |
| 2008-04-25 | 4745 | THORNTON | 402875 | 31 | 811600211 | 2529 | TWIX | MARS 36 CT | HH | Pn240 | 4000000113 | TWIX 36 CT | SNICKERS ALMOND | 5.00 | $79.40 Y |
| 2008-04-25 | 4745 | THORNTON | 402875 | 31 | 811600211 | 3531 | M&M'S PEANUT | MARS 48 CT | PH44F | Pn18D | 4000001132 | M&M PEANUT | TWIX | 5.00 | $79.40 Y |
| 2008-04-25 | 4745 | THORNTON | 402875 | 31 | 811600211 | 11016 | STARBURST CALIFORNIA | 36 CT | H-705 | Pn450 | 4000001165 | STARBURSTCAL | M&M'S PEANUT | 5.00 | $79.40 Y |
| 2008-04-25 | 4745 | THORNTON | 402875 | 31 | 811600211 | 15016 | SKITTLES ORIGINAL | MARS 36 CT | H-705 | Pn300 | 4000001160 | SKITTLE ORIG | STARBURST | 4.00 | $63.52 Y |
| 2008-04-25 | 4745 | THORNTON | 402875 | 31 | 811600211 | 20187 | PAYDAY | HERSHEY 24 CT | PH288 | Pn288 | 1070043233 | PAYDAY | SKITTLES ORIGINAL | 6.00 | $64.68 Y |
| 2008-04-25 | 4745 | THORNTON | 402875 | 31 | 811600211 | 627767 | SKITTLES SOURS | MARS 24 CT | H-716 | Pn432 | 4000001166 | SKITTLE SOUR | PAYDAY | 3.00 | $31.58 Y |
| 2008-04-25 | 4745 | THORNTON | 402875 | 31 | 811600211 | 718909 | SNICKERS DISPLAY | UNIT 72 CT | | Pn144 | 4000028427 | SNICK 72 CT | SKITTLES SOUR | 2.00 | $31.76 Y |
| 2008-04-25 | 6631 | AURORA | 402875 | 27 | 811901184 | 959213 | WOT COUGAT | | RTS | Pn212 | 2840013467 | WOT COUGAT | SNICKERS | 1.00 | $56.84 Y |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 2526 | MILKY WAY | MARS 36CT | H466.4 | Pn350 | 4000002000 | MILKYWAY BAR | ORIGINAL PRICE $19.89 | 1.00 | $31.58 N |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 2529 | TWIX | MARS 36 CT | HH | Pn240 | 4000000113 | TWIX 36 CT | TWIX | 1.00 | $15.88 N |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 2531 | MILKY WAY | MARS 36 CT | H466.4 | Pn350 | 4000000202 | MILKYWAY BAR | TWIX | 2.00 | $26.84 N |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 473168 | DUFOURS HONEY BUN | 12 CT 24OZ | PH55* | Pn210 | 7093170100 | HONEY BUN | HONEY BUN | 2.00 | $14.54 N |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 737470 | MUFFINS | 15 CT/4 OZ | 4 OZ | Pn48 | 9173250102 | MUFFINS | MUFFINS | 2.00 | $17.68 N |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 742090 | DEL TEXAS CINNAMON | ROLL 12CT x 48OZ | | Pn50 | 8654270020 | CINN ROLL | CLOVERHILL | 2.00 | $8.93 N |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 746105 | MINI DONUTS DONUTS | 12/7 OZ | LA | | 7093170117 | MINI DONUTS | MINI CHOC DONUTS | 2.00 | $14.08 N |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 746136 | MINI SUGAR DONUTS | 12/7 OZ | LA | | 7095389116 | SUGAR DONUTS | MINI SUGAR DONUTS | 2.00 | $7.08 N |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 845706 | CREAM CHEESE DANISH | 12/4 OZ | LA | | 8524297040 | CHEESE DANIS | CLOVERHILL | 3.00 | $14.01 N |
| 2008-04-28 | 6631 | AURORA | 402875 | 27 | 811901184 | 942143 | SALSITAS | 37 CT 50Z | EA | Pn2 | 2890003601 | SALSITAS | TORTIAS SALSITAS | 1.00 | $10.15 Y |
| 2008-04-29 | 6631 | THORNTON | 402875 | 27 | 812004937 | 2442 | JET KAT | HERSHEY 36 CT | PH627 | Pn288 | 3400034600 | JET KAT BAR | JET KAT | 1.00 | $15.97 Y |
| 2008-04-29 | 6631 | THORNTON | 402875 | 27 | 812004937 | 2531 | M&M'S PEANUT | MARS 48 CT | PH45F | Pn18D | 4000001132 | M&M PEANUT | M&M'S PEANUT | 1.00 | $21.28 Y |
| 2008-04-29 | 6631 | THORNTON | 402875 | 27 | 812004937 | 3529 | SNICKERS | MARS 36 CT | HH | Pn240 | 4000000202 | SNICKERS | SNICKERS | 1.00 | $15.88 Y |
| 2008-04-29 | 6631 | THORNTON | 402875 | 27 | 812004937 | 62259 | AUSTIN CHOICE | V7/1 PK 45 CT | Pn208 | Pn208 | 7071048570 | CHOICEVTY | AUSTIN | 1.00 | $6.54 Y |
| 2008-04-29 | 6631 | THORNTON | 402875 | 27 | 812004937 | 85485 | SWAGGER PFATT 18-2PKS | 18-2 PKS | PH47 | Pn196 | 3800032856 | POPTARTSMN | CINNAMON/BROWN SUGAR | 1.00 | $6.52 Y |
| 2008-04-29 | 4745 | THORNTON | 402875 | 27 | 812004937 | 90930 | FL SMART MIX | 30 CT | | | 2840004344 | SMARTMIX | SMART MIX | 1.00 | $10.18 Y |
| 2008-04-29 | 4745 | THORNTON | 402875 | 27 | 812004937 | 186326 | DORITOS NACHO VEND | 50 CT | PH36 | | 2840004403 | DORITOS NCH | DORITOS NACHO CHEESE | 1.00 | $10.18 Y |
| 2008-04-29 | 4745 | THORNTON | 402875 | 27 | 812004937 | 186333 | LAYS CLASSIC | 50 CT | H466.1 | Pn342 | 2840004493 | LAYSREGSOCCT | LAY'S CLASSIC CHIPS | 1.00 | $10.18 Y |
| 2008-04-29 | 4745 | THORNTON | 402875 | 27 | 812004937 | 186334 | FUNYUNS ONION FLAVOR | 50 CT | H466.1 | Pn342 | 2840004399 | FUNYUNSSOCCT | FUNYUNS ORIGINAL | 1.00 | $10.18 Y |
| 2008-04-29 | 4745 | THORNTON | 402875 | 27 | 812004937 | 186382 | CHEETOS FLAMIN HOT | 50 CT | H466.1 | Pn342 | 2840004401 | HOTCHEESOCCT | CHEETOS FLAMIN' HOT | 1.00 | $10.18 Y |
| 2008-04-29 | 4745 | THORNTON | 402875 | 27 | 812004937 | 186402 | CHEETOS REG | 50 CT | H466.1 | Pn342 | 2840004400 | CHEETOSSOCCT | CHEETOS REGULAR | 1.00 | $10.18 Y |
| 2008-04-29 | 4745 | THORNTON | 402875 | 27 | 812004937 | 514579 | PRINGLES SNACKSTACKS | 36 CT | H-49 | Pn196 | 3700002973 | PRINGLES | PRINGLES | 1.00 | $24.87 Y |
| 2008-04-29 | 4745 | THORNTON | 402875 | 27 | 812004937 | 804458 | STRAW PFART 18-2PKS | 18-2 PKS | H-49 | Pn196 | 3800025919 | POPTARTSTRAW | STRAWBERRY POPTARTS | 1.00 | $5.52 Y |
| 2008-04-29 | 4745 | AURORA | 402875 | 27 | 812106574 | 942143 | SALSITAS | 37 CT/50Z | EA | Pn196 | 2890003601 | SALSITAS | TORTIAS SALSITAS | 1.00 | $8.95 Y |
| 2008-04-29 | 6631 | THORNTON | 402875 | 27 | 812106574 | 3439 | HERSHEY ALMOND | HERSHEY 36 CT | PH55* | Pn216 | 3400024100 | HERSHEY ALMD | HERSHEY'S MILK CHOCOLATE | 1.00 | $16.45 N |
| 2008-04-30 | 6631 | AURORA | 402875 | 27 | 812106574 | 2526 | MILKY WAY | MARS 36CT | H466.4 | Pn350 | 4000002000 | MILKYWAY BAR | ORIGINAL PRICE $19.88 | 1.00 | $15.68 N |
| 2008-04-30 | 6631 | AURORA | 402875 | 27 | 812106574 | 2528 | SNICKERS ALMOND | MARS 24 CT | H466.4 | Pn48D | 4000001105 | SNICKERS AL | SNICKERS ALMOND | 1.00 | $10.66 Y |
| 2008-04-30 | 6631 | AURORA | 402875 | 27 | 812106574 | 2529 | TWIX | MARS 36 CT | HH | Pn240 | 4000000113 | TWIX 36 CT | TWIX | 2.00 | $31.76 N |
| 2008-04-30 | 6631 | AURORA | 402875 | 27 | 812106574 | 3531 | M&M'S PEANUT | MARS 48 CT | PH44F | Pn18D | 4000001132 | M&M PEANUT | M&M'S PEANUT | 1.00 | $21.28 N |
| 2008-04-30 | 6631 | AURORA | 402875 | 27 | 812106574 | 15016 | SKITTLES ORIGINAL | MARS 36 CT | H-705 | Pn300 | 4000001231 | SKITTLE ORIG | M&M'S MILK CHOCOLATE | 2.00 | $31.76 N |
| 2008-04-30 | 6631 | AURORA | 402875 | 27 | 812106574 | 15017 | STARBURST ORIGINAL | MARS 36 CT | H-705 | Pn210 | 4000000151 | STRBRST ORIG | STARBURST ORIGINAL | 1.00 | $15.88 N |
| | | | | | | | | | | | | | | | $4,713.56 |

Walmart Inc.
Confidential

Case No. 1:15-cr-00395-REB Document 173-21 filed 09/10/18 USDC Colorado pg 134 of
Case 1:15-cr-00395-REB Document 173-21 filed 09/10/18 USDC Colorado page 1 of 1 pg 134 of
179



# FCI ENGLEWOOD

CERTIFIES THAT

## ALAN WILLIAMS 43473-013

HAS SUCCESSFULLY COMPLETED THE REQUIRED COURSE OF STUDY APPROVED BY THE
FEDERAL BUREAU OF PRISONS AND IS THEREFORE AWARDED THIS CERTIFICATE OF COMPLETION

FOR

## GOOD INTENTIONS, BAD CHOICES

GIVEN THIS 9TH DAY OF NOVEMBER, 2017



_____
M. BERG, CHAPLAIN

_____
S. DOYLE, REENTRY COORDINATOR

134



**Colorado Orthopedic Consultants**

a division of

*Orthopedic Centers of Colorado*

**OCC**

## Physicians

Philip A. Stull, MD

Craig A. Davis, MD

Jeffrey A. Arthur, DO

Michael S. Hewitt, MD

Stuart H. Myers, MD

Nathan D. Faulkner, MD

Stephen F. Pehler, MD

## Locations

1411 S. Potomac St.,
Suite 400
Aurora, CO 80012

401 W. Hampden Pl.,
Suite 220
Englewood, CO 80110

08/02/2018

This letter is written on behalf of Mr. Williams.

To whom it may concern,

Mr. Williams is a 55-year-old male, who we've seen previously for his right knee. He has also been seen by one of my partner's previously, years prior, for this same condition. Currently, he continues to have progressive right knee pain, and decreased ability to walk long distances. We have done several conservative treatments to help assist in his knee pain and arthritis. We have used a brace that has been helpful, and he would like to be refitted for this if possible. He has had injections in the past, and feel he is a candidate for that as well, to continue to decrease the inflammation and swelling in the knee, caused by the arthritis, which then causes him to have worsening pain. At this time, we will continue to try conservative treatments, however they may be less beneficial in the long term.

We've been asked to explain his situation so that it can be taken into account when he goes to court. For specific details of his exam please refer to medical record. Presently, I feel in general, he has progressive right knee pain due to deteriorating arthritis. This is a progressive and non-reversible process. It is individualistic how much pain people endure with arthritis. Ultimately, when the arthritis becomes severe enough, knee replacement is the best option. Patient has been told in the past that he will need a knee replacement at some point. I agree that in the future he will need a knee replacement ultimately to fix the problem that he has. I do feel that bracing and activity modification, ice and elevation, and anti-inflammatories, are reasonable conservative measures. We did inject his knee at last visit. At this point we really have no other treatment options to offer.

Mr. Williams ultimately will benefit from a knee replacement to fix the problem he has, and that right knee caused by arthritis. Until he has a knee replacement, he will continue to have swelling episodes, painful episodes, and difficulty walking long distances. He may also have some giving out of his knee, due to the pain and arthritic changes. This could lead to a fall, if he is not using some support, such as his brace, or crutches, or a Walker. If there any other questions do not hesitate to contact us at 303-695-6060 extension 125.

Regards,

Jeffrey A. Arthur DO

(303) 695-6060 Phone • (303) 369-7776 Fax
www.cocortho.com

135

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ALAN ALONZO WILLIAMS, Defendant.

---

## DEFENDANT'S FOURTH UNOPPOSED MOTION TO   CONTINUE SENTENCING HEARING

---

Defendant, Alan Alonzo Williams, by and through counsel, requests that the sentencing in this matter, current scheduled for September 26, 2018 at 11:00 a.m. be continued.   Mr. Williams requests the Court set the matter for a status conference instead of a new sentencing date because his planned surgery has not yet occurred. Counsel intends to inform the Court the moment he is aware that Mr. Williams has had the surgery so that the Court can reschedule any sentencing hearing consistent with its docket if it so desires.   In support of this Motion to Continue Sentencing Hearing ("Motion"), Mr. Williams states as follows:

1.    This matter has been continued a number of times with the hope that Mr. Williams would receive his needed hernia re-repair surgery prior to sentencing.

2.    Since the matter was most recently continued, the authorities at FDC have repeatedly informed him that they were aware of his sentencing date and would arrange for the surgery to occur before that date.

3.      It was not until last week though that Mr. Williams was returned to see the surgeon.  The surgeon told him that he needed to be scheduled for an ultra-sound prior to surgery.

4.      As of this date Mr. Williams has not been taken to have a new ultra-sound.  Given these circumstances, it appears highly unlikely to counsel or Mr. Williams that the surgery is going to occur prior to the present sentencing date. This is the case even though as noted in Mr. Williams' prior motion to continue he was assured that the facility would do everything it could to  "get  it (the surgery) done" timely.

5.      Also as noted in Mr. Williams' previous motion to continue, were Mr. Williams to be sentenced prior to receiving surgery, he would end up at a new facility and in effect go to "the bottom of the list" with respect to receiving treatment. He would lose any chance for continuity of care  with the chance to have the doctor most familiar with his condition, and who did the original surgery, re-repair the hernia.

6.      Mr. Williams again wants the Court to know that he  knows and accepts that he is facing a lengthy period of  incarceration. He simply wants the chance to serve his sentence with at least this  significant  health  problem resolved.

7.      Mr. Williams is  again aware that the matter has been continued on several  occasions, but begs the Court to give him a chance to resolve his hernia condition prior to sentencing.

8.      Counsel for Mr. Williams has conferred with AUSA Rebecca Webber about this request.  The government does not oppose this request

Dated:  September 7, 2018.

Respectfully submitted,

s/ Steven K. Jacobson
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200
e-mail:   steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 7, 2018 electronically filed the foregoing **DEFENDANT'S FOURTH UNOPPOSED MOTION TO CONTINUE SENTENCING** with the Clerk of the Court using  the CM/ECF filing system which will send notification of such filing to all counsel of  record in this case.

s/ Steven K. Jacobson
Steven K. Jacobson

Case No. 1:15-cr-00395-REB  Document 173-1  filed 08/10/19  USDC Colorado  pg 139 of
179
Case 1:15-cr-00395-REB  Document 114  Filed 10/29/18  Page 1 of 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALAN ALONZO

    WILLIAMS, Defendant.

---

## REQUEST FOR ORDER DIRECTING FACILTY TO PROVIDE A MEDICAL EVALUATION AND AN EXPLANATION OF WHETHER MR. WILLIAMS WILL RECEIVE TREATMENT PRIOR TO SENTENCING

---

Defendant, Alan Alonzo Williams, by and through counsel, requests this Court to enter an order directing the authorities at the Federal Detention Center to provide the Court a medical evaluation detailing if Mr. Williams will receive a cat scan and surgery to repair his hernia prior to sentencing.

Counsel has conferred with AUSA Rebecca Webber as to this motion and Ms. Weber informed counsel she takes no position as to this motion.

In support of this Motion for Order, Defendant states as follows:

1.    This matter was originally set for sentencing on April 6, 2017 at 10:00 A.M. The sentencing was continued on the motion of the Defendant in order for him to receive surgery for his hernia condition. As noted in previous motions to continue, he had repeatedly been scheduled for surgery and repeatedly the surgery had not occurred. Surgery was first schedule for March

1

22, 2017; however, it did not occur.  His condition was not addressed again until October 24, 2017 when surgery was ordered for a target date of November 28, 2017. However, surgery was not actually performed until January 24, 2018.  Counsel is aware of no reason why it took eight months for the facility to arrange for the surgery.  Counsel has now spoken to the surgeon's office and has been informed that the doctor, Richard Tilquist, is usually available for surgery within two weeks of a request to schedule.

2.      Soon after the surgery was performed it became clear to Mr. Williams that the surgery failed. He remained in pain.   Mr. Williams continued to raise this issue with the health services at FDC. He was told he would be taken back to be re-evaluated. This was repeated scheduled but never occurred until June 1, 2018, a four month period. On June 1, 2018, he received a cat scan which indicated that he again needed surgery to re-repair the hernia. He was told the surgery would be scheduled.

3.   Mr. Williams was then not returned to see the surgeon until the last week of August 2018, an almost three month period.  The surgeon told Mr. Williams and the FDC staff that surgery was necessary and he needed an additional cat scan to guide the surgical procedure.   In conversations with Dr. Tilquist's staff, counsel has been informed that the new cat scan can be scheduled quickly and that as mentioned above, surgery could occur approximately two weeks thereafter.

4.      Mr. Williams has been informed by the FDC medical staff that they are aware of his sentencing date and he is "on their schedule."

5.    It is now been an additional two months since a new cat scan was

Case No. 1:15-cr-00395-REB   Document 114   filed 09/10/19   USDC Colorado   pg 141 of
Case 1:15-cr-00395-REB   Document 114   filed 09/29/18   Page 3 of 4
179

supposed to be scheduled for Mr. Williams and nothing has happened.    Given
the prior history, counsel is extremely concerned that the cat scan, much less
surgery, even if "scheduled," will not occur prior to the next sentencing date which
is less than two months away.

6.    Counsel believes the government had not objected to the
continuances in this case and the Court granted them in order to prevent Mr.
Williams from having to go to a new facility without receiving surgery.  In such
case, he would go to "the bottom of the list" with respect to receiving
treatment. He would lose any chance for continuity of care with the chance to
have the doctor most familiar with his condition, and who did the original
surgery, re-repair the hernia.

7.    Clearly, Mr. Williams' surgery is a medical necessity.

8.    Mr. Williams is aware that the Court "cannot order that the Defendant
receive any particular treatment within this context of this case . . .  ",  *U.S. v.
Bencomo-Chacon*, 2007 WL 2021850 (not reported in F.Supp. 2d), p.2.   And, that
his alternatives are to assert civilly that his Eighth Amendment rights are being
violated, see *United States v. Garcia*, 470 F.3d 1001, 1003 (10th Cir. 2006) and/or
that he should be granted a modification of the conditions of his detention so that
he can seek treatment out of custody.    However, Mr. Williams is scheduled for
sentencing and:

> "(u)nder 18 U.S.C. § 3553(a), one of the factors the Court must
> consider in sentencing the Defendant is "the need for the sentence
> imposed ... to provide the defendant with needed ... medical care[.]"
> This requires an accurate assessment of what the Defendant's
> current medical condition is, what treatment he needs, and whether
> and where he can receive such treatment while incarcerated . . .

Therefore, pursuant to both 18 U.S.C. § 3145 and 18 U.S.C. §

3

3553(a), the Court concludes that it is within the Court's authority to direct that a pretrial detainee such as the Defendant be provided with a medical evaluation.

*Id.*

9.      Accordingly, Mr. Williams request the Court enter the order as requested herein directing that the Court be provided a  medical evaluation detailing if Mr. Williams will receive a cat scan and surgery prior to the presently scheduled sentencing date.

Dated:  October  29, 2018.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200
e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 26, 2018, I electronically filed the foregoing motion with the Clerk of the Court using  the CM/ECF filing system which will send notification of such filing to all counsel of  record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson

Case No. 1:15-cr-00395-REB    Document 173-1   filed 09/10/19   USDC Colorado    pg 143 of
179
Case 1:15-cr-00395-REB    Document 115    Filed 11/28/18    Page 1 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   ALAN ALONZO WILLIAMS,  Defendant.

---

## DEFENDANT'S FIFTH MOTION TO CONTINUE SENTENCING HEARING AND RENEWED REQUEST FOR AN ORDER DIRECTING THE FACILTY TO PROVIDE A MEDICAL EVALUATION

---

Defendant, Alan Alonzo Williams, by and through counsel, requests that the sentencing in this matter, currently scheduled for December 18, 2018 at 11:00 a.m. be continued to a date on or after February 14, 2019.[1]

Defendant, Alan Alonzo Williams, by and through counsel, also renews his request (Doc. No. 114) for this Court to enter an order directing the authorities at the Federal Detention Center to provide the Court a medical evaluation detailing if and when Mr. Williams will receive a cat scan and surgery to repair his hernia.

Counsel has conferred with AUSA Rebecca Webber as to this motion and Ms. Weber informed counsel she takes no position as to this motion.

In support of this Motion, Mr. Williams states as follows:

1.    This matter has been continued a number of times with the hope that Mr. Williams would receive his needed hernia re-repair surgery prior to sentencing.  There is no question but that the surgery is medically required.  Mr.

---

[1] Counsel will be out of state and out of the country from January 8, 2019 to February 13, 2019.

Williams remains incapacitated and in pain because of this.

2.      As previously noted, the authorities at FDC have repeatedly informed Mr. Williams that they were aware of his sentencing dates and would arrange for the surgery to occur before those dates.  Yet, a required pre-surgery cat scan and the surgery continue to have not been performed.   As noted by Mr. Williams in previous motions, this is not delay caused by the medical provider.

3.      It is Counsel's fervent hope that were the Court to again continue the matter and order the requested report, the authorities at FDC would recognize that they need to actually proceed by scheduling the cat scan and surgery, instead of continuing to simply make representation to Mr. Williams that they are purportedly working on it.   It is neither logical nor conceivable that it would take almost a year to get this done, yet this is what has happened.

4.      As noted in Mr. Williams' previous motions, were Mr. Williams to be sentenced prior to receiving surgery, he would end up at a new facility and in effect go to "the bottom of the list" with respect to receiving treatment. He would lose any chance for continuity of care  with the chance to have the doctor most familiar with his condition, and who did the  original surgery, re-repair the hernia.

5.      Mr. Williams again wants the Court to know that he knows and accepts that he is facing a lengthy period of  incarceration. He simply wants the chance to serve his sentence with at least this significant health problem resolved.

Dated:  November 28, 2018.

Case No. 1:15-cr-00395-RBB Document 172-2 filed 09/10/19 USDC Colorado pg 145 of
Case 1:15-cr-00395-RBB Document 115 Filed 11/28/18 Page 3 of 3
179

Respectfully submitted,

s/ Steven K. Jacobson
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado 80302
Telephone: 303-444-9292
Fax: 303-447-0200
e-mail: steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 28, 2018, I electronically filed the
foregoing **MOTION** with the Clerk of the Court using the CM/ECF filing system
which will send notification of such filing to all counsel of record in this case.

s/ Steven K. Jacobson
Steven K. Jacobson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS, Defendant.

---

## ADDITIONAL INFORMATION RELATING TO DEFENDANT'S FIFTH MOTION TO CONTINUE SENTENCING HEARING AND RENEWED REQUEST FOR AN ORDER DIRECTING THE FACILTY TO PROVIDE A MEDICAL EVALUATION

---

Defendant, Alan Alonzo Williams, by and through counsel, provides the Court the following information relating to his pending motion.

1.    Mr. Williams has informed counsel that he has just met with the Warden.  The Warden informed Mr. Williams that he, the Warden, has recently signed orders approving Mr. Williams to be taken out for the cat scan and surgery. For security reasons, Mr. Williams could not be provided any exact dates.

2.    Counsel remains concerned that even if this were to occur relatively soon, the matter would still need to be continued.

Dated: December 4, 2018.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200

e-mail: steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 4, 2018, I electronically filed the foregoing **MOTION** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson

Case No. 1:15-cr-00395-REB  Document 172-2  filed 09/10/19  USDC Colorado  pg 148 of
179
Case 1:15-cr-00395-REB  Document 119  Filed 12/13/18  Page 1 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,  Defendant.

---

### ADDDITIONAL GROUNDS IN SUPPORT OF PENDING MOTION TO CONTINUE SENTENCING

---

Defendant, Alan Alonzo Williams, by and through counsel, has requested that the sentencing in this matter, currently scheduled for December 18, 2018 at 11:00 a.m. be continued to a date on or after February 14, 2019. As detailed below, there exists grounds to continue the hearing in additional to the medical reasons cited in the motion.

Counsel has conferred with AUSA Rebecca Webber as to these additional grounds and Ms. Weber informed counsel that although she continues to take no position as to the motion, she objects to a continuance if based on these additional grounds.

In support of this Motion, Mr. Williams states as follows:

1.    The Court will be required at sentencing to make a determination as to the defendant's mental state as to the loss he intended.  See *United States v Manatau*, 647 F.3d 1048, 1050  (10th Cir. 2011) (cited in the PSIR).  However, in the recently filed PSIR addendum, it is argued that "loans obtained by fraud,

<u>even if used for good purposes</u>, are still fraudulently obtained" and thus any fraudulently obtained loan in effect must mean there was an intent to cause a loss of the whole amount. (Emphasis added). However, a desire to achieve "good purposes," i.e. to grow Mr. Williams' company and put it in a sound financial condition so that the loans could be repaid, would in fact show no intent to cause a loss.

2.      There is additional relevant evidence, that if it could be produced, would assist the Court as to this issue was this matter continued. This includes:

a.      The testimony of employees of the company who now recall Mr. Williams discussing the sound financial purposes he had in mind for using the proceeds of the loan.

b.      The billing records of the wholesale supplier(s) to whom Mr. Williams made cash payments with the cashier's checks he received showing that additional monies went directly to purchasing products as has been represented in prior pleadings.

c.      Additional documentation of Mr. Williams' efforts to expand the company, not only by leasing a new warehouse as has been previously documented for the Court, but also in maintaining the lease thereafter.

d.      Additional documentation that payroll was made from cash proceeds which would further establish that during the whole period Mr. Williams was employing a significant workforce.

 Dated: December 13, 2018.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado  80302
Telephone:  303-444-9292
Fax:  303-447-0200
e-mail:  steve@collinsrafik.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 13, 2018, I electronically filed the foregoing **ADDITIONAL GROUNDS** with the Clerk of the Court using theCM/ECF filing system which will send notification of such filing to all counsel of  record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Robert E. Blackburn**

Date:                    December 18, 2018

Deputy Clerk:            Leigh Roberson
Court Reporter:          Tracy Weir
Probation Officer:       Kyla Hamilton

---

Criminal Action No.                              Counsel:

UNITED STATES OF AMERICA,                        Steven Jacobson

      Plaintiff,

v.

ALAN ALONZO WILLIAMS,                            Rebecca Weber

      Defendant.

---

**COURTROOM MINUTES**

---

**Motion Hearing**

**11:08 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

Court's opening remarks.

Court addresses Defendant's Fifth Motion to Continue Sentencing Hearing [ECF 115], filed November 28, 2018.

**IT IS ORDERED** as follows:

1.  That [ECF 115] is granted;

2.  That the sentencing hearing set for this date and time is vacated and continued by agreement of all parties in interest to Wednesday, March 27, 2019, at 1:30 p.m., at which time the defendant shall appear before the Court without further notice or order from the Court;

Case 1:15-cr-00395-REB   Document 121   Filed 12/18/18   Page 2 of 2

3. That, pending sentencing, the defendant is remanded to the custody of the United States Marshal.

**11:15 a.m.    Court in recess.**

Total time in court: 00:07

Hearing concluded.

Case No. 1:15-cr-00395-REB  Document 172-2  filed 09/10/19  USDC Colorado  pg 153 of
179
Case 1:15-cr-00395-REB  Document 122  Filed 12/18/18  Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,

      Defendant.

---

## ORDER GRANTING MOTION TO CONTINUE

---

**Blackburn, J.**

      The matter is before the court on the **Defendant's Fifth Motion to Continue Sentencing Hearing and Renewed Request for an Order Directing the Facilty** [*sic*] **to Provide a Medical Evaluation** [#115],[1] filed November 28, 2018. The motion is unopposed by the government. Having considered carefully the motion, the record, and the apposite law, I conclude the motion should be granted as provided in the orders below.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Defendant's Fifth Motion to Continue Sentencing Hearing and Renewed Request for an Order Directing the Facilty** [*sic*] **to Provide a Medical Evaluation** [#115], filed November 28, 2018 is granted;

---

[1]  "[#115]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

Case No. 1:15-cr-00395-REB  Document 172-2  filed 08/10/21  USDC Colorado  pg 154 of
179
Case 1:15-cr-00395-REB  Document 122  Filed 12/18/18  Page 2 of 2

2.  That the sentencing hearing set for December 18, 2018, is vacated and
continued to March 27, 2019, at 1:30 p.m., at which time the defendant shall appear
before the court without further notice or order; provided further, to the extent
necessary, the United States Marshal for the District of Colorado shall assist the court in
securing the appearance of the defendant;

3.  That by January 3, 2019, the warden of FCI Englewood (9595 West Quincy
Avenue, Littleton, Colorado 80123)[2] shall advise the court in writing about when the
defendant shall receive the medical treatment, including any surgery, reasonably
necessary to address the medical condition and needs of the defendant; and

4. That this order shall be served on the warden of FCI Englewood (9595 West
Quincy Avenue, Littleton, Colorado 80123).

Dated December 18, 2018, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[2] The defendant is housed in FDC, the detention center associated with FCI Englewood.



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To: ATTN: Warden FCI Englewood
Street & Apt. No., or PO Box No.: 9595 Quincy Avenue
City, State, ZIP+4: Littleton, CO

PS Form 3800, July 2014                See Reverse for Instructions

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FCI ENGLEWOOD
ATTN: WARDEN
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

Case No: 1:15-cr-00395-REB  Document 172-1 filed 09/10/19  USDC Colorado  pg 157 of
Case 1:15-cr-00395-REB  Document 129  Filed 12/19/18  Page 3 of 4
179

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

FCI Englewood
ATTN: Warden
9595 West Quincy Avenue
Littleton, CO 80123

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7014 3490 0001 5489 3253

PS Form **3811**, July 2013          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

USA v. Williams

15-cr-395-REB

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4® in this box●

United States District Court
District of Colorado
901 19th Street
Denver, CO 80294

RE: Case No. 1:15-CR-00395-REB

Page 1 of 3

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Your Honor,

DEC 17 2018

JEFFREY P. COLWELL
CLERK

I'm submitting this letter in regards to myself, Alen Alonzo Williams, (defendant), requesting that Steven K. Jacobson be withdrawn as my counsel.

D.C. COLO. L.Atty.R.5(b) allows for withdrawl of counsel "on motion showing good cause." "To warrant a substitution of counsel, the defendant, must show good cause, such as a conflict of interest, a complete breakdown of communication or an irreconcilable conflict which leads to an apparently unjust verdict." United States v. Padilla, 819 F. 2d 952, 955 (10th Cir. 1987)(internal quotation marks omitted). "Good cause for substitution of counsel consists of more than a mere strategic disagreement between a defendant and his attorney, rather, there must be a total breakdown in communication." United States v. Lott, 310 F.3d 1231, 1249 (10th Cir. 2002) (quotation omitted). In considering such a motion, courts look at "(1) whether the request was timely; (2) whether the defendant-attorney conflict was so great that it led to a total lack of communication and prevented the preparation of an adequate defense; and (3) whether the defendant was at fault for the conflict."

159

Case 1:15-cr-00395-REB Document 172-1 filed 01/10/19 USDC Colorado Page 2 of 3

Cont.

See Romero v. Furlong, 215 F.3d 1107, 1113 (10th Cir. 2000).

## ARGUMENT

Defendant seeks the withdrawl of Mr. Jacobson due to the complete breakdown of communication between defendant and counsel. See United States v. Loft, 310 F.3d 1231, 1249 (10th Cir. 2002) This breakdown is due to more than mere strategic disagreements, but an irreconcilable conflict that has rendered meaningful communication with Mr. Jacobson impossible. Communications have been very strained between defendant and Mr. Jacobson for many months and yesterday December 11th, 2018, defendant asked counsel to withdraw; and ceased communications with counsel regarding sentencing. This situation presents an irreconcilable conflict between defendant and counsel and constitutes good cause for counsel to withdraw.

Due to this inability to communicate, defendant feels that counsel is unable to effectively represent the defendant at sentencing. Defendant also feels that it is impossible for counsel to continue to provide defendant with effective

Cont.

assistance of counsel in this case." See United States v. Ali, 375 F. Supp. 2d 1289, 1390 (D.N.M. 2005) (granting motion to withdraw).

Defendant recognizes that this request to withdraw comes six days before defendant's sentencing hearing. However, this total breakdown in communication between defendant and counsel nonetheless merits counsel's withdrawal. See United States v. Hammons, No. CR 07-1164 JB, 2010 WL 4928923, at *3 (D.N.M. Oct. 28, 2010) (granting motion to withdraw two days before sentencing where there was a "total breakdown in communication" between attorney and client).

## CONCLUSION

Defendant respectfully requests that counsel be withdrawn and that substitute counsel be appointed.

Date this 12th day of December, 2018.

Alan Alonzo Williams #43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO. 80123-1159



United States Dist. of Court
Honrable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURT HOUSE
Courtroom A1001
901 - 19 Street
Denver, Co.
80394 - 3589

Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, Co.
80123 - 1159

LEGAL
MAIL

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE, LITTLETON, CO., 80123

DATE/INITIALS _____ 12-13-18

THIS LETTER WAS PROCESSED THROUGH SPECIAL MAILING
FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN
THE ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER
PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.



Case No. 1:15-cr-00395-REB   Document 172-1   Filed 09/10/19   USDC Colorado   pg 164 of
179
Case 1:15-cr-00395-REB   Document 126   Filed 12/20/18   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS,  Defendant.

---

### REQUEST TO APPEAR BY PHONE AT HEARING ON MOTION THAT COUNSEL BE WITHDRAWN

---

      Comes now Counsel for Mr.  Williams and informs the Court of the following relating to the Court having set Mr. Williams request that counsel be withdrawn for a hearing on January 15, 2019 at 1:30 p.m.

1.  The Court has previously been made aware that Counsel is unavailable from January 8, 2019 to February 13, 2019.

2.  Although out of the country, Counsel believes he could appear by phone on the date and time presently set.

  Dated:  December 20, 2018

      Respectfully submitted,

                      *s/ Steven K. Jacobson*
                      Steven K. Jacobson
                      Collins, Rafik and Jacobson LLC
                      1881 9th St., Suite 315
                      Boulder, Colorado  80302
                      Telephone:  303-444-9292
                      Fax:  303-447-0200
                      e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

Case No. 1:15-cr-00395-RBB-Document 172-2 filed 09/10/19 USDC Colorado pg 165 of
Case 1:15-cr-00395-REB Document 126 Filed 12/20/18 Page 2 of 2
179

I hereby certify that on December 20, 2018, I electronically filed the
foregoing **REQUEST** with the Clerk of the Court using the CM/ECF filing system
which will send notification of such filing to all counsel of record in this case.

_s/ Steven K. Jacobson_
Steven K. Jacobson

United States District Court
Honorable Judge:
Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A1001
901- 19th Street
Denver, CO. 80294-3589           RE: 1:15-cr-00395-REB

Your Honor,

        I'm submitting this letter in regards to the recent request of withdrawal of counsel that I submitted on the 12th day of December, 2018 and was received by the courthouse on the 17th day of December, 2018.

        After having communications again with counsel, Steven K. Jacobson, it is my decision to withdraw the said motion.

        Defendant respectfully requests that said counsel, Steven K. Jacobson, continue on as counsel, and any hearing dates in regards to this matter be vacated.

Respectfully submitted;    12/23/2018

Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO. 80123-1159

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 28 2018
JEFFREY P. COLWELL
CLERK

Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO.
80123-1159

DENVER CO 802

26 DEC 2018 PM 6 L

United States District Court
Honorable Judge:
Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A1001
901-19th Street
Denver CO 80294-3589

80294-250099

LEGAL
MAIL

Case No. 1:15-cr-00395-REB   Document 173-1   filed 08/10/19   USDC Colorado   pg 168 of
179
Case 1:15-cr-00395-REB   Document 129   Filed 01/02/19   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

      Defendant.

---

**MINUTE ORDER**[1]

---

    This matter is before me on defendant's **Letter** [#128],[2] filed December 28, 2018, by which he notifies the court that he intends to withdraw his prior request that his counsel be withdrawn.  (*See* **Letter** [#124], filed December 17, 2018.)  Having considered this more recent request, and being otherwise advised of the premises, I find and conclude that the relief requested should be granted; that plaintiff's prior request should be withdrawn and the relief requested therein denied as moot; and the hearing previously set on the matter vacated.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the plaintiff's request to withdraw his request that counsel be withdrawn, as set forth in his **Letter** [#128], filed December 28, 2018, is granted;

    2.  That the relief requested in plaintiff's previous **Letter** [#124], filed December 17, 2018, is denied as moot; and

    3.  That the hearing scheduled for Thursday, January 3, 2019, at 11:00 a.m., in this matter is vacated.

    Dated:  January 2, 2019

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#128]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.



UNITED STATES POSTAL SERVICE

USA v William S

15-cr-395-REB

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
District of Colorado
901 19th Street
Denver, CO 80294

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
               ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                   12-27-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

FCI Englewood
ATTN: Warden
9595 West Quincy Avenue
Littleton, CO 80123

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 07 2019

JEFFREY P. COLWELL
CLERK

DEC 27 2018
USPS LITTLETON CO 80123

3. Service Type
☑ Certified Mail®     ☐ Priority Mail Express™
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*

7014 3490 0001 5489 3253

PS Form **3811**, July 2013        Domestic Return Receipt

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

      Defendant.

---

## ORDER TO SHOW CAUSE

---

**Blackburn, J.**

      This matter is before the court *sua sponte*.

      On December 18, 2018, I entered an **Order Granting Motion To Continue** [#122][1].

Included in that order are the following specific orders:

        3.  That by January 3, 2019, the warden of FCI Englewood (9595 West
Quincy Avenue, Littleton, Colorado 80123) shall advise the court in writing about
when the defendant shall receive the medical treatment, including any surgery,
reasonably     necessary to address the medical condition and
           needs of the defendant; and

        4.  That this order shall be served on the warden of FCI Englewood (9595
West Quincy Avenue, Littleton, Colorado 80123).

*Order* [#122], p. 2, ¶¶ 3 - 4 (footnote omitted).  The order was sent to the Warden via certified

mail.  *Certificate of service* [#123].  The order was delivered, via certified mail, on December 27,

2018.  *Receipt* [#130].  At all relevant times, the defendant, Alan Williams, was housed at FDC,

the detention center associated with FCI Englewood.

      To date, the court has not received from the Warden of FCI Englewood, Richard

Hudgins, a response of any kind.  Given the ostensibly contumacious non-compliance of the

---

[1]   "[#122]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

Warden, Richard Hudgins, I order that he show cause in writing why he should not be held in contempt of court and punished as provided by law for failing to comply fully with the order of this court. To the extent the Warden seeks to present facts demonstrating the reasons for his non-compliance, he must file a sworn affidavit averring the facts on which he relies. Following the filing of a response to this **Order To Show Cause** by the Warden, Richard Hudgins, the court will determine if a contempt hearing is necessary.

　　　　**THEREFORE, IT IS ORDERED** as follows:

　　　　1. That on or before February 20, 2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the **Order Granting Motion To Continue** [#122] issued by this court;

　　　　2. That if the Warden seeks to establish facts demonstrating the reasons for his non-compliance with the **Order Granting Motion To Continue** [#122], he shall file a sworn affidavit averring the facts on which he relies;

　　　　3. That after review of the response by the Warden to this **Order To Show Cause**, the court will determine if a contempt hearing is necessary; and

　　　　4. That this order shall be served on Richard Hudgins, Warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123).

　　　　Dated February 8, 2019, at Denver, Colorado.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　Robert E. Blackburn
　　　　　　　　　　　　　　　　　　United States District Judge

**U.S. Postal Service**

# CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  FCI Englewood, ATTN: Richard Hudgin

Street & Apt. No., or PO Box No.  Warden  9595 West Quincy Avenue

City, State, ZIP+4  Littleton, CO 80123

PS Form 3800, July 2014                    See Reverse for Instructions

7014 3490 0001 5489 1716

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

FCI Englewood
ATTN: Richard Hudgins, Warden
9595 West Quincy Avenue
Littleton, Colorado 80123

Case No. 1:15-cr-00395-RBB   Document 172-1   Filed 09/10/19   USDC Colorado   pg 175 of
179
Case 1:15-cr-00395-REB   Document 152   Filed 02/08/19   Page 3 of 4

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X        ☐ Agent <br>              ☐ Addressee <br> B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to: <br><br> FCI Englewood <br> ATTN: Richard Hudgins, Warden <br> 9595 West Quincy Avenue <br> Littleton, CO 80123 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☑ Certified Mail®   ☐ Priority Mail Express™ <br> ☐ Registered       ☐ Return Receipt for Merchandise <br> ☐ Insured Mail     ☐ Collect on Delivery <br> 4. Restricted Delivery? *(Extra Fee)*     ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7014 3490 0001 5489 1716 |

PS Form 3811, July 2013      Domestic Return Receipt



UNITED STATES POSTAL SERVICE

USA v. Williams
15-cr-395-REB

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
District of Colorado
901 19th Street
Denver, CO 80294

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALAN ALONZO WILLIAMS, Defendant.

_____

**DEFENDANT'S SIXTH MOTION TO CONTINUE SENTENCING HEARING**

_____

    Defendant, Alan Alonzo Williams, by and through counsel, requests that the sentencing in this matter, currently scheduled for March 27, 2019 at 1:30 p.m. be continued.

    Counsel has conferred with AUSA Rebecca Weber as to this motion and Ms. Weber informed counsel she is not opposed to this motion.

    In support of this Motion, Mr. Williams states as follows:

1.    This matter has been continued a number of times with the hope that Mr. Williams would receive his needed hernia re-repair surgery prior to sentencing. There is no question but that the surgery is medically required. Mr. Williams remains incapacitated and in pain because of this.

2.    On December 18, 2018, the Court entered an order directing the warden of FCI Englewood to advise the Court in writing as to "when the defendant shall receive the medical treatment, including any

Case No. 1:15-cr-00395-REB Document 172-1 filed 08/10/29 USDC Colorado pg 178 of
Case 1:15-cr-00395-REB Document 135 Filed 02/28/19 Page 2 of 3
179

surgery, reasonably necessary to address the medical condition
and needs of the defendant." (Doc. No. 122.)  The warden did not
timely respond and the Court has issued a show cause order. (Doc.
No. 131)  The warden has not timely responded to that order.

3.      The Court issued the original order pursuant to its authority to
obtain information relevant to its duty to evaluate 18 U.S.C. §
3553(a) factors at sentencing.  One such factor is "the Court must
consider in sentencing "the need for the sentence imposed ... to
provide the defendant with needed ... medical care[.]" This requires
an accurate assessment of what the Defendant's current medical
condition is, what treatment he needs, and whether and where he
can receive such treatment while incarcerated."  *U.S. v. Bencomo-
Chacon*, 2007 WL 2021850 (not reported in F.Supp. 2d), p.2.

4.      Without this information, the Court remains hamstrung in fulfilling its
duty to make a fair sentencing determination and the defendant
remains thwarted in make non-guideline arguments relating to the
defendant's medical needs.

5.      Mr. Williams requests the sentencing hearing date be vacated and
reset after the Court resolves the pending order to show case and has received
the requested information.

Dated:  February 28, 2019.

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC

Case No. 1:15-cr-00395-RBB- Document 172-1 Filed 08/10/19 USDC Colorado pg 179 of
Case 1:15-cr-00395-REB Document 155 Filed 02/28/19 Page 3 of 3
179

1881 9th St., Suite 315
Boulder, Colorado 80302
Telephone: 303-444-9292
Fax: 303-447-0200
e-mail: steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 28, 2019, I electronically filed the
foregoing **MOTION** with the Clerk of the Court using the CM/ECF filing system
which will send notification of such filing to all counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson