APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:15−cr−00395−REB</u> All Defendants

Case title: USA v. Williams

Date Filed: 10/07/2015
Date Terminated: 06/21/2019

Assigned to: Judge Robert E. Blackburn

Appeals court case number: 19−1229 USCA

**<u>Defendant (1)</u>**

**Alan Alonzo Williams**
*TERMINATED: 06/21/2019*

represented by **Alan Alonzo Williams**
#43473−013
ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123
PRO SE

**Keith Bradley**
Squire Patton Boggs (US) LLP−Denver
1801 California Street
Suite 4900
Denver, CO 80202
303−894−6156
Fax: 303−894−9239
Email: keith.bradley@squirepb.com
*ATTORNEY TO BE NOTICED*
*Designation: 10th Circuit Special Designation*

**Matthew C. Golla**
Office of the Federal Public Defender−Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303−294−7002
Fax: 303−294−1192
Email: Matt_Golla@fd.org
*TERMINATED: 07/19/2016*
*Designation: Public Defender or Community Defender Appointment*

**Michael John Gallagher**
Davis Graham & Stubbs, LLP−Denver

1550 17th Street
Suite 500
Denver, CO 80202
303–892–9400
Fax: 303–893–1379
Email: mike.gallagher@dgslaw.com
*TERMINATED: 11/15/2017*
*Designation: CJA Appointment*

**Steven K. Jacobson**
Collins & Rafik
1881 9th Street
#315
Boulder, CO 80302
303–444–9292
Fax: 303–447–0200
Email: steve@rafiklaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| BANK FRAUD<br>(1) | 84 months imprisonment. 5 years supervised release.<br>$100 special assessment. $1,146,828.28 restitution. |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| BANK FRAUD<br>(2–4) | Dismissed. |

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| USA | represented by | **Linda S. Kaufman**<br>U.S. Attorney's Office–Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202 |
|---|---|---|

303–454–0100
Fax: 454–0402
Email: Linda.Kaufman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Julia K. Martinez**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Email: julia.martinez@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Rebecca Susan Weber**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0332
Email: Rebecca.Weber@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/06/2019 | 134 | 6 | ORDER TO SHOW CAUSE as to Alan Alonzo Williams. On or before 3/18/2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the Order Granting Motion To Continue [# 122 ] issued by this court. By Judge Robert E. Blackburn on 03/06/2019. (athom, ) (Entered: 03/06/2019) |
| 03/07/2019 | 135 | 8 | Certificate of Service as to Alan Alonzo Williams re 134 Order to Show Cause, 122 Order, (Attachments: # 1 USMS Form) (athom, ) (Entered: 03/07/2019) |
| 03/22/2019 | 137 | 10 | **WITHDRAWN** – Letter requesting that Steven K. Jacobson be withdrawn as counsel by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) Modified on 4/4/2019 to withdraw pursuant to 141 Order (athom, ). (Entered: 03/22/2019) |
| 03/29/2019 | 139 | 15 | Letter requesting that 137 Letter be withdrawn by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 04/01/2019) |
| 04/02/2019 | 140 | 17 | Return of Service upon Warden Richard Hudgins, FCI – Englewood on 03/26/2019 re 135 Certificate of Service. (athom, ) (Entered: 04/02/2019) |
| 04/03/2019 | 142 | 18 | RESPONSE TO ORDER TO SHOW CAUSE to 134 Order to Show Cause – Declaration of Richard Hudgins, by USA as to Alan Alonzo Williams (Weber, Rebecca) Modified on 4/4/2019 to add text (athom, ). (Entered: 04/03/2019) |

| 06/03/2019 | 146 | 44 | Letter requesting that Steven K. Jacobson be withdrawn as my counsel by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 06/04/2019) |
| 06/04/2019 | 145 | 22 | SENTENCING STATEMENT *Third Supplemental* by Alan Alonzo Williams (Attachments: # 1 Exhibit Discharge Instructions, # 2 Exhibit 3 28 18 Report, # 3 Exhibit 8 28 18 Report, # 4 Exhibit Fax, # 5 Exhibit Orthopedic Report, # 6 Exhibit Letter)(Jacobson, Steven) (Entered: 06/04/2019) |
| 06/11/2019 | 149 | 50 | AFFIDAVIT by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 06/11/2019) |
| 06/12/2019 | 151 | 56 | SENTENCING STATEMENT *and Response to Defendant's Sentencing Statements* by USA as to Alan Alonzo Williams (Attachments: # 1 Exhibit, # 2 Exhibit)(Weber, Rebecca) (Entered: 06/12/2019) |
| 06/19/2019 | 153 | 69 | COURTROOM MINUTES for Motion Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn. ORDERED: The motion to terminate the attorney–client relationship in the form of a letter to the Court 146 is denied. Court Reporter: Tracy Weir. (lrobe) (Entered: 06/19/2019) |
| 06/19/2019 | 154 | 71 | COURTROOM MINUTES for Sentencing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 6/19/2019. ORDERED: 52 Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) and 53 Government's Motion to Dismiss Counts are granted. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 06/19/2019) |
| 06/21/2019 | 155 | 74 | JUDGMENT as to defendant Alan Alonzo Williams. Count 1: 84 months imprisonment. 5 years supervised release. $100 special assessment. $1,146,828.28 restitution. Counts 2–4: Dismissed. Entered by Judge Robert E. Blackburn on 6/21/2019. (lrobe) (Entered: 06/21/2019) |
| 06/27/2019 | 157 | 81 | NOTICE OF APPEAL as to 154 Order on Motion for Decrease for Acceptance of Responsibility,, Order on Motion to Dismiss Counts,, Sentencing, 155 Judgment, 156 Statement of Reasons by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | 158 | 82 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 157 Notice of Appeal as to Alan Alonzo Williams to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record – SOR (Restricted Level 2) Doc 156 emailed separately to the Tenth Circuit ) (athom, ) (Entered: 06/27/2019) |
| 06/27/2019 | 159 | 108 | USCA Case Number 19–1229 as to Alan Alonzo Williams for 157 Notice of Appeal filed by Alan Alonzo Williams. (athom, ) (Entered: 06/27/2019) |
| 06/28/2019 | 160 | 111 | DESIGNATION OF RECORD ON APPEAL re 157 Notice of Appeal by Alan Alonzo Williams. (Attachments: # 1 Docket Sheet Docket Sheet with Noted Docs)(Jacobson, Steven) (Entered: 06/28/2019) |
| 06/28/2019 | 161 | 130 | TRANSCRIPT ORDER FORM re 157 Notice of Appeal by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 06/28/2019) |
| 07/03/2019 | 162 | 131 | ORDER of USCA granting attorney Steven K. Jacobson's motion to withdraw as attorney and appointing attorney Keith Bradley as counsel for appellant as to |

| | | | Alan Alonzo Williams re 157 Notice of Appeal. If warranted, Mr. Bradley may file on or before July 24, 2019: (1) a supplemental designation of record; and/or (2) a supplemental transcript order form. The district court shall wait until at least July 25, 2019 before transmitting the record on appeal. (USCA Case No. 19–1229) (athom, ) (Entered: 07/03/2019) |
|---|---|---|---|
| 07/03/2019 | 163 | 135 | Letter re 157 Notice of Appeal by Alan Alonzo Williams (Attachments: # 1 Envelope) (athom, ) (Entered: 07/05/2019) |
| 07/05/2019 | 164 | 137 | MOTION for Leave to Appeal In Forma Pauperis by Alan Alonzo Williams. (athom, ) (Entered: 07/05/2019) |
| 07/05/2019 | 166 | 139 | MOTION for Appointment of Counsel in a Criminal Case by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 07/05/2019) |
| 07/09/2019 | 167 | 143 | ORDER as to Alan Alonzo Williams re 157 Notice of Appeal. The Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Criminal Case [# 164 ] is granted. The Motion for Appointment of Counsel in a Criminal Case [# 166 ] is denied as mooted by the appointment of counsel entered by the U.S. Court of Appeals for the Tenth Circuit on July 3, 2019 [# 162 ]. By Judge Robert E. Blackburn on 07/09/2019. (athom, ) (Entered: 07/09/2019) |
| 07/18/2019 | 168 | 145 | REPORTER TRANSCRIPT ORDER FORM filed by Tracy Weir re 157 Notice of Appeal. Transcript due by 8/15/2019. (nrich) (Entered: 07/18/2019) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

      Defendant.

---

**ORDER TO SHOW CAUSE**

---

Blackburn, J.

      This matter is before the court *sua sponte*.

      On December 18, 2018, I entered an **Order Granting Motion To Continue** [#122][1].

Included in that order are the following specific orders:

      3. That by January 3, 2019, the warden of FCI Englewood (9595 West
Quincy Avenue, Littleton, Colorado 80123) shall advise the court in writing about
when the defendant shall receive the medical treatment, including any surgery,
reasonably necessary to address the medical condition and needs of the
defendant; and

      4. That this order shall be served on the warden of FCI Englewood (9595
West Quincy Avenue, Littleton, Colorado 80123).

*Order* [#122], p. 2, ¶¶ 3 - 4 (footnote omitted).  The order was sent to the Warden via certified

mail.  *Certificate of service* [#123].  The order was delivered, via certified mail, on December 27,

2018.  *Receipt* [#130].  At all relevant times, the defendant, Alan Williams, was housed at FDC,

the detention center associated with FCI Englewood.

      To date, the court has not received from the Warden of FCI Englewood, Richard

Hudgins, a response of any kind.  Given the ostensibly contumacious non-compliance of the

---

[1] "[#122]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

Warden, Richard Hudgins, I order that he show cause in writing why he should not be held in contempt of court and punished as provided by law for failing to comply fully with the order of this court. To the extent the Warden seeks to present facts demonstrating the reasons for his non-compliance, he must file a sworn affidavit averring the facts on which he relies. Following the filing of a response to this **Order To Show Cause** by the Warden, Richard Hudgins, the court will determine if a contempt hearing is necessary.

       **THEREFORE, IT IS ORDERED** as follows:

       1. That on or before March 18, 2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the **Order Granting Motion To Continue** [#122] issued by this court;

       2. That if the Warden seeks to establish facts demonstrating the reasons for his non-compliance with the **Order Granting Motion To Continue** [#122], he shall file a sworn affidavit averring the facts on which he relies;

       3. That after review of the response by the Warden to this **Order To Show Cause**, the court will determine if a contempt hearing is necessary; and

       4. That as soon as practicable, the United States Marshal for the District of Colorado shall serve this **Order To Show Cause** on Richard Hudgins, Warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123).

       Dated March 6, 2019, at Denver, Colorado.

                         **BY THE COURT:**

                         Robert E. Blackburn
                         United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

     Defendant.

---

## CERTIFICATE OF SERVICE

---

     I certify that I have emailed a copy of the Certificate of Service to the named individuals below, and the following forms to the United States Marshals Service for service of process on: Warden Richard Hudgins, FCI-Englewood: ORDER TO SHOW CAUSE FILED ON 03/06/2019 AND ORDER GRANTING MOTION TO CONTINUE FILED ON 12/18/2018 on March 7, 2019.

Steven K. Jacobson
Attorney for Defendant
**Delivered via CM/ECF**

Linda S. Kaufman
Julia K. Martinez
Rebecca Susan Weber
U.S. Attorney's Office-Denver
**Delivered via CM/ECF**

US Marshals Service
Service Clerk
Order to Show Cause and Order for Continuance for Warden Hudgins

                                             s/ A. Thomas
                                             Deputy Clerk

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF<br>USA | COURT CASE NUMBER<br>Criminal Action No. 15-cr-00395-REB-1 |
|---|---|
| DEFENDANT<br>Alan Alonzo Williams | TYPE OF PROCESS<br>Order to Show Cause and Order Granting Motion to Continue |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Warden Richard Hudgins, FCI-Englewood

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
9595 West Quincy Avenue, Littleton, CO 80123

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| US District Court for the District of Colorado<br>Room A105<br>901 19th Street<br>Denver, CO 80294 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: __X__ PLAINTIFF<br>**s/ R. Villa**<br>Deputy Clerk _____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>March 7, 2019 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I_____ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

United States Distr. of Colo.
Honorable Judge:
Robert E. Blackburn
Alfred A. Arraj Courthouse
Courtroom A 1001
901- 19th Street
Denver, Co. 80294-3589

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 22 2019**

JEFFREY P. COLWELL
CLERK

RE: 15-CR-00395-REB

Your Honor, _____

I'm submitting this letter in regards to myself, Abn Alonzo Williams, requesting that Steven K. Jacobson be withdrawn as my counsel.

D.C. COLO. LAtty R5(b) allows for withdrawal of counsel "on motion showing good cause." "To warrant a substitution of counsel, the defendant must show good cause, such as a conflict of interest, a complete breakdown of communication or an irreconcilable conflict which leads to an apparently unjust verdict." United States v. Padilla, 819 F.2d 952, 955 (10th Cir. 1987)(internal quotation marks omitted). "Good cause for substitution of counsel consists of more than a mere strategic disagreement between a defendant and his attorney, rather, there must be a total breakdown in communication." United States v. Lott, 310 F.3d 1231, 1249 (10th Cir. 2002)(quotation omitted). In considering such a motion, courts look at "(1) whether the request was timely; (2) whether the defendant-attorney conflict was so great that it led to a total lack of communication and prevented the preparation of an adequate defense and (3) whether the defendant

10

Cont,

was at fault for the conflict." See Romero v. Furlong, 215 F. 3d 1107, 1113 (10th Cir. 2000).

## ARGUMENT

Defendant seeks the withdrawal of Mr. Jacobson due to the complete breakdown of communication between defendant and counsel. See United States v. Lott, 310 F. 3d 1231, 1249 (10th Cir. 2002). This breakdown is due to more than mere strategic disagreements, but an irreconcilable conflict that has rendered meaningful communication with Mr. Jacobson impossible. Communications have been very strained between defendant and Mr. Jacobson for many months, and tomorrow, March 20th, 2019 defendant will ask counsel to withdraw, and cease communications with counsel regarding sentencing. This situation presents an irreconcilable conflict between defendant and counsel, and constitutes good cause for counsel to be withdrawn.

Due to this inability to communicate, defendant feels that counsel is unable to effectively represent the defendant

<u>Cont;</u>

at sentencing. "Defendant also feels that it is impossible for counsel to continue to provide defendant with effective assistance of counsel in this case." See United States v. Ali, 375 F. Supp. 2d 1289, 1290 (D.N.M. 2005) (granting motion to withdraw).

Defendant also recognizes that this request for withdrawal comes eight (8) days before defendant's sentencing hearing. However, this total breakdown in communication between defendant and counsel nonetheless merits counsels withdrawal. See United States v. Hammons, No. CR 07-1164 JB, 2010 WL 4928923, at *3 (D.N.M. Oct. 28, 2010) (granting motion to withdraw two days before sentencing where there was a "total breakdown in communication" between attorney and client).

<u>CONCLUSION</u>

Defendant respectfully requests that counsel be withdrawn and that substitute counsel be appointed.

Dated this 19th day of March, 2019



Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO.
80123-1159

United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A 1001
901-19th Street
Denver, CO.
80294-3589

LEGAL
MAIL

CERTIFIED MAIL

7010 3090 0002 7266 8113



United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A 1001
901-19th Street
Denver, CO. 80294-3589

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2019

JEFFREY P. COLWELL
CLERK

RE: 15-cr-00395-REB

Your Honor,

I, Alan Alonzo Williams, (Defendant), am requesting that the withdrawal of counsel request of Steven K. Jacobson, submitted on March 19th, 2019 and received by your honorable court on March 22nd, 2019, be withdrawn; therefore allowing Mr. Jacobson to continue as counsel representing Mr. Williams with his legal matters.

Dated this 26th day of March, 2019

Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO 80123-1159

LEGAL
MAIL

DENVER CO 802
27 MAR 2019 PM 8 L

United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A 1801
901 - 19th Street
Denver, CO.

80294-250099

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF**<br>USA   2018 MAR -7 A 9 55 | **COURT CASE NUMBER**<br>Criminal Action No. 15-cr-00395-REB-1 |
| **DEFENDANT**<br>Alan Alonzo Williams | **TYPE OF PROCESS**<br>Order to Show Cause and Order Granting Motion to Continue |

| | |
|---|---|
| **SERVE**<br>➡<br>**AT** | **NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**<br>Warden Richard Hudgins, FCI-Englewood |
| | **ADDRESS** *(Street or RFD, Apartment No., City State and Zip Code)*<br>9595 West Quincy Avenue, Littleton, CO 80123 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| US District Court for the District of Colorado<br>Room A105<br>901 19th Street<br>Denver, CO 80294 | Number of process to be<br>served with this Form - 285 | 1 |
| | Number of parties to be<br>served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate
Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf<br>of: s/ A. Thomas<br>Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>March 7, 2019 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only first USM 285 if more<br>than one USM 285 is submitted)* | Total<br>Process<br>1 | District of<br>Origin<br>No. 813 | District to<br>Serve<br>No. 813 | Signature of Authorized USMS Deputy or Clerk<br>A Maroocie | Date<br>3/7/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the
process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address
indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)*<br>MEGAN MARLOW, BOP ATTORNEY | ____ A person of suitable age and discretion then<br>residing in the defendant's usual place of adobe. | | |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service<br>3/26/19 | Time<br>10:10 | am<br>pm |
| | Signature of U.S. Marshal or Deputy<br>4283 | | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S.<br>Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 0 | | | 0 | | | |

REMARKS:

| | | |
|---|---|---|
| **PRIOR EDITIONS**<br>**MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ALAN ALONZO WILLIAMS,

     Defendant.

---

## DECLARATION OF RICHARD HUDGINS

---

     I, Richard Hudgins, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-captioned matter:

     1.  I am the Warden at the Federal Correctional Institution (FCI) Englewood in Littleton, Colorado.  I have served in this position since October 2017.  I have been employed by the United States Federal Bureau of Prisons in positions of increasing responsibility since August 1990.

     2.  Plaintiff, federal inmate Alan Alonzo Williams, Register Number 43473-013, is currently incarcerated at FDC Englewood. *See* Attachment 1, Public Information Inmate Data, at 1.

     3.  This Declaration is in response to the Court's Order to Show Cause dated March 6, 2019. The Court requests that I show cause, in writing, why I should not be held in contempt of court for my failure to comply fully with the Order Granting Motion to Continue *See* Doc. 122.  In the

Order Granting Motion to Continue, the Court seeks a written statement about when defendant shall receive the medical treatment, including any surgery, reasonably necessary to address the medical condition and needs of the defendant.

4. I am aware of the allegations raised by Defendant throughout the sentencing phase of his case. Defendant alleges he has required a hernia re-repair surgery prior to sentencing and he remains incapacitated and in pain because of the need for his surgery.

5. Defense Counsel informed the Court November 28, 2018, the authorities at FDC Englewood have repeatedly informed inmate Williams they were aware of his sentencing dates and would arrange for the surgery to occur before those dates. *See* Doc. 115 – Defendant's Fifth Motion to Continue Sentencing Hearing and Renewed Request for an Order Directing the Facility to Provide a Medical Evaluation.

6. On February 28, 2019, Defense counsel submitted a subsequent Sixth Motion to Continue Sentencing Hearing making the same averments as to Defendant's hernia. *See* Doc. 133 – Defendant's Sixth Motion to Continue Sentencing Hearing.

7. I am familiar with Defendant as he has come up to me on several occasions with issues regarding his medical care.

8. On one occasion, Defendant complained of a medical issue. Because I am not a medical provider, I went to medical to inquire about Defendant's allegations regarding his medical care. The provider informed me Defendant was not in need of any further medical care and that Defendant was malingering.

9. Defendant Williams is not now, nor has he ever been, pending surgery for a re-repair of a hernia.

2

10.     Defendant Williams has been told repeatedly he does not require surgery.

11.     Most recently, on February 26, 2019, Defendant was seen for joint instability by a provider at the institution.  Defendant demanded to be sent to see Dr. Tillquest for his hernia. Defendant was informed his hernia had been repaired already.   Defendant refused examination, and refused counseling and left the office refusing to pay the copay for the appointment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this _2_ da April 2019, in Littleton, Colorado.

Richard Hudgins, Warden Fede1
I Correctional Institution
Englewood, Colorado

**Enclosures**

Attachment 1          Public Information Inmate Data

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Annah Hillary
Annah Hillary Legal Assistant
U.S. Attorney's Office

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

_____

## DEFENDANT'S T H I R D SUPPLEMENTAL SENTENCING MEMORANDUM AND REQUEST FOR NON-GUIDELINE SENTENCE

_____

Mr. Williams submits this additional Supplemental Sentencing Memorandum in support of his previously filed Sentencing Memorandum and Motion for Downward Departure and Variance to further address Mr. Williams' medical condition and other issues:

### A. The History of Mr. William's Receiving and Not Receiving Timely Medical Treatment While this Matter Has Been Pending.

Mr. Williams was first incarcerated in FDC in March 2016. While in FDC, Mr. Williams progressively began to suffer from an enlargement of a hernia. He was examined in April 2017 and surgery was recommended. The condition caused him substantial pain and restricted his activities. He could not ambulate without crutches.

Even though surgery was recommended, his condition was not addressed again until October 24, 2017, over five months later.  He remained in significant pain during this period and remained on crutches.

At that time surgery was ordered for a target date of November 28, 2017.  However, surgery was not actually performed until January 24, 2018.  During this period he was in substantial pain and remained on crutches.

At the time of surgery, the Doctor discussed with Mr. Williams that the repair would be to the hernia on his right side.  Mr. Williams also had an inguinal hernia on his left side.  The Doctor felt that it did not yet need repair.

Soon after surgery, Mr. Williams felt significant pain on both his lower right and left sides.  He was concerned because his original patient discharge instructions directed that he have a follow up appointment within "10-14" days, but this was never scheduled by FDC staff. Exhibit One – Discharge Instructions.  Mr. Williams believed that his pain was associated with the mesh used to repair his surgery having stretched soon after the operation as a result of severe constipation resulting in the need for a re-repair.  This is not an uncommon condition.  "The distinction between a recurrence and bulging of the mesh remains difficult even with radiological examinations but is therapeutically irrelevant in symptomatic patients."  See on-line at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5061296/.  The article notes that "(i)t is possible that the repair is still intact and bulging of the mesh causes swelling."

Mr. Williams was not thereafter re-examined by the surgeon until March 23, 2018.    At that time the doctor expressed concern that Mr. Williams was

Case No. 1:15-cr-00285-RBB   Document 173-3   Filed 09/10/19   USDC Colorado   pg 24 of 145
Case 1:15-cp-00395-REB   Document 171-3   Filed 06/04/19   Page 3 of 10
145

"extraordinarily tender down in the right lower quadrant."  Exhibit Two – Tillquist 2/23/18.  The Doctor wanted to rule out any other pathology and wanted a CAT scan done.

The FDC authorities never scheduled a CT scan.  Mr. Williams continued to be in significant pain.  He was not again returned to the see the surgeon for over five more months and no CT scan was performed.

Mr. Williams was finally again examined by the surgeon on August 28, 2018.  Exhibit Three.  The surgeon again recommended that a CT scan be done so that the surgeon could "make recommendations based on that."  This was the same recommendation as made five months before with no action taken by FDC staff to arrange for a CT scan.

A CT scan was finally performed on November 15, 2018.  This was eight months after the surgeon requested it.  The FDC medical staff has asserted that it appeared normal. However, counsel was informed by Dr. Tillquist's staff that he has never been provided the CT scan to examine and the medical records provided to counsel by Dr. Tillquist's office have no entries relating to his consideration of the CT scan results.

On December 18, 2108, in order to clarify Mr. Williams' medical condition, the Court entered an order directly the FDC warden to provide the Court a report clarifying Mr. Williams' medical condition and the need for treatment.  No response was provided the Court even after the Court issued several show cause orders which were served by certified mail.  A response was not actually filed until April 3, 2019.  It

is counsel's understanding the facility maintains it wasn't aware of the Court orders until shortly before the response was filed. It would appear the facility was ignoring the Court not unlike they were ignoring Mr. Williams' situation.

Because of the non-responsiveness of the Warden, Counsel attempted to get records from the provider to clarify Mr. Williams' condition. Counsel received the attached records in response. Exhibits Two and Three. As noted in the attached fax cover sheet, Counsel had been previously told by Dr. Tillquist's office that the doctor needed to see the CT scan to direct future planned surgery. Exhibit Four – Fax. This now appears not to have been the case and the doctor needed the CT scan to determine if further surgery was needed.

 Mr. Williams was never informed of the results of the CT scan until he saw medical staff January 22, 2019.

Mr. Williams has been in substantial pain as a result of his abdominal condition and remains so to this date. It appears he will never receive any treatment for his condition given the stated positions of the authorities and will remain in substantial pain for the remainder of any period of incarceration imposed by the Court.

Mr. Williams' continuing abdominal pain is in combination with the condition of his deteriorated knee. This is another condition which the authorities in effect continue to ignore. This condition also dramatically limits his movement and causes him pain. As noted in the attached record from a year and a half ago, Exhibit Five – Report,  and letter previously provided the Court, Exhibit Six, Mr. Williams will "ultimately . . . need a knee replacement."  When he was taken to see the

orthopedist he was given a brace and an injection at that time. He tolerated the injection well indicating he was a candidate for continued injections to manage the pain. He was given a brace. However, he has never been returned to get more injections so the pain relief has been limited. His brace has worn out and has never been replaced. He has made regular requests of medical staff relating to getting a new brace. Counsel contacted the provider eight months ago noting that the brace was worn out and needed replacing. No new brace has been provided. He is presently using an inappropriate complete leg brace that was abandoned by another inmate, since an appropriate one has not provided by the medical staff.

Throughout Mr. Williams' incarceration, Mr. Williams has regularly informed counsel about his medical condition and the pain he was experiencing. At the same time, Mr. Williams regularly informed counsel that he was told that "things took time" and care would be timely provided. Mr. Williams believed this and patiently waited. In the belated response to the Court's order, the Warden notes the times Mr. Williams would come up to the Warden on his rounds, during the months and months Mr. Williams was literally being ignored. It was not on "one occasion" that Mr. Williams would tell the Warden that he was supposed to get surgery, he was supposed to get injections, he was supposed to be getting a new brace, that he was supposed to be getting a CT scan, it was every occasion. Every time he was told "be patient . . . things took time" and care would be timely provided. Mr. Williams was repeatedly told by some medical staff that he was "going out" to see Dr. Tillquist and the orthopedist. Then he was told by other staff that Dr. Tillquist didn't need to see him anymore. Then he was again told by other staff that he was scheduled to go out.

This appears to have never been the case.

### B. The Small Likelihood that Mr. Williams Will Receive Reasonable Medical Care Once Sentenced Supports a Variance

It is well recognized that "medical care proved to prisoners incarcerated in the Federal Bureau of Prisons is generally lacking, although not completely deficient." https://www.prisonerresource.com/medical-care/medical-care-federal-bureau-prisons/   However, where it is completely deficient relates the fact that "(m)any inmates with a serious chronic physical illness fail to receive care while incarcerated." *The Health and Health Care of US Prisoners: Results of a Nationwide Survey*, Am J Public Health. 2009 April; 99(4): 666–672.  It is these chronically ill inmates, like Mr. Williams, who get ignored:

> "(I)f the federal inmate has a non-acute medical condition (e.g., a torn or damaged ligament, an injured hip, neurological problems, gender identity disorder, etc.), care will not generally be forthcoming to an acceptable standard of care.  Common experience indicates that a plethora of medical ailments are either not treated by Federal Bureau of Prisons' health services staff or are treated through less expensive, and less effective, means (e.g., Ibuprofen to treat migraines, fractured bones, torn ligaments, neurological problems, etc.).
>
> https://www.prisonerresource.com/medical-care/medical-care-federal-bureau-prisons/

This is the case even though the obligation to provide inmates with adequate medical care is a constitutional requirement under the Eighth Amendment:

> A prison's failure to provide sustenance for inmates "may actually produce physical 'torture or a lingering death.' " Just as a prisoner may starve if not fed, he or she may suffer or die if not provided adequate medical care. A prison that deprives prisoners of basic sustenance, including adequate medical care, is incompatible with the concept of human dignity and has no place in civilized society.

\*\*\*
Courts . . . must not shrink from their obligation to "enforce the constitutional rights of all 'persons,' including prisoners." Courts may not allow constitutional violations to continue simply because a remedy would involve intrusion into the realm of prison administration.
*Brown v. Plata*, 563 U.S. 493, 1928-1929 (2011) (citations omitted) (emphasis added).

In 1994, the General Accounting Office "issued a report about health care in the Bureau of Prisons [which] . . . concluded that inmates with chronic illnesses were not receiving proper health care. . ." *United States v. Sherman*, 53 F.3d 782, 786 at n.7 (7th Cir. 1995). Things have not changed since the 1994 report. The medical care afforded by the BOP, such as it is, has been recently criticized by the Inspector General of the Justice Department. *See* Dep't of Justice, *The Impact of an Aging Inmate Population on the Federal Bureau of Prisons* (May 2015). https://oig.justice.gov/reports/2015/e1505.pdf. This study found "BOP institutions lack appropriate staffing levels to address the needs of an aging inmate population and provide limited training for this purpose." *Id.* at ii. The lack of adequate staffing leaves inmates with limited access to medical care. *Id.* at 17-19.

Even though this failing is obvious and has been proven out in Mr. Williams' case, counsel understands that the BOP continues to send Courts "a form letter trumpeting the BOP's ability to handle medical conditions of all kinds." *U.S. v. Gee*, 226 F.3d 885, 902 (7th Cir. 2000).

## C. Both a Departure and Variance Analysis Apply in This Case.

Under 18 U.S.C. § 3553(a)(2)(D), the need for medical care is a sentencing factor which can support a variance. The United States Sentencing Guidelines also provide authority for departing downward based on a defendant's poor health.

Under U.S.S.G. § 5H1.4, a below guideline sentence is appropriate when "an extraordinary physical impairment may be a reason to depart downward . . . ." A Court can consider the constellation of a defendant's conditions in conducting such a departure analysis. *U.S. v. Moy*, 1995 WL 311441, at 26-29. Additionally, a downward departure "may be appropriate to accomplish a specific treatment purpose," and even allows for consideration of home detention or other alternatives when a defendant is "seriously infirm[ed]." U.S.S.G. § 5H1.4.

Given the history outlined above there is little doubt that Mr. William's will be relegated to being in constant pain during any future incarceration. Mr. Williams in effect has two painful chronic conditions, neither of which he will be able to be remedied until he is released or able to seek medical treatment on his own if serving an alternative sentence. This is something he could do were he serving an alternative sentence.

Courts have historically recognized that significant variances or departures are justified for chronically ill defendants, including alternatives other than sentences to prison. For example in a case cited in prior pleadings, *U.S. v. Martin,* 363 F.3d 25 (Fifth Cir. 2004), a defendant involved in a $1.8 million fraud scheme who suffered from debilitating Crohn's disease was granted home detention and probation. Although the case was reversed and remanded for resentencing for other reasons, the Court found that the trial court correctly considered that "the Bureau of Prisons would be unable to adequately meet the defendant's medical needs" in imposing the sentence. Id. at 49. The Court cited with approval that even under the pre-*Booker* sentencing scheme "a sentencing court is not faced with an all-or-nothing choice

between GSR-range imprisonment or no imprisonment, but may lawfully decide to impose a reduced prison sentence below the (guidelines)." *United States v. Hilton,* 946 F.2d 955, 958 (1st Cir.1991).

### D.  Mr. Williams' Age

In prior counsel's original sentencing memorandum, he argued that Mr. Williams' advanced age and his  low risk of recidivism upon release mean that a guidelines-range sentence in this case would  disproportionately affect the Defendant and provide greater punishment than necessary.  Since making this argument, the United State Sentencing Commission has issued a report titled:  The Effects of Aging on Recidivism Among Federal Offenders, December 2017.    The conclusions in the report further validate counsel's argument.

In the Key Findings of the report, the Commission conclusions included among others:

a.  "Older offenders were substantially less likely than younger offenders to recidivate following release. Over an eight-year follow-up period, 13.4 percent of offenders age 65 or older at the time of release were rearrested compared to 67.6 percent of offenders younger than age 21 at the time of release."

b.  Even "(f)or offenders in Criminal History Category VI," the re-arrest rate was less than half that for younger offenders.

c.  "(F)or offenders age 60 and older at the time of release, the re-arrest rates were  .  .  .  12.5 percent (fraud)" compared to "53.6 percent (fraud)" "for offenders under age 30 at the time of release."

9

All these conclusions suggest that Mr. Williams' presents little future risk and lessens the need for a sentence "to protect the public from further crimes of the defendant." 18 U.S.C. § 3553(a)(2)(c).

### E. Conclusion

Mr. Williams asks to the Court to weigh heavily his ongoing suffering over the three years he has so far been incarcerated, the fact that he has pending state cases that will almost assuredly add to any period of incarceration and the fact that he offers little risk to re-offend. Accordingly, Mr. Williams requests a non-guideline sentence that offers him the soonest opportunity to obtain treatment.

Dated: June 4, 2019

Respectfully submitted,

*s/ Steven K. Jacobson*
Steven K. Jacobson
Collins, Rafik and Jacobson LLC
1881 9th St., Suite 315
Boulder, Colorado 80302
Telephone: 303-444-9292
Fax: 303-447-0200
e-mail: steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 4, 2019 I electronically filed the foregoing **DEFENDANT'S THIRD SUPPLEMENTAL SENTENCING MEMORANDUM** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

*s/ Steven K. Jacobson*
Steven K. Jacobson

Swedish Medical Center

*** PATIENT DISCHARGE INSTRUCTIONS - HOME ***

*** Please bring this form to all follow-up provider appointments ***

Allergies: No Known Allergies
Adverse Drug Reactions: ADRs HAVE NOT BEEN ENTERED IN PHA

ATTENDING DOCTOR: Tillquist,Richard Leonard MD    Phone #: (303)789-1877    Fax#: (303)789-2628

PRIMARY DIAGNOSIS:
right inguinal hernia

SECONDARY DIAGNOSIS:

PROCEDURES/SURGERIES:
laparoscopic right inguinal hernia repair

DISCHARGE DISPOSITION: Jail

CONSULTATIONS

IMMUNIZATIONS RECEIVED DURING HOSPITALIZATION (Blank if none administered)    Administered:    Date:    Time    Given?

FOLLOW-UP

Follow-up Lab, Procedures, Treatments:

Call your PCP (Primary Care Physician) for an appointment as directed.

For stroke patients, please follow-up with your primary care physician within one week
    unless otherwise documented below.

Follow up Appointments/Referrals:
        PCP: Santini,George James  MD          Phone:
                Date:              Time:            Or In:
        Attending: Tillquist,Richard Leonard  MD    Phone: (303)789-1877      On/In: 10-14 d
    Consulting Doctor:                          Phone:                On/In:
                Specialty ·
    Consulting Doctor:                          Phone:                On/In:
                Specialty ·
    Other Provider:                             Phone:                On/In:
    Other Provider:                             Phone:                On/In:
    Other Provider:                             Phone:                On/In:

WILLIAMS,ALAN A
Acct #: AQ1010393028
Unit #: AQ02396934    Admit Date:
Admit Dr:
Age: 55      Sex: M  DOB: 10/05/62

*PINS*

********* Cont on Page 2 *********



Richard L. Tillquist, MD
601 E Hampden Avenue, #470
Englewood, CO 80113
Phone: (303) 789-1877

**Patient:** Alan Williams
**Date of Birth:** 10/05/1962

**Visit Date:** 03/23/2018
**Attending Provider:** Richard L. Tillquist MD
**Referring Provider:** G Thomas Kraus M.D.
..........................................................................................................................

## Patient Visit Note
HISTORY AND PHYSICAL EXAMINATION

### Chief Complaint
The Chief Complaint is: Right lower quadrant discomfort.

### Allergies
- **No Known Allergies**

### Current Medication
- **None**

    Medication list reviewed.

### Social History
Behavioral: No tobacco use and smoking status: Never smoker.

### Family History
    No family history of cancer

### Physical Findings
- **Vitals taken 03/23/2018 10:52 am**
  **BP-Sitting**           181/102 mmHg
  **Pulse Rate-Sitting**   106 bpm
  **Temp-Oral**            99 F
  **Height**               68 in
  **Weight**               200 lbs
  **Body Mass Index**      30.4 kg/m2
  **Body Surface Area**    2.04 m2

### Subjective
This is a 55-year-old gentleman who is an inmate. He had a laparoscopic right
inguinal hernia repair done in late January 2018. When he got back to prison he
became very constipated. He does not get any stool softeners and had a hard time
going. He developed some swelling in his right groin. The swelling eventually went
away but he started having pain. He has been having severe pain in his right lower
quadrant every since. He does not feel a lump anymore. His constipation is better.

### Objective
I do not feel a recurrent hernia. He has no palpable mass but he seems to be
extraordinarily tender down in the right lower quadrant. I cannot tell if this is real or
not.

**Patient Name: Alan Williams**                                    **Date: 03/23/2018**

**Assessment**
  • Visit for: postsurgical exam

**Plan**
We will get a CAT scan of his abdomen and pelvis to rule out any pathology that we
might be missing and make recommendations based on that.

**Reason For Visit**
  Referred by G. Thomas Kraus, MD.

**Counseling/Education**
  • Education and counseling

**Care Team**
**G Thomas Kraus, M.D.**

**Richard L. Tillquist MD**
**Electronically signed by: Richard L. Tillquist MD    Date: 04/05/2018 09:59**



*Richard L. Tillquist, MD*
*601 E Hampden Avenue, #470*
*Englewood, CO 80113*
*Phone: (303) 789-1877*

**Patient:**          **Alan Williams**
**Date of Birth:**          **10/05/1962**

**Visit Date:**          **08/28/2018**
**Attending Provider:**          **Richard L. Tillquist MD**
**Referring Provider:**          **G Thomas Kraus M.D.**

.............................................................................................................................................

### Patient Visit Note

**Active Problems**
- **Lower abdominal pain, unspecified**

**Chief Complaint**
The Chief Complaint is: Est Rec Hernia.

**Allergies**
- **No Known Allergies**

**Current Medication**
- **CVS Ibuprofen 200MG Oral Capsule  0 days, 0 refills**

   Medication list reviewed.

**Social History**
Behavioral:  No tobacco use and smoking status: Never smoker.

**Family History**
   No family history of cancer

**Physical Findings**
- **Vitals taken 08/28/2018 01:13 pm**
   **BP-Sitting R**                        149/97 mmHg
   **Pulse Rate-Sitting**               103 bpm
   **Height**                               68 in
   **Weight**                               200 lbs
   **Body Mass Index**               30.4 kg/m2
   **Body Surface Area**             2.04 m2

**Subjective**
Mr. Williams is an inmate.  He is seen back today.  He had hernia repair last year and now comes back with what he feels is a recurrence on the right and inguinal hernia on the left.  Says he has severe pain all the time and unable to do anything.  He can feel a bulge.  After his first surgery he had severe problems with constipation, had to push real hard and then developed urinary retention.  He thinks that may have contributed to getting a recurrence on the right side.  He is concerned that a small hernia was seen on the left at the time of his surgery.  This is mentioned in the operative report but it is also mentioned it was not felt it needed to be repaired.

**Objective**
He claims to be very tender on exam.  He is tender out of proportion to a regular hernia exam.  Just lightly palpating his pubis, he flinches in what he says is

**Patient Name: Alan Williams**                                          **Date: 08/28/2018**

significant pain on a limited exam he will allow me to do. I do not feel any hernia on either the right or the left. He does point over his epigastrium as where he has most of his discomfort but, in talking to him, he also has it on the right and left.

**Assessment**
I do not necessarily feel any recurrence. He describes this discomfort in his lower abdomen. Since I do not feel a hernia on either side, considering getting an ultrasound. However, with his hypogastric pain he may have some other problem certainly in his colon or a bladder issue, especially since he had these issues after his last surgery. These have not been addressed since. Instead of an ultrasound, a CAT scan may be more appropriate not only to look and see if he has a defect for a hernia on the right and/or the left but to make sure he does not have a pelvic issue that is giving him some of the problems.

**Plan**
We will get the CAT scan and make recommendations based on that.

cc:      Bureau of Prisons

**Reason For Visit**
     Referred by Bureau of Prisons.

**Counseling/Education**
     • Instructions for patient

**Care Team**
**G Thomas Kraus, M.D.**

**Richard L. Tillquist MD**
**Electronically signed by: Richard L. Tillquist MD    Date: 09/07/2018 09:05**

STEVEN K. JACOBSON
ATTORNEY AT LAW
1881 9ᵀᴴ STREET, SUITE 315
BOULDER, COLORADO 80302
PHONE: 303-444-9292    FAX 303-447-0200

March 3, 2019

---

## FACSIMILE TRANSMITTAL INFORMATION

---

FAX NUMBER:        303 789 2628

TO:                ATTN:  Cindy

FROM:              Steven K. Jacobson

REGARDING:         Alan Williams Release

COMMENTS:          Please call.  303-817-7466

Cindy,
Would it be possible to get the below request note soon so we can get this resolved?  Thanks.

Cindy,
We have spoken severeal times about Mr. Williams and the need to get him back in for a cat scan so that Dr. Tillquist can get abdominal views on which to base surgery and to schedule the surgery.  As you are probably aware, none of this has been arrange by FDC.  Could you fax me back  a short note from Dr. Tilliquest noting what needs to be done so that I can give that to the authorites and see if that helps move them along?
Thanks.
Steve Jacobson, Attorney for Mr. Williams

**CONFIDENTIALITY NOTE**

The information contained in this facsimile transmission is legally privileged and confidential.  Review, dissemination or copying of this transmission is prohibited by anyone other than the above named person, entity or their agent.  If you received this in error, please notify us immediately by telephone and return the original documents to us by mail.



**1411 South Potomac Street, Suite 400   Aurora,  CO  80012     (303) 695-6060    Fax (303) 369-7776**
**401 West Hampden Place, Suite 220   Englewood,  CO  80110     (303) 695-6060  Fax (303) 369-7776**

Page 1

Office Visit

**ALAN WILLIAMS FCI**                                                  Home: (720) 309-6549
Male  DOB: 10/05/1962                    98408                Ins: League Medical Concepts

**11/02/2017 - Office Visit: Bilt knee**
**Provider: Jeffrey A Arthur**
**Location of Care: Colorado Orthopedic Consultants-Aurora**

## Vital Signs:

Patient Profile:  55 Years Old Male
Height:              63 inches (160.02 cm)
Weight:             140 pounds (63.64 kg)
BMI:                 24.80

Pt. in pain?       yes

Vitals Entered By: Jean Ford (November  2, 2017 2:01 PM)

### Past Medical History:
Reviewed history and no changes required:
  Anemia
  Artritis
  Congestive heart failure
  High blood pressure
  Irregular heart beat
  Poor circulation
  Varicose Veins

### Past Surgical History:
Reviewed history and no changes required:
  lt knee tka
  bilt hip

### Family History Summary:
Reviewed history and no changes required: 11/08/2017
Mother (biol.) - Has Family History of Arthritis - Entered On: 11/2/2017
Mother (biol.) - Has Family History of Diabetes - Entered On: 11/2/2017
Mother (biol.) - Has Family History of Heart Disease - Entered On: 11/2/2017
Mother (biol.) - Has Family History of High Cholesterol - Entered On: 11/2/2017



**1411 South Potomac Street, Suite 400   Aurora, CO  80012    (303) 695-6060   Fax (303) 369-7776**
**401 West Hampden Place, Suite 220  Englewood, CO  80110    (303) 695-6060  Fax (303) 369-7776**

Page 2

Office Visit

**ALAN WILLIAMS FCI**                                                Home: (720) 309-6549
Male  DOB: 10/05/1962                          98408            Ins: League Medical Concepts

## Social History:
Reviewed history and no changes required:

  Smoking History:
  Patient is a former smoker.

## Risk Factors:

Smoked Tobacco Use:  Former smoker
  Cigarettes:  Yes
Alcohol use:  no

**Previous Tobacco Use:**
**Previous Alcohol Use:**

## Review of Systems

**MS**
  **Complains of weakness.**

**Current Allergies (reviewed this update):**
No known allergies

## Problems:

**Problems Added:**
1)  Dx of Degenerative Joint Disease of Right Knee  (ICD-715.16)
2)  Dx of Knee Pain, Left  (ICD-719.46)
3)  Dx of Poor Circulation  (ICD-443.9)



**1411 South Potomac Street, Suite 400  Aurora,  CO  80012     (303) 695-6060   Fax (303) 369-7776**
**401 West Hampden Place, Suite 220  Englewood,  CO  80110     (303) 695-6060  Fax (303) 369-7776**

Page 3

Office Visit

## ALAN WILLIAMS FCI
Male  DOB: 10/05/1962                         98408

Home: (720) 309-6549
Ins: League Medical Concepts

4)  Dx of Irregular Heart Beat  (ICD-427.9)
5)  Dx of High Blood Pressure  ()
6)  Dx of Congestive Heart Failure  ()
7)  Dx of Anemia  (ICD-285.9)

## Impression & Recommendations:

**Problem # 1:**  Degenerative joint disease of right knee (ICD-715.16) (ICD10-M17.11)
Patient presents today for evaluation of right knee pain. He has been seen previously years ago by my partner who is now semi retired. He was seen in possibly 2008 for his knee. At that time he was possibly a candidate for a partial knee replacement. He had seen another orthopedist Dr. Yang he believes recommended a partial at that time. He has been using a brace that is been very helpful. He would like to get a new one of those today as his is wearing out. He has done well with injections. Would like to see if he is a candidate for that as well. He denies numbness or tingling in the leg. Has been taking ibuprofen.
Physical exam: positive varus deformity 15°, crepitus with range of motion, moderate effusion, tender palpation globally patellofemoral joint to medial joint line, positive medial McMurray's, nerves intact grossly, antalgic gait, range of motion -5°-120°, stable to stress test, no erythema, no ecchymosis,
x-rays: AP/lateral/sunrise view shows moderate to severe DJD patellofemoral joint, severe DJD medial compartment, bone on bone changes, joint space narrowing, osteophytes, subchondral sclerosis, subchondral cyst
assessment and plan: patient is a pleasant male who presents today for evaluation of right knee pain and DJD. Based on his x-rays and previous treatments do feel ultimately he will need a knee replacement. At this time will give him a new brace. After getting consent we injected his right knee with cortisone. Tolerated this well. Continue anti-inflammatory/ice/activity modification. Follow up as needed. All questions answered. This dictation was performed using Dragon software. Even though reviewed there still may be typos or incomplete phrases.
Under sterile conditions, and after gettting the patient's oral consent, the knee joint was injected with 3cc of 1% plain Marcaine and 1cc (80mg) of Depomedrol.
right

**CURRENT ORDERS FOR THIS VISIT:**
Knee Both AP Standing / +2 Views [CPT-XRAY], Detailed New Visit 99203 [CPT-99203], Major joint injection [CPT-20610], DepoMedrol 80mg [CPT-J1040].

]



**1411 South Potomac Street, Suite 400  Aurora,  CO  80012     (303) 695-6060    Fax (303) 369-7776**
**401 West Hampden Place, Suite 220  Englewood,  CO  80110     (303) 695-6060  Fax (303) 369-7776**

Page 4

Office Visit

**ALAN WILLIAMS FCI**                                                    Home: (720) 309-6549
Male  DOB: 10/05/1962                    98408           Ins: League Medical Concepts

**Electronically signed by Jeffrey A Arthur on 11/08/2017 at 4:50 PM**
_____



**COLORADO ORTHOPEDIC CONSULTANTS**

**1411 South Potomac Street, Suite 400   Aurora, CO  80012    (303) 695-6060   Fax (303) 369-7776**
**401 West Hampden Place, Suite 220  Englewood, CO  80110    (303) 695-6060  Fax (303) 369-7776**

## RE:  ALAN WILLIAMS FCI
**Date of visit: 11/02/2017 1:59 PM**

Date Of Birth:  10/05/1962
Insurance Co:
Date of Injury:


Follow up note on ALAN WILLIAMS FCI


Problem:        Degenerative Joint Disease of Right Knee
Assessed:       11/02/2017

Patient presents today for evaluation of right knee pain. He has been seen previously years ago by my partner who is now semi retired. He was seen in possibly 2008 for his knee. At that time he was possibly a candidate for a partial knee replacement. He had seen another orthopedist Dr. Yang he believes recommended a partial at that time. He has been using a brace that is been very helpful. He would like to get a new one of those today as his is wearing out. He has done well with injections. Would like to see if he is a candidate for that as well. He denies numbness or tingling in the leg. Has been taking ibuprofen.

Physical exam: positive varus deformity 15°, crepitus with range of motion, moderate effusion, tender palpation globally patellofemoral joint to medial joint line, positive medial McMurray's, nerves intact grossly, antalgic gait, range of motion -5°-120°, stable to stress test, no erythema, no ecchymosis,

x-rays: AP/lateral/sunrise view shows moderate to severe DJD patellofemoral joint, severe DJD medial compartment, bone on bone changes, joint space narrowing, osteophytes, subchondral sclerosis, subchondral cyst

assessment and plan: patient is a pleasant male who presents today for evaluation of right knee pain and DJD. Based on his x-rays and previous treatments do feel ultimately he will need a knee replacement. At this time will give him a new brace. After getting consent we injected his right knee with cortisone. Tolerated this well. Continue anti-inflammatory/ice/activity modification. Follow up as needed. All questions answered. This dictation was performed using Dragon software. Even though reviewed there still may be typos or incomplete phrases.

Under sterile conditions, and after gettting the patient's oral consent, the knee joint was injected with 3cc of 1% plain Marcaine and 1cc (80mg) of Depomedrol.

right


**PATIENT INSTRUCTIONS**


Please don't hesitate to call if you have any questions.

With warmest regards,

Jeffrey A Arthur
**Colorado Orthopedic Consultants**
*Please note: This dictation is subject to minor errors due to voice recognition software*

303 369 7776          Colorado Orthopedic Consulta                              08:15:05 a.m.     08-14-2018        3/3



# Colorado Orthopedic Consultants

a division of

*Orthopedic Centers of Colorado*

**OCC**

## Physicians

Philip A. Stull, MD

Craig A. Davis, MD

Jeffrey A. Arthur, DO

Michael S. Hewitt, MD

Stuart H. Myers, MD

Nathan D. Faulkner, MD

Stephen F. Pehler, MD

## Locations

1411 S. Potomac St.,
Suite 400
Aurora, CO 80012

401 W. Hampden Pl.,
Suite 220
Englewood, CO 80110

08/02/2018

This letter is written on behalf of Mr. Williams.

To whom it may concern,

Mr. Williams is a 55-year-old male, who we've seen previously for his right knee. He has also been seen by one of my partner's previously, years prior, for this same condition. Currently, he continues to have progressive right knee pain, and decreased ability to walk long distances. We have done several conservative treatments to help assist in his knee pain and arthritis. We have used a brace that has been helpful, and he would like to be refitted for this if possible. He has had injections in the past, and feel he is a candidate for that as well, to continue to decrease the inflammation and swelling in the knee, caused by the arthritis, which then causes him to have worsening pain. At this time, we will continue to try conservative treatments, however they may be less beneficial in the long term.

We've been asked to explain his situation so that it can be taken into account when he goes to court. For specific details of his exam please refer to medical record. Presently, I feel in general, he has progressive right knee pain due to deteriorating arthritis. This is a progressive and non-reversible process. It is individualistic how much pain people endure with arthritis. Ultimately, when the arthritis becomes severe enough, knee replacement is the best option. Patient has been told in the past that he will need a knee replacement at some point. I agree that in the future he will need a knee replacement ultimately to fix the problem that he has. I do feel that bracing and activity modification, ice and elevation, and anti-inflammatories, are reasonable conservative measures. We did inject his knee at last visit. At this point we really have no other treatment options to offer.

Mr. Williams ultimately will benefit from a knee replacement to fix the problem he has, and that right knee caused by arthritis. Until he has a knee replacement, he will continue to have swelling episodes, painful episodes, and difficulty walking long distances. He may also have some giving out of his knee, due to the pain and arthritic changes. This could lead to a fall, if he is not using some support, such as his brace, or crutches, or a Walker. If there any other questions do not hesitate to contact us at 303-695-6060 extension 125.

Regards,

Jeffrey A. Arthur DO

**(303) 695-6060 Phone • (303) 369-7776 Fax**
www.cocortho.com

United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A1001
901-19th Street
Denver, CO. 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 03 2019

JEFFREY P. COLWELL
CLERK

RE: 15-CR-00395-REB

Your Honor,

I'm submitting this letter in regards to myself, Alan Alonzo Williams, requesting that Steven K. Jacobson be withdrawn as my counsel.

I requested a withdrawal of counsel back in March 2019, which I withdrew the motion in writing, but I didn't request for the April 25th, 2019 court date to be vacated based on the conversation with Mr. Jacobson advising me that the judge most likely will want us in court to discuss this issue. I then expected the date of April 25th, 2019 to occur but then I was notified by counsel that the April 25th, 2019 date was vacated.

D.C. COLO. L AtFy R5(b) allows for withdrawal of counsel "on motion showing good cause." "To warrant a substitution of counsel, the defendant must show good cause, such as a conflict of interest, a complete breakdown of communication or an irreconcilable conflict which leads to an apparently unjust verdict." United States v.

1 of 4

Conf:

Padilla 819 F.2d 952 955 (10th Cir. 1987)(internal quotation marks omitted). "Good cause for substitution of counsel consists of more than a mere strategic disagreement between a defendant and his attorney, rather, there must be a total breakdown in communications." United States v. Lott, 310 F.3d 1231, 1249 (10th Cir. 2002)(quotation omitted). In considering such a motion, courts look at "(1) whether the request was timely; (2) whether the defendant-attorney conflict was so great that it led to a ~~total~~ lack of communication and prevented the preparation of an adequate defense and (3) whether the defendant was at fault for the conflict." See Romero v. Furlong, 215 F.3d 1107, 1113 (10th Cir. 2000).

## ARGUMENT

Defendant seeks the withdrawal of Mr. Jacobson due to the complete breakdown of communication between defendant and counsel. See United States v. Lott, 310 F.3d 1231, 1249 (10th Cir. 2002). This breakdown is due to

Cont,

more than mere strategic dis-
agreements, but an irreconcilable
conflict that has rendered meaningful
communication with Mr. Jacobson
impossible. Communications have been
very strained between defendant and
Mr. Jacobson for many months, and
as of Monday, June 3rd, 2019 or Tuesday,
June 4th, 2019 defendant will have asked
counsel to withdraw; and cease com-
munications with counsel regarding
sentencing. This situation presents an
irreconcilable conflict between defendant
and counsel, and constitutes good
cause for counsel to be withdrawn.

Due to this inability to communicate,
defendant feels that counsel is
unable to effectively represent the
defendant at sentencing. "Defendant
also feels that it is impossible for
counsel to continue to provide defendant
with effective assistance of counsel
in this case." See United States v.
Ali, 375 F. Supp. 2d 1289, 1390 (D. N. M.
2005)(granting motion to withdraw).

Defendant recognizes that this
request for withdrawal comes twenty

3 of 4

Cont,

(20) days before defendants sentencing hearing. However, this total breakdown in communication between defendant and counsel nonetheless merits counsel withdrawal. See United States v. Hammons No. CR07-1164 JB, 2010 WL4928923, at *3 (D.N.M. Oct. 28, 2010)(granting motion to withdraw two days before sentencing where there was a "total breakdown in communication" between attorney and client).

## CONCLUSION

Defendant respectfully requests that counsel be withdrawn and that substitute counsel be appointed

Dated this 30th day of May, 2019



Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO.
86123-1159

United States District Court
Honorable Judge:
Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom # 1001
901-19th Street
Denver, CO.
80294-3589

LEGAL
MAIL



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALAN ALONZO WILLIAMS,

      Defendant.

---

## DECLARATION OF FRANK CORDOVA

I, Frank Cordova, pursuant to 28 U.S.C. §1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-entitled matter.

1.      I am currently employed by the United States Department of Justice, Federal Bureau of Prisons (Bureau), as an Advanced Practice Registered Nurse Practitioner.

2.      As part of my official duties with the Bureau, I have access to records maintained in the ordinary course of business by the Bureau, including administrative remedy requests, information maintained in the SENTRY[1] database, and other official inmate files and records. In my capacity as a medical provider, I also have access to records maintained in the Bureau

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

Electronic Medical Records (BEMR).

3.      I am familiar with federal inmate Alan Alonzo Williams, Register Number 43473-013.

4.      Inmate Williams has had 215 encounters with medical providers at FCI Englewood since March 18, 2016.  (See Attachment A at 16).

5.      Inmate Williams did receive laparoscopic right inguinal hernia repair on January 24, 2018 by an outside bariatric surgery specialist, Dr. Richard Tillquist.  As Defendant noted, his patient discharge instructions directed he have a follow-up appointment *with his primary care provider*. (Emphasis added).  When inmate Williams returned to the institution on January 24, 2018, an EMT examined him.  The next day, his pain medication was extended.  On January 26, 2018, a mid-level provider examined inmate Williams, and on January 30, 2018, I personally examined him. (See Attachment B).

6.      On February 7, 2018, a consultation request was submitted for inmate Williams to return to Dr. Tillquist. On February 28, 2018, inmate Williams complained of additional pain. He was given pain medication and a urinalysis was completed to rule out a kidney infection. Inmate Williams was seen again on March 6, 2018 and he indicated during that encounter that his pain "now tolerable." (Attachment C).

7.      Inmate Williams saw Dr. Tillquist for a follow-up on March 23, 2018.  The provider did not feel a recurrent hernia. (Attachment D).   He noted that though there was no palpable mass, the inmate seemed to be extraordinarily tender in the right lower quadrant.  *Id.* The provider noted he could not tell if this tenderness was real or not. *Id.*  Dr. Tillquist requested a CT scan of inmate Williams' abdomen and pelvis.  *Id.*  The Clinical Director submitted a

consultation request for approval the same day. *Id.* The CT scan was completed on June 1, 2018. *Id.* The CT was unremarkable. *Id.*

8.      On June 13, 2018, inmate Williams informed a medical provider he was scheduled for emergency surgery for his hernia. (Attachment E). No such emergency surgery was ever scheduled, nor was there a clinical need for emergency surgery based upon the symptomology Williams reported.

9.      On June 21, 2018, inmate Williams reported abdominal pain, claiming the surgeon botched his operation. He also stated that the CT scan was wrong and he demanded a new CT scan with a new reader. (Attachment F). The provider determined the examination was unremarkable. *Id.* The notes of this encounter indicate inmate Williams refused all counseling, and demanded a new surgeon, primary care provider, and physical therapy. *Id.*

10.      On July 6, 2018, the Clinical Director met with inmate Williams to review his CT scan. (Attachment G). Dr. Santini informed him it was essentially unremarkable. *Id.*

11.      Inmate Williams refused sick call appointments on July 11, 2018, July 25, 2018, and August 8, 2018. Sick call appointments are those clinical encounters that are conducted at the request of the inmate-patient. Accordingly, inmate Williams had requested to see Health Services staff on or around the above-listed dates, but when the appointments arrived, he refused to engage with staff. (Attachment H).

12.      On August 28, 2018, inmate Williams was seen by the outside provider, Dr. Tillquist. (Attachment I). The provider noted he did not feel any recurrence and did not note any hernia on either the right or left side. *Id.* The provider ordered a CT scan to determine if there was a defect for a hernia. *Id.* On October 10, 2018, a CT scan request was submitted. *Id.* This second CT scan was conducted on November 15, 2018. *Id.* The results of this CT scan

were unremarkable, as were the CT results from the original June 1, 2018 CT scan. *Id.*; *see* Attachment D.

13.    On January 16, 2019, inmate Williams was seen by medical staff. (Attachment J). Inmate Williams demanded to be seen by a specialist for a new consultation. *Id.* It was noted the Utilization Review Committee (URC) had denied the request to see a specialist. *Id.* Inmate Williams was seen again on January 22, 2019 requesting to see a specialist. *Id.* He was told, again, that the consultation had been denied. *Id.*

14.    On February 26, 2019, inmate Williams requested to be seen by an outside provider for knee injections and new knee braces. (Attachment K). An examination was unremarkable and showed no swelling. *Id.*

15.    On April 8, 2019, inmate Williams requested to make a formal complaint that his hernia had not been fixed to his liking. (Attachment L).

16.    On April 16, 2019, inmate Williams was seen once again by Dr. Tillquist. (Attachment M). The provider noted the review of the CT scan did not reveal anything that should be causing discomfort. *Id.*

17.    On May 7, 2019, inmate Williams requested an update on his visit to be seen by a knee specialist. (Attachment N). Williams was told medical is unable to discuss future medical trips. *Id.*

18.    Inmate Williams has received neoprene knee braces on March 19, 2019, October 24, 2018, August 9, 2018, and September 19, 2017. (Attachment O).

19.    Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __10__ day of June, 2019, in Englewood, Colorado.

Frank Cordova, NP-C
FCI Englewood
Federal Bureau of Prisons

Attachments

Case No. 1:15-cr-00395-REB   Document 173-3   filed 09/10/19   USDC Colorado   pg 55 of
145
Case 1:19-cr-00395-REB   Document 149   Filed 06/11/19   Page 6 of 6

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Annah Hillary
Annah Hillary
Legal Assistant
U.S. Attorney's Office

Case No. 1:15-cr-00395-REB   Document 173   filed 09/10/19   USDC Colorado   pg 56 of
145
Case 1:15-cr-00395-REB   Document 151   Filed 08/12/19   Page 1 of 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Action No. 15-cr-00395-REB**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**1. ALAN ALONZO WILLIAMS,**

      **Defendant.**

---

### GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING STATEMENTS

---

The United States of America respectfully submits the following response to Defendant's Sentencing Statement and Motion for a Downward Departure and Variance (No. 58), Second Supplemental Sentencing Statement (No. 110) and Third Supplemental Sentencing Statement (No. 145). The government stands by its earlier request for a mid-range sentence within the guidelines range of 70-87 months. (*See* No. 67).

Additionally, the government "renews" its pending Motion for Decrease of Acceptance of Responsibility (No. 52) and Motion to Dismiss Counts (No. 53).

### I.    Procedural History

The defendant pled guilty on January 12, 2017 to violating 18 U.S.C. § 1344, Bank Fraud. (Nos. 43, 44). Sentencing was originally scheduled for April 6, 2017. (No. 43). It was later rescheduled for July 6, 2017, and then again to August 17, 2017. (Nos. 50, 57). On June 15, 2017, the defendant filed an Objection to the Presentence Report that largely focused on the issue of intended loss. (No. 55). The defendant then submitted a Sentencing Memorandum and Motion for Downward Departure and Variance. He

1

Case No. 1:15-cr-00395-REB  Document 173-1  filed 09/10/19  USDC Colorado  pg 57 of
145
Case 1:15-cr-00395-REB  Document 315  Filed 06/12/2  USDC Colorado  Page 2 of 8

requested a sentence of 57 months.  (No. 58).  The sentencing was again rescheduled –
to November 15, 2017.  (No. 60).  On November 2, 2017, the government filed a response
to the defendant's sentencing statement.  (No. 67).  The defendant responded with a
Supplemental Sentencing Memorandum.  (No. 68).  The defendant then sought and
received new counsel.  (Nos. 70, 78).  With the sentencing reset for September 26, 2018
(No. 108), the defendant filed a Second Supplemental Sentencing Statement.  (No. 110).
The sentencing was eventually reset for June 19, 2019.  (No. 143).  The defendant filed
a Third Supplemental Sentencing Statement on June 4, 2019.  (No. 145).  The
government now files this response, and incorporates its earlier response (No. 67) herein.

## II.  Argument Concerning Loss

As the Court is well aware, the defendant obtained $1,160,000 in loans and
attempted to obtain another $550,000 loan for himself and a business called Williams
Vending Company ("WVC").  The loans were obtained through a series of false
statements, which are detailed at length in the Plea Agreement.  (No. 44).  Because the
defendant was a felon and a parolee, he would not qualify for the loans.  He therefore
exploited Ms. X, an acquaintance with a severe drug addiction, in order to use her identity
to obtain loans fraudulently.  For example, he listed Ms. X as the 100% owner and
president of WVC, even though the defendant controlled the finances and operations of
WVC and he and his family members owned the company.

The defendant attempted to obtain the $550,000 loan, specifically, by falsely
representing that the funds were needed to purchase equipment for a contract WVC had
entered into with the City and County of Denver, when in fact no such agreement existed.
He also presented a fraudulent document that inflated Ms. X's account balance.  Finally,
he falsely claimed that WVC had reduced its debt to Ms. X by about $430,000 and

produced a fraudulent promissory note in support.  (No. 44 at 11-12).  WebBank ultimately

denied the requested $550,000 loan, avoiding an additional $550,000 in actual loss.

The government asserts that the defendant should receive a 16-level increase

under § 2B1.1(b)(1)(I) to reflect the amount of the actual loss ($1,160,000) plus the

intended loss ($550,000).  The defendant argues that the full amount of the $550,000

loan should not count towards "intended loss" for sentencing purposes, because the

defendant would have used a large portion of the $550,000 loan for the continued

operation of his family business.  He therefore argues that he should receive only a 14-

level increase pursuant to § 2B1.1(b)(1)(H).

The government stands by the arguments set forth in its earlier sentencing

response (No. 67) that, as a legal matter, whether the defendant would have used the

$550,000 loan proceeds for his business is irrelevant to the question of intended loss.

Aside from the legal and factual arguments previously set forth, the government raises a

few other considerations below, which are relevant under 18 U.S.C. § 3553(a).

Additionally, the government responds to the defendant's motion concerning his medical

condition.  (No. 145).

### III.    Response to Claimed Expenditures

In his sentencing statements, the defendant catalogues additional expenditures he

purportedly made for legitimate business purposes using loan proceeds.  For example,

he details payments of approximately $406,000 to creditors of WVC, using loan

proceeds.[1]  (No. 58).  The first loan specified that approximately $781,855 should go to

---

[1] The defendant's first sentencing statement estimated that $406,369.54 was directed to
creditors, and noted that he was awaiting documentation from two creditors regarding
an additional approximately $55,000.  (No. 58).  The defendant's second sentencing
statement detailed a number of additional purportedly legitimate business expenses,

creditors; accordingly, the defendant has advanced evidence showing he used just over one-half of the money for paying off creditors. The defendant has admitted he made these payments to creditors without obtaining the required co-endorsements from the joint payees. (*Id.*, No. 44 (Plea Agreement at 9)). Not obtaining those co-endorsements allowed the defendant to keep a portion of those payments for WVC, rather than pay the full amount to creditors as required by the terms of the loan. (No. 44). Even if he used some of the remaining balance for business expenses, he still did not use that money as WebBank had directed, adding another layer of dishonesty to his actions beyond the initial false statements he made in obtaining the loans.

Furthermore, the defendant does not dispute that he purchased two Mercedes Benz automobiles for himself and his daughter using loan proceeds. (No. 44). Other items that the defendant categorizes as legitimate business expenditures are questionable. For example, the $3,100 payment on January 3, 2008 to "Medved Hummer" for "supply truck repairs" was likely for the defendant's Hummer. (*See* No. 110 Ex. 3 at 4). The $30,000 cash payment with "(beverage purchase)" in the memo line raises eyebrows. (No. 110 Ex. 3 at 10). As does the $28,000 cash payment for "equipment aspects" on February 21, 2008. (No. 110 Ex. 3 at 17). Finally, the travel expenditures from May 15, 2008 ($1,498.04 and $566.39) likely relate to a trip the defendant made to Chicago, not to California to purchase items from Ross Equipment. (No. 110 Ex. 5 at 2; *see* record from Colorado Department of Corrections, attached as Ex. 1, and hotel bill, attached as Ex. 2). While in Chicago on May 16, 17, and 18, 2008, the defendant stayed at the Trump International Hotel at a rate of $1,475 per night, for a

---

and added those to the category of "working capital." But the terms of the loan specified only $32,279.76 to go towards working capital for WVC.

total of $4,277 that he spent out of his Wells Fargo account after the second loan of $300,000 was deposited.

These facts concerning the nature and circumstances of the offense provide additional justification for a mid-range guideline sentence.

## IV. Response to Defendant's Third Supplemental Sentencing Memorandum (No. 145)

The defendant's most recent sentencing document seeks a downward departure and variance largely on the basis of the defendant's medical condition. (No. 145). Neither a departure nor a variance is warranted on these grounds because the defendant has received sufficient medical care while in custody, and because many of the defendant's assertions about his care do not appear to be true.

The defendant argues that he has not received timely medical treatment for a hernia. He points to (a) a nine-month delay in receiving hernia surgery; (b) insufficient care immediately after the surgery; and (c) delays in receiving a CT scan to address ongoing pain. The defendant also contends that he has received inadequate treatment for knee pain, in part because he has not been given a new knee brace since initially receiving one.

The Bureau of Prisons provided a declaration from a medical professional addressing the defendant's medical care while in custody. (Nos. 149, 150). Between March 18, 2016 and June 7, 2019, the defendant had 215 encounters with medical providers. (No. 150 Ex. A). It is true that the defendant did not receive hernia surgery until January 2018, nine months after surgery was recommended. But, contrary to the defendant's assertion, he was seen immediately after the January 24, 2018 surgery – first by an EMT the same day, then by a mid-level provider two days letter, and then by a nurse practitioner six days later. (No. 150 Ex. B).

5

On March 23, 2018, a doctor requested a CT scan. That scan was completed on June 1, 2018 and was unremarkable. (No. 150 Ex. D). This contradicts the defendant's assertions that no CT scan was performed until November 15, 2018. The defendant's omission of this first CT scan is surprising, given that in a visit on June 21, 2018, he insisted that the "CAT scan is wrong." (No. 150 Ex. F). He also refused counseling, education, stretching, diet, or medication and demanded a new CT scan. Then, on July 6, 2018, a doctor explained to the defendant that the CT scan was "essentially unremarkable." (No. 150 Ex. G). On August 28, 2018, an outside provider ordered another CT scan, even though he did not feel any recurrence and did not note any hernia on either the right or left side. (No. 150 Ex. I). This second CT scan was performed less than three months later, on November 15, 2018. The results showed no acute inflammation or obstruction. (No. 150 Ex. M). With respect to the defendant's claims concerning a knee brace, he has received neoprene knee braces four times, on September 19, 2017, August 9, 2018, October 24, 2018, and March 19, 2019. (No. 150 Ex. O).

In sum, the defendant appears to have received attentive medical care. His assertions concerning many of the delays do not appear to be true. Accordingly, he deserves neither a departure nor a variance on these grounds.

Case No. 1:15-cr-00395-REB   Document 73-3   filed 09/10/19   USDC Colorado   pg 62 of
Case 1:19-cr-00595-REB   Document 151   Filed 06/12/19   USDC Colorado   Page 7 of 8
145

## V.     Conclusion

For the reasons set forth herein and in the government's first sentencing statement
(No. 67), the government requests a sentence in the middle of the 70-87-month guideline
range.


JASON R. DUNN
United States Attorney

By:  _s/ Rebecca S. Weber_
REBECCA S. WEBER
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Rebecca.Weber@usdoj.gov
Attorney for the United States

Case No. 1:15-cr-00395-REB   Document 173-1   filed 09/10/19   USDC Colorado   pg 63 of
145
Case 1:15-cr-00395-REB   Document 151   Filed 06/12/19   USDC Colorado   Page 8 of 8

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June 2019, I electronically filed the
foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING
STATEMENTS** with the Clerk of the Court using the CM/ECF system which will send
notification of such filing to all parties of record.

By:  *s/ Rebecca S. Weber*
REBECCA S. WEBER
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Rebecca.Weber@usdoj.gov
Attorney for the United States

8

# EXHIBIT 1

AR Form 250-16A (06/15/06)

### COLORADO DEPARTMENT OF CORRECTIONS
ADULT PAROLE, COMMUNITY CORRECTIONS, AND THE YOUTHFUL OFFENDER SYSTEM

## OUT OF STATE TRAVEL PERMIT AND AGREEMENT TO RETURN

TO: __Illinois___
           (Receiving State)
RE: Alan Williams_____   Colo. DOC No. _51996_____

Colorado Address: _850 South Geneva Street, Aurora 80012- ph# 303.344.3148_____

Is granted permission to visit your state: ___Chicago, Illinois for daughter graduation_____
                                                                              (Reason)
_____

Will be residing with __Trump International Hotel, 401 North Wabash Avenue, Chicago,IL, #312.588.8000____

at _____
       (Street Address, P. O. Box Number, Route Number, Telephone Number, City)

Leaving Colorado: _05.16.08@ 1505_____   Return Date: ____05.18.08@2241_____

Traveling by: _Frontier Airlines_____
                      (If applicable, identify private auto)
Special Instructions: __upon returning provide a UA_____

_____

Personal Information: DOB_10.05.62___ Sex_Male__ Race_Black____ Hair__Black__

Eyes_Brown_____ Height_5'08___ Weight_200_____
Offense_____

Past History: Crimes Against Persons _____THEFT_____

I, the undersigned, being under the supervision of the Colorado Department of Corrections and granted the privilege to leave COLORADO and go to the above city in another state, do hereby agree that I will comply with the statutes, rules and regulations of both the STATE OF COLORADO, and the STATE OF _Illinois__ and the above conditions and instructions. I will return to COLORADO by the date specified above, unless my supervision is permanently transferred to the STATE OF Illinois__. I will comply with all state laws and local ordinances of this state, and conduct myself as a respectable member of the community. I do hereby waive extradition to the STATE OF COLORADO from any state of the United States, and also agree that I will not contest any effort to return me to the STATE OF COLORADO.

Community Parole Officer/Witness: _____   Parolee: _____

Supervisor/Designee: _____   Dated: ___5/15/08___

Distribution: Original-Receiving State, Department File, Working File, Offender

Attachment "A"
Page 1 of 1

# EXHIBIT 2

# T R U M P

### INTERNATIONAL HOTEL & TOWER®

#### CHICAGO

| | |
|---|---|
| Guest Name: | Alan Williams<br>850 South Geneva<br>Denver, CO  80247    USA |

Room #: 2750
Folio#: RCHI02672
Group #:
Guests: 1
Clerk: VICTORB

Page No. 1

Arrive: 05/16/08          Depart: 05/18/08          Stat: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 05/16/08 | Long Distance Call | 22750 | 17739346332 00:01 | $6.00 | |
| 05/16/08 | Telecom Tax | 22750 | 17739346332 00:01 | $0.87 | |
| 05/16/08 | Long Distance Call | 22750 | 13033785707 00:03 | $8.52 | |
| 05/16/08 | Telecom Tax | 22750 | 13033785707 00:03 | $1.24 | |
| 05/16/08 | Long Distance Call | 22750 | 13033785707 00:01 | $6.00 | |
| 05/16/08 | Telecom Tax | 22750 | 13033785707 00:01 | $0.87 | |
| 05/16/08 | Long Distance Call | 22750 | 17203090249 00:01 | $6.00 | |
| 05/16/08 | Telecom Tax | 22750 | 17203090249 00:01 | $0.87 | |
| 05/16/08 | Long Distance Call | 22750 | 17203090249 00:04 | $9.78 | |
| 05/16/08 | Telecom Tax | 22750 | 17203090249 00:04 | $1.42 | |
| 05/16/08 | Long Distance Call | 22750 | 17732728437 00:02 | $6.10 | |
| 05/16/08 | Telecom Tax | 22750 | 17732728437 00:02 | $0.88 | |
| 05/16/08 | Long Distance Call | 22750 | 17732728437 00:02 | $6.10 | |
| 05/16/08 | Telecom Tax | 22750 | 17732728437 00:02 | $0.88 | |
| 05/16/08 | Long Distance Call | 22750 | 17732728437 00:03 | $6.20 | |
| 05/16/08 | Telecom Tax | 22750 | 17732728437 00:03 | $0.90 | |
| 05/16/08 | Movies | 1335 | Movie | $14.99 | |
| 05/16/08 | Amusement Tax | 1335 | Movie | $1.65 | |
| 05/16/08 | In Room Dining | 5533 | In Room Dining T#: 24-5533 | $163.44 | |
| 05/16/08 | Long Distance Call | 22750 | 13033785707 00:01 | $6.00 | |
| 05/16/08 | Telecom Tax | 22750 | 13033785707 00:01 | $0.87 | |
| 05/16/08 | Long Distance Call | 22750 | 17203045169 00:04 | $9.79 | |
| 05/16/08 | Telecom Tax | 22750 | 17203045169 00:04 | $1.42 | |
| 05/16/08 | Room Charge | 2750 | | $1,475.00 | |
| 05/16/08 | State Tax | 2750 | State Tax | $175.52 | |
| 05/16/08 | City Tax | 2750 | City Tax | $51.62 | |
| 05/17/08 | Long Distance Call | 22750 | 17203045169 00:01 | $6.00 | |
| 05/17/08 | Telecom Tax | 22750 | 17203045169 00:01 | $0.87 | |
| 05/17/08 | Long Distance Call | 22750 | 13032041411 00:02 | $7.27 | |
| 05/17/08 | Telecom Tax | 22750 | 13032041411 00:02 | $1.05 | |
| 05/17/08 | Long Distance Call | 22750 | 17203045169 00:04 | $9.78 | |

THC_00000002
THC_00000002



# T R U M P

### INTERNATIONAL HOTEL & TOWER®

#### CHICAGO

| | |
|---|---|
| Guest Name: | Alan Williams |
| | 850 South Geneva |
| | Denver, CO 80247    USA |

Room #: 2750
Folio#: RCHI02672
Group #:
Guests: 1
Clerk: VICTORB

*Page No.* 2

Arrive: 05/16/08                         Depart: 05/18/08                         Stat: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 05/17/08 | Telecom Tax | 22750 | 17203045169 00:04 | $1.42 | |
| 05/17/08 | Long Distance Call | 22750 | 13033785707 00:08 | $14.81 | |
| 05/17/08 | Telecom Tax | 22750 | 13033785707 00:08 | $2.15 | |
| 05/17/08 | Private Bar | 1745 | Dometic Mini Bar Charge | $96.04 | |
| 05/17/08 | Sixteen | 256 | Sixteen T#: 20- 256 | $300.00 | |
| 05/17/08 | Room Charge | 2750 | | $1,475.00 | |
| 05/17/08 | State Tax | 2750 | State Tax | $175.52 | |
| 05/17/08 | City Tax | 2750 | City Tax | $51.62 | |
| 05/18/08 | Valet Parking | 05183904847 | | $48.00 | |
| 05/18/08 | In Room Dining | 5663 | In Room Dining T#: 24-5663 | $124.10 | |
| 05/18/08 | Visa | Ck Out 14:09 | ***********4502 387264 | | ($4,276.56) |
| 05/19/08 | Private Bar | 051942114847 | | $115.85 | |
| 05/19/08 | Visa | 05199534847 | ***********4502 404391 | | ($115.85) |
| 05/19/08 | Laundry/Dry Cleaning | 05193954847 | | $6.00 | |
| 05/19/08 | Visa | 05199534847 | ***********4502 698070 | | ($6.00) |

Folio Balance:    $0.00

Guest Signature: _____

401 NORTH WABASH AVENUE, CHICAGO, ILLINOIS 60611   PHONE 312.588.8000   TRUMPCHICAGOHOTEL.COM
NEW YORK  CENTRAL PARK & SOHO   CHICAGO   LAS VEGAS   WAIKIKI   PANAMA   TORONTO   CAP CANA   DUBAI   SCOTLAND   NEW ORLEANS

THC_00000003
THC_00000003

Case No. 1:15-cr-00395-REB   Document 173-3   filed 09/10/19   USDC Colorado   pg 69 of
145
Case 1:15-cr-00395-REB   Document 150   Filed 06/19/19   USDC Colorado   Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge Robert E. Blackburn

Date:              June 19, 2019

Deputy Clerk:      Leigh Roberson
Court Reporter:    Tracy Weir
Probation Officer: Kyla Hamilton

---

| Criminal Action No. 15-cr-395-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Rebecca Weber |
| Plaintiff, | |
| v. | |
| ALAN ALONZO WILLIAMS, | Steven Jacobson |
| Defendant. | |

---

### COURTROOM MINUTES

---

**Motion Hearing**

**1:19 p.m.     Court in session.**

Appearances of counsel. Defendant is present in custody.

Opening statements by the Court.

Before the Court is defendant's Letter Requesting That Steven K. Jacobson Be Withdrawn as My Counsel [ECF 146], filed June 3, 2019.

Government and United States Probation Officer excused and courtroom sealed.

Statement by defendant regarding [ECF 146].

**ORDERED:** The motion to terminate the attorney-client relationship in the form of a letter to the Court [ECF 146], filed June 3, 2019, is denied.

Courtroom unsealed. Government counsel and United States Probation Officer invited back into the courtroom.

Case 1:19-cr-00395-REB   Document 130   Filed 06/19/19   Page 2 of 2

Court's remarks to the parties. Court shall proceed to sentencing.

**2:06 p.m.       Hearing concluded.**

Total time in court: 0:47

Case No. 1:15-cr-00395-REB   Document 173-1   filed 09/10/19   USDC Colorado   pg 71 of
145
Case 1:15-cr-00395-REB   Document 154   Filed 06/19/19   USDC Colorado   Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Robert E. Blackburn**

Date:                    June 19, 2019
Deputy Clerk:           Leigh Roberson
Court Reporter:         Tracy Weir
Probation Officer:      Kyla Hamilton

---

Criminal Action No. 15-cr-395-REB                    Counsel:

UNITED STATES OF AMERICA,                            Rebecca Weber

      Plaintiff,

v.

ALAN ALONZO WILLIAMS,                                Steven Jacobson

      Defendant.

---

## SENTENCING MINUTES

---

**2:06 p.m.      Court in session.**

Appearances of counsel. Defendant is present in custody.

Court's opening remarks.

The parties have received and reviewed the presentence report and all addenda.

Also pending before the Court relevant to sentencing are the following:

- Government's Response to Presentence Report [ECF 51], filed April 7, 2017
- Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) [ECF 52], filed April 7, 2017
- Government's Motion to Dismiss Counts [ECF 53], filed April 7, 2017
- Defendant's Response to Presentence Report [ECF 55], filed June 15, 2017
- Defendant's Sentencing Memorandum and Motion for Downward Departure and Variance [ECF 58], filed August 3, 2017
- Government's Response to Defendant's Sentencing Statement [ECF 67], filed November 2, 2017
- Defendant's Supplemental Sentencing Memorandum [ECF 68], filed November 8, 2017

- Defendant's Supplemental Sentencing Information Regarding Health Issues [ECF 69], filed November 13, 2017
- Defendant's Second Supplemental Sentencing Memorandum and Request for Non-Guideline Sentence [ECF 110], filed September 7, 2018
- Government's Response to Defendant's Sentencing Statements [ECF 151], filed June 12, 2019

Statement by defense counsel.

Defendant sworn. Statement by the defendant.

Statement by government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**2:29 p.m.      Court in recess.**
**2:53 p.m.      Court in session.**

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in [ECF 44] and [ECF 45] is formally approved;

2. That [ECF 52] is granted;

3. That [ECF 53] is granted and, accordingly, that Counts 2, 3, and 4 of the Indictment are dismissed with prejudice;

4. That the defendant's motion for downward departure, if any, in [ECF 58] is denied;

5. That the defendant's motion for a variance or statutory sentence as requested or reiterated in [ECF 58], [ECF 68], and [ECF 110] is denied;

6. That judgment of conviction is entered on Count 1 of the Indictment;

7. That it is the judgment and sentence of this Court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **84 months**;

8. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years;

9. that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district in which he is released;

10. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified on pages R-2 and R-3 of the Sentencing Recommendation [ECF 117-1];

11. That no fine is imposed;

12. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

13. That the defendant shall pay restitution for the benefit of the victims and in the amounts identified in the Sentencing Recommendation [ECF 117-1], payable in care of the Clerk of the Court in full immediately, failing which, in monthly installments of not less than ten percent of the defendant's gross monthly income as determined periodically by the supervising probation officer; provided, furthermore, interest on restitution is waived;

14. That the Court recommends that the Bureau of Prisons designate the defendant to its official detention facility in FCI Englewood;

15. That presentence confinement credit shall be determined by the Bureau of Prisons; and

16. That the defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence.

The defendant is formally advised of his right to appeal the sentence imposed by the Court.

**3:23 p.m.    Court in recess.**

Total time in court: 00:53

Hearing concluded.

AO 245B (Rev. 02/18)   Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| ALAN ALONZO WILLIAMS | ) | Case Number:    1:15-cr-00395-REB-1 |
| | ) | USM Number:    43473-013 |
| | ) | |
| | ) | Steven K. Jacobson |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s)   1 of the Indictment.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1344 and 2(b) | Bank Fraud | 08/05/2008 | 1 |

     The defendant is sentenced as provided in pages 2 through _____7_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)   2 through 4 of the Indictment      ☐ is   ☒ are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 19, 2019
Date of Imposition of Judgment

Bob Blackburn
Signature of Judge

Robert E. Blackburn, Senior United States District Judge
Name and Title of Judge

June 21, 2019
Date

AO 245B (Rev. 02/18) Judgment in Criminal Case

DEFENDANT: ALAN ALONZO WILLIAMS
CASE NUMBER: 1:15-cr-00395-REB-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **eighty-four (84) months.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The court recommends that the defendant be designated to FCI Englewood, in Littleton Colorado.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case No. 1:15-cr-00395-REB   Document 173-3   filed 09/10/19   USDC Colorado   pg 76 of
145
Case 1:15-cr-00395-REB   Document 155   Filed 06/21/19   Page 3 of 7

AO 245B  (Rev. 02/18) Judgment in Criminal Case

DEFENDANT:           ALAN ALONZO WILLIAMS
CASE NUMBER:         1:15-cr-00395-REB-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **five (5) years.**

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
       ☒   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☒   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☒   You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐   You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

| | Judgment — Page ___4___ of ___7___ |

DEFENDANT:     ALAN ALONZO WILLIAMS
CASE NUMBER:   1:15-cr-00395-REB-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____     Date  _____

AO 245B  (Rev. 02/18) Judgment in Criminal Case

|  | Judgment — Page ___5___ of ___7___ |
|---|---|

DEFENDANT:           ALAN ALONZO WILLIAMS
CASE NUMBER:       1:15-cr-00395-REB-1

## SPECIAL CONDITIONS OF SUPERVISION

1.  You must not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless you are in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2.  As directed by the probation officer, you must apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.

3.  You must provide the probation officer access to any requested financial information and authorize the release of any financial information.

4.  If the judgment imposes restitution, you must pay the restitution in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect your ability to pay the restitution.

5.  You must document all income and compensation generated or received from any source and must provide that information to the probation officer as requested.

6.  You must not cause or induce anyone to conduct any financial transaction on your behalf or maintain funds on your behalf.

7.  You must not engage in any business activity unless it is approved by the probation officer. All approved business activity must operate under a formal, registered entity, and you must provide the probation officer with the names of the business entities and their registered agents. You must maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.

8.  You must maintain separate personal and business finances and must not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.

9.  You must participate in a cognitive behavioral treatment (CBT) program as directed by the probation officer until such time as you are released from the program by the probation officer. You must pay the cost of treatment as directed by the probation officer.

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page __6__ of __7__

DEFENDANT: ALAN ALONZO WILLIAMS
CASE NUMBER: 1:15-cr-00395-REB-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

| | **Assessment** | **JVTA Assessment\*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 | $ 1,146,828.28 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| WebBank<br>215 South State Street, Ste. 1000<br>Salt Lake City, UT 84111 | | $936,828.28 | |
| Wells Fargo Bank<br>MAC C7301-L25<br>1740 Broadway<br>Denver, CO 80274 | | $210,000.00 | |
| **TOTALS** | $ _____ | $ __1,146,828.28__ | |

☒ Restitution amount ordered pursuant to plea agreement  $ __1,146,828.28__

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒ the interest requirement is waived for the   ☐ fine   ☒ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page ___7___ of ___7___

DEFENDANT: ALAN ALONZO WILLIAMS
CASE NUMBER: 1:15-cr-00395-REB-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

    The special assessment and restitution are due immediately. Any unpaid monetary obligations upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

Case No. 1:15-cr-00395-REB   Document 173-3   filed 09/10/19   USDC Colorado   pg 81 of
Case 1:19-cr-00395-REB   Document 15   Filed 06/27/19   Page 1 of 1
145

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

## NOTICE OF APPEAL

---

    Notice is hereby given that Alan Alonzo Williams, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit the Final Judgment and Commitment Order that was entered in this action on June 19, 2019.

    Dated:  June 27, 2019.

        Respectfully submitted,

           *s/ Steven K. Jacobson*
           Steven K. Jacobson
           Rafik and Jacobson LLC
           1881 9th St., Suite 315
           Boulder, Colorado  80302
           Telephone:  303-444-9292
           Fax:  303-447-0200
           e-mail:  steve@collinsrafik.com

### CERTIFICATE OF SERVICE (CM/ECF)

    I hereby certify that on JUNE 27, 2019, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

           *s/ Steven K. Jacobson*
           Steven K. Jacobson



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 6/27/2019

☐Pro Se   ☐Retained   ☒CJA   ☐FPD

USA or other
☐Federal Agency
(Appeal Fee Exempt)

Case No: 15-cr-00395-REB

☐Amended Notice of Appeal
☐Other pending appeals
☐Transferred Successive
  §2254 or §2255
☐Supplemental Record

Date Filed: 06/27/2019

Appellant: Alan Alonzo Williams

Pro Se Appellant:
　　　　☐IFP forms mailed/given　　☐Motion IFP pending　　☐Appeal fee paid
　　　　　　　　　　　　　　　　　☐IFP denied　　　　　　☐Appeal fee not paid

Retained Counsel:
　　　　☐Appeal fee paid　　☐Appeal fee not paid　　☐Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:　s/A. Thomas
　　　 Deputy Clerk

cc:　　Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

Case No. 1:15-cr-00395-REB   Document 173-3   filed 09/10/19   USDC Colorado   pg 83 of
145
Case 1:15-cr-00395-REB   Document 158-1   Filed 06/27/19   Page 2 of 14

APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:15–cr–00395–REB All Defendants

Case title: USA v. Williams

Date Filed: 10/07/2015
Date Terminated: 06/21/2019

Assigned to: Judge Robert E.
Blackburn

**Defendant (1)**

**Alan Alonzo Williams**
*TERMINATED: 06/21/2019*

represented by **Matthew C. Golla**
Office of the Federal Public Defender–Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303–294–7002
Fax: 303–294–1192
Email: Matt_Golla@fd.org
*TERMINATED: 07/19/2016*
*Designation: Public Defender or Community
Defender Appointment*

**Michael John Gallagher**
Davis Graham & Stubbs, LLP–Denver
1550 17th Street
Suite 500
Denver, CO 80202
303–892–9400
Fax: 303–893–1379
Email: mike.gallagher@dgslaw.com
*TERMINATED: 11/15/2017*
*Designation: CJA Appointment*

**Steven K. Jacobson**
Collins & Rafik
1881 9th Street
#315
Boulder, CO 80302
303–444–9292
Fax: 303–447–0200
Email: steve@rafiklaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

BANK FRAUD
(1)

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**

BANK FRAUD
(2–4)

**Disposition**

84 months imprisonment. 5 years supervised release.
$100 special assessment. $1,146,828.28 restitution.

**Disposition**

Dismissed.

Case No. 1:15-cr-00395-REB Document 173-8 filed 09/10/19 USDC Colorado pg 84 of
145
Case 1:15-cr-00395-REB Document 258-1 Filed 06/27/19 Page 2 of 14

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                        **Disposition**

None

**Plaintiff**

**USA**                                represented by   **Linda S. Kaufman**
                                                       U.S. Attorney's Office−Denver
                                                       1801 California Street
                                                       Suite 1600
                                                       Denver, CO 80202
                                                       303−454−0100
                                                       Fax: 454−0402
                                                       Email: Linda.Kaufman@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Federal Agency Attorney*

                                                       **Julia K. Martinez**
                                                       U.S. Attorney's Office−Denver
                                                       1801 California Street
                                                       Suite 1600
                                                       Denver, CO 80202
                                                       303−454−0100
                                                       Email: julia.martinez@usdoj.gov
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Federal Agency Attorney*

                                                       **Rebecca Susan Weber**
                                                       U.S. Attorney's Office−Denver
                                                       1801 California Street
                                                       Suite 1600
                                                       Denver, CO 80202
                                                       303−454−0332
                                                       Email: Rebecca.Weber@usdoj.gov
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2015 | 1 | INDICTMENT as to Alan Alonzo Williams (1) count(s) 1−4. (Attachments: # 1 Criminal Information Sheet) (mlace, ) (Entered: 10/08/2015) |
| 10/07/2015 | 2 | RESTRICTED DOCUMENT − Level 4: as to Alan Alonzo Williams. (mlace, ) (Entered: 10/08/2015) |
| 10/07/2015 | 3 | Arrest Warrant Issued in case as to Alan Alonzo Williams. (mlace, ) (Entered: 10/08/2015) |
| 03/18/2016 | 4 | Arrest of Alan Alonzo Williams. Initial Appearance set for 3/18/2016 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Text Only entry)(nmarb, ) (Entered: 03/18/2016) |
| 03/18/2016 | 5 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance as to Alan Alonzo Williams held on 3/18/2016. Arraignment, Detention Hearing, and Discovery Hearing set for 3/23/2016 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody, Defendant advised, Federal Public Defender appointed, Defendant remanded, (Total time: 3 mins, Hearing time: 2:08−2:11 p.m.) |

| | | **APPEARANCES**: Linda Kaufman on behalf of the Government, Michelle Sinaka on behalf of pretrial. FTR: Courtroom A501. (mdave, ) Text Only Entry (Entered: 03/18/2016) |
|---|---|---|
| 03/18/2016 | 6 | CJA 23 Financial Affidavit by Alan Alonzo Williams. (mdave, ) (Entered: 03/18/2016) |
| 03/18/2016 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Alan Alonzo Williams by Magistrate Judge Michael E. Hegarty on 03/18/2016. Text Only Entry (mdave, ) (Entered: 03/18/2016) |
| 03/22/2016 | 8 | NOTICE OF ATTORNEY APPEARANCE: Matthew C. Golla appearing for Alan Alonzo Williams Attorney Matthew C. Golla added to party Alan Alonzo Williams (pty:dft) (Golla, Matthew) (Entered: 03/22/2016) |
| 03/22/2016 | 13 | NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 8 Notice of Attorney Appearance – Defendant :Matthew C. Golla has failed to comply with D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Criminal Cases), which requires an attorney to notify the court of a change in contact information within five days of the change. Counsel must file a notice of change of contact information in all active cases and submit a change of contact information form through the Attorney Services Portal Account. Failure in the future to follow these procedures may lead to mandatory CM/ECF training, or action by the court. Email address on document does not match CM/ECF information. (Text Only Entry) (cmira, ) (Entered: 03/24/2016) |
| 03/23/2016 | 9 | COURTROOM MINUTES for Arraignment, Discovery, and Detention hearing as to Alan Alonzo Williams held on 3/23/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody. Plea of NOT GUILTY entered by defendant. Defendant is not contesting detention. Discovery memorandum executed. Defendant detained and remanded. Counsel is directed to chambers for further dates. (Total time: 4 mins, Hearing time: 1006–1010)<br><br>**APPEARANCES**: Linda Kaufman on behalf of the Government, Natalie Stricklin on behalf of the defendant, Pat Hanley on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/23/2016) |
| 03/23/2016 | 10 | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 4 days as to Alan Alonzo Williams by Magistrate Judge Kathleen M. Tafoya on 3/23/16. (sgrim) (Entered: 03/23/2016) |
| 03/23/2016 | 11 | ORDER OF DETENTION as to Alan Alonzo Williams by Magistrate Judge Kathleen M. Tafoya on 3/23/16. (sgrim) (Entered: 03/23/2016) |
| 03/23/2016 | 12 | TRIAL PREPARATION CONFERENCE ORDER as to Alan Alonzo Williams. That all non– CJA1 pretrial motions shall be filed by April 7, 2015; any pretrial motion that the court determines should be set for hearing shall be set for hearing during a telephonic (non–appearance) setting conference set for 4/22/2016 10:00 AM ; Jury Trial set for 5/23/2016 08:30 AM in Courtroom A1002 before Judge Robert E. Blackburn. That the court reserves four (4) days for trial; Trial Preparation Conference set for 5/20/2016 at 02:00 PM in Courtroom A1001 before Judge Robert E. Blackburn, by Judge Robert E. Blackburn on 3/23/2016. (evana, ) (Entered: 03/23/2016) |
| 03/24/2016 | 14 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Kaufman, Linda) (Entered: 03/24/2016) |
| 03/24/2016 | 15 | NOTICE OF ATTORNEY APPEARANCE: Matthew C. Golla *(amended to reflect correct contact information)* appearing for Alan Alonzo Williams (Golla, Matthew) (Entered: 03/24/2016) |
| 03/25/2016 | 16 | ORDER Granting 14 Plaintiff's Motion To Disclose Matters Occuring [sic] BeforeGrand Jury to Defendant as to Alan Alonzo Williams (1). Signed by Judge Robert E. Blackburn on 3/25/2016. (cmira) (Entered: 03/25/2016) |
| 04/07/2016 | 18 | Unopposed MOTION to Continue *Pretrial Motions Deadlines* by Alan Alonzo Williams. (Golla, Matthew) (Entered: 04/07/2016) |

| 04/13/2016 | 19 | MINUTE ORDER granting 18 Motion to Continue as to Alan Alonzo Williams (1) by Judge Robert E. Blackburn on 4/13/16. Pretrial motions may be filed by April 17, 2016; a response to a pretrial motion shall be filed within fourteen (14) days of the filing of the corresponding pretrial motion. Text Only Entry (rebsec) (Entered: 04/13/2016) |
|---|---|---|
| 04/15/2016 | 20 | Unopposed MOTION to Exclude *120 Days from Speedy Trial Act* by Alan Alonzo Williams. (Golla, Matthew) (Entered: 04/15/2016) |
| 04/25/2016 | 21 | MINUTE ORDER Setting Hearing on Motion as to Alan Alonzo Williams. 20 Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act; Motion Hearing set for 5/6/2016 02:00 PM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 4/25/16. (kfinn) (Entered: 04/25/2016) |
| 05/02/2016 | 22 | MINUTE ORDER as to Alan Alonzo Williams re 20 Unopposed MOTION to Exclude *120 Days from Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 5/2/16. Motion Hearing reset for 5/6/2016 at 10:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 05/02/2016) |
| 05/06/2016 | 23 | MINUTE ENTRY for Motions Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 5/6/2016. Granting 20 Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act. The time from and including today through and including October 3, 2016 is excluded from the time for a speedy trial. Any non–CJA pretrial motions shall be filed by August 8, 2016, and any corresponding responses shall be filed by August 26, 2016. A further Status Conference set for 9/22/2016 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Gwen Daniel. (kfinn) (Entered: 05/06/2016) |
| 07/15/2016 | 24 | MOTION to Withdraw as Attorney *and to Appoint New Counsel from the Criminal Justice Act Panel* by Matthew C. Golla by Alan Alonzo Williams. (Golla, Matthew) (Entered: 07/15/2016) |
| 07/18/2016 | 25 | MEMORANDUM regarding 24 MOTION to Withdraw as Attorney *and to Appoint New Counsel from the Criminal Justice Act Panel* by Matthew C. Golla filed by Alan Alonzo Williams. Motion referred to Magistrate Judge Michael J. Watanabe. By Judge Robert E. Blackburn on 7/18/16. Text Only Entry (rebsec) (Entered: 07/18/2016) |
| 07/19/2016 | 26 | MINUTE ORDER; granting 24 Motion to Withdraw as Attorney. Matthew C. Golla withdrawn from case as to Alan Alonzo Williams (1). It is FURTHER ORDERED that substitute counsel from the CJA Panel is appointed to represent Defendant Alan Alonzo Williams, by Magistrate Judge Michael J. Watanabe on 7/19/16. (morti, ) (Entered: 07/19/2016) |
| 07/26/2016 | 27 | NOTICE OF ATTORNEY APPEARANCE: Michael John Gallagher appearing for Alan Alonzo Williams Attorney Michael John Gallagher added to party Alan Alonzo Williams (pty:dft) (Gallagher, Michael) (Entered: 07/26/2016) |
| 08/08/2016 | 28 | Unopposed MOTION for Extension of Time to File *Pre–Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only) Defendant's Unopposed Motion to Extend Pre–Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act)(Gallagher, Michael) (Entered: 08/08/2016) |
| 08/19/2016 | 29 | MINUTE ORDER as to Alan Alonzo Williams re 28 Unopposed MOTION for Extension of Time to File *Pre–Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 8/19/16. Telephone Conference set for 8/23/2016 at 9:30 AM before Judge Robert E. Blackburn to set the motion for hearing. (rebsec) (Entered: 08/19/2016) |
| 08/23/2016 | 30 | MINUTE ORDER Setting Hearing on Motion as to Alan Alonzo Williams on 28 Unopposed MOTION for Extension of Time to File Pre–Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act: set for 8/24/2016 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 8/23/16. (kfinn) (Entered: 08/23/2016) |

Case No. 1:15-cr-00395-REB Document 171-3 filed 06/27/19 USDC Colorado pg 87 of
145
Case 1:15-cr-00395-REB Document 58 Filed 01/10/17 USDC Colorado Page 3 of 14 pg 87 of

| 08/24/2016 | 31 | MINUTE ENTRY for Motion Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams held on 8/24/2016. The Defendant's Unopposed Motion to Extend Pre–Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act 28 is GRANTED; the time from and including October 3, 2016 through and including October 13, 2016 is excluded from the time for a speedy trial under the Speedy Trial Act of 1974; any non–CJA pretrial motions shall be filed by August 29, 2016, and any corresponding responses shall be filed by September 16, 2016; the Status Conference now set September 22, 2016 is vacated and continued to October 13, 2016, commencing at 1:30 p.m. Defendant remanded. Hearing concluded. Court Reporter: Julie Thomas. (kfinn) (Entered: 08/24/2016) |
|---|---|---|
| 10/12/2016 | 32 | Unopposed MOTION to Continue *Status Conference and Exclude Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 10/12/2016) |
| 10/12/2016 | 33 | MINUTE ORDER granting in part and taking under advisement 32 Motion to Continue as to Alan Alonzo Williams (1) by Judge Robert E. Blackburn on 10/12/16. Telephone Conference to Judge Blackburn's chambers at 303–335–2350 set for 10/18/2016 at 10:00 AM to reset the status conference. The court will issue a separate order addressing excludable time under the Speedy Trial Act. (rebsec) (Entered: 10/12/2016) |
| 10/14/2016 | 34 | ORDER Excluding Additional Time Under the Speedy Trial Act. Ordered That Defendant's Unopposed Motion To Continue Status Conference andExclude Time under the Speedy Trial Act [# 32 ] is GRANTED insofar as it requests the exclusion of additional time for a speedy trial. By Judge Robert E. Blackburn on 10/14/2016. (agarc, ) (Entered: 10/14/2016) |
| 10/19/2016 | 35 | MINUTE ORDER as to Alan Alonzo Williams by Judge Robert E. Blackburn on 10/19/16. Status Conference set for 11/10/2016 at 9:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 10/19/2016) |
| 11/08/2016 | 36 | Unopposed MOTION to Continue *Status Conference*, Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only) [Proposed] Order Granting Defendant's Unopposed Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act)(Gallagher, Michael) (Entered: 11/08/2016) |
| 11/09/2016 | 37 | MINUTE ORDER Granting in part 36 Defendant's Unopposed Motion To Continue Status Conference and Exclude Time Under the Speedy Trial Act. Status conference scheduled for Thursday, November 10, 2016, at 9:00 a.m., is vacated and continued without date pending further order of court. Telephonic (non–appearance) Setting Conference set for 11/15/2016 at 11:00 AM to reset the sentencing hearing. By Judge Robert E. Blackburn on 11/9/2016. (cmira) (Entered: 11/09/2016) |
| 11/15/2016 | 38 | MINUTE ORDER as to Alan Alonzo Williams re 36 Unopposed MOTION to Continue *Status Conference*Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 11/15/16. Status Conference/Motion Hearing set for 11/17/2016 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 11/15/2016) |
| 11/17/2016 | 39 | MINUTE ENTRY for Motion Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 11/17/2016. Granting 36 Motion to Exclude as to Alan Alonzo Williams (1); The time from and including November 14, 2016 through and including January 12, 2017 is excluded from the time for a speedy trial; Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 11/17/2016) |
| 11/17/2016 | 40 | Utility Setting/Resetting Deadlines/Hearings as to Alan Alonzo Williams : 39 Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (kfinn) (Entered: 11/17/2016) |
| 01/10/2017 | 41 | NOTICE of Disposition by Alan Alonzo Williams (Gallagher, Michael) (Entered: 01/10/2017) |
| 01/10/2017 | 42 | MINUTE ORDER as to Alan Alonzo Williams re 41 Notice of Disposition by Judge Robert E. Blackburn on 1/10/17. Status conference set 1/12/2017 at 9:00 AM is |

Case No. 1:15-cr-00395-REB Document 173-8 filed 09/10/19 USDC Colorado pg 88 of
145
Case 1:15-cr-00395-REB Document 158 Filed 06/27/19 Page 3 of 14

| | | converted to a Change of Plea Hearing in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 01/10/2017) |
|---|---|---|
| 01/12/2017 | 43 | MINUTE ENTRY for Change of Plea Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 1/12/2017. Plea entered by Alan Alonzo Williams (1) Guilty to Count 1. Sentencing set for 4/6/2017 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 01/12/2017) |
| 01/12/2017 | 44 | PLEA AGREEMENT as to Alan Alonzo Williams. (kfinn) (Entered: 01/12/2017) |
| 01/12/2017 | 45 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Alan Alonzo Williams. (kfinn) (Entered: 01/12/2017) |
| 01/12/2017 | 46 | FINDINGS OF FACT AND CONCLUSIONS OF LAW ON THE ENTRY OF A PLEA OF GUILTY as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 1/12/17. (kfinn) (Entered: 01/12/2017) |
| 02/01/2017 | 47 | NOTICE of Change of Address/Contact Information (Kaufman, Linda) (Entered: 02/01/2017) |
| 03/01/2017 | 48 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Alan Alonzo Williams (ntaka) (Entered: 03/01/2017) |
| 03/06/2017 | 49 | Unopposed MOTION to Continue *Sntencing Hearing* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 03/06/2017) |
| 03/06/2017 | 50 | MINUTE ORDER granting 49 Motion to Continue as to Alan Alonzo Williams (1) by Judge Robert E. Blackburn on 3/6/17. Sentencing reset for 7/6/2017 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 03/06/2017) |
| 04/07/2017 | 51 | OBJECTION/RESPONSE to Presentence Report 48 by USA as to Alan Alonzo Williams (Kaufman, Linda) (Entered: 04/07/2017) |
| 04/07/2017 | 52 | MOTION for Decrease for Acceptance of Responsibility by USA as to Alan Alonzo Williams. (Kaufman, Linda) (Entered: 04/07/2017) |
| 04/07/2017 | 53 | MOTION to Dismiss Counts by USA as to Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Kaufman, Linda) (Entered: 04/07/2017) |
| 06/01/2017 | 54 | NOTICE OF ATTORNEY APPEARANCE Julia K. Martinez appearing for USA. Attorney Julia K. Martinez added to party USA(pty:pla) (Martinez, Julia) (Entered: 06/01/2017) |
| 06/15/2017 | 55 | OBJECTION/RESPONSE to Presentence Report 48 by Alan Alonzo Williams (Gallagher, Michael) (Entered: 06/15/2017) |
| 06/15/2017 | 56 | Second MOTION to Continue *Sentencing Hearing* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 06/15/2017) |
| 06/16/2017 | 57 | MINUTE ORDER granting 56 Motion to Continue as to Alan Alonzo Williams (1). Sentencing set July 6, 2017 is vacated and is reset for 8/17/2017 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 6/16/17. Text Only Entry (rebsec) (Entered: 06/16/2017) |
| 08/03/2017 | 58 | SENTENCING STATEMENT *and Motion for Downward Departure and Variance* by Alan Alonzo Williams (Attachments: # 1 Exhibit)(Gallagher, Michael) (Entered: 08/03/2017) |
| 08/04/2017 | 59 | Third MOTION to Continue *Sentencing Hearing* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 08/04/2017) |
| 08/08/2017 | 60 | MINUTE ORDER granting 59 Motion to Continue as to Alan Alonzo Williams (1). Sentencing is reset for 11/15/2017 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. No further continuances will be granted. By Judge Robert E. Blackburn on 8/8/17. Text Only Entry (rebsec) (Entered: 08/08/2017) |

| 09/21/2017 | 61 | CJA MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Proposed Order (PDF Only), # 4 Proposed Document Proposed Subpoena, # 5 Proposed Document Proposed Subpoena)(Gallagher, Michael) Modified on 9/22/2017 to correct event text (athom, ). (Entered: 09/21/2017) |
| 09/26/2017 | 62 | ORDER granting 61 CJA Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 09/26/2017. (athom, ) (Entered: 09/26/2017) |
| 09/26/2017 | 63 | Subpoenas issued pursuant to 62 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 09/26/2017) |
| 10/26/2017 | 64 | NOTICE OF ATTORNEY APPEARANCE Rebecca Susan Weber appearing for USA. Attorney Rebecca Susan Weber added to party USA(pty:pla) (Weber, Rebecca) (Entered: 10/26/2017) |
| 11/01/2017 | 65 | RESTRICTED PRESENTENCE REPORT as to Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ntaka) (Entered: 11/01/2017) |
| 11/01/2017 | 66 | RESTRICTED ADDENDUM to Presentence Report 65 as to Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ntaka) (Entered: 11/01/2017) |
| 11/02/2017 | 67 | SENTENCING STATEMENT *and Response to Defendant's Sentencing Memorandum* by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 11/02/2017) |
| 11/08/2017 | 68 | SUPPLEMENT *DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM* to 67 Sentencing Statement, 66 Restricted Presentence Report Addendum by Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gallagher, Michael) (Entered: 11/08/2017) |
| 11/13/2017 | 69 | SUPPLEMENT *SENTENCING INFORMATION REGARDING HEALTH ISSUES* to 68 Supplement by Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gallagher, Michael) (Entered: 11/13/2017) |
| 11/14/2017 | 70 | MOTION to Withdraw as Attorney by Michael J. Gallagher by Alan Alonzo Williams. (Gallagher, Michael) (Entered: 11/14/2017) |
| 11/15/2017 | 71 | COURTROOM MINUTES for Sentencing Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 11/15/2017. Granting 70 Mr. Gallagher's Motion to Withdraw. Mr. Gallagher is relieved of further duty or responsibility to represent Mr. Williams in these criminal proceedings. Within 60 days, Mr. Williams shall file his written position to request appointment of conflict–free counsel from the court's CJA panel or the retention of private counsel. Status Conference set for 1/17/2018 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Court Reporter: Tracy Weir. (ebuch) (Entered: 11/15/2017) |
| 11/16/2017 | 72 | CERTIFICATE of Mailing/Service re 71 Courtroom Minutes to Alan Alonzo Williams #43473–013, Englewood Federal Correctional Institution, Inmate Mail/Parcels, 9595 West Quincy Avenue, Littleton, CO 80123. Text Only Entry. (ebuch) (Entered: 11/16/2017) |
| 01/12/2018 | 73 | Unopposed MOTION to Vacate Status Conference and Continue by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 01/12/2018) |
| 01/12/2018 | 74 | NOTICE *of Government's Position* re 73 MOTION to Continue by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 01/12/2018) |
| 01/17/2018 | 75 | COURTROOM MINUTES for Status Conference as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 1/17/2018. **ORDERED:** 73 Defendant's Motion to Continue GRANTED. Continued Status Conference set for 3/22/2018 at 10:00 AM in Courtroom A1001 before Senior Judge Robert E. Blackburn, at which hearing the defendant shall appear without further notice or order from the Court. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 01/17/2018) |
| 03/16/2018 | 76 | MOTION to Appoint Counsel and Vacate Status Hearing by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 03/16/2018) |

| 03/16/2018 | 77 | RESTRICTED DOCUMENT – Level 3: by Alan Alonzo Williams. (Attachments: # 1 Appendix A) (athom, ) (Entered: 03/16/2018) |
|---|---|---|
| 03/19/2018 | 78 | MINUTE ORDER granting 76 Motion to Appoint Counsel as to Alan Alonzo Williams (1). The status conference set March 22, 2018, at 10:00 a.m. is vacated and continued pending further order of court. By Judge Robert E. Blackburn on 3/19/18. Text Only Entry (rebsec) (Entered: 03/19/2018) |
| 03/21/2018 | 79 | NOTICE OF ATTORNEY APPEARANCE: Steven K. Jacobson appearing for Alan Alonzo Williams Attorney Steven K. Jacobson added to party Alan Alonzo Williams (pty:dft) (Jacobson, Steven) (Entered: 03/21/2018) |
| 03/28/2018 | 80 | MINUTE ORDER as to Alan Alonzo Williams. After conferring with counsel, a Status Conference is set for 4/5/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 3/28/18. Text Only Entry (rebsec) (Entered: 03/28/2018) |
| 03/29/2018 | 81 | Unopposed MOTION to Excuse *Appearance* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 03/29/2018) |
| 03/30/2018 | 82 | MINUTE ORDER: 81 Motion to Excuse as to Alan Alonzo Williams (1) is denied because during the status conference now set April 5, 2018, the court intends to discuss whether defense counsel has the time necessary to devote to this case, which was filed October 7, 2015 and the change of plea hearing which was held on January 12, 2017, given his lengthy, prospective unavailability. By Judge Robert E. Blackburn on 3/30/18. Text Only Entry (rebsec) (Entered: 03/30/2018) |
| 04/05/2018 | 83 | COURTROOM MINUTES for Status Conference as to Alan Alonzo Williams held before Senior Judge Robert E. Blackburn on 4/5/2018. Any motion for subpoenas or subpoenas duces tecum due 4/13/2018. Motion to withdraw plea of guilty due by 4/20/2018. Defendant may file additional objections to the presentence investigation report and/or revise or amend his existing motions by June 15, 2018. Any response by the government or probation department due June 25, 2018. Matter set for further proceedings on June 27, 2018, at 2:00 p.m., reserving the balance of the afternoon if necessary. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 04/05/2018) |
| 04/06/2018 | 84 | TRANSCRIPT of Change of Plea as to Alan Alonzo Williams held on 1−12−17 before Judge Blackburn. Pages: 1−31. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tweir, ) (Entered: 04/06/2018) |
| 04/11/2018 | 85 | Corrected TRANSCRIPT of Change of Plea as to Alan Alonzo Williams held on 1−12−17 before Judge Blackburn. Pages: 1−31. <br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tweir, ) (Entered: 04/11/2018) |
| 04/12/2018 | 86 | CJA Second MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix A, # 2 Proposed Order (PDF Only) Proposed order re Subpoena, # 3 Proposed Document Proposed Subpoena, # 4 Proposed Document Proposed Subpoena)(Jacobson, Steven) Modified on 4/13/2018 to correct event text (athom, ). (Entered: 04/12/2018) |

Case No. 1:15-cr-00395-REB Document 171-3 filed 09/10/19 USDC Colorado pg 91 of
145
Case 1:15-cr-00395-REB Document 158 Filed 06/27/19 Page 3 of 4

| 04/13/2018 | 87 | Request to Substitute by Alan Alonzo Williams. (Attachments: # 1 CJA Attachment Subpoena Ducas Tecum 1, # 2 CJA Attachment Subpoena Ducas Tecum 2)(Jacobson, Steven) Modified on 4/13/2018 to correct event text (athom, ). (Entered: 04/13/2018) |
| 04/13/2018 | 88 | ORDER granting 86 CJA Second Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 04/13/2018. (athom, ) (Entered: 04/13/2018) |
| 04/13/2018 | 89 | Subpoenas issued pursuant to 88 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 04/13/2018) |
| 05/02/2018 | 90 | CJA Third MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix Subpoena Ducas Tecum, # 2 CJA Attachment Subpoena Ducas Tecum)(Jacobson, Steven) Modified on 5/8/2018 to correct event text (athom, ). (Entered: 05/02/2018) |
| 05/03/2018 | 91 | RESTRICTED DOCUMENT – Level 3: as to Alan Alonzo Williams . (evana, ) Modified on 5/8/2018 to correct event text and to add a level 3 restriction (athom, ). (Entered: 05/04/2018) |
| 05/03/2018 | 92 | RESTRICTED DOCUMENT – Level 3 as to Alan Alonzo Williams . (evana, ) Modified on 5/8/2018 to correct event text and to add a level 3 restriction (athom, ). (Entered: 05/04/2018) |
| 05/07/2018 | 93 | CJA Renewed Second MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix Renewed Appendix for SDT, # 2 CJA Attachment Subpoenas DT to reissue)(Jacobson, Steven) Modified on 5/8/2018 to correct event text (athom, ). (Entered: 05/07/2018) |
| 05/08/2018 | 94 | ORDER granting 90 CJA Third Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 05/08/2018. (athom, ) (Entered: 05/08/2018) |
| 05/08/2018 | 95 | Subpoena issued pursuant to 94 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 05/08/2018) |
| 05/08/2018 | 96 | ORDER granting 93 CJA Second Renewed Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 05/08/2018. (athom, ) (Entered: 05/08/2018) |
| 05/08/2018 | 97 | Subpoenas issued pursuant to 96 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 05/08/2018) |
| 05/22/2018 | 98 | RESTRICTED DOCUMENT – Level 3 as to Alan Alonzo Williams. (athom, ) (Entered: 05/23/2018) |
| 05/29/2018 | 99 | RESTRICTED DOCUMENT – Level 3 as to Alan Alonzo Williams. (athom, ) (Entered: 05/30/2018) |
| 06/11/2018 | 100 | Unopposed MOTION to Continue *Sentencing and Due Date for Supplemental Sentencing Argument* by Alan Alonzo Williams. (Attachments: # 1 Exhibit Surgery, # 2 Exhibit Knee)(Jacobson, Steven) (Entered: 06/11/2018) |
| 06/12/2018 | 101 | MINUTE ORDER granting 100 Motion to Continue as to Alan Alonzo Williams (1). A telephonic (non–appearance) setting conference is set for 6/27/2018 at 02:00 PM to reset the sentencing hearing. Counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at 303–335–2350 to facilitate the setting conference. By Judge Robert E. Blackburn on 6/12/18. Text Only Entry (rebsec) (Entered: 06/12/2018) |
| 06/20/2018 | 102 | CJA Renewed MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 CJA Attachment Appendix, # 2 CJA Attachment Subpoena Ducas Tecum)(Jacobson, Steven) Modified on 6/21/2018 to correct event text (athom, ). (Entered: 06/20/2018) |
| 06/20/2018 | 103 | CJA Fourth MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 CJA Attachment Appendix, # 2 CJA Attachment Subpoena Ducas Tecum)(Jacobson, Steven) Modified on 6/21/2018 to correct event text (athom, ). (Entered: 06/20/2018) |

| 06/22/2018 | 104 | ORDER granting 102 CJA Renewed Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 06/22/2018. (athom, ) (Entered: 06/22/2018) |
| 06/22/2018 | 105 | Subpoenas issued pursuant to 104 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 06/22/2018) |
| 06/22/2018 | 106 | ORDER granting 103 CJA Fourth Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 06/22/2018. (athom, ) (Entered: 06/22/2018) |
| 06/22/2018 | 107 | Subpoenas issued pursuant to 106 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 06/22/2018) |
| 06/28/2018 | 108 | MINUTE ORDER as to Alan Alonzo Williams. After conferring with counsel, and by agreement of all, the Sentencing Hearing is reset for 9/26/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 6/28/18. Text Only Entry (rebsec) (Entered: 06/28/2018) |
| 07/02/2018 | 109 | RESTRICTED DOCUMENT – Level 3 as to Alan Alonzo Williams. (athom, ) (Entered: 07/03/2018) |
| 09/07/2018 | 110 | SENTENCING STATEMENT *Second Supplemental* by Alan Alonzo Williams (Attachments: # 1 Exhibit Loan, # 2 Exhibit Loan, # 3 Exhibit Wells Fargo documents, # 4 Exhibit Wells Fargo documents, # 5 Exhibit Wells Fargo documents, # 6 Exhibit Sam Club Records, # 7 Exhibit Certificate, # 8 Exhibit Orthopedic Letter)(Jacobson, Steven) (Entered: 09/07/2018) |
| 09/07/2018 | 111 | Unopposed MOTION to Continue *Defendants Fourth* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 09/07/2018) |
| 09/11/2018 | 112 | MINUTE ORDER granting 111 Motion to Continue as to Alan Alonzo Williams (1). The sentencing hearing set 9/26/18 @ 11:00 a.m. is vacated and continued pending further order of court. A telephonic (non–appearance) setting conference is set for 9/26/2018 at 11:00 AM. Counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at 303–335–2350 to facilitate the setting conference. By Judge Robert E. Blackburn on 9/11/18. Text Only Entry (rebsec) (Entered: 09/11/2018) |
| 09/26/2018 | 113 | MINUTE ORDER by Judge Robert E. Blackburn on 9/26/18 as to Alan Alonzo Williams. After conferring with counsel, and by agreement of all, the Sentencing is set for 12/18/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 09/26/2018) |
| 10/29/2018 | 114 | MOTION for Order *for Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 10/29/2018) |
| 11/28/2018 | 115 | Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 11/28/2018) |
| 12/04/2018 | 116 | Additional Information Relating to 115 Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) Modified on 12/5/2018 to correct event text and create linkage (athom, ). (Entered: 12/04/2018) |
| 12/06/2018 | 117 | RESTRICTED REVISED PRESENTENCE REPORT as to Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B); (1st Addendum 66 )(sdean, ) (Entered: 12/06/2018) |
| 12/06/2018 | 118 | RESTRICTED ADDENDUM to Presentence Report 117 as to Alan Alonzo Williams (Attachments: # 1 Exhibit A)(sdean, ) (Entered: 12/06/2018) |
| 12/13/2018 | 119 | Additional Grounds in Support of Pending 115 Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) Modified on 12/13/2018 to correct event text and create linkage (athom, ). (Entered: 12/13/2018) |

| 12/13/2018 | 120 | MINUTE ORDER by Judge Robert E. Blackburn on 12/13/18 as to Alan Alonzo Williams re 113 Minute Order Setting Sentencing: due to the unavailability of Judge Blackburn's courtroom (A1001), the Sentencing set for 12/18/2018 at 11:00 AM will now be held in Courtroom A 702 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 12/13/2018) |
|---|---|---|
| 12/17/2018 | 124 | **WITHDRAWN** Letter requesting that counsel be withdrawn by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) Modified on 1/3/2019 to withdraw pursuant to 129 Minute Order (agarc, ). (Entered: 12/19/2018) |
| 12/18/2018 | 121 | COURTROOM MINUTES for Motion Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 12/18/2018. ORDERED: 115 Defendant's Fifth Motion to Continue is granted. Sentencing reset for 3/27/2019 at 1:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Court Reporter: Tracy Weir. (lrobe) (Entered: 12/18/2018) |
| 12/18/2018 | 122 | ORDER Granting 115 Motion to Continue as to Alan Alonzo Williams re 121 Courtroom Minutes. By 1/3/2019, the warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123) shall advise the court in writing about when the defendant shall receive the medical treatment, including any surgery, reasonably necessary to address the medical condition and needs of the defendant. By Judge Robert E. Blackburn on 12/18/2018. (athom, ) (Entered: 12/19/2018) |
| 12/19/2018 | 123 | Certificate of Service by Certified Mail by Clerk of Court re 122 Order as to Alan Alonzo Williams. Copy of 122 Order mailed to FCI Englewood, ATTN: Warden, 9595 West Quincy Avenue, Littleton, CO 80123. (athom, ) (Entered: 12/19/2018) |
| 12/20/2018 | 125 | MINUTE ORDER By Judge Robert E. Blackburn on 12/20/18 as to Alan Alonzo Williams re 124 MOTION that counsel be withdrawn filed by Alan Alonzo Williams. Motion Hearing is set for 1/15/2019 at 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 12/20/2018) |
| 12/20/2018 | 126 | MOTION to Excuse *Appearance and Allow Appearance by Phone* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 12/20/2018) |
| 12/20/2018 | 127 | MINUTE ORDER denying as moot 126 Motion to Excuse as to Alan Alonzo Williams (1). The Motion Hearing re 124 MOTION that counsel be withdrawn filed by Alan Alonzo Williams set 1/15/2019 is vacated and reset for 1/3/2019 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 12/20/18. Text Only Entry (rebsec) (Entered: 12/20/2018) |
| 12/28/2018 | 128 | Letter requesting to withdraw 124 Motion and to vacate hearing by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 12/28/2018) |
| 01/02/2019 | 129 | MINUTE ORDER That the plaintiff's request to withdraw his request that counsel be withdrawn, as set forth in his Letter 128 , filed December 28, 2018, is granted; That the relief requested in plaintiff's previous Letter 124 , filed December 17, 2018, is denied as moot; and That the hearing scheduled for Thursday, January 3, 2019, at 11:00 a.m., in this matter is vacated, by Judge Robert E. Blackburn on 1/2/2019. (evana, ) (Entered: 01/02/2019) |
| 01/07/2019 | 130 | Certified Mail Receipt re 123 Certificate of Service as to Alan Alonzo Williams. (athom, ) (Entered: 01/10/2019) |
| 02/08/2019 | 131 | ORDER TO SHOW CAUSE as to Alan Alonzo Williams. On or before 2/20/2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the Order Granting Motion To Continue [# 122 ] issued by this court. If the Warden seeks to establish facts demonstrating the reasons for his noncompliance with the Order Granting Motion To Continue [# 122 ], he shall file a sworn affidavit averring the facts on which he relies. After review of the response by the Warden to this Order To Show Cause, the court will determine if a contempt hearing is necessary. By Judge Robert E. Blackburn on 02/08/2019. (athom, ) (Entered: 02/08/2019) |
| 02/08/2019 | 132 | Certificate of Service by Certified Mail by Clerk of Court re 131 Order to Show Cause, 122 Order as Alan Alonzo Williams. Copy of 131 Order to Show Cause and 122 Order mailed to FCI Englewood, ATTN: Richard Hudgins, Warden, 9595 West Quincy Avenue, Littleton, CO 80123. (athom, ) (Entered: 02/08/2019) |

Case No. 1:15-cr-00395-REB Document 178-8 filed 06/06/19 USDC Colorado pg 94 of
145
Case 1:15-cr-00395-REB Document 178-8 Filed 06/27/19 USDC Colorado Page 120 of
145

| 02/28/2019 | 133 | Unopposed MOTION to Continue by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 02/28/2019) |
|---|---|---|
| 03/06/2019 | 134 | ORDER TO SHOW CAUSE as to Alan Alonzo Williams. On or before 3/18/2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the Order Granting Motion To Continue [# 122 ] issued by this court. By Judge Robert E. Blackburn on 03/06/2019. (athom, ) (Entered: 03/06/2019) |
| 03/07/2019 | 135 | Certificate of Service as to Alan Alonzo Williams re 134 Order to Show Cause, 122 Order, (Attachments: # 1 USMS Form) (athom, ) (Entered: 03/07/2019) |
| 03/21/2019 | 136 | MINUTE ORDER by Judge Robert E. Blackburn on 3/21/19 granting 133 Sixth Motion to Continue Sentencing as to Alan Alonzo Williams (1). The Sentencing Hearing set 3/27/19 @ 1:30 p.m. is vacated and continued pending further order. A Telephonic (non–appearance) Setting Conference is set for 3/27/2019 at 01:30 PM. Counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at 303–335–2350 to facilitate the setting conference. Text Only Entry (rebsec) (Entered: 03/21/2019) |
| 03/22/2019 | 137 | **WITHDRAWN** – Letter requesting that Steven K. Jacobson be withdrawn as counsel by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) Modified on 4/4/2019 to withdraw pursuant to 141 Order (athom, ). (Entered: 03/22/2019) |
| 03/27/2019 | 138 | MINUTE ORDER by Judge Robert E. Blackburn on 3/27/19 as to Alan Alonzo Williams re 137 MOTION for Order filed by Alan Alonzo Williams. After conferring with counsel, and by agreement of all, a Motion Hearing is set for 4/25/2019 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 03/27/2019) |
| 03/29/2019 | 139 | Letter requesting that 137 Letter be withdrawn by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 04/01/2019) |
| 04/02/2019 | 140 | Return of Service upon Warden Richard Hudgins, FCI – Englewood on 03/26/2019 re 135 Certificate of Service. (athom, ) (Entered: 04/02/2019) |
| 04/03/2019 | 141 | ORDER by Judge Robert E. Blackburn on 4/3/19 granting 139 Motion to Withdraw Document 137 as to Alan Alonzo Williams (1). The Motions Hearing set 4/25/19 @ 10:00 am is vacated. A Telephonic (non–appearance) Setting Conference is set for 4/8/2019 at 10:45 AM to set this matter for sentencing hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at 303–335–2350 to facilitate the setting conference. Text Only Entry (rebsec) (Entered: 04/03/2019) |
| 04/03/2019 | 142 | RESPONSE TO ORDER TO SHOW CAUSE to 134 Order to Show Cause – Declaration of Richard Hudgins, by USA as to Alan Alonzo Williams (Weber, Rebecca) Modified on 4/4/2019 to add text (athom, ). (Entered: 04/03/2019) |
| 04/08/2019 | 143 | MINUTE ORDER by Judge Robert E. Blackburn on 4/8/19 as to Alan Alonzo Williams. After conferring with counsel, and by agreement of all, the Sentencing hearing is set for 6/19/2019 at 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 04/08/2019) |
| 05/15/2019 | 144 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Alan Alonzo Williams held on 03/23/2016 before Magistrate Judge Tafoya. Pages: 1–6. Prepared by: AB Court Reporting & Video, Inc.. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 05/15/2019) |

Case No. 1:15-cr-00395-REB Document 178-8 filed 09/06/19 USDC Colorado pg 95 of
Case 1:15-cr-00395-REB Document 178-8 Filed 06/27/19 USDC Colorado Page 95 of
145

| 06/03/2019 | 146 | Letter requesting that Steven K. Jacobson be withdrawn as my counsel by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 06/04/2019) |
| 06/04/2019 | 145 | SENTENCING STATEMENT *Third Supplemental* by Alan Alonzo Williams (Attachments: # 1 Exhibit Discharge Instructions, # 2 Exhibit 3 28 18 Report, # 3 Exhibit 8 28 18 Report, # 4 Exhibit Fax, # 5 Exhibit Orthopedic Report, # 6 Exhibit Letter)(Jacobson, Steven) (Entered: 06/04/2019) |
| 06/06/2019 | 147 | MINUTE ORDER by Judge Robert E. Blackburn on 6/6/19 re 146 MOTION for Order filed by Alan Alonzo Williams. This matter is set for hearing on 6/19/2019 at 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 06/06/2019) |
| 06/11/2019 | 148 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Alan Alonzo Williams held on 03/18/2016 before Magistrate Judge Hegarty. Pages: 1–5. Prepared by: AB Court Reporting & Video, Inc..<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 06/11/2019) |
| 06/11/2019 | 149 | AFFIDAVIT by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 06/11/2019) |
| 06/12/2019 | 150 | RESTRICTED MEDICAL REPORT as to Alan Alonzo Williams. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit)(Weber, Rebecca) (Entered: 06/12/2019) |
| 06/12/2019 | 151 | SENTENCING STATEMENT *and Response to Defendant's Sentencing Statements* by USA as to Alan Alonzo Williams (Attachments: # 1 Exhibit, # 2 Exhibit)(Weber, Rebecca) (Entered: 06/12/2019) |
| 06/13/2019 | 152 | Corrected TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Alan Alonzo Williams held on 03/18/2016 before Magistrate Judge Hegarty. Pages: 1–5. Prepared by: AB Court Reporting & Video, Inc..<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 06/13/2019) |
| 06/19/2019 | 153 | COURTROOM MINUTES for Motion Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn. ORDERED: The motion to terminate the attorney–client relationship in the form of a letter to the Court 146 is denied. Court Reporter: Tracy Weir. (lrobe) (Entered: 06/19/2019) |
| 06/19/2019 | 154 | COURTROOM MINUTES for Sentencing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 6/19/2019. ORDERED: 52 Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) and 53 Government's Motion to Dismiss Counts are granted. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 06/19/2019) |

Case No. 1:15-cr-00395-REB   Document 178-138   filed 09/10/19   USDC Colorado   pg 96 of
145
Case 1:15-cr-00395-REB   Document 158   Filed 06/27/19   Page 12 of 14

| 06/21/2019 | 155 | JUDGMENT as to defendant Alan Alonzo Williams. Count 1: 84 months imprisonment. 5 years supervised release. $100 special assessment. $1,146,828.28 restitution. Counts 2–4: Dismissed. Entered by Judge Robert E. Blackburn on 6/21/2019. (lrobe) (Entered: 06/21/2019) |
| 06/21/2019 | 156 | STATEMENT OF REASONS as to Alan Alonzo Williams. (lrobe) (Entered: 06/21/2019) |
| 06/27/2019 | 157 | NOTICE OF APPEAL as to 154 Order on Motion for Decrease for Acceptance of Responsibility,, Order on Motion to Dismiss Counts,, Sentencing, 155 Judgment, 156 Statement of Reasons by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 06/27/2019) |

Case No. 1:15-cr-00395-REB   Document 173-3   filed 09/10/19   USDC Colorado   pg 97 of
145
Case 1:15-cr-00395-REB   Document 158   Filed 06/27/19   Page 1 of 11

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:                    June 19, 2019
Deputy Clerk:            Leigh Roberson
Court Reporter:          Tracy Weir
Probation Officer:       Kyla Hamilton

---

Criminal Action No. 15-cr-395-REB                    Counsel:

UNITED STATES OF AMERICA,                            Rebecca Weber

       Plaintiff,

v.

ALAN ALONZO WILLIAMS,                                Steven Jacobson

       Defendant.

---

**SENTENCING MINUTES**

---

**2:06 p.m.        Court in session.**

Appearances of counsel. Defendant is present in custody.

Court's opening remarks.

The parties have received and reviewed the presentence report and all addenda.

Also pending before the Court relevant to sentencing are the following:

- Government's Response to Presentence Report [ECF 51], filed April 7, 2017
- Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) [ECF 52], filed April 7, 2017
- Government's Motion to Dismiss Counts [ECF 53], filed April 7, 2017
- Defendant's Response to Presentence Report [ECF 55], filed June 15, 2017
- Defendant's Sentencing Memorandum and Motion for Downward Departure and Variance [ECF 58], filed August 3, 2017
- Government's Response to Defendant's Sentencing Statement [ECF 67], filed November 2, 2017
- Defendant's Supplemental Sentencing Memorandum [ECF 68], filed November 8, 2017

Case No. 1:15-cr-00395-REB Document 173-3 filed 09/10/19 USDC Colorado pg 98 of
145
Case 1:15-cr-00395-REB Document 158 Filed 06/27/19 Page 2 of 11

- Defendant's Supplemental Sentencing Information Regarding Health Issues [ECF 69], filed November 13, 2017
- Defendant's Second Supplemental Sentencing Memorandum and Request for Non-Guideline Sentence [ECF 110], filed September 7, 2018
- Government's Response to Defendant's Sentencing Statements [ECF 151], filed June 12, 2019

Statement by defense counsel.

Defendant sworn. Statement by the defendant.

Statement by government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

| 2:29 p.m. | Court in recess. |
| 2:53 p.m. | Court in session. |

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in [ECF 44] and [ECF 45] is formally approved;

2. That [ECF 52] is granted;

3. That [ECF 53] is granted and, accordingly, that Counts 2, 3, and 4 of the Indictment are dismissed with prejudice;

4. That the defendant's motion for downward departure, if any, in [ECF 58] is denied;

5. That the defendant's motion for a variance or statutory sentence as requested or reiterated in [ECF 58], [ECF 68], and [ECF 110] is denied;

6. That judgment of conviction is entered on Count 1 of the Indictment;

7. That it is the judgment and sentence of this Court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **84 months**;

8. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years;

9. that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district in which he is released;

10. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified on pages R-2 and R-3 of the Sentencing Recommendation [ECF 117-1]:

11. That no fine is imposed;

12. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

13. That the defendant shall pay restitution for the benefit of the victims and in the amounts identified in the Sentencing Recommendation [ECF 117-1], payable in care of the Clerk of the Court in full immediately, failing which, in monthly installments of not less than ten percent of the defendant's gross monthly income as determined periodically by the supervising probation officer; provided, furthermore, interest on restitution is waived;

14. That the Court recommends that the Bureau of Prisons designate the defendant to its official detention facility in FCI Englewood;

15. That presentence confinement credit shall be determined by the Bureau of Prisons; and

16. That the defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence.

The defendant is formally advised of his right to appeal the sentence imposed by the Court.

**3:23 p.m.     Court in recess.**

Total time in court: 00:53

Hearing concluded.

AO 245B (Rev. 02/18)    Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) |
| ALAN ALONZO WILLIAMS | ) Case Number: 1:15-cr-00395-REB-1 |
| | ) USM Number: 43473-013 |
| | ) Steven K. Jacobson |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s)    1 of the Indictment.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1344 and 2(b) | Bank Fraud | 08/05/2008 | 1 |

The defendant is sentenced as provided in pages 2 through ____7____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  2 through 4 of the Indictment    ☐ is  ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 19, 2019
Date of Imposition of Judgment

Signature of Judge

Robert E. Blackburn, Senior United States District Judge
Name and Title of Judge

June 21, 2019
Date

AO 245B (Rev. 02/18) Judgment in Criminal Case

DEFENDANT: ALAN ALONZO WILLIAMS

CASE NUMBER: 1:15-cr-00395-REB-1

Judgment — Page   2   of   7  

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **eighty-four (84) months.**

☒    The court makes the following recommendations to the Bureau of Prisons:
The court recommends that the defendant be designated to FCI Englewood, in Littleton Colorado.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18) Judgment in Criminal Case

| | Judgment — Page _3_ of _7_ |
|---|---|

DEFENDANT: ALAN ALONZO WILLIAMS
CASE NUMBER: 1:15-cr-00395-REB-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **five (5) years.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in Criminal Case

|  | Judgment — Page ___4___ of ___7___ |
|---|---|

DEFENDANT: ALAN ALONZO WILLIAMS
CASE NUMBER: 1:15-cr-00395-REB-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B  (Rev. 02/18) Judgment in Criminal Case

|  | Judgment — Page ___5___ of ___7___ |
|---|---|

DEFENDANT:         ALAN ALONZO WILLIAMS
CASE NUMBER:     1:15-cr-00395-REB-1

## SPECIAL CONDITIONS OF SUPERVISION

1.  You must not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless you are in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
2.  As directed by the probation officer, you must apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
3.  You must provide the probation officer access to any requested financial information and authorize the release of any financial information.
4.  If the judgment imposes restitution, you must pay the restitution in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect your ability to pay the restitution.
5.  You must document all income and compensation generated or received from any source and must provide that information to the probation officer as requested.
6.  You must not cause or induce anyone to conduct any financial transaction on your behalf or maintain funds on your behalf.
7.  You must not engage in any business activity unless it is approved by the probation officer. All approved business activity must operate under a formal, registered entity, and you must provide the probation officer with the names of the business entities and their registered agents. You must maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.
8.  You must maintain separate personal and business finances and must not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.
9.  You must participate in a cognitive behavioral treatment (CBT) program as directed by the probation officer until such time as you are released from the program by the probation officer. You must pay the cost of treatment as directed by the probation officer.

Case No. 1:15-cr-00395-REB Document 173-1 filed 09/10/19 USDC Colorado pg 105 of
145
Case 1:15-cr-00395-REB Document 158-2 Filed 06/27/19 Page 6 of 11

AO 245B (Rev. 02/18) Judgment in Criminal Case

|  | Judgment — Page 6 of 7 |
|---|---|

**DEFENDANT:**     ALAN ALONZO WILLIAMS
**CASE NUMBER:**   1:15-cr-00395-REB-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

| | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 | $ 1,146,828.28 |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**\*\* | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| WebBank<br>215 South State Street, Ste. 1000<br>Salt Lake City, UT 84111 | | $936,828.28 | |
| Wells Fargo Bank<br>MAC C7301-L25<br>1740 Broadway<br>Denver, CO 80274 | | $210,000.00 | |
| **TOTALS** | $ _____ | $ __1,146,828.28__ | |

☒   Restitution amount ordered pursuant to plea agreement   $ __1,146,828.28__

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒   the interest requirement is waived for the   ☐ fine   ☒ restitution.

☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page ___7___ of ___7___

DEFENDANT:        ALAN ALONZO WILLIAMS
CASE NUMBER:      1:15-cr-00395-REB-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of  $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of  $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of  $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

    The special assessment and restitution are due immediately. Any unpaid monetary obligations upon release from incarceration
    shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be
    calculated as at least 10 percent of the defendant's gross monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

Case No. 1:15-cr-00395-REB Document 173-3 filed 09/10/19 USDC Colorado pg 107 of
145
Case 1:15-cr-00395-REB Document 158 Filed 06/27/19 Page 11 of 12

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN ALONZO WILLIAMS,

    Defendant.

---

## NOTICE OF APPEAL

---

      Notice is hereby given that Alan Alonzo Williams, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit the Final Judgment and Commitment Order that was entered in this action on June 19, 2019.

    Dated:  June 27, 2019.

      Respectfully submitted,

          *s/ Steven K. Jacobson*
          Steven K. Jacobson
          Rafik and Jacobson LLC
          1881 9th St., Suite 315
          Boulder, Colorado  80302
          Telephone:  303-444-9292
          Fax:  303-447-0200
          e-mail:  steve@collinsrafik.com

## CERTIFICATE OF SERVICE (CM/ECF)

    I hereby certify that on JUNE 27, 2019, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record in this case.

          *s/ Steven K. Jacobson*
          Steven K. Jacobson

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

June 27, 2019

Chris Wolpert
Chief Deputy Clerk

Mr. Steven K. Jacobson
Collins, Rafik and Jacobson, lLC
1881 9th Street, Suite 315
Boulder, CO 80302

RE:      **19-1229, United States v. Williams**
         Dist/Ag docket: 1:15-CR-00395-REB-1

Dear Counsel:

The court has received and docketed your appeal. Please note your case number above.
Copies of the Tenth Circuit Rules, effective January 1, 2019, and the Federal Rules of
Appellate Procedure, effective December 1, 2018, may be obtained by contacting this
office or by visiting our website at http://www.ca10.uscourts.gov. In addition, please note
all counsel are required to file pleadings via the court's Electronic Case Filing (ECF)
system. *See* 10th Cir. R. 25.3. You will find information regarding registering for and
using ECF on the court's website. We invite you to contact us with any questions you
may have about our operating procedures. Please note that all court forms are now
available on the court's web site.

Attorneys must complete and file an entry of appearance form within 14 days of the date
of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form
within thirty days of the date of this letter. An attorney who fails to enter an appearance
within that time frame will be removed from the service list for this case, and there may
be other ramifications under the rules. If an appellee does not wish to participate in the
appeal, a notice of non-participation should be filed via ECF as soon as possible. The
notice should also indicate whether counsel wishes to continue receiving notice or service
of orders issued in the case.

Although attorneys who file a notice of appeal have technically entered an appearance,
and may not withdraw without the court's permission, counsel must still file a separate
entry of appearance form. For criminal appeals, please note the court will require trial
counsel to continue the representation whether retained or appointed, until an order issues
allowing withdrawal. This is the case even if you did not sign the notice of appeal. *See*

10th Cir. R. 46.3(A). This initial continuity of counsel ensures that any criminal defendant who wishes to appeal has that appeal perfected.

Generally, the court will not allow counsel to withdraw until an entry of appearance form and the docketing statement are filed. *See* 10th Cir. R. 46.3(A). If there is an issue regarding the defendant's eligibility for the appointment of counsel, an appropriate motion must be filed in the district court. Where this is the case, it may be appropriate to file a motion seeking to extend the time for filing the motion to appoint or withdraw under the court's Criminal Justice Act plan.

You are required to file a docketing statement within 14 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 14 days of the date of this letter. Please note that under 10th Cir. R. 3.4(B), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief.

In addition to the docketing statement, all transcripts must be ordered within 14 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

As appointed counsel, you are required to file a designation of record with the district court. You must also file a copy with this court. Under 10th Cir. R. 10.3(A)(1), that designation must be filed within 14 days of filing the notice of appeal. If you have not done so already, you should file the designation immediately.

In addition, and also within 14 days of filing the notice of appeal, all appointed counsel must file *either* a motion to continue the CJA appointment or a motion to withdraw. *See* 10th Cir. R. 46.3(B). Any motion to withdraw must comply with 10th Cir. R. 46.4(A).

Under 10th Cir. R. 10.3(A)(2), the government may file an additional designation within 14 days after service of appellant's designation. Once that time passes, the district court will complete assembly of the record. The district court clerk will transmit the record to this court and will notify the parties. *See* Fed. R. App. P. 11(b)(2); 10th Cir. R. 11.2(A).

The opening brief is due forty days after the appellate record is filed. *See* Fed. R. App. P. 31(a)(1); *see also* 10th Cir. R. 31.1(A).

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. *See* specifically Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2 and 32, as well as 31.3 when applicable. As applicable, we encourage all counsel to be familiar with 10th Cir. R. 46.4(B). Seven hard copies of briefs must be provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 31.5 and the court's CM/ECF User's Manual. Counsel are encouraged to utilize the court's Briefing & Appendix checklist when compiling their briefs.

Motions for extension of time to file briefs must comply with 10th Cir. R. 27.1 and 27.6. These motions are not favored.

Case No. 1:15-cr-00395-REB Document 172-3 filed 09/10/19 USDC Colorado pg 110 of 145
Case 1:15-cr-00395-REB Document 159 Filed 06/27/19 Page 3 of 3

Appellate Case: 19-1229    Document: 010110188936    Date Filed: 06/27/2019    Page: 3

Thank you very much for your service to the court in your role as appointed counsel. If you are unfamiliar with the court's procedures or have questions, please call this office. In addition, you might also call the Appellate Division, created by the court to handle appeals circuit-wide, of the Office of the Federal Public Defender in Denver. That number is 303-294-7002. One of the appellate assistants will be happy to help you.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:      Rebecca S. Weber

EAS/na

Case No. 1:15-cr-00395-REB Document 173 filed 09/10/19 USDC Colorado pg 111 of
145
Case 1:15-cr-00395-REB Document 160 Filed 06/28/19 Page 1 of 2

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA,

     Plaintiff-Appellee,

v.

ALAN ALONZO WILLIAMS

     Defendant-Appellant..

District Court No. 1:15-cr-00395-REB

Court of Appeals No. 19-1229

**NOTE:  THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

     Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.   (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

     The following items should also be included in the record on appeal.   (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Final Presentence Investigation Report and Addendums

2. Transcript of Plea Hearing (already prepared and noted on docket sheet)

3. Transcript of Initial Advisement held March 18, 2016 (already prepared and noted on docket sheet)

4. Transcript of Hearing on Withdrawal Motion and Sentencing Hearing on June 19, 2019.

               Respectfully submitted,

                          *s/ Steven K. Jacobson*
                          Steven K. Jacobson
                          Rafik and Jacobson LLC
                          1881 9th St., Suite 315
                          Boulder, Colorado   80302
                          Telephone:   303-444-9292
                          Fax:   303-447-0200

Case No. 1:15-cr-00395-REB-Document 172-a filed 09/10/19 USDC Colorado pg 112 of
Case 1:15-cr-00395-REB Document 166 Filed 06/28/19 Page 2 of 2
145

e-mail:   steve@rafiklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on   June 28, 2019 on Rebecca Weber, Rebecca.weber@usdoj.gov, counsel for Plaintiff-Appellee,

by email.

/s/Steven K. Jacobson
Steven K. Jacobson
Rafik and Jacobson, LLC
1881 9th St., Suite 315
Boulder, Colorado, 80302

**A-9**   Designation of Record Form 12/09

APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:15-cr-00395-REB-1

Case title: USA v. Williams

Date Filed: 10/07/2015
Date Terminated: 06/21/2019

---

Assigned to: Judge Robert E. Blackburn

Appeals court case number: 19-1229 USCA

### Defendant (1)

**Alan Alonzo Williams**
*TERMINATED: 06/21/2019*

represented by **Matthew C. Golla**
Office of the Federal Public Defender-Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Matt_Golla@fd.org
*TERMINATED: 07/19/2016*
*Designation: Public Defender or Community Defender Appointment*

**Michael John Gallagher**
Davis Graham & Stubbs, LLP-Denver
1550 17th Street
Suite 500
Denver, CO 80202
303-892-9400
Fax: 303-893-1379
Email: mike.gallagher@dgslaw.com
*TERMINATED: 11/15/2017*
*Designation: CJA Appointment*

**Steven K. Jacobson**
Collins & Rafik
1881 9th Street
#315
Boulder, CO 80302
303-444-9292
Fax: 303-447-0200
Email: steve@rafiklaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

### Disposition

**BANK FRAUD**
(1)

84 months imprisonment. 5 years supervised release. $100 special assessment. $1,146,828.28 restitution.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

**BANK FRAUD**
(2-4)                                    Dismissed.

**Highest Offense Level (Terminated)**

Felony

**Complaints**                           **Disposition**

None

---

**Plaintiff**

USA                          represented by   **Linda S. Kaufman**
                                             U.S. Attorney's Office-Denver
                                             1801 California Street
                                             Suite 1600
                                             Denver, CO 80202
                                             303-454-0100
                                             Fax: 454-0402
                                             Email: Linda.Kaufman@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Federal Agency Attorney*

                                             **Julia K. Martinez**
                                             U.S. Attorney's Office-Denver
                                             1801 California Street
                                             Suite 1600
                                             Denver, CO 80202
                                             303-454-0100
                                             Email: julia.martinez@usdoj.gov
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Federal Agency Attorney*

                                             **Rebecca Susan Weber**
                                             U.S. Attorney's Office-Denver
                                             1801 California Street
                                             Suite 1600
                                             Denver, CO 80202
                                             303-454-0332
                                             Email: Rebecca.Weber@usdoj.gov
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2015 | 1 | INDICTMENT as to Alan Alonzo Williams (1) count(s) 1-4. (Attachments: # 1 Criminal Information Sheet) (mlace, ) (Entered: 10/08/2015) |
| 10/07/2015 | 2 | RESTRICTED DOCUMENT - Level 4: as to Alan Alonzo Williams. (mlace, ) (Entered: 10/08/2015) |
| 10/07/2015 | 3 | Arrest Warrant Issued in case as to Alan Alonzo Williams. (mlace, ) (Entered: 10/08/2015) |
| 03/18/2016 | 4 | Arrest of Alan Alonzo Williams. Initial Appearance set for 3/18/2016 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Text Only entry)(nmarb, ) (Entered: 03/18/2016) |
| 03/18/2016 | 5 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance as to Alan Alonzo Williams held on 3/18/2016. Arraignment, Detention Hearing, and Discovery Hearing set for 3/23/2016 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody, Defendant advised, Federal Public Defender appointed, Defendant remanded, (Total time: 3 mins, Hearing time: 2:08-2:11 p.m.)<br><br>APPEARANCES: Linda Kaufman on behalf of the Government, Michelle Sinaka on behalf of pretrial. FTR: Courtroom A501. (mdave, ) Text Only Entry (Entered: 03/18/2016) |
| 03/18/2016 | 6 | CJA 23 Financial Affidavit by Alan Alonzo Williams. (mdave, ) (Entered: 03/18/2016) |
| 03/18/2016 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Alan Alonzo Williams by Magistrate Judge Michael E. Hegarty on 03/18/2016. Text Only Entry (mdave, ) (Entered: 03/18/2016) |
| 03/22/2016 | 8 | NOTICE OF ATTORNEY APPEARANCE: Matthew C. Golla appearing for Alan Alonzo Williams Attorney Matthew C. Golla added to party Alan Alonzo Williams (pty:dft) (Golla, Matthew) (Entered: 03/22/2016) |
| 03/22/2016 | 13 | NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 8 Notice of Attorney Appearance - Defendant :Matthew C. Golla has failed to comply with D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Criminal Cases), which requires an attorney to notify the court of a change in contact information within five days of the change. Counsel must file a notice of change of contact information in all active cases and submit a change of contact information form through the Attorney Services Portal Account. Failure in the future to follow these procedures may lead to mandatory CM/ECF training, or action by the court. Email address on document does not match CM/ECF information. (Text Only Entry) (cmira, ) (Entered: 03/24/2016) |
| 03/23/2016 | 9 | COURTROOM MINUTES for Arraignment, Discovery, and Detention hearing as to Alan Alonzo Williams held on 3/23/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody. Plea of NOT GUILTY entered by defendant. Defendant is not contesting detention. Discovery memorandum executed. Defendant detained and remanded. Counsel is directed to chambers for further dates. (Total time: 4 mins, Hearing time: 1006-1010)<br><br>APPEARANCES: Linda Kaufman on behalf of the Government, Natalie Stricklin on |

Case No. 1:15-cr-00395-REB Document 137-1 filed 06/28/19 USDC Colorado pg 116 of 145

| | | behalf of the defendant, Pat Hanley on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/23/2016) |
|---|---|---|
| 03/23/2016 | 10 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 4 days as to Alan Alonzo Williams by Magistrate Judge Kathleen M. Tafoya on 3/23/16. (sgrim) (Entered: 03/23/2016) |
| 03/23/2016 | 11 | ORDER OF DETENTION as to Alan Alonzo Williams by Magistrate Judge Kathleen M. Tafoya on 3/23/16. (sgrim) (Entered: 03/23/2016) |
| 03/23/2016 | 12 | TRIAL PREPARATION CONFERENCE ORDER as to Alan Alonzo Williams. That all non- CJA1 pretrial motions shall be filed by April 7, 2015; any pretrial motion that the court determines should be set for hearing shall be set for hearing during a telephonic (non-appearance) setting conference set for 4/22/2016 10:00 AM ; Jury Trial set for 5/23/2016 08:30 AM in Courtroom A1002 before Judge Robert E. Blackburn. That the court reserves four (4) days for trial; Trial Preparation Conference set for 5/20/2016 at 02:00 PM in Courtroom A1001 before Judge Robert E. Blackburn, by Judge Robert E. Blackburn on 3/23/2016. (evana, ) (Entered: 03/23/2016) |
| 03/24/2016 | 14 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Kaufman, Linda) (Entered: 03/24/2016) |
| 03/24/2016 | 15 | NOTICE OF ATTORNEY APPEARANCE: Matthew C. Golla *(amended to reflect correct contact information)* appearing for Alan Alonzo Williams (Golla, Matthew) (Entered: 03/24/2016) |
| 03/25/2016 | 16 | ORDER Granting 14 Plaintiff's Motion To Disclose Matters Occuring [sic] BeforeGrand Jury to Defendant as to Alan Alonzo Williams (1). Signed by Judge Robert E. Blackburn on 3/25/2016. (cmira) (Entered: 03/25/2016) |
| 04/07/2016 | 18 | Unopposed MOTION to Continue *Pretrial Motions Deadlines* by Alan Alonzo Williams. (Golla, Matthew) (Entered: 04/07/2016) |
| 04/13/2016 | 19 | MINUTE ORDER granting 18 Motion to Continue as to Alan Alonzo Williams (1) by Judge Robert E. Blackburn on 4/13/16. Pretrial motions may be filed by April 17, 2016; a response to a pretrial motion shall be filed within fourteen (14) days of the filing of the corresponding pretrial motion. Text Only Entry (rebsec) (Entered: 04/13/2016) |
| 04/15/2016 | 20 | Unopposed MOTION to Exclude *120 Days from Speedy Trial Act* by Alan Alonzo Williams. (Golla, Matthew) (Entered: 04/15/2016) |
| 04/25/2016 | 21 | MINUTE ORDER Setting Hearing on Motion as to Alan Alonzo Williams. 20 Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act; Motion Hearing set for 5/6/2016 02:00 PM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 4/25/16. (kfinn) (Entered: 04/25/2016) |
| 05/02/2016 | 22 | MINUTE ORDER as to Alan Alonzo Williams re 20 Unopposed MOTION to Exclude *120 Days from Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 5/2/16. Motion Hearing reset for 5/6/2016 at 10:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 05/02/2016) |
| 05/06/2016 | 23 | MINUTE ENTRY for Motions Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 5/6/2016. Granting 20 Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act. The time from and including today through and including October 3, 2016 is excluded from the time for a speedy trial. Any non-CJA pretrial motions shall be filed by August 8, 2016, and any corresponding responses shall be filed by August 26, 2016. A further Status Conference set for 9/22/2016 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant |

| | | |
|---|---|---|
| | | remanded. Hearing concluded. Court Reporter: Gwen Daniel. (kfinn) (Entered: 05/06/2016) |
| 07/15/2016 | 24 | MOTION to Withdraw as Attorney *and to Appoint New Counsel from the Criminal Justice Act Panel* by Matthew C. Golla by Alan Alonzo Williams. (Golla, Matthew) (Entered: 07/15/2016) |
| 07/18/2016 | 25 | MEMORANDUM regarding 24 MOTION to Withdraw as Attorney *and to Appoint New Counsel from the Criminal Justice Act Panel* by Matthew C. Golla filed by Alan Alonzo Williams. Motion referred to Magistrate Judge Michael J. Watanabe. By Judge Robert E. Blackburn on 7/18/16. Text Only Entry (rebsec) (Entered: 07/18/2016) |
| 07/19/2016 | 26 | MINUTE ORDER; granting 24 Motion to Withdraw as Attorney. Matthew C. Golla withdrawn from case as to Alan Alonzo Williams (1). It is FURTHER ORDERED that substitute counsel from the CJA Panel is appointed to represent Defendant Alan Alonzo Williams, by Magistrate Judge Michael J. Watanabe on 7/19/16. (morti, ) (Entered: 07/19/2016) |
| 07/26/2016 | 27 | NOTICE OF ATTORNEY APPEARANCE: Michael John Gallagher appearing for Alan Alonzo Williams Attorney Michael John Gallagher added to party Alan Alonzo Williams (pty:dft) (Gallagher, Michael) (Entered: 07/26/2016) |
| 08/08/2016 | 28 | Unopposed MOTION for Extension of Time to File *Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only) Defendant's Unopposed Motion to Extend Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act)(Gallagher, Michael) (Entered: 08/08/2016) |
| 08/19/2016 | 29 | MINUTE ORDER as to Alan Alonzo Williams re 28 Unopposed MOTION for Extension of Time to File *Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 8/19/16. Telephone Conference set for 8/23/2016 at 9:30 AM before Judge Robert E. Blackburn to set the motion for hearing. (rebsec) (Entered: 08/19/2016) |
| 08/23/2016 | 30 | MINUTE ORDER Setting Hearing on Motion as to Alan Alonzo Williams on 28 Unopposed MOTION for Extension of Time to File Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act: set for 8/24/2016 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 8/23/16. (kfinn) (Entered: 08/23/2016) |
| 08/24/2016 | 31 | MINUTE ENTRY for Motion Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams held on 8/24/2016. The Defendant's Unopposed Motion to Extend Pre-Trial Motions Deadlines and Exclude Time Under the Speedy Trial Act 28 is GRANTED; the time from and including October 3, 2016 through and including October 13, 2016 is excluded from the time for a speedy trial under the Speedy Trial Act of 1974; any non-CJA pretrial motions shall be filed by August 29, 2016, and any corresponding responses shall be filed by September 16, 2016; the Status Conference now set September 22, 2016 is vacated and continued to October 13, 2016, commencing at 1:30 p.m. Defendant remanded. Hearing concluded. Court Reporter: Julie Thomas. (kfinn) (Entered: 08/24/2016) |
| 10/12/2016 | 32 | Unopposed MOTION to Continue *Status Conference and Exclude Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 10/12/2016) |
| 10/12/2016 | 33 | MINUTE ORDER granting in part and taking under advisement 32 Motion to Continue as to Alan Alonzo Williams (1) by Judge Robert E. Blackburn on 10/12/16. Telephone Conference to Judge Blackburn's chambers at 303-335-2350 set for 10/18/2016 at 10:00 |

117

| | | |
|---|---|---|
| | | AM to reset the status conference. The court will issue a separate order addressing excludable time under the Speedy Trial Act. (rebsec) (Entered: 10/12/2016) |
| 10/14/2016 | 34 | ORDER Excluding Additional Time Under the Speedy Trial Act. Ordered That Defendant's Unopposed Motion To Continue Status Conference andExclude Time under the Speedy Trial Act [# 32 ] is GRANTED insofar as it requests the exclusion of additional time for a speedy trial. By Judge Robert E. Blackburn on 10/14/2016. (agarc, ) (Entered: 10/14/2016) |
| 10/19/2016 | 35 | MINUTE ORDER as to Alan Alonzo Williams by Judge Robert E. Blackburn on 10/19/16. Status Conference set for 11/10/2016 at 9:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 10/19/2016) |
| 11/08/2016 | 36 | Unopposed MOTION to Continue *Status Conference*, Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only) [Proposed] Order Granting Defendant's Unopposed Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act)(Gallagher, Michael) (Entered: 11/08/2016) |
| 11/09/2016 | 37 | MINUTE ORDER Granting in part 36 Defendant's Unopposed Motion To Continue Status Conference and Exclude Time Under the Speedy Trial Act. Status conference scheduled for Thursday, November 10, 2016, at 9:00 a.m., is vacated and continued without date pending further order of court. Telephonic (non-appearance) Setting Conference set for 11/15/2016 at 11:00 AM to reset the sentencing hearing. By Judge Robert E. Blackburn on 11/9/2016. (cmira) (Entered: 11/09/2016) |
| 11/15/2016 | 38 | MINUTE ORDER as to Alan Alonzo Williams re 36 Unopposed MOTION to Continue *Status Conference*Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 11/15/16. Status Conference/Motion Hearing set for 11/17/2016 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 11/15/2016) |
| 11/17/2016 | 39 | MINUTE ENTRY for Motion Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 11/17/2016. Granting 36 Motion to Exclude as to Alan Alonzo Williams (1); The time from and including November 14, 2016 through and including January 12, 2017 is excluded from the time for a speedy trial; Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 11/17/2016) |
| 11/17/2016 | 40 | Utility Setting/Resetting Deadlines/Hearings as to Alan Alonzo Williams : 39 Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (kfinn) (Entered: 11/17/2016) |
| 01/10/2017 | 41 | NOTICE of Disposition by Alan Alonzo Williams (Gallagher, Michael) (Entered: 01/10/2017) |
| 01/10/2017 | 42 | MINUTE ORDER as to Alan Alonzo Williams re 41 Notice of Disposition by Judge Robert E. Blackburn on 1/10/17. Status conference set 1/12/2017 at 9:00 AM is converted to a Change of Plea Hearing in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 01/10/2017) |
| 01/12/2017 | 43 | MINUTE ENTRY for Change of Plea Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 1/12/2017. Plea entered by Alan Alonzo Williams (1) Guilty to Count 1. Sentencing set for 4/6/2017 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 01/12/2017) |
| 01/12/2017 | 44 | PLEA AGREEMENT as to Alan Alonzo Williams. (kfinn) (Entered: 01/12/2017) |

| | | AM to reset the status conference. The court will issue a separate order addressing excludable time under the Speedy Trial Act. (rebsec) (Entered: 10/12/2016) |
|---|---|---|
| 10/14/2016 | 34 | ORDER Excluding Additional Time Under the Speedy Trial Act. Ordered That Defendant's Unopposed Motion To Continue Status Conference andExclude Time under the Speedy Trial Act [# 32 ] is GRANTED insofar as it requests the exclusion of additional time for a speedy trial. By Judge Robert E. Blackburn on 10/14/2016. (agarc, ) (Entered: 10/14/2016) |
| 10/19/2016 | 35 | MINUTE ORDER as to Alan Alonzo Williams by Judge Robert E. Blackburn on 10/19/16. Status Conference set for 11/10/2016 at 9:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 10/19/2016) |
| 11/08/2016 | 36 | Unopposed MOTION to Continue *Status Conference*, Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only) [Proposed] Order Granting Defendant's Unopposed Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act)(Gallagher, Michael) (Entered: 11/08/2016) |
| 11/09/2016 | 37 | MINUTE ORDER Granting in part 36 Defendant's Unopposed Motion To Continue Status Conference and Exclude Time Under the Speedy Trial Act. Status conference scheduled for Thursday, November 10, 2016, at 9:00 a.m., is vacated and continued without date pending further order of court. Telephonic (non-appearance) Setting Conference set for 11/15/2016 at 11:00 AM to reset the sentencing hearing. By Judge Robert E. Blackburn on 11/9/2016. (cmira) (Entered: 11/09/2016) |
| 11/15/2016 | 38 | MINUTE ORDER as to Alan Alonzo Williams re 36 Unopposed MOTION to Continue *Status Conference*Unopposed MOTION to Exclude *Time Under the Speedy Trial Act* filed by Alan Alonzo Williams by Judge Robert E. Blackburn on 11/15/16. Status Conference/Motion Hearing set for 11/17/2016 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 11/15/2016) |
| 11/17/2016 | 39 | MINUTE ENTRY for Motion Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 11/17/2016. Granting 36 Motion to Exclude as to Alan Alonzo Williams (1); The time from and including November 14, 2016 through and including January 12, 2017 is excluded from the time for a speedy trial; Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 11/17/2016) |
| 11/17/2016 | 40 | Utility Setting/Resetting Deadlines/Hearings as to Alan Alonzo Williams : 39 Status Conference set for 1/12/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (kfinn) (Entered: 11/17/2016) |
| 01/10/2017 | 41 | NOTICE of Disposition by Alan Alonzo Williams (Gallagher, Michael) (Entered: 01/10/2017) |
| 01/10/2017 | 42 | MINUTE ORDER as to Alan Alonzo Williams re 41 Notice of Disposition by Judge Robert E. Blackburn on 1/10/17. Status conference set 1/12/2017 at 9:00 AM is converted to a Change of Plea Hearing in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 01/10/2017) |
| 01/12/2017 | 43 | MINUTE ENTRY for Change of Plea Hearing held before Judge Robert E. Blackburn as to Alan Alonzo Williams on 1/12/2017. Plea entered by Alan Alonzo Williams (1) Guilty to Count 1. Sentencing set for 4/6/2017 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 01/12/2017) |
| 01/12/2017 | 44 | PLEA AGREEMENT as to Alan Alonzo Williams. (kfinn) (Entered: 01/12/2017) |

| | | |
|---|---|---|
| 01/12/2017 | 45 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Alan Alonzo Williams. (kfinn) (Entered: 01/12/2017) |
| 01/12/2017 | 46 | FINDINGS OF FACT AND CONCLUSIONS OF LAW ON THE ENTRY OF A PLEA OF GUILTY as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 1/12/17. (kfinn) (Entered: 01/12/2017) |
| 02/01/2017 | 47 | NOTICE of Change of Address/Contact Information (Kaufman, Linda) (Entered: 02/01/2017) |
| 03/01/2017 | 48 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Alan Alonzo Williams (ntaka) (Entered: 03/01/2017) |
| 03/06/2017 | 49 | Unopposed MOTION to Continue *Sntencing Hearing* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 03/06/2017) |
| 03/06/2017 | 50 | MINUTE ORDER granting 49 Motion to Continue as to Alan Alonzo Williams (1) by Judge Robert E. Blackburn on 3/6/17. Sentencing reset for 7/6/2017 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 03/06/2017) |
| 04/07/2017 | 51 | OBJECTION/RESPONSE to Presentence Report 48 by USA as to Alan Alonzo Williams (Kaufman, Linda) (Entered: 04/07/2017) |
| 04/07/2017 | 52 | MOTION for Decrease for Acceptance of Responsibility by USA as to Alan Alonzo Williams. (Kaufman, Linda) (Entered: 04/07/2017) |
| 04/07/2017 | 53 | MOTION to Dismiss Counts by USA as to Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Kaufman, Linda) (Entered: 04/07/2017) |
| 06/01/2017 | 54 | NOTICE OF ATTORNEY APPEARANCE Julia K. Martinez appearing for USA. Attorney Julia K. Martinez added to party USA(pty:pla) (Martinez, Julia) (Entered: 06/01/2017) |
| 06/15/2017 | 55 | OBJECTION/RESPONSE to Presentence Report 48 by Alan Alonzo Williams (Gallagher, Michael) (Entered: 06/15/2017) |
| 06/15/2017 | 56 | Second MOTION to Continue *Sentencing Hearing* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 06/15/2017) |
| 06/16/2017 | 57 | MINUTE ORDER granting 56 Motion to Continue as to Alan Alonzo Williams (1). Sentencing set July 6, 2017 is vacated and is reset for 8/17/2017 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 6/16/17. Text Only Entry (rebsec) (Entered: 06/16/2017) |
| 08/03/2017 | 58 | SENTENCING STATEMENT *and Motion for Downward Departure and Variance* by Alan Alonzo Williams (Attachments: # 1 Exhibit)(Gallagher, Michael) (Entered: 08/03/2017) |
| 08/04/2017 | 59 | Third MOTION to Continue *Sentencing Hearing* by Alan Alonzo Williams. (Attachments: # 1 Proposed Order (PDF Only))(Gallagher, Michael) (Entered: 08/04/2017) |
| 08/08/2017 | 60 | MINUTE ORDER granting 59 Motion to Continue as to Alan Alonzo Williams (1). Sentencing is reset for 11/15/2017 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. No further continuances will be granted. By Judge Robert E. Blackburn on 8/8/17. Text Only Entry (rebsec) (Entered: 08/08/2017) |
| 09/21/2017 | 61 | CJA MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. |

| | | (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Proposed Order (PDF Only), # 4 Proposed Document Proposed Subpoena, # 5 Proposed Document Proposed Subpoena) (Gallagher, Michael) Modified on 9/22/2017 to correct event text (athom, ). (Entered: 09/21/2017) |
|---|---|---|
| 09/26/2017 | 62 | ORDER granting 61 CJA Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 09/26/2017. (athom, ) (Entered: 09/26/2017) |
| 09/26/2017 | 63 | Subpoenas issued pursuant to 62 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 09/26/2017) |
| 10/26/2017 | 64 | NOTICE OF ATTORNEY APPEARANCE Rebecca Susan Weber appearing for USA. Attorney Rebecca Susan Weber added to party USA(pty:pla) (Weber, Rebecca) (Entered: 10/26/2017) |
| 11/01/2017 | 65 | RESTRICTED PRESENTENCE REPORT as to Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ntaka) (Entered: 11/01/2017) |
| 11/01/2017 | 66 | RESTRICTED ADDENDUM to Presentence Report 65 as to Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ntaka) (Entered: 11/01/2017) |
| 11/02/2017 | 67 | SENTENCING STATEMENT *and Response to Defendant's Sentencing Memorandum* by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 11/02/2017) |
| 11/08/2017 | 68 | SUPPLEMENT *DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM* to 67 Sentencing Statement, 66 Restricted Presentence Report Addendum by Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gallagher, Michael) (Entered: 11/08/2017) |
| 11/13/2017 | 69 | SUPPLEMENT *SENTENCING INFORMATION REGARDING HEALTH ISSUES* to 68 Supplement by Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gallagher, Michael) (Entered: 11/13/2017) |
| 11/14/2017 | 70 | MOTION to Withdraw as Attorney by Michael J. Gallagher by Alan Alonzo Williams. (Gallagher, Michael) (Entered: 11/14/2017) |
| 11/15/2017 | 71 | COURTROOM MINUTES for Sentencing Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 11/15/2017. Granting 70 Mr. Gallagher's Motion to Withdraw. Mr. Gallagher is relieved of further duty or responsibility to represent Mr. Williams in these criminal proceedings. Within 60 days, Mr. Williams shall file his written position to request appointment of conflict-free counsel from the court's CJA panel or the retention of private counsel. Status Conference set for 1/17/2018 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Court Reporter: Tracy Weir. (ebuch) (Entered: 11/15/2017) |
| 11/16/2017 | 72 | CERTIFICATE of Mailing/Service re 71 Courtroom Minutes to Alan Alonzo Williams #43473-013, Englewood Federal Correctional Institution, Inmate Mail/Parcels, 9595 West Quincy Avenue, Littleton, CO 80123. Text Only Entry. (ebuch) (Entered: 11/16/2017) |
| 01/12/2018 | 73 | Unopposed MOTION to Vacate Status Conference and Continue by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 01/12/2018) |
| 01/12/2018 | 74 | NOTICE *of Government's Position* re 73 MOTION to Continue by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 01/12/2018) |
| 01/17/2018 | 75 | COURTROOM MINUTES for Status Conference as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 1/17/2018. **ORDERED:** 73 Defendant's Motion to |

| | | |
|---|---|---|
| | | Continue GRANTED. Continued Status Conference set for 3/22/2018 at 10:00 AM in Courtroom A1001 before Senior Judge Robert E. Blackburn, at which hearing the defendant shall appear without further notice or order from the Court. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 01/17/2018) |
| 03/16/2018 | 76 | MOTION to Appoint Counsel and Vacate Status Hearing by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 03/16/2018) |
| 03/16/2018 | 77 | RESTRICTED DOCUMENT - Level 3: by Alan Alonzo Williams. (Attachments: # 1 Appendix A) (athom, ) (Entered: 03/16/2018) |
| 03/19/2018 | 78 | MINUTE ORDER granting 76 Motion to Appoint Counsel as to Alan Alonzo Williams (1). The status conference set March 22, 2018, at 10:00 a.m. is vacated and continued pending further order of court. By Judge Robert E. Blackburn on 3/19/18. Text Only Entry (rebsec) (Entered: 03/19/2018) |
| 03/21/2018 | 79 | NOTICE OF ATTORNEY APPEARANCE: Steven K. Jacobson appearing for Alan Alonzo Williams Attorney Steven K. Jacobson added to party Alan Alonzo Williams (pty:dft) (Jacobson, Steven) (Entered: 03/21/2018) |
| 03/28/2018 | 80 | MINUTE ORDER as to Alan Alonzo Williams. After conferring with counsel, a Status Conference is set for 4/5/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 3/28/18. Text Only Entry (rebsec) (Entered: 03/28/2018) |
| 03/29/2018 | 81 | Unopposed MOTION to Excuse *Appearance* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 03/29/2018) |
| 03/30/2018 | 82 | MINUTE ORDER: 81 Motion to Excuse as to Alan Alonzo Williams (1) is denied because during the status conference now set April 5, 2018, the court intends to discuss whether defense counsel has the time necessary to devote to this case, which was filed October 7, 2015 and the change of plea hearing which was held on January 12, 2017, given his lengthy, prospective unavailability. By Judge Robert E. Blackburn on 3/30/18. Text Only Entry (rebsec) (Entered: 03/30/2018) |
| 04/05/2018 | 83 | COURTROOM MINUTES for Status Conference as to Alan Alonzo Williams held before Senior Judge Robert E. Blackburn on 4/5/2018. Any motion for subpoenas or subpoenas duces tecum due 4/13/2018. Motion to withdraw plea of guilty due by 4/20/2018. Defendant may file additional objections to the presentence investigation report and/or revise or amend his existing motions by June 15, 2018. Any response by the government or probation department due June 25, 2018. Matter set for further proceedings on June 27, 2018, at 2:00 p.m., reserving the balance of the afternoon if necessary. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 04/05/2018) |
| 04/06/2018 | 84 | TRANSCRIPT of Change of Plea as to Alan Alonzo Williams held on 1-12-17 before Judge Blackburn. Pages: 1-31. <br><br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tweir, ) (Entered: 04/06/2018) |
| 04/11/2018 | 85 | Corrected TRANSCRIPT of Change of Plea as to Alan Alonzo Williams held on 1-12-17 |

| | | |
|---|---|---|
| | | before Judge Blackburn. Pages: 1-31. <br><br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tweir, ) (Entered: 04/11/2018) |
| 04/12/2018 | 86 | CJA Second MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix A, # 2 Proposed Order (PDF Only) Proposed order re Subpoena, # 3 Proposed Document Proposed Subpoena, # 4 Proposed Document Proposed Subpoena)(Jacobson, Steven) Modified on 4/13/2018 to correct event text (athom, ). (Entered: 04/12/2018) |
| 04/13/2018 | 87 | Request to Substitute by Alan Alonzo Williams. (Attachments: # 1 CJA Attachment Subpoena Ducas Tecum 1, # 2 CJA Attachment Subpoena Ducas Tecum 2)(Jacobson, Steven) Modified on 4/13/2018 to correct event text (athom, ). (Entered: 04/13/2018) |
| 04/13/2018 | 88 | ORDER granting 86 CJA Second Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 04/13/2018. (athom, ) (Entered: 04/13/2018) |
| 04/13/2018 | 89 | Subpoenas issued pursuant to 88 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 04/13/2018) |
| 05/02/2018 | 90 | CJA Third MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix Subpoena Ducas Tecum, # 2 CJA Attachment Subpoena Ducas Tecum)(Jacobson, Steven) Modified on 5/8/2018 to correct event text (athom, ). (Entered: 05/02/2018) |
| 05/03/2018 | 91 | RESTRICTED DOCUMENT - Level 3: as to Alan Alonzo Williams . (evana, ) Modified on 5/8/2018 to correct event text and to add a level 3 restriction (athom, ). (Entered: 05/04/2018) |
| 05/03/2018 | 92 | RESTRICTED DOCUMENT - Level 3 as to Alan Alonzo Williams . (evana, ) Modified on 5/8/2018 to correct event text and to add a level 3 restriction (athom, ). (Entered: 05/04/2018) |
| 05/07/2018 | 93 | CJA Renewed Second MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 Appendix Renewed Appendix for SDT, # 2 CJA Attachment Subpoenas DT to reissue)(Jacobson, Steven) Modified on 5/8/2018 to correct event text (athom, ). (Entered: 05/07/2018) |
| 05/08/2018 | 94 | ORDER granting 90 CJA Third Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 05/08/2018. (athom, ) (Entered: 05/08/2018) |
| 05/08/2018 | 95 | Subpoena issued pursuant to 94 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 05/08/2018) |
| 05/08/2018 | 96 | ORDER granting 93 CJA Second Renewed Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 05/08/2018. (athom, ) (Entered: 05/08/2018) |
| 05/08/2018 | 97 | Subpoenas issued pursuant to 96 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 05/08/2018) |

Case No. 1:15-cr-00395-REB Document 673-36 filed 04/10/19 USDC Colorado pg 124 of
Case 1:15-cr-00395-REB Document 673-36 filed 04/10/19 USDC Colorado pg 124 of
CM/ECF-U.S. District Court:cod

| 05/22/2018 | 98 | RESTRICTED DOCUMENT - Level 3 as to Alan Alonzo Williams. (athom, ) (Entered: 05/23/2018) |
|---|---|---|
| 05/29/2018 | 99 | RESTRICTED DOCUMENT - Level 3 as to Alan Alonzo Williams. (athom, ) (Entered: 05/30/2018) |
| 06/11/2018 | 100 | Unopposed MOTION to Continue *Sentencing and Due Date for Supplemental Sentencing Argument* by Alan Alonzo Williams. (Attachments: # 1 Exhibit Surgery, # 2 Exhibit Knee)(Jacobson, Steven) (Entered: 06/11/2018) |
| 06/12/2018 | 101 | MINUTE ORDER granting 100 Motion to Continue as to Alan Alonzo Williams (1). A telephonic (non-appearance) setting conference is set for 6/27/2018 at 02:00 PM to reset the sentencing hearing. Counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. By Judge Robert E. Blackburn on 6/12/18. Text Only Entry (rebsec) (Entered: 06/12/2018) |
| 06/20/2018 | 102 | CJA Renewed MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 CJA Attachment Appendix, # 2 CJA Attachment Subpoena Ducas Tecum)(Jacobson, Steven) Modified on 6/21/2018 to correct event text (athom, ). (Entered: 06/20/2018) |
| 06/20/2018 | 103 | CJA Fourth MOTION for Issuance of Subpoena in Forma Pauperis by Alan Alonzo Williams. (Attachments: # 1 CJA Attachment Appendix, # 2 CJA Attachment Subpoena Ducas Tecum)(Jacobson, Steven) Modified on 6/21/2018 to correct event text (athom, ). (Entered: 06/20/2018) |
| 06/22/2018 | 104 | ORDER granting 102 CJA Renewed Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 06/22/2018. (athom, ) (Entered: 06/22/2018) |
| 06/22/2018 | 105 | Subpoenas issued pursuant to 104 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 06/22/2018) |
| 06/22/2018 | 106 | ORDER granting 103 CJA Fourth Motion for Issuance of Subpoena in Forma Pauperis as to Alan Alonzo Williams. By Judge Robert E. Blackburn on 06/22/2018. (athom, ) (Entered: 06/22/2018) |
| 06/22/2018 | 107 | Subpoenas issued pursuant to 106 Order as to Alan Alonzo Williams. Text Only Entry (athom, ) (Entered: 06/22/2018) |
| 06/28/2018 | 108 | MINUTE ORDER as to Alan Alonzo Williams. After conferring with counsel, and by agreement of all, the Sentencing Hearing is reset for 9/26/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 6/28/18. Text Only Entry (rebsec) (Entered: 06/28/2018) |
| 07/02/2018 | 109 | RESTRICTED DOCUMENT - Level 3 as to Alan Alonzo Williams. (athom, ) (Entered: 07/03/2018) |
| 09/07/2018 | 110 | SENTENCING STATEMENT *Second Supplemental* by Alan Alonzo Williams (Attachments: # 1 Exhibit Loan, # 2 Exhibit Loan, # 3 Exhibit Wells Fargo documents, # 4 Exhibit Wells Fargo documents, # 5 Exhibit Wells Fargo documents, # 6 Exhibit Sam Club Records, # 7 Exhibit Certificate, # 8 Exhibit Orthopedic Letter)(Jacobson, Steven) (Entered: 09/07/2018) |
| 09/07/2018 | 111 | Unopposed MOTION to Continue *Defendants Fourth* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 09/07/2018) |
| 09/11/2018 | 112 | MINUTE ORDER granting 111 Motion to Continue as to Alan Alonzo Williams (1). The sentencing hearing set 9/26/18 @ 11:00 a.m. is vacated and continued pending further |

124

| | | |
|---|---|---|
| | | order of court. A telephonic (non-appearance) setting conference is set for 9/26/2018 at 11:00 AM. Counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. By Judge Robert E. Blackburn on 9/11/18. Text Only Entry (rebsec) (Entered: 09/11/2018) |
| 09/26/2018 | 113 | MINUTE ORDER by Judge Robert E. Blackburn on 9/26/18 as to Alan Alonzo Williams. After conferring with counsel, and by agreement of all, the Sentencing is set for 12/18/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 09/26/2018) |
| 10/29/2018 | 114 | MOTION for Order *for Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 10/29/2018) |
| 11/28/2018 | 115 | Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 11/28/2018) |
| 12/04/2018 | 116 | Additional Information Relating to 115 Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) Modified on 12/5/2018 to correct event text and create linkage (athom, ). (Entered: 12/04/2018) |
| 12/06/2018 | 117 | RESTRICTED REVISED PRESENTENCE REPORT as to Alan Alonzo Williams (Attachments: # 1 Exhibit A, # 2 Exhibit B); (1st Addendum 66 )(sdean, ) (Entered: 12/06/2018) |
| 12/06/2018 | 118 | RESTRICTED ADDENDUM to Presentence Report 117 as to Alan Alonzo Williams (Attachments: # 1 Exhibit A)(sdean, ) (Entered: 12/06/2018) |
| 12/13/2018 | 119 | Additional Grounds in Support of Pending 115 Fifth MOTION to Continue *Sentencing and Renewed Request for an Order Directing Facility to Provide a Medical Evaluation* by Alan Alonzo Williams. (Jacobson, Steven) Modified on 12/13/2018 to correct event text and create linkage (athom, ). (Entered: 12/13/2018) |
| 12/13/2018 | 120 | MINUTE ORDER by Judge Robert E. Blackburn on 12/13/18 as to Alan Alonzo Williams re 113 Minute Order Setting Sentencing: due to the unavailability of Judge Blackburn's courtroom (A1001), the Sentencing set for 12/18/2018 at 11:00 AM will now be held in Courtroom A 702 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 12/13/2018) |
| 12/17/2018 | 124 | **WITHDRAWN** Letter requesting that counsel be withdrawn by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) Modified on 1/3/2019 to withdraw pursuant to 129 Minute Order (agarc, ). (Entered: 12/19/2018) |
| 12/18/2018 | 121 | COURTROOM MINUTES for Motion Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 12/18/2018. ORDERED: 115 Defendant's Fifth Motion to Continue is granted. Sentencing reset for 3/27/2019 at 1:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Court Reporter: Tracy Weir. (lrobe) (Entered: 12/18/2018) |
| 12/18/2018 | 122 | ORDER Granting 115 Motion to Continue as to Alan Alonzo Williams re 121 Courtroom Minutes. By 1/3/2019, the warden of FCI Englewood (9595 West Quincy Avenue, Littleton, Colorado 80123) shall advise the court in writing about when the defendant shall receive the medical treatment, including any surgery, reasonably necessary to address the medical condition and needs of the defendant. By Judge Robert E. Blackburn on 12/18/2018. (athom, ) (Entered: 12/19/2018) |
| 12/19/2018 | 123 | Certificate of Service by Certified Mail by Clerk of Court re 122 Order as to Alan Alonzo Williams. Copy of 122 Order mailed to FCI Englewood, ATTN: Warden, 9595 West |

| | | |
|---|---|---|
| | | Quincy Avenue, Littleton, CO 80123. (athom,) (Entered: 12/19/2018) |
| 12/20/2018 | 125 | MINUTE ORDER By Judge Robert E. Blackburn on 12/20/18 as to Alan Alonzo Williams re 124 MOTION that counsel be withdrawn filed by Alan Alonzo Williams. Motion Hearing is set for 1/15/2019 at 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 12/20/2018) |
| 12/20/2018 | 126 | MOTION to Excuse *Appearance and Allow Appearance by Phone* by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 12/20/2018) |
| 12/20/2018 | 127 | MINUTE ORDER denying as moot 126 Motion to Excuse as to Alan Alonzo Williams (1). The Motion Hearing re 124 MOTION that counsel be withdrawn filed by Alan Alonzo Williams set 1/15/2019 is vacated and reset for 1/3/2019 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 12/20/18. Text Only Entry (rebsec) (Entered: 12/20/2018) |
| 12/28/2018 | 128 | Letter requesting to withdraw 124 Motion and to vacate hearing by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom,) (Entered: 12/28/2018) |
| 01/02/2019 | 129 | MINUTE ORDER That the plaintiff's request to withdraw his request that counsel be withdrawn, as set forth in his Letter 128, filed December 28, 2018, is granted; That the relief requested in plaintiff's previous Letter 124, filed December 17, 2018, is denied as moot; and That the hearing scheduled for Thursday, January 3, 2019, at 11:00 a.m., in this matter is vacated, by Judge Robert E. Blackburn on 1/2/2019. (evana,) (Entered: 01/02/2019) |
| 01/07/2019 | 130 | Certified Mail Receipt re 123 Certificate of Service as to Alan Alonzo Williams. (athom,) (Entered: 01/10/2019) |
| 02/08/2019 | 131 | ORDER TO SHOW CAUSE as to Alan Alonzo Williams. On or before 2/20/2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the Order Granting Motion To Continue [# 122 ] issued by this court. If the Warden seeks to establish facts demonstrating the reasons for his noncompliance with the Order Granting Motion To Continue [# 122 ], he shall file a sworn affidavit averring the facts on which he relies. After review of the response by the Warden to this Order To Show Cause, the court will determine if a contempt hearing is necessary. By Judge Robert E. Blackburn on 02/08/2019. (athom,) (Entered: 02/08/2019) |
| 02/08/2019 | 132 | Certificate of Service by Certified Mail by Clerk of Court re 131 Order to Show Cause, 122 Order as Alan Alonzo Williams. Copy of 131 Order to Show Cause and 122 Order mailed to FCI Englewood, ATTN: Richard Hudgins, Warden, 9595 West Quincy Avenue, Littleton, CO 80123. (athom,) (Entered: 02/08/2019) |
| 02/28/2019 | 133 | Unopposed MOTION to Continue by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 02/28/2019) |
| 03/06/2019 | 134 | ORDER TO SHOW CAUSE as to Alan Alonzo Williams. On or before 3/18/2019, Richard Hudgins, Warden of FCI Englewood, shall show cause in writing why he should not be held in contempt of court for his failure to comply fully with the Order Granting Motion To Continue [# 122 ] issued by this court. By Judge Robert E. Blackburn on 03/06/2019. (athom,) (Entered: 03/06/2019) |
| 03/07/2019 | 135 | Certificate of Service as to Alan Alonzo Williams re 134 Order to Show Cause, 122 Order, (Attachments: # 1 USMS Form) (athom,) (Entered: 03/07/2019) |
| 03/21/2019 | 136 | MINUTE ORDER by Judge Robert E. Blackburn on 3/21/19 granting 133 Sixth Motion to Continue Sentencing as to Alan Alonzo Williams (1). The Sentencing Hearing set 3/27/19 @ 1:30 p.m. is vacated and continued pending further order. A Telephonic (non- |

26

| 03/22/2019 | 137 | **WITHDRAWN** - Letter requesting that Steven K. Jacobson be withdrawn as counsel by Alan Alonzo Williams. (Attachments: # 1 Envelope, ) Modified on 4/4/2019 to withdraw pursuant to 141 Order (athom, ). (Entered: 03/22/2019) |
| --- | --- | --- |
| 03/27/2019 | 138 | MINUTE ORDER by Judge Robert E. Blackburn on 3/27/19 as to Alan Alonzo Williams re 137 MOTION for Order filed by Alan Alonzo Williams. After conferring with counsel, and by agreement of all, a Motion Hearing is set for 4/25/2019 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 03/27/2019) |
| 03/29/2019 | 139 | Letter requesting that 137 Letter be withdrawn by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 04/01/2019) |
| 04/02/2019 | 140 | Return of Service upon Warden Richard Hudgins, FCI - Englewood on 03/26/2019 re 135 Certificate of Service. (athom, ) (Entered: 04/02/2019) |
| 04/03/2019 | 141 | ORDER by Judge Robert E. Blackburn on 4/3/19 granting 139 Motion to Withdraw Document 137 as to Alan Alonzo Williams (1). The Motions Hearing set 4/25/19 @ 10:00 am is vacated. A Telephonic (non-appearance) Setting Conference is set for 4/8/2019 at 10:45 AM to set this matter for sentencing hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. Text Only Entry (rebsec) (Entered: 04/03/2019) |
| 04/03/2019 | 142 | RESPONSE TO ORDER TO SHOW CAUSE to 134 Order to Show Cause - Declaration of Richard Hudgins, by USA as to Alan Alonzo Williams (Weber, Rebecca) Modified on 4/4/2019 to add text (athom, ). (Entered: 04/03/2019) |
| 04/08/2019 | 143 | MINUTE ORDER by Judge Robert E. Blackburn on 4/8/19 as to Alan Alonzo Williams. After conferring with counsel, and by agreement of all, the Sentencing hearing is set for 6/19/2019 at 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 04/08/2019) |
| 05/15/2019 | 144 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Alan Alonzo Williams held on 03/23/2016 before Magistrate Judge Tafoya. Pages: 1-6. Prepared by: AB Court Reporting & Video, Inc.. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 05/15/2019) |
| 06/03/2019 | 146 | Letter requesting that Steven K. Jacobson be withdrawn as my counsel by Alan Alonzo Williams. (Attachments: # 1 Envelope) (athom, ) (Entered: 06/04/2019) |
| 06/04/2019 | 145 | SENTENCING STATEMENT *Third Supplemental* by Alan Alonzo Williams (Attachments: # 1 Exhibit Discharge Instructions, # 2 Exhibit 3 28 18 Report, # 3 Exhibit |

Case No. 1:15-cr-00395-REB Document 173-6 filed 06/28/19 USDC Colorado pg 128 of

| | | |
|---|---|---|
| | | 8 28 18 Report, # 4 Exhibit Fax, # 5 Exhibit Orthopedic Report, # 6 Exhibit Letter) (Jacobson, Steven) (Entered: 06/04/2019) |
| 06/06/2019 | 147 | MINUTE ORDER by Judge Robert E. Blackburn on 6/6/19 re 146 MOTION for Order filed by Alan Alonzo Williams. This matter is set for hearing on 6/19/2019 at 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 06/06/2019) |
| 06/11/2019 | 148 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Alan Alonzo Williams held on 03/18/2016 before Magistrate Judge Hegarty. Pages: 1-5. Prepared by: AB Court Reporting & Video, Inc.. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 06/11/2019) |
| 06/11/2019 | 149 | AFFIDAVIT by USA as to Alan Alonzo Williams (Weber, Rebecca) (Entered: 06/11/2019) |
| 06/12/2019 | 150 | RESTRICTED MEDICAL REPORT as to Alan Alonzo Williams. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit)(Weber, Rebecca) (Entered: 06/12/2019) |
| 06/12/2019 | 151 | SENTENCING STATEMENT *and Response to Defendant's Sentencing Statements* by USA as to Alan Alonzo Williams (Attachments: # 1 Exhibit, # 2 Exhibit)(Weber, Rebecca) (Entered: 06/12/2019) |
| 06/13/2019 | 152 | Corrected TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Alan Alonzo Williams held on 03/18/2016 before Magistrate Judge Hegarty. Pages: 1-5. Prepared by: AB Court Reporting & Video, Inc.. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 06/13/2019) |
| 06/19/2019 | 153 | COURTROOM MINUTES for Motion Hearing as to Alan Alonzo Williams held before Judge Robert E. Blackburn. ORDERED: The motion to terminate the attorney-client relationship in the form of a letter to the Court 146 is denied. Court Reporter: Tracy Weir. (lrobe) (Entered: 06/19/2019) |
| 06/19/2019 | 154 | COURTROOM MINUTES for Sentencing as to Alan Alonzo Williams held before Judge Robert E. Blackburn on 6/19/2019. ORDERED: 52 Government's Motion Pursuant to |

| | | U.S.S.G. § 3E1.1(b) and 53 Government's Motion to Dismiss Counts are granted. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 06/19/2019) |
|---|---|---|
| 06/21/2019 | 155 | JUDGMENT as to defendant Alan Alonzo Williams. Count 1: 84 months imprisonment. 3 years supervised release. $100 special assessment. $1,146,828.28 restitution. Counts 2-4: Dismissed. Entered by Judge Robert E. Blackburn on 6/21/2019. (lrobe) (Entered: 06/21/2019) |
| 06/21/2019 | 156 | STATEMENT OF REASONS as to Alan Alonzo Williams. (lrobe) (Entered: 06/21/2019) |
| 06/27/2019 | 157 | NOTICE OF APPEAL as to 154 Order on Motion for Decrease for Acceptance of Responsibility,, Order on Motion to Dismiss Counts,, Sentencing, 155 Judgment, 156 Statement of Reasons by Alan Alonzo Williams. (Jacobson, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | 158 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 157 Notice of Appeal as to Alan Alonzo Williams to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record - SOR (Restricted Level 2) Doc 156 emailed separately to the Tenth Circuit ) (athom, ) (Entered: 06/27/2019) |
| 06/27/2019 | 159 | USCA Case Number 19-1229 as to Alan Alonzo Williams for 157 Notice of Appeal filed by Alan Alonzo Williams. (athom, ) (Entered: 06/27/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/28/2019 11:38:13 | | | |
| PACER Login: | Gandalfj:3164422:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:15-cr-00395-REB |
| Billable Pages: | 13 | Cost: | 1.30 |

# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title: U.S. v. Williams          District Court Number:  1:15-cr-00395-REB
District:    District of Colorado          Circuit Court Number: 
Name of Attorney/Pro Se Party:  Steven K. Jacobson      Email Address:   steve@rafiklaw.com
     Name of Law Firm/Office:  Rafik and Jacobson, LLC    Telephone:    303-817-7466
     Address:     1881 9th St., Suite 315, Boulder, CO    80302
     Attorney for:  Defendant/Appellant Alan Alonzo Williams
Name of Court Reporter:   Tracy Weir
Name of Court Reporter (if ordering from more than one):

**PART II- Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A -*     **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**

     [] A transcript is not necessary for this appeal;
     [] The necessary transcript is already on file in District Court; or
     [] The necessary transcript was ordered previously in appeal
          number _____

*SECTION B -*     **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
          (Specify the date and proceeding in the space below)

Voir dire:_____     Opening Statements:_____
Trial proceedings: _____     Closing Arguments:_____
Jury Instructions: _____     Other Proceedings: Hearing on Motion to Withdraw – June 19, 2019
Post-Trial Hearings: _____     Other Proceedings:    Sentencing Hearing – June 19, 2019
          (Attach additional pages if necessary)

     [] **I will pay the cost of the transcript. My signature on this form is my agreement to pay for
          the transcript ordered on this form.**

     X     **This case is proceeding under the Criminal Justice Act.**

          **IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL
          STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court
allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

## CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have
been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or
pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory
arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: _____     Date: __6/28/19__

**PART III -     To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S.
District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been
made.

Signature of Court Reporter: _____          Date: _____

130

FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 3, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ALAN ALONZO WILLIAMS,

    Defendant - Appellant.

No. 19-1229
(D.C. No. 1:15-CR-00395-REB-1)
(D. Colo.)

---

## ORDER

---

Before **TYMKOVICH**, Chief Circuit Judge.

---

This matter is before the court on attorney Steven K. Jacobson's *Renewed Motion to Withdraw*, in which he requests leave to withdraw as counsel for appellant Alan Alonzo Williams and further requests that the court appoint new counsel to represent Mr. Williams on appeal. The district court made the requisite finding of eligibility for the appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A.

Upon consideration, the court grants the motion to withdraw. Pursuant to the Criminal Justice Act, the court appoints Mr. Jacobson to represent Mr. Williams for purposes of this appeal, effective nunc pro tunc to the date Mr. Jacobson filed the notice of appeal on Mr. Williams' behalf, and terminates that appointment with the entry of this order. Mr. Jacobson shall have no continuing obligations in this appeal except to:

(1) ensure that he has made appropriate arrangements through the district court's

eVoucher system for payment of the transcripts he ordered on June 28, 2019; (2) forward to substitute counsel any materials in his possession that are pertinent to this appeal; and (3) transmit a copy of this order to Mr. Williams.

The court now appoints CJA Panel Member Keith Bradley to represent Mr. Williams for purposes of this appeal. *See* 18 U.S.C. § 3006A. Mr. Bradley's contact information is:

> Keith Bradley
> Firm: 303/830-1776
> Direct: 303-894-6156
> Email: keith.bradley@squirepb.com
> Squire Patton Boggs
> 1801 California Street, Suite 4900
> Denver, CO 80202

On or before July 15, 2019, Mr. Bradley shall enter an appearance in this appeal on behalf of Mr. Williams. If warranted, Mr. Bradley may file—on or before July 24, 2019: (1) a supplemental designation of record; and/or (2) a supplemental transcript order form. The district court shall wait until at least July 25, 2019 before transmitting the record on appeal.

The court directs its Clerk to transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Lisa A. Lee
    Counsel to the Clerk

Case No. 1:15-cr-00395-REB  Document 173-1  Filed 08/10/19  USDC Colorado  pg 133 of
145
Case 1:15-cr-00395-REB  Document 162  Filed 07/03/19  Page 3 of 4

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

July 03, 2019

Chris Wolpert
Chief Deputy Clerk

Keith Bradley
Squire Patton Boggs
1801 California Street, Suite 4900
Denver, CO 80202

RE:     **19-1229, United States v. Williams**
        Dist/Ag docket: 1:15-CR-00395-REB-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18
U.S.C. 3006A. The order appointing you has been docketed in the above-referenced
appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA")
vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a
nationally-supported, web-based solution for the preparation, submission, monitoring and
approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by
clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page
(http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-
3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required**
**documentation, and related issues** please consult the Court's CJA Policies and
Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-
policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or
CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review
of this court's decision by petition for writ of certiorari. If the client requests, and you
believe a petition for writ of certiorari to be legally sound, you must file one with the

Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:      Rebecca S. Weber

EAS/lab

United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A 1001
901-19th Street
Denver, CO. 80295-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -3 2019

JEFFREY P. COLWELL
CLERK

RE: 15-CR-00395-REB

Your Honor,

I'm submitting this letter in regards to the notice of appeal documents that I sent on the 27th of June, 2019. These documents were sent certified to the courts.

After conversation with Mr. Steven Jacobson in regards to an appeal, he stated for me to inform him if I needed him to file an appeal. I responded to him that I didn't need his assistance and that I would proceed with filing the documents myself. Mr. Jacobson then notified me later that he went ahead and filed the documents even though I asked him not to. These documents were filed without my consent. I have filed the documents myself stating the reasons for my appeal and my documents of appeal need to be the documents that are recorded on my behalf.

Respectfully submitted,

Alan A. Williams
#43473-013
Federal Defender Center
9595 West Quincy Ave
Littleton, CO. 80123-1309



Alan A. Williams
#43473-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO. 80123-1159

LEGAL
MAIL

DENVER CO 802
13 PM 2019

United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A 1001
901- 19TH Street
Denver, Colorado
80294-3589

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-395-REB

Civil Action No. _____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Alan Alonzo Williams,

      Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 05 2019**

JEFFREY P. COLWELL
CLERK

---

## PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24 IN A CRIMINAL CASE

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that:

(1)     I am unable to pay such fees or give security therefor.

(2)     The issues I desire to raise on appeal are:

      Newly Established Evidence

      Ineffective Assistance of Counsel

      Affirmative Constitutional Violation

(3)     I am entitled to redress.

(4)     I take this appeal in good faith.

(5)     The appeal is not frivolous and presents a substantial question.

(6)     I have $ 30.00 in my prison account.

Rev. 1/12

(7)    My other assets and their value are listed below:

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

There are no current assets that I own.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at FDC Englewood on June 27th, 2019.
            (location)                    (date)

**Prisoner's Original Signature**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 05 2019

JEFFREY P. COLWELL
CLERK

Criminal Action No. __15__ -cr- __395__ - __REB__

**United States of America,**

     Plaintiff,

v.

Alan Alonzo Williams ,

     Defendant.

---

## MOTION FOR APPOINTMENT OF COUNSEL IN A CRIMINAL CASE

---

     I am a defendant in this case and am currently not represented by counsel. I believe that I am unable to proceed with the defense in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Criminal Justice Act (CJA) Panel, 18 U.S.C. § 3006A(a)(1)(C)-(E).

     Under the court's CJA Plan, a judicial officer of this court may enter an Appointment Order authorizing appointment of a Federal Public Defender (FPD) or CJA Panel attorney when those accused of a crime, or are otherwise eligible for services pursuant to the CJA, are financially unable to pay for adequate representation. As proof of my financial eligibility for appointment of counsel, this motion is accompanied by a completed and certified U.S. Courts' Financial Affidavit in Support of Request for Attorney, Expert, or Other Services Without Payment of Fee form for appointment of counsel.

     I am aware that I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed under the law and the rules of procedure,

1

local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I am also aware that should my circumstances change or that sufficient assets are attributable to me, I may become responsible for repayment of some or all of the costs associated with my defense, in accordance with 18 U.S.C. § 3006A(f). Dated at _Littleton_ *(city)*, _CO_ *(state)*, this _27th_ day of _June_, 20 _19_.

_(Unrepresented Party's Name)_

Federal Detention Center
9595 West Quincy Avenue
Littleton, CO 80123
**(Address)**

N/A
**(Telephone Number)**



CERTIFIED MAIL™

7012 3460 0002 2200 8078

Alan A. Williams
# 43473-013
Federal Detection Center
9595 West Quincy Avenue
Littleton, CO. 80123-1159

INMATE SYSTEM MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 W. QUINCY AVENUE
LITTLETON, CO. 80123
DATE/INITIALS

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH
TO RETURN THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION. IF THE WRITER ENCLOSES
CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.

LEGAL

MAIL

United States District Court
Honorable Judge: Robert E. Blackburn
ALFRED A. ARRAJ COURTHOUSE
Courtroom A 1001
901- 19th Street
Denver, CO.
80294-3589

AAU

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court
Honorable Judge:
Robert E. Blackburn
ALFRED A ARRAJ COURTHOUSE
Courtroom A901
901 - 19th Street
Denver, CO 80294-3589

2. Article Number
(Transfer from service label)

7012 3460 0002 2200 8078

PS Form 3811, July 2013      Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Case No. 1:15-cr-00395-REB   Document 173   filed 09/10/19   USDC Colorado   pg 143 of
Case 1:15-cr-00395-REB   Document 167   Filed 07/09/19   Page 3 of 2
145

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. ALAN ALONZO WILLIAMS,

     Defendant.

**ORDER**

**Blackburn, J.**

     This matter is before me on the **Prisoner's Motion and Affidavit for Leave to**

**Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a**

**Criminal Case** [#164][1] and **Motion for Appointment of Counsel in a Criminal Case**

[#166], both filed pro se July 5, 2019, by the defendant, Alan Alonzo Williams.

     The fees and costs associated with a direct criminal appeal fall under the

standards and procedures set forth under the Criminal Justice Act ("CJA"), 18 U.S.C. §

3006A. *United States v. Osuna*, 141 F.3d 1412, 1414 (10th Cir. 1998). Section

3006A(c) provides, "[i]f at any stage of the proceedings, including an appeal, the United

States magistrate judge or the court finds that the person is financially unable to pay

counsel whom he had retained, it may appoint counsel as provided in subsection (b)

and authorize payment as provided in subsection (d), as the interests of justice may

dictate." If a defendant who is entitled to the appointment of CJA counsel "appeals to

---

[1]     "[#164]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

Case No. 1:15-cr-00395-RBB-1 Document 173-1 filed 08/10/19 USDC Colorado pg 144 of
Case 1:15-cr-00395-REB Document 167 Filed 07/09/19 Page 2 of 2
145

an appellate court or petitions for a writ of certiorari, he may do so without prepayment
of fees and costs or security therefor and without filing the affidavit required by section
1915(a) of title 28." 18 U.S.C. § 3006A(d)(7).

     Mr. Williams' declarations in the motion and the fact that he was appointed and
represented by the federal public defender [#7] and CJA counsel [#26, #162] during this
proceeding reflect that he is financially unable to pay retained counsel and qualifies for
appointment of an attorney under the CJA.  For these reasons, I will grant the Prisoner's
Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C.
§ 1915 and Fed. R. App. P. 24 in a Criminal Case [#164].

     On July 3, 2019, the U.S. Court of Appeals for the Tenth Circuit entered an Order
appointing new CJA counsel to represent Mr. Williams on appeal [#162].  Thus, I will
deny as moot the Motion for Appointment of Counsel in a Criminal Case [#166].

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal
Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Criminal Case** [#164] is
granted; and

     2.  That the **Motion for Appointment of Counsel in a Criminal Case** [#166] is
denied as mooted by the appointment of counsel entered by the U.S. Court of Appeals
for the Tenth Circuit on July 3, 2019 [#162].

     Dated July 9, 2019 at Denver, Colorado.

                    **BY THE COURT:**

                    Robert E. Blackburn
                    United States District Judge

## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title: U.S. v. Williams _____     District Court Number: __1:15-cr-00395-REB__
District: ___District of Colorado___     Circuit Court Number: _____
Name of Attorney/Pro Se Party: _Steven K. Jacobson_     Email Address: ___steve@rafiklaw.com___
   Name of Law Firm/Office: _Rafik and Jacobson, LLC_  Telephone: __303-817-7466__
   Address: ____1881 9th St. Suite 315, Boulder, CO  80302____
   Attorney for: _Defendant/Appellant Alan Alonzo Williams_
Name of Court Reporter: _Tracy Weir_
Name of Court Reporter (if ordering from more than one): _____

**PART II- Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A -*  **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    ☐ A transcript is not necessary for this appeal;
    ☐ The necessary transcript is already on file in District Court; or
    ☐ The necessary transcript was ordered previously in appeal
        number _____

*SECTION B -*  **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
    (Specify the date and proceeding in the space below)

Voir dire:_____     Opening Statements:_____
Trial proceedings: _____     Closing Arguments:_____
Jury Instructions: _____     Other Proceedings: Hearing on Motion to Withdraw – June 19, 2019
Post-Trial Hearings: _____     Other Proceedings: ___Sentencing Hearing – June 19, 2019
      (Attach additional pages if necessary)

   ☐ **I will pay the cost of the transcript. My signature on this form is my agreement to pay for
    the transcript ordered on this form.**

   X   **This case is proceeding under the Criminal Justice Act.**

   **IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL
   STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court
allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have
been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or
pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory
arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: _[signature]_     Date: __6/28/19__

**PART III -**   **To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S.
District Court.

Date arrangements for payment completed: _7/15/19_
Estimated completion date: _8/15/19_
Estimated number of pages: _55_
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been
made.

Signature of Court Reporter: _[signature] Tracy Weir_     Date: _7/15/19_