UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALAN ALONZO WILLIAMS,

    Defendant.

## MOTION FOR ACCESS OF RESTRICTED DOCUMENTS

Defendant, by and through his appointed counsel, Keith Bradley, hereby files this Motion for Access of Restricted Documents and states as follows:

1. On September 10, 2019, this Court filed the Record on Appeal with the 10th Circuit Court of Appeals in Case No. 19-1229.

2. Volume 6 of the Record on Appeal contains two documents; ECF 2, the original indictment and ECF 171, a restricted transcript of the June 19, 2019 Motions hearing. Due to the level of restriction placed on these documents and on Volume 6 of the Record on Appeal, counsel has been unable to obtain access.

3. The restricted transcript (ECF 171) contains pertinent information that defendant and his counsel must review to prepare defendant's appeal.

4. The materials in ECF 171 may reveal privileged communications between defendant and his prior counsel, presented to the district court *in camera*. Defendant is entitled to review those materials, because the only privilege at issue would be his privilege regarding

communications with his attorney.  Permitting his current counsel to access those materials will not constitute a waiver or otherwise impair defendant's privilege, because his current counsel is similarly constrained to respect defendant's privilege.

5. For these reasons, defendant respectfully requests that the Court order Volume 6 of the Record on Appeal to be transmitted to his court-appointed appellate counsel, Keith Bradley.

Respectfully submitted this 12th day of August, 2019.

*/s/ Keith Bradley*
Keith Bradley
SQUIRE PATTON BOGGS (US) LLP
1801 California Street, Suite 4900
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
Email: keith.bradley@squirepb.com

*Attorney for Defendant*