# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALAN ALONZO WILLIAMS,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Keith Bradley, of the law firm Squire Patton Boggs (US) LLP hereby moves the Court for entry of an order granting this Motion to Withdraw as counsel for Defendant Alan Alonzo Williams ("Defendant") in the above-captioned case and in support states the following:

1.    This case was terminated on June 21, 2019, when the Court entered final judgment of conviction and sentence against Defendant.  Mr. Bradley did not represent Defendant in the proceedings up to that point.

2.    Defendant timely filed a notice of appeal on June 27, 2019.  The Court of Appeals then appointed Mr. Bradley to represent Defendant in the prosecution of his appeal.

3.    To carry out that representation, Mr. Bradley needed access to certain portions of the record that were restricted.  He entered an appearance in this Court, as counsel appointed by the Court of Appeals, to move for access to those materials.  The Court granted that motion on July 3, 2019.

4. On July 9, 2020, Mr. Bradley moved the Court of Appeals to withdraw from the appointment, because of irreconcilable conflicts of interest that had been discovered. On July 14, 2020, the Court of Appeals granted that motion.

5. Defendant will be represented in his appeal by Beale Crane Tejada, whom the Court of Appeals has appointed to represent Defendant. Consequently, Defendant will continue to have representation in this matter. No further activity is anticipated in this Court until the conclusion of the appeal, although Mr. Tejada might move for access to the restricted materials as Mr. Bradley did.

6. This withdrawal will result in no prejudice to any party nor delay this action in any way.

7. Defendant is informed that this withdrawal does not relieve Defendant of his obligation to comply with all Court orders and time limitations established by applicable local rules and that Defendant may not appear before this Court without counsel admitted to practice before this Court.

8. A copy of this Motion is being served directly on Defendant.

WHEREFORE, Keith Bradley, of Squire Patton Boggs (US) LLP respectfully requests this Court grant this Motion to Withdraw as Counsel and enter an Order granting his withdrawal from this case.

Dated August 3, 2020.

>*/s/ Keith Bradley*
>Keith Bradley, Atty. Reg. 50453
>SQUIRE PATTON BOGGS (US) LLP
>1801 California Street, Suite 4900
>Denver, Colorado 80202
>(303) 894-6156
>(303) 894-9239 (facsimile)
>Email: keith.bradley@squirepb.com
>
>*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of August, 2020, a copy of the above **MOTION TO WITHDRAW AS COUNSEL** was filed electronically with the Clerk of the Court, using CM/ECF system, which sent notification of such filing to all persons registered to receive such notice. A copy of the same was served on Defendant by first-class mail at:

Alan Alonzo Williams
Booking No. 2020-00003514
PO Box 4918
Centennial, CO 80155-4918

>*/s/ Keith Bradley*
>Keith Bradley

010-9099-2944/1/AMERICAS