# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALAN ALONZO WILLIAMS,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER is before the Court on the Motion to Withdraw as Counsel for Defendant Alan Alonzo Williams by Keith Bradley of the law firm Squire Patton Boggs (US) LLP. The Court being fully advised in the premises, it is hereby

ORDERED that the Motion to Withdraw is GRANTED. Attorney Keith Bradley is hereby withdrawn as attorney of record in this matter, effective immediately.

                                                                U.S. District Court Judge