To: Clerk of the Courts

To Whom It May Concern,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN -3 2021
JEFFREY P. COLWELL
CLERK

My name is Alan Alonzo case number 1:15-CR-00395-REB-1. I was sentenced on June 19th, 2019 in the Honorable Judge; Robert E. Blackburns courtroom.

I was indicted October 2015 and then was arrested and taken into federal custody on March 18th, 2016. I was detained at the Federal Detention Center (F.D.C.) Englewood, located in Littleton, Colorado, during the full duration of my court proceedings.

I was sentenced to eighty four (84) months; seven (7) years; on June 19th, 2019.

I was also incarcerated eleven hundred eighty five (1185) days which is thirty nine (39) months and fifteen (15) days of presentence confinement credit from March 18th., 2016 until June 19th., 2019.

I'm humbly requesting that your office send me the judgement and commitment documents that show that my sentence started on June 19th., 2019 the day of sentencing, along with the presentence confinement credits of eleven hundred eighty five (1185) days that were ordered by the judge.

I was advised to ask for the judgement and commitment documents in order to

1 of 2

Cont;

verify and have the Federal Bureau of Prisons (F.B.O.P.) records department correct the sentencing computation data statement to reflect the accurate information.

In addition, I was also advised to ask that when you send the necessary documents, would you make sure to stamp the envelope: Legal Mail, open in the presents of the inmate; so this facility will make sure I received the documents.

I appreciate all your help and I thank you for your time!

Respectfully submitted,

Alan A. Williams
#43473-013
Federal Correctional Institution
P.O. Box 6000
Florence, CO. 81236

Sunday; May 30th., 2021

2of2

Alan A. Williams
#43473-013
Federal Correctional Institution
P.O. Box 6000
Florence, CO. 81226

LEGAL
MAIL

United States District Court
Alfred A. Arraj Court Building
Attn: Clerk of the Courts
901 19th Street
Denver, CO. 80294

80294-250151