To: Senior Judge, Robert E. Blackburn

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2021

JEFFREY P. COLWELL
CLERK

Your Honor,

I, Alan Alonzo Williams, am humbly submitting this document as a motion requesting that, Your Honor, amend the judgement and commitment documents regarding case number 1:15-CR-00395-REB-1.

I was detained at the Federal Detention Center (F.D.C.) Englewood, located in Littleton, Colorado; for the entirety of my federal legal proceedings; starting March 18th., 2016; until my sentencing date of June 19th., 2019.

This presentence confinement time frame calculated to approximately eleven hundred eighty five (1,185) days of presentence confinement credit days.

Cont;

I was advised that I needed to address my sentencing judge in order to have the judgement and commitment documents amended to reflect any necessary changes.

I appreciate all your help and I thank you for your time!

Respectfully submitted,

Alan A. Williams
#43573-013
FCI Florence
Federal Correctional Institution
P.O. Box 6000
Florence, CO. 81226


June 16th, 2021
Wednesday

2of2

Alan A. Williams
#43473-013
FCI Florence
Federal Correctional Institution
P.O. Box 6000
Florence, CO. 81226

LEGAL
MAIL

DENVER CO 800
17 JUN 2021 PM 4 L

United States District Court
Alfred A. Arraj United States Courthouse
Attn: Honorable Judge Robert E. Blackburn
Courtroom A1001
901 19th Street
Denver, CO.
80294-250099