OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

15-cr-395-REB

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2021

JEFFREY P. COLWELL
CLERK

#179

**RETURN TO SENDER**
NO AUTHORIZATION ON FILE ___
UNIDENTIFIABLE NAME/NUMBER  X
NOT AT THIS ADDRESS ___
NO FORWARDING ADDRESS ___

Alan Alonzo Williams
#43473-013
ENGLEWOOD
FEDERAL COR
Inmate Mail/f
9595 WEST Q
LITTLETON, C

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD