

U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation and Sentence Computation Center*

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

October 3, 2022

The Honorable Robert E. Blackburn
Senior United States District Court Judge
for the District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294

**RE:   WILLIAMS, Alan Alonzo**
       Register Number: 43473-013
       Case Number: 1:15-cr-00395-REB-1

Dear Senior Judge Blackburn:

On June 19, 2019, Alan Alonzo Williams was sentenced by the Court to an 84-month term of confinement for Bank Fraud. Mr. Williams has requested credit for time spent in service of a state sentence, which the Bureau of Prisons (Bureau) considers a request for a retroactive designation, which would in turn make his federal sentence concurrent with his state term. This would be accomplished by the Bureau designating the state institution for service of his federal sentence under 18 U.S.C. § 3621(b). Such action would thereby reduce the total amount of time spent in custody. In <u>Setser v. United States</u>, 566 U.S. 231, 237 (2012), the United States Supreme Court held that the authority to order a federal sentence concurrent with or consecutive to any other sentence rests with the federal sentencing court. The Bureau is requesting guidance as to how Mr. Williams' federal sentence should run with respect to sentences he has served with the State of Colorado.

At the time the federal sentence was imposed, Mr. Williams was under the primary jurisdiction of state authorities in Colorado, and in federal custody pursuant to a writ of habeas corpus. The respective Judgment in a Criminal Case was silent regarding any relationship with the forthcoming action by the state. Following sentencing, Mr. Williams was returned to state authorities and the U.S. District Court Judgment was filed as a detainer.

On March 12, 2020, Mr. Williams was sentenced by the State of Colorado to a 1-year term of imprisonment for Criminal Possession of Identification Document, in the District Court, Broomfield County Case Number

2016 CR 000103.  On March 12, 2020, Mr. Williams had exceeded 1 year in custody already based on prior custody credit applied to the state sentence, and he remained in state custody pending other charges.  On July 16, 2020, Mr. Williams was sentenced by the State of Colorado to a 6-year term of imprisonment for Identity Theft-Uses Information to Obtain, in the District Court, Arapahoe County Case Number 2011CR2326.  The state information received by the Bureau indicates the court ordered the state sentence to run concurrent with the federal sentence.  On August 12, 2020, Mr. Williams' state obligation was satisfied based on prior custody credit applied to the state sentence, and he remained in state custody pending other charges that were later dismissed.  On March 23, 2021, Mr. Williams was released to the federal detainer to commence the service of his federal sentence as provided by 18 U.S.C. § 3585(a).

The Bureau strives to administer sentences in accordance with federal statutes, Bureau policy, and the intent of the sentencing court.  If, after 60 days, a response has not been received from the Court, the Bureau will complete its review and make a decision regarding this case.

Should the Court indicate the sentence is to run concurrently with the state terms, the Bureau will commence the sentence in the above judgment on a date which would result in the satisfaction of his federal sentence, and the release from Bureau custody of Mr. Williams.  Should the Court indicate the sentence is to run consecutively to the state terms, he will continue to a current projected release date of July 29, 2026, via good conduct time.  Also, Mr. Williams may be eligible for release up to 12 months earlier than his July 29, 2026, projected release date based on 18 U.S.C. § 3624(g), and additional credits earned under the First Step Act of 2018.

We respectfully request that you please advise us in writing at your earliest convenience, as to the Court's position on a retroactive designation in this case.  Should additional information be necessary, please contact Marcus Boudreaux, Correctional Programs Specialist, at 972-595-3189.

Sincerely,

Kathy Williams, Chief
Sentence Computations

brp
cc:   Julia Martinez, AUSA
      Laura D. Ansart, Supervisory USPO

**U.S. Department of Justice**
Federal Bureau of Prisons
*Designation and Sentence Computation Center*

U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

Official Business
Penalty for Private Use $300

The Honorable Robert E. Blackburn
Senior United States District Court Judge
for the District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294