**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:15-cr-00395-REB-1

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ALAN ALONZO WILLIAMS,

  Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court and I appear in this case as counsel for Mr. Alan Alonzo Williams.

DATED at Denver, Colorado this 28th day of October, 2022.

> Respectfully submitted,
>
> s/ John Parras
> John Parras
> John Parras Law Office
>
> PO BOX 202647
> Denver, CO 80220
> (303) 600-3676
> jparras@mac.com