IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALAN ALONZO WILLIAMS,

        Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**
_____

The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict CM/ECF Document 190, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

//

//

//

//

//

1

Respectfully submitted this 28th day of October, 2022.

                COLE FINEGAN
                United States Attorney

                By: *s/ Martha A. Paluch*
                Martha A. Paluch
                Assistant United States Attorney
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Email: Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of October, 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Stephanie Price*
Stephanie Price
Legal Assistant
U.S. Attorney's Office