November 7, 2022

Ms. Kathy Williams, Chief
Sentence Computations
U.S. Department of Justice
Federal Bureau of Prisons
Designation and Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

Re:
Williams, Alan Alonzo
Register No. 43473-013
Case No.: 15-cr-00395-REB-01

Dear Ms. Williams,

      I am writing in response to your query of October 3, 2022.

      Please be advised that I take no position on the request for retroactive designation of Mr. Williams's sentence as concurrent or consecutive.  I am not in a position to make a specific recommendation for the following reasons: 1) the parties' plea agreement, which I approved, was silent on the issue of a concurrent versus a consecutive sentence; 2) the presentence report did not discuss the issue of a concurrent versus a consecutive sentence; 3) although I was aware at the time of sentencing of defendant's pending state criminal case, the state court judgment specifying a concurrent sentence was imposed after judgment entered in this federal case; 4) at the sentencing hearing I was not requested to impose either a concurrent or a consecutive sentence; and 5) neither before nor during the sentencing hearing did I conduct an analysis under 18 U.S.C. §§ 3584(a)-(b) and 3553(a) to determine the propriety or necessity of imposing a concurrent or consecutive sentence.

      In fashioning my response, I solicited ad hoc input from counsel for the government.

Sincerely,

Robert E. Blackburn
United States District Judge