IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:15-CR-395-REB-1

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ALAN ALONZO WILLIAMS,
        Defendant.

## COUNSEL'S MOTION TO WITHDRAW

John Parras, appointed counsel for Defendant Alan Alonzo Williams ("Mr. Williams"), moves to withdraw as counsel showing more specifically as follows:

1. Undersigned counsel was appointed by the Court for the limited purpose of reviewing a letter to the Court from the Bureau of Prisons regarding Mr. Williams's Judgment. (Dkt. Nos. 185 (BOP letter), 189 (Order of appointment)).

2. Undersigned counsel has reviewed the letter, conducted factual and legal research relevant to the review, and communicated with Mr. Williams regarding the relevance of the letter and the Court's response to the letter (Dkt. No. 195).

3. Upon information and belief, undersigned counsel has fulfilled the purpose of the appointment. For the foregoing reasons, undersigned counsel moves to withdraw from continued representation of Mr. Williams.

Respectfully submitted,

JOHN PARRAS LAW OFFICE

s/ *John Parras*
John Parras

PO BOX 202647
Denver, CO 80220
(313) 600-3676
jparras@mac.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I served the foregoing with a copy of the Motion to Withdraw by CM/ECF filing and email message to:

Martha Ann Paluch, AUSA, at martha.paluch@usdoj.gov

and, I hereby certify that I have mailed the following non CM/ECF participant in the manner indicated:

Alan Alonzo Williams, *via U.S. mail* to him at

Mr. Alan Alonzo Williams
No. 43473-013
FCI Florence
Federal Correctional Institution
PO BOX 6000
Florence, CO 81226

                                              s/ *John Parras*
                                              John Parras