IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 15-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALAN ALONZO WILLIAMS,

      Defendant.

### ORDER GRANTING MOTION TO RESTRICT DOCUMENTS

**Blackburn, J.**

The matter is before me is the **Government's Motion To Restrict Document** [#191],[1] filed October 28, 2022. I grant the motion.

Under D.C.COLO.LCrimR 47.1, a motion to restrict may be granted when the interest to be protected by restriction outweighs the presumption of public access. I find and conclude that the government has shown that the interests to be protected by restriction outweigh the presumption of public access. The motion therefore should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion To Restrict Document** [#191], filed October 28, 2022, is granted; and

---

[1] "[#191]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2.  That the **Government's Response to BOP Letter Re: Computation of Sentence, ECF 185** [#190], filed October 28, 2022, shall be maintained under Level 2 restriction as defined by D.C.COLO.LCrimR 47.1(b).

Dated April 25, 2023, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge